IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VYTACERA BIO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CYTOMX THERAPEUTICS, INC.,<br><br>Defendant. | C.A. No. 20-333-LPS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 5, 2021, Defendant CytomX Therapeutics, Inc. served its Initial Invalidity Contentions on the attorneys of record, at the following addresses and in the manner indicated:

**VIA EMAIL**

Stamatios Stamoulis
Richard C. Weinblatt
STAMOULIS & WEINBLATT LLC
800 N West Street, Third Floor
Wilmington, DE 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com

**VIA EMAIL**

Michael A. Siem
Christopher J. Belter
GOLDBERG SEGALLA LLP
711 Third Avenue, Suite 1900
New York, NY 10017
msiem@goldbergsegalla.com
cbelter@goldbergsegalla.com

Lynn Lehnert
GOLDBERG SEGALLA LLP
8000 Maryland Avenue, Suite 640
St. Louis, MO 63105
rjuang@goldbergsegalla.com
llehnert@goldbergsegalla.com

Dated: March 5, 2021

FISH & RICHARDSON P.C.

By: /s/ *Casey M. Kraning*
Robert M. Oakes (#5891)
Casey M. Kraning (#6298)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
(302) 652-5070
oakes@fr.com
kraning@fr.com

John C. Adkisson
Elizabeth M. Flanagan (#5891)
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
(612) 335-5070
adkisson@fr.com
betsy.flanagan@fr.com

Jonathan E. Singer
12860 El Camino Real Suite 400
San Diego, CA 92130
(858) 678-5070
singer@fr.com

*Attorneys for Defendant*
*CytomX Therapeutics, Inc.*