# EXHIBIT 1

30806721.v1



Lynn Lehnert | Associate
Direct 314.446.3359 | llehnert@goldbergsegalla.com

April 29, 2021

**VIA E-MAIL**

Casey M. Kraning
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

Kraning@fr.com

> Re:    **Vytacera Bio, LLC v. CytomX Therapeutics, Inc.**
> **C.A. No. 20-333 (LPS) (D. Del.)**

Dear Ms. Kraning:

We are in receipt of your letter dated April 23, 2021 regarding Vytacera's responses to Interrogatory Nos. 5 and 6.

CytomX's position that it does not need to provide the requested items, i.e. a definition of a person of ordinary skill in the art, state of the art at the time the patents were examined, and the motivations to combine multiple references, in order for Vytacera to respond to its invalidity contentions is incorrect.

First, regarding the definition of a person of ordinary skill in the art ("POSITA") and the state of the art at the time the patents-in-suit were examined, this information was requested by Vytacera in Request No. 11 of Vytacera's First Request for Production of Documents. CytomX objected then stated it would produce relevant, non-privileged, responsive documents to the extent they exist. Cytomx now refuses to provide this information. As you know, under a § 103 obviousness analysis, the scope and content of the prior art are to be determined; differences between the prior art and the claims at issue are to be ascertained; and the level of ordinary skill in the pertinent art resolved. *Graham v. John Deere Co.*, 383 U.S. 1, 17 (1966). As a result of CytomX's refusal to meet its own obligations imposed by case law, Vytacera is left to guess as to who CytomX contends is the person of ordinary skill in the art at the time of the invention, and the references this person would use to establish the state of the art, and the motivation of this hypothetical person to combine these references in order to result in the technology covered by the patents-in-suit. Therefore, it is vital to understand CytomX's position as to the POSITA to fully understand CytomX's invalidity contentions.

---

**Please send mail to our scanning center at: PO Box 1017, Buffalo NY 14201**

**OFFICE LOCATION** 8000 Maryland Avenue, Suite 640, St. Louis, MO 63105-3752 | **PHONE** 314-446-3350 | **FAX** 314-446-3360 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
29818943.v1

April 29, 2021
Page 2

Second, the motivations to combine provided by CytomX consist of the following formula: "author of alleged prior art" + "provides a motivation to combine" + "references to combine" + "cut/paste from prior art." These are conclusory statements, which are insufficient to show a motivation to combine. Motivations to combine must be supported by a reasoned explanation, which in this case is sorely lacking. *In re NuVasive, Inc.* 842 F. 3d 1376, 1381-1384 (Fed. Cir. 2016). CytomX has failed to do this, and instead relies upon cut/paste quotations from the alleged prior art to support its position, with providing no reasoned explanations.

Third, while CytomX provided a cover pleading to its invalidity contentions, the contentions themselves lump each reference into both § 102 and § 103, as shown by the headers on each exhibit. As such, Vytacera is forced to dig through the cover pleading to determine which reference(s) allegedly invalidate which patent on which statutory basis. The contentions should clearly reflect the statutory basis for invalidity each reference provides. Counsel should not have to go back and forth between pleadings and contentions to determine which statute covers each reference, and why.

All of this being said, Vytacera will do its best, despite CytomX's refusal to cooperate and meet its own obligations, to provide narrative responses to Interrogatory Nos. 5 and 6 by the end of May. The arbitrary May 14 deadline imposed by CytomX, again contrary to the agreed-upon Scheduling Order, is not enough time for Vytacera to meet with its expert, decipher POSITA issues which CytomX refuses to clarify, and draft responses, all while counsel meets its obligations pending in other matters. Once Vytacera provides its responses, the parties can meet and confer to determine if there is still a need for going to the Court.

Very truly yours,

Lynn Lehnert

# EXHIBIT 2

30806721.v1






PCT/GB 01/04518

09 OCTOBER 2001

INVESTOR IN PEOPLE



The Patent Office
Concept House
Cardiff Road
Newport
South Wales
NP10 8QQ



REC'D 2 3 NOV 2001

WIPO          PCT

I, the undersigned, being an officer duly authorised in accordance with Section 74(1) and (4) of the Deregulation & Contracting Out Act 1994, to sign and issue certificates on behalf of the Comptroller-General, hereby certify that annexed hereto is a true copy of the documents as originally filed in connection with the patent application identified therein.

In accordance with the Patents (Companies Re-registration) Rules 1982, if a company named in this certificate and any accompanying documents has re-registered under the Companies Act 1980 with the same name as that with which it was registered immediately before re-registration save for the substitution as, or inclusion as, the last part of the name of the words "public limited company" or their equivalents in Welsh, references to the name of the company in this certificate and any accompanying documents shall be treated as references to the name with which it is so re-registered.

In accordance with the rules, the words "public limited company" may be replaced by p.l.c., plc, P.L.C. or PLC.

registration under the Companies Act does not constitute a new legal entity but merely jects the company to certain additional company law rules.

Signed

Dated    14 November 2001.

**PRIORITY
DOCUMENT**

SUBMITTED OR TRANSMITTED IN
COMPLIANCE WITH RULE 17.1(a) OR (b)

An Executive Agency of the Department of Trade and Industry

Patents Form 1/77

# Patent Office

Patents Act 1977
(Rule 16)

09 OCT 2000

## Request for grant of a patent

*(See the notes on the back of this form. You can also get
an explanatory leaflet from the Patent Office to help
you fill in this form)*

**The Patent Office**

09 OCT 2000      Cardiff Road
Newport
Gwent NP9 1RH

| | |
|---|---|
| 2. Your reference | ALH/P15589GB |

| | |
|---|---|
| 2. Patent application number<br>(The Patent Office will fill in this part) | **0024673.6** |

100CT00 E574544-4 D00032
P01/7700 0.00-0024673.6

| | |
|---|---|
| 3. Full name, address and postcode of the or of<br>*each applicant (underline all surnames)* | ISIS INNOVATION LIMITED<br>*Ewert House*<br>*Ewert Place*<br>*Summertown*<br>*Oxford  OX2 7DD*<br>*United Kingdom* |

Patents ADP number *(if you know it)* 6055198002

| | |
|---|---|
| If the applicant is a corporate body, give the<br>country/state of its incorporation | United Kingdom |

| | |
|---|---|
| 4. Title of the invention | Therapeutic Antibodies |

| | |
|---|---|
| 5. Name of your agent *(if you have one)* | ELKINGTON AND FIFE |
| "Address for service" in the United Kingdom<br>to which all correspondence should be sent<br>*(including the postcode)* | ELKINGTON AND FIFE<br>PROSPECT HOUSE<br>8 PEMBROKE ROAD<br>SEVENOAKS<br>KENT<br>TN13 1XR |
| Patents ADP number *(if you know it)* | 67004 |

| 6. If you are declaring priority from one or more<br>earlier patent applications, give the country<br>and the date of filing of the or each of these<br>earlier applications and *(if you know it)* the or<br>each application number | Country<br><br>N/A | Priority application number<br>*(if you know it)* | Date of Filing<br>*(day/month/year)* |
|---|---|---|---|

| 7. If this application is divided or otherwise<br>derived from an earlier UK application,<br>give the number and the filing date of<br>the earlier application | Number of earlier application<br><br>N/A | Date of Filing<br>*(day/month/year)* |
|---|---|---|

**Patents Form 1/77**

**Patents Form 1/77**

8. Is a statement of inventorship and of right to grant of a patent required in support of this request? *(Answer "Yes" if:*

   a) *any applicant named in part 3 is not an inventor, or*

   b) *there is an inventor who is not named as an applicant, or*

   c) *any named applicant is a corporate body.*

   *See note (d))*

   Yes

9. Enter the number of sheets for any of the following items you are filing with this form. Do not count copies of the same document

   Continuation sheets of this form      N/A

   Description      24

   Claim(s)      3

   Abstract      -

   Drawing(s)      15 + 1̄5̄

10. If you are also filing any of the following, state how many against each item.

    Priority documents

    Translations of priority documents

    Statement of inventorship and right to grant of a patent *(Patents Form 7/77)*

    Request for preliminary examination and search *(Patents Form 9/77)*      *Yes*

    Request for substantive examination *(Patents Form 10/77)*

    Any other documents *(please specify)*

11.                    I/We request the grant of a patent on the basis of this application.

    Signature                         Date

                                      9 October 2000

12. Name and daytime telephone number of person to contact in the United Kingdom

    Ms A L Hally
    020 7405 3505

**Patents Form 1/77**

1

# THERAPEUTIC ANTIBODIES

## FIELD OF THE INVENTION

The present invention relates to therapeutic antibodies and to a method for reducing or eliminating their immunogenicity

Tolerance to foreign antigen or tissue is a state whereby an otherwise normal, mature immune system is specifically unable to respond aggressively to that antigen/tissue which it therefore treats like a normal (non-diseased) body tissue/component. At the same time the immune system is competent to respond aggressively to foreign or diseased antigens/tissues to which it has not specifically tolerant either by the natural process of self-tolerance or by therapeutic tolerance induction procedures. A test for tolerance usually requires a demonstration that the tolerant individual fails to become immune to the specific antigen/tissue when one or preferably more attempts to immunize are made at a later time when the same individual can be shown to respond to an irrelevant antigen/tissue. As used herein, reference to induction of tolerance is also intended to encompass both complete and partial/incomplete tolerance induction. Complete tolerance induction involves the removal of the immune response to the antigen/tissue to which tolerance is to be induced whereas partial or incomplete tolerance induction involves a significant reduction in this immune response.

2

PRIOR ART

One of the major problems with the use of antibodies in therapy is the immune response mounted against them. As humans are naturally tolerant of their immunoglobulins, a number of strategies have been used to create human forms of therapeutic antibodies, strategies such as humanisation, phage display from human libraries, or the use of mice carrying carrying human immunoglobulin gene repertoires. Although useful, these procedures cannot guarantee that patients do not still react against unique features of the therapeutic antibody, features such as the allotypic determinants in the constant regions, and idiotypic determinants encoded by the complementary-determining regions (CDRs).

Chiller and Weigle (1970) PNAS 65:551 showed in rodents that tolerance to foreign immunoglobulins can be induced by deaggregated monomers of those immunoglobulins whilst aggregates of such immunoglobulins were potentially immunogenic. Benjamin and Waldmann et al (1986) J. Exp. Med. 163:1539 showed that cell-binding antibodies could also be immunogenic compared to non-cell binding antibodies. Isaacs and Waldman (1994) Therapeutic Immunology 1:363-312 showed that the humoral response against therapeutic antibodies is CD4+ T-cell-dependent. To ensure that therapeutic antibodies are not immunogenic it would be desirable to induce tolerance in the CD4 T-cell population to all potentially immunogenic determinants of those therapeutic antibodies that host–cells might recognise.

Gilliland et al (1999) The Journal of Immunology 162:3663-3671, described an alternative route to prevent immune response against therapeutic antibodies by

pre-tolerising the host with a monomeric preparation of non-cell-binding antibody mutants. Specifically, this study showed that mutants of the anti-CD52 antibody CAMPATH-1H which are non-cell-binding lose immunogenicity and can consequently induce tolerance to wild-type binding antibodies. CAMPATH-1 is the generic name given to the CD52 glycoprotein antigen and to the family of antibodies that recognize this. CAMPATH is a registered trade mark. The unique ability of CAMPATH-1H antibodies to kill lymphocytes by both complement-mediated lysis and cell-mediated lysis has led to the extensive use of these antibodies for the serotherapy of lymphoma, marrow and organ transplantation and in the treatment of autoimmune diseases. The observation that some patients mount antiglobulin responses to the therapeutic antibody led to research aimed at abolishing immunogenicity. Gilliland et al. showed in murine models that the antiglobulin response to a cell-binding form of the CAMPATH-1H antibody could be abolished by first tolerizing with a non-cell binding mutant. However, to use this method therapeutically would require the application of two products, the non-binding tolerogen and the actual therapeutic antibody. This is a costly process and has the disadvantage that as the mutant and therapeutic antibodies differ in a few amino-acid residues and in some cases tolerance may not extend to the difference, so that an antiglobulin response could still arise to the wild-type (unmutated) antibody. There is therefore a need to ensure tolerance to the whole therapeutic antibody.

It has thus been a long-term goal in immunology to find a means to abolish the potential to mount an immune response to certain therapeutic proteins which may have amino-acid sequences different to the host. This would have major

4

implications in a broad range of therapeutic areas ranging from cancer, to autoimmune disease to transplantation.

### STATEMENT OF THE INVENTION

5    According to one aspect the present invention is directed to a therapeutic tolerising antibody which comprises a therapeutic antibody having a specific therapeutic effect wherein the antibody has been subject to a temporary obstruction of its antibody-combining site which reduces the affinity of the antibody for its natural target and wherein following administration to a host the

10   antibody is capable of regenerating sufficient of a functionally-competent form of the therapeutic antibody to achieve the said therapeutic effect, whereby the reduction of the affinity of the antibody for its natural target renders the modified antibody tolerogenic to itself and to its functionally-competent form.

15   Using this antibody the imunogenicity of cell-binding antibodies may be reduced or circumvented so that antibody therapy can be used to its full potential. The affinity of the antibody for its natural target is temporarily reduced such that it is able to at least partially tolerise but loses its ability to immunise the host. Only one product is used which is one able to tolerise itself whilst maintaining the

20   potential to target the antigen in the host. This eliminates the need for two products as used previously. The temporary blockade of the antibody combining site (ACS) of the antibody must be for a sufficient time to induce tolerance within the host immune system but once this has been achieved the antibody should revert to or regenerate a form which can interact with the therapeutic target to its

full effect. Thus, immunologically foreign antibodies may be given without the risk of evoking a host immune response to them.

Chimeric and humanised, e.g. CDR-grafted, antibodies may be used in accordance with the present invention. These antibodies are less immunogenic than the corresponding rodent antibodies and thus temporary ACS blockade of such antibodies in accordance with the present invention may further reduce immunogenicity and enhance tolerogenicity.

The temporary blockade of the ACS may be effected by the following, including ;

(i)     Temporary occupancy with molecules such as the defined antigen or a domain thereof, low affinity antigenic peptides or mimotopes, by pre-incubation in-vitro, that might gradually dissociate in-vivo, such that the antibody would gradually accumulate on cell-bound or other "target" antigen if the association and dissociation constants were favourable by comparison with the "obstructive" element; or

(ii)    Temporary occupancy with molecules such as the defined antigen or a domain thereof, low affinity antigenic peptides or mimotopes which may be attached by flexible linkers. Once administered in-vivo the antibody would gradually accumulate on cell-bound or other "target" antigen if the association and dissociation constants were favourable by comparison with the "obstructive" element; or

(iii)   Chemical drugs which may bind non-covalently in the ACS and be able to dissociate in-vivo; or

(iv)    Other changes that might temporarily obstruct the ACS.

Such a modification would interfere with antibody binding for a limited period, which would be enough to ensure that the administered therapeutic antibody has a tolerizing effect (which is at least a partial tolerizing effect) while allowing for the antibody to revert to or regenerate sufficient of its functionally-competent form to achieve the desired therapeutic effect. Removal of the modification may also occur by the host's own physiological and biochemical processes such as pH changes, enzymatic cleavage within the host, natural competition with host antigens bound to cells. For example a peptide mimotope could be linked to the antibody H or L chain by a linker which carries an enzyme degradable motif, susceptible to cleavage by host enzymes, such as for example, leukocyte elastase, in-vivo.

According to one particularly advantageous embodiment of the invention the linker is cleaved by an enzyme which occurs only or preferentially at the desired site of action of the therapeutic antibody thereby providing selective delivery of the therapeutic antibody to the desired site of action. For example a linker cleaved by leukocyte elastase would be appropriate for an antibody whose intended site of action was the joints. Alternatively, soluble antigen or mimotope might dissociate more easily at low pH within the site of a tumour which may also provide selective delivery of the antibody to the desired site of action. Alternatively, a low affinity mimotope attached by an inert linker may naturally dissociate in-vivo, and reassociation may be prevented by the ACS interacting with the natural antigen on host cells

Preferably, the native antigen, domains thereof, and peptide fragments or mimotopes are used to modify the ACS. The latter may be generated from peptide libraries either synthetically or biologically-derived. Non-covalently binding chemicals can be screened from natural or synthetic libraries or from other available products, for their ability to inhibit antibody binding to its antigen or a surrogate equivalent. The linkers which may be used are preferably flexible, but could be enzymatically cleavable and/or degradable by the body over a set time period.

The present invention is also directed to antibodies as described above further comprising an Fc-mutated region designed to reduced interaction with the complement system and with specialised cell receptors for the Fc region of immunoglobulins (FcR receptors). Part of the immunogenicity of cell-binding antibodies may come from their capacity to biologically activate the complement system and other cells which bind through FcR receptors. The removal of the biological effector functions in the Fc region of the antibody may reduce immunogenicity as compared to the unmodified antibody and thus enhance tolerogenicity. This will be useful for many antibodies where cell lysis is not essential, such as blocking or agonist antibodies. Thus, the addition of mutations in the ACS together with those in the Fc region may be the most effective at tolerisation towards Fc mutated antibodies designed to block or enhance cell-function.

According to a further aspect, the invention provides an antibody as defined above for use in therapy.

According to a still further aspect, the invention provides the use of an antibody as defined above in the manufacture of a medicament for use in the treatment of a mammal to achieve the said therapeutic effect. The treatment comprises the administration of the medicament in a dose sufficient to achieve the desired therapeutic effect. The treatment may comprise the repeated administration of the antibody.

According to a still further aspect, the invention provides a method of treatment of a human comprising the administration of an antibody as defined above in a dose sufficient to achieve the desired therapeutic effect. The therapeutic effect may be the alleviation or prevention of diseases which may include cancer, chronic inflammatory diseases such rheumatoid arthritis, autoimmune diseases such as diabetes, psoriasis, multiple sclerosis, systemic lupus and others, allergic diseases such as asthma, cardiovascular diseases such as myocardial infarction, stroke and infectious diseases. Indeed any disease where continuous or repeated doses of a therapeutic antibody are contemplated.

Temporary modification of the type described above may also be applicable to therapeutic proteins other than antibodies whose activity depends on a biologically active site which can be transiently blocked and where the activity of this site determines immunogenicity. Examples of such therapeutic proteins include hormones, enzymes, clotting factors, cytokines, chemokines, immunoglobulin-based fusion proteins.

9

The present invention is also directed to a therapeutic tolerising protein which comprises a protein having a specific therapeutic effect wherein the protein has a biologically active site which has been subject to a temporary obstruction which reduces the affinity of the protein for its natural target and wherein following administration to a host the protein is capable of regenerating sufficient of a functionally-competent form of the therapeutic protein to achieve the said therapeutic effect, whereby the reduction of the affinity of the protein for its natural target renders the modified protein tolerogenic to itself and to its functionally competent form.

The present invention is also directed to a method of modifying the pharmacokinetics of a therapeutic antibody or other protein such that its half-life is extended through longer-term presence as a free monomer. This is advantageous as a form of "slow release depot" in terms of cumulative doses and frequency of administration of the therapeutic protein needed to achieve desired therapeutic effects. In addition it also allows better tumour penetration and minimises some of the side-effects that follow antibody administration, effects resulting from immediate and massive accumulation of antibody on target cells.

The following Examples illustrate the invention. In the accompanying drawings:

Figure 1 shows the results of binding studies which show that the form of CAMPATH-1H, with the mimotope bound by a flexible linker, is not able to bind to human T-cell line HUT78 which carries CD52 by comparison with forms of CAMPATH-1H carrying the linker alone (linker), an irrelevant peptide linked in

the same way (p61-IgG1), the linker with mimotope attached (MIM-IgG1), as well as aglycosylated (removal of asparagine at position 297 of the H-chain) forms of the various antibodies (AG etc). It should be noted that AG.MIM-IgG1 form is also non-cell binding, and that the mere insertion of the linker itself

5      reduces binding of CAMPATH-1H by about 4 fold.

Figure 2 shows a Fluorescent Activated cell Sorter (FACS) dot-plot examining the binding of CAMPATH-1H antibody on the lymphocytes of CP-1-transgenic mice given various antibody  constructs (0.5mg) intraperitoneally (IP) 3 hours earlier.

10     Peripheral blood and splenic  lymphocytes were stained with an anti-human IgG1 to show up any accumulated antibody on their surface. In Fig 2A we examined peripheral blood lymphocytes. Mice treated with the CAMPATH-1H and the AG-MIM-IgG1 form were very brightly stained, in fact saturated with antibody. Indeed some depletion of T-cells from the blood is seen at this stage with both

15     constructs (4% and 32% of the lymphocytes being CD3+). The p61-IgG1 and AG-p61-IgG1 constructs also stain strongly, and achieve some depletion at this time (13.5% and 23% of the blood lymphocytes being CD3+). Mim-IgG1 stains the T-cells in the blood, albeit less effectively than the above constructs, and very little depletion is seen at this stage (65.7%) of the lymphocytes are CD3+).

20     Finally, the AG-MIM-IgG1 binds very weakly to blood lymphocytes and that weak binding is not associated with any T-cell depletion at this stage. In Fig. 2B comparable data are presented on splenic lymphocytes. Here we can see that both MIM-IgG1 and AG-MIM-IgG1 are extremely inefficient at binding and depletion unlike the other constructs that have achieved around 50% depletion by this stage.

25

11

Figure 3 shows that even though the MIM-IgG1 and AG.MIM-IgG1 antibodies

bind poorly to antigen in-vitro, they do bind to CD52+ cells (in CP-1 transgenic

mice) in-vivo. 7 days after the administration of 500µg of each antibody spleen

and blood lymphocytes were analysed by flow cytometry. This figure shows that

5      AG.MIM-IgG1 has bound to the CD3+ cells of the animal, and that the intensity

of staining is higher than in fig.2. MIM-IgG1 has done the same but clearly some

depletion has taken place as the percentage of CD3+ cells in the animals is less

(1.7% in spleen vs 36.6% for AG.MIM-IgG1; and 16.1% in blood vs 78.9% for

AG.MIM-IgG1).

10

Figure 4 shows the effects, on peripheral blood lymphocyte counts, of treating

mice transgenic for the CAMPATH-1 antigen (CP-1 mice) with different doses of

CAMPATH-1H with (MIM-IgG1) or without the bound mimotope (CAMPATH-

1H)). Peripheral blood lymphocytes (PBL) were analysed by flow cytometry. The

15     left column shows the results of mice treated with 1µg to 50µg of antibody and

the right column shows the results of the second experiment where animals were

treated with 0.1mg to 0.5mg of antibody.  The therapeutic antibody can kill host

lymphocytes within 24 hours at doses down to 5µg/ml whereas the antibody with

mimotope bound is not able to do so with doses up to 250µg/ml. In contrast at 21

20     days there are clear effects of depletion seen at the 250µg and 500µg doses of

"with mimotope" while with the therapeutic antibody CAMPATH-1H

lymphocytes are beginning to replenish the blood.

Figure 5 shows the immunogenicity of the various antibody constructs in CP-1

25     transgenic mice.  Sera were taken from CP-1 mice treated with different doses of

test antibodies. Sera were collected 21 days (expt. A) or 28 days (expt. B) after administration and assessed for the presence of anti-CAMPATH-1H Abs by ELISA. Serum samples were diluted 1:20 in PBS 1% BSA and subsequently in two-fold dilutions. All doses of the therapeutic antibody CAMPATH-1H were

5  immunogenic, while responses to all other modified forms were much lower (including p61-IgG1). Remarkably, 500µg of the aglycosylated form with the mimotope (AG.MIM-IgG1) bound generated absolutely no response whatsoever. In Fig. B it can be seen that the failure of AG.MIM.IgG1 to immunise is not just the result of the mutation to remove the glycosylation of the FC region, as AG-

10  CAMPATH-1H proved very immunogenic. The specificity of the effect for the mimotope was also clearly established as AG-p61-IgG1 was also quite immunogenic.


Figure 6A examines the tolerogenicity of the various antibody constructs in CP-1

15  transgenic mice and shows the results of sera from CP1 mice treated with different doses of Ab at day 0 which were collected 30 days after challenge with 5 daily intraperitoneal injections of 50µg of CAMPATH-1H and assessed for the presence of anti-CAMPATH-1H Abs by ELISA. Serum samples were diluted 1:20 in phosphate buffered saline (PBS) containing 1% BSA and subsequently

20  titrated out in twofold dilutions. In the left hand figure mice were left 60 days before receiving the challenge CAMPATH-1H antibody, while in the right-hand figure they were left 21 days. The left figure (Fig 5a) shows that animals pre-treated with any of 100, 250 or 500µg doses of the mimotope were very impaired in their humoral response to CAMPATH-1H. This indicates some level of

25  tolerisation. However, the right hand figure shows that mice were completely

tolerised with the aglycosylated form of the MIM-binding antibody, but only
partially impaired with the antibody binding the irrelevant peptide.

5      Figure 6B examines the tolerogenic potential of the constructs are repeat boosting
with the challenge antibody CAMPATH-1H.   These are the results for the same
animals seen in figure 5A, which had received a further challenge with 5 doses of
50µg CAMPATH-1H antibody at the time of the previous sera collection. Sera
from these animals were then collected 30 days after the rechallenge and analysed
10      as described in figure 5. The conclusions are similar to those in Fig 6A.

Figures 7 and 8 show the nucleotide and amino acid sequence for the construct
MIM-IgG1 used in the following examples.

Figures 9 and 10 show the nucleotide and amino acid sequence for the linker used
15      in the following examples.

Figures 11 and 12 show the nucleotide and amino acid sequence for P61-IgG1
used in the following examples.

20

14

EXAMPLES

MATERIALS AND METHODS

5  The humanised anti-CD52 antibody CAMPATH-1H was used in the following experiments. Various constructs were made using the CAMPATH-1H antibody and the following methodology.

Generation of non-binding variants of CAMPATH-1H:

10  The cloning of the V-regions of the humanised antibody CAMPATH-1H specific for the human CD52 antigen is performed as described in Gilliland et al (1999) The Journal of Immunology 162:33663-3671. The methodology is based on that of Orlandi et al., 1989, PNAS 86: 3833, using the polymerase chain reaction (PCR). The wild-type humanised CAMPATH-1 light chain was cloned into the vector pGEM 9 (Promega) and used as a PCR template for site–directed
15  mutagenesis.

A flexible linker (Gly4Ser x 2) was added to the amino-terminal end of the light chain between the CAMPATH-1H leader sequence and CAMPATH-1H VL sequence using the oligonucleotide primers PUCSE2 and Link L-3' + Link-L-
20  5'and PUCSE REV. The resulting fragments were PCR assembled using primers PUCSE2 + PUCSE REV to give full length Linker-CP-1H light chain which could be cloned into expression vector as Hind111/Hind 111 fragment.

15

The Linker-CP-1H light chain construct was then used as a PCR template to generate the CD52 Mimotope QTSSPSAD and P61 SLLPAIVEL peptide constructs. Primers PUCSE2 and MIM-3' +CD52Mim-5' and PUCSE REV were used to give Mimotope-CP-1H light chain construct.Primers PUCSE2 and P61-3'

5    + HuP61-5' and PUCSE REV were used to give P61-CP-1H light chain construct.

Linker-CP-1H, Mimotope-CP-1H, P61-CP-1H mutants were transferred to pBAN-2, a derivative of the pNH316 mammalian expression vector containing neomycin selection (Page et al. 1991 Biotechnology 9:64-68). and PEE 12 a

10    mammalian expression vector containing the Glutamine Synthetase gene for selection Bebbington et al. 1992 Biotechnology 10:169-175.

Subconfluent dhfr⁻ Chinese Hamster Ovary cells (Page et al. 1991 Biotechnology 9:64-68) or NSO mouse myeloma cells (ECACC cat no 8511503, Meth Enzymol

15    1981, 73B,3) were co-transfected with the light chain mutants and the CAMPATH-1H heavy chain construct with wild type human IgG1 constant region, aglycosyl human IgG1 constant region and Non FcR binding human IgG1 constant region.

20 .    CAMPATH –1H heavy chain constructs were expressed in pRDN-1 a variant of the pLD9 mammalian expression vector with a dhfr selectable marker (Page et al. 1991 Biotechnology 9:64-68) and PEE 12.

Transfection was carried out using LipofectAMINE PLUS reagent (Life

25    Technologies) following the manufacturers recommendations.

Human IgG1 constant was derived from the wild type G1m (1,17) gene described by Takahashi et al., 1982 Cell 29, 671-679. Aglycosyl mutation at position 297 from asparagine to an alanine residue. Oligosaccharide at Asn-297 is a

5    characteristic feature of all normal human IgG antibodies (Kabat et al, Sequence of proteins of immunological interest US Department of Health human services publication). Substitution of asparagine with alanine prevents the glycosylation of the antibody (Routledge and Waldman, Transplantation, 1995, 60). Non FcR binding mutation at position 235 from leucine to alanine and position 237 from

10   glycine to alanine Xu et al,. 1993 J Immunology 150: 152A. Substitution of leucine and glycine at positions 235 and 237 prevents complement fixation and activation.

Heavy and Light chain transfectants are selected for in hypoxanthine free IMDM

15   containing 1mg G418 + 5% (v/v) dialysed foetal calf serum. Resulting selected cells are screen for antibody production by ELISA and for antigen binding to human T cell clone HUT 78 Gootenberg JE et al. 1981 J. Exp. Med. 154: 1403-1418 and CD52 transgenic mice.

20   Cells producing antibody were cloned by limiting dilution, and then expanded into roller bottles cultures. The immunoglobulin from approximately 15 litres of tissue culture supernatant from each cell line is purified on protein A, dialysed against PBS and quantified.

25

List of Primers used

PUCSE-2          5'-CAC AGA TGC GTA AGG AGA AAA TAC-3'

PUCSE REV        5'-GCA GTG AGC GCA ACG CAA T-3'

LINK-L3'         5'-GCT TCC GCC TCC ACC GGA TCC GCC ACC TCC TTG

5                GGA GTG GAC ACC TGT AGC TGT TGC TAC-3'

LINK-L5'         5-GGA GGT GGC GGA TCC GGT GGA GGC GGA AGC

                 GAC ATC AGA TGA CCA GAG CCA AG-3'

MIM-3'           5'-GTC TGC TGA TGG GCT GCT GGT TTG GGA GTG GAC

                 ACC TGT AGC TGT TGC-3'

10  CD52Mim-5'   5'-CAA ACC AGC AGC CCA TCA GCA GAC GGA GGT

                 GGC GGA TCC GGT GGA GGA-3'

P61-3'           5'-CTC CAC GAT GCT GGG CAG CAG GCT TTG GGA GTG

                 GAC ACC TGT AGC TGT TG-3'

HuP61-           5'AGC CTG CTG CCA GCA ATC GTG GAG CTG GGA GGT

15               GGC GGA TCC GGT GGA G-3'


A blocking ligand was based on a published sequence of antibody peptide

mimotope (Hale G 1995 Immunotechnology 1,175-187) and was engineered into

the wild-type CAMPATH-1H antibody as a cDNA sequence with a generic linker

20  to attach the peptide product to the antibody light chain so as to enable the

antibody to be secreted with its ligand bound in the antibody combining site. A

similar antibody also had its Fc-region mutated so as to remove the glycosylation

site at position 297.


25

18

## CONSTRUCTS/CELL LINES PRODUCED

### TF CHO/CP-1H IgG1/MIM and TF NSO/CP-1H IgG1/MIM  (MIM IgG1)

CD52 Mimotope QTSSPSAD tethered to CAMPATH-1H light chain V-region by

5     flexible Glycine4 Serine x2 Linker + Campath- 1H heavy chain with wild type

human IgG1 constant region. Cloned into Celltech expression vector PEE12 for

NSO produced antibody and Wellcome pRDN-1 and pBAN-2 expression vectors

for CHO produced antibody.

### TF NSO/CP-1H AG IgG1/MIM  (AG MIM IgG1)

10

CD52 Mimotope QTSSPSAD tethered to CAMPATH-1H light chain V-region by

flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain Aglycosyl

human IgG1 constant region. Cloned into Celltech expression vector PEE12 for

NSO produced antibody.

15

### TF NSO/CP-1H FCR IgG1/MIM  (FcRmutMIM IgG1)

CD52 Mimotope QTSSPSAD tethered to CAMPATH-1H light chain V-region by

flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain FcR-

MUTATED human IgG1 constant region. Cloned into Celltech expression vector

20    PEE12 for NSO produced antibody.

### TF CHO/CP-1H IgG1/Link  (Linker)

Flexible Glycine4 Serine x2 Linker only on CAMPATH-1H light chain V-region

+ CAMPATH-1H heavy chain with wild type human IgG1 constant region.

Cloned into Wellcome expression vectors pRDN-1 and pBAN-2 for CHO produced antibody.


### TF CHO/CP-1H IgG1/P61 (P61-IgG1)

HLA P61 binding peptide SLLPAIVEL (Hunt et al Science 1992 255 1261-1263) tethered to CAMPATH-1H light chain V-region by flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain with wild type human IgG1 constant region. Cloned into Wellcome expression vectors pRDN-1 and pBAN for CHO produced antibody.


### TF NSO/CP-1H AG IgG1/P61 (AGP61 IgG1)

HLA P61 binding peptide SLLPAIVEL tethered to CAMPATH-1H light chain V-region by flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain with aglycosyl human IgG1 constant region. Cloned into Celltech expression vector PEE12 for NSO produced antibody.


### TF NSO/CP-1H FCR IgG1/P61 (FcRmut P61 IgG1)

HLA P61 binding peptide SLLPAIVEL tethered to CAMPATH-1H light chain V-region by flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain with no FCR human IgG1 constant region. Cloned into Celltech expression vector PEE12 for NSO produced antibody.

### TF CHO/CO-1H IgG1  (CAMPATH-1H)

Wild type CAMPATH-1H light chain V-region + CAMPATH-1H heavy chain with wild type human IgG1 constant region. Cloned into Wellcome expression vectors pRDN-1 and pBAN-2 for CHO produced antibody.

5

### TF NSO/CP-1H AG IgG1  (AG-IgG1)

Wild type Campath01H light chain V-region + CAMPATH-1H heavy chain with aglycosyl human IgG1 constant region. Cloned into Celltech expression vector PEE12 for NSO produced antibody.

10

### RESULTS

A high dose of the purified, secreted products (CAMPATH-1H, MIM-IgG1, AG.MIM-IgG1) was injected into mice made transgenic for human CD52 (Gilliland et al ). After one week the antibody could be found binding to cells in all 3 groups, whereas lymphocyte depletion could only be seen in the CAMPATH-1H and MIM-IgG1 groups.

15

Mice were then challenged with the wild-type antibody on multiple occasions and could mount only poor xenogeneic humoral responses, unlike mice which had not received the tolerogen or mice that had, instead been treated with the wild-type CAMPATH-1H antibody from the outset. Mice tolerised with the aglycosylated form of MIM-IgG1 (AG.MIM-IgG1) were completely unable to mount a xenogenic response even after 10 challenge doses of the therapeutic CAMPATH-1H antibody.

20

25

Figure 1 shows the binding abilities of the various antibody constructs to CD52-bearing HUT cells. CAMPATH-1H binds with an efficiency approximately 2000 times superior to MIM-IgG1, 5 times than CAMPATH-1H-p61 (both P61-IgG1 and AG.P61-IgG1), and >10,000 times better than AG.MIM-IgG1.

5

Figure 2 shows a Fluorescent Activated cell Sorter (FACS) dot-plot examining the binding of CAMPATH-1H antibody on the lymphocytes of CP-1-transgenic mice given various antibody constructs (0.5mg) intraperitoneally (IP) 3 hours earlier. Peripheral blood and splenic lymphocytes were stained with an anti-human IgG1 to show up any accumulated antibody on their surface. In Fig 2A we examined

10    peripheral blood lymphocytes. Mice treated with the CAMPATH-1H and the AG-MIM-IgG1 form were very brightly stained, in fact saturated with antibody. Indeed some depletion of T-cells from the blood is seen at this stage with both constructs (4% and 32% of the lymphocytes being CD3+). The p61-IgG1 and AG-p61-IgG1 constructs also stain strongly, and achieve some depletion at this

15    time (13.5% and 23% of the blood lymphocytes being CD3+). Mim-IgG1 stains the T-cells in the blood, albeit less effectively than the above constructs, and very little depletion is seen at this stage (65.7%) of the lymphocytes are CD3+). Finally, the AG-MIM-IgG1 binds very weakly to blood lymphocytes and that weak binding is not associated with any T-cell depletion at this stage. In Fig. 2B

20    comparable data are presented on splenic lymphocytes. Here we can see that both MIM-IgG1 and AG-MIM-IgG1 are extremely inefficient at binding and depletion unlike the other constructs that have achieved around 50% depletion by this stage.

25

Figure 3 shows that even though the MIM-IgG1 and AG.MIM-IgG1 antibodies bind poorly to antigen in-vitro, they do bind well to CD52+ cells (in CP-1 transgenic mice) in-vivo. 7 days after the administration of 500ug of each antibody spleen

5    and blood lymphocytes were analysed by flow cytometry. The figure shows that AG.MIM-IgG1 has bound to the CD3+ cells of the animal. MIM-IgG1 has done the same but clearly some depletion has taken place as the percentage of CD3+ cells in the animals is less (1.7% in spleen vs 36.6% for AG.MIM-IgG1; and 16.1% in blood vs 78.9% for AG.MIM-IgG1).

10

Figure 4 shows that mimotope-binding form of CAMPATH-1H (MIM-IgG1) is lytic for blood lymphocytes. After the first 24 hrs there is only limited cell-depletion in the blood. However after 7 days it can see that the high doses of MIM-IgG1 antibody do eliminate a significant number of blood lymphocytes. By

15    1 month the lymphocyte counts in treated hosts are comparable between the two forms of antibody at the high doses (250µg and 500µg). The left column (Fig 4A) shows the level of blood lymphocyte depletion achieved in mice treated with 1µg to 50µg of antibody. At these doses, the mimotope-binding form did not deplete while CAMPATH-1H treated animals showed a dose-dependent depletion of T-

20    cells. In the right column (Fig 4B) CAMPATH-1H shows a fast and efficient depletion of T-cells, whilst the form with bound mimotope achieved a slower depletion that at 7 days was not as complete as with CAMPATH-1H treatment, but was maintained for a longer period. The decrease of hCD52+ cells was not due to coating of the antigen with the injected antibody as the results were

25    confirmed by an equivalent decrease of CD4+ and CD8+ cells.

Figure 5A shows that the mimotope-binding antibody (MIM-IgG1) is poorly immunogenic, and that the aglycosylated form of CAMPATH-1H mimotope is not immunogenic at all. Animals treated with CAMPATH-1H had high titres of anti-CAMPATH-1H Abs, while the titres of mice treated with MIMOTOPE-bound form are far lower. Animals that received the aglycosylated form of the mimotope antibody that is not depleting, had no detectable antiglobulin response. In Fig. 5B it can be seen that the failure of AG.MIM.IgG1 to immunise is not just the result of the mutation to remove the glycosylation of the FC region, as AG-CAMPATH-1H proved very immunogenic. The specificity of the effect for the mimotope was also clearly established as AG-p61-IgG1 was also quite immunogenic.

Figure 6A shows that agylcosylated form of the mimotope-binding CAMPATH-1H antibody (AG.MIM-IgG1) is profoundly tolerogenic. The animals treated at day 0 with CAMPATH-1H linked to the control peptide, or the ones that received no treatment also had high titres of antiglobulin. The mice treated with the mimotope-binding antibody (MIM-IgG1) had much lower titres of antiglobulin, while animals that received the aglycoslylated form of the mimotope-binding antibody (AG.MIM-IgG1) that is not depleting, had no detectable antiglobulin in the sera.

Figure 6B confirms further that the aglycosylated form of mimotope-binding CAMPATH-1H (AG.MIM-IgG1) is profoundly tolerogenic. The results from figure 6B are similar to figure 6A with a larger difference in the antiglobulin titres

between the groups treated at day 0 with CAMPATH-1H, CAMPATH-1H-p61 or untreated and those groups treated with the mimotope-binding antibodies. Again there were no detectable anti-globulins in mice treated with aglycosyl-form (AG.MIM-IgG1)

5

10

CLAIMS:

1. A therapeutic tolerising antibody which comprises an antibody having a specific therapeutic effect wherein the antibody has been subject to a temporary obstruction of its antibody-combining site which reduces the affinity of the antibody for its natural target and wherein following administration to a host the antibody is capable of regenerating sufficient of a functionally-competent form of the therapeutic antibody to achieve the said therapeutic effect, whereby the reduction of the affinity of the antibody for its natural target renders the modified antibody tolerogenic to itself and to its functionally competent form.

2. An antibody as claimed in claim 1 wherein the temporary obstruction of the antibody-combining site converts the antibody temporarily to a non-cell binding antibody.

3. An antibody as claimed in claim 1 or 2 wherein the temporary obstruction of the antibody-combining site is achieved by any of the following;

(i)    the temporary occupancy by a defined antigen or domain thereof, low affinity antigenic peptides or mimotopes; or

(ii)    chemical drugs; or

(iii)    the temporary occupancy by a defined antigen or domain thereof, low affinity antigenic peptides or mimotopes which may be attached by linkers.

4. An antibody as claimed in claim 3 wherein the antigenic moiety, peptide or mimotope is attached to the antibody-combining site via a linker.

5.   An antibody as claimed in claim 4 wherein the linker is enzymatically cleavable.

6. An antibody as claimed in any of the preceding claims further comprising a mutated Fc-region.

7. A pharmaceutical composition comprising the antibody as claimed in any of the preceding claims together with a physiologically acceptable carrier or diluent.

8. An antibody as claimed in claims 1 to 6 for use in therapy.

9. The use of an antibody as claimed in claim 1 to 6 in the manufacture of a medicament for use in the treatment of a mammal to achieve the said therapeutic effect

10. Use as claimed in claim 9 wherein the treatment comprises the repeated administration of the antibody.

11. Use as claimed in claim 9 or 10 wherein the mammal is man.

12. A method of treatment of a human comprising the administration of an antibody as claimed in claim 1 to 6 in a dose sufficient to achieve the said therapeutic effect.

13. A therapeutic tolerising protein which comprises a protein having a specific therapeutic effect wherein the protein has a biologically active site which has been subject to a temporary obstruction which reduces the affinity of the protein for its natural target and wherein following administration to a host the protein is capable of regenerating sufficient of a functionally-competent form of the therapeutic protein to achieve the said therapeutic effect, whereby the reduction of the affinity of the protein for its natural target renders the modified protein tolerogenic to itself and to its functionally competent form.



Figure 1



Figure 2



**Figure 3**

## Comparison of the potency of CAMPATH-1H and MIM-IgG1 to deplete lymphocytes in vivo.



Figure 4

## Comparison of the immunogenicity of CAMPATH-1H, MIM-IgG1 and AG-MIM-IgG1.



Figure 5

## Comparison of the tolerogenic capacity of CAMPATH-1H, MIM-IgG1 and AG-MIM-IgG1.



Figure 6

7/12

```
                                          MIM       Linker
  1   SLALQLLSTQ DLTMGWSCII LFLVATATGV HS QTSSPSAD GGGGSGGGGS

                                  CDR1
 51   DIQMTQSPSS LSASVGDRVT ITCKASQNID KYL NWYQQKP GKAPKLLIY N

            CDR2                                   CDR3
101   TNNLQT GVPS RFSGSGSGTD FTFTISSLQP EDIATYYC LQ HISRPRTFGQ

                        Light chain constant region
151   GTKVEIKTVA APSVFIFPPS DEQLKSGTAS VVCLLNNFYP REAKVQWKVD

201   NALQSGNSQE SVTEQDSKDS TYSLSSTLTL SKADYEKHKV YACEVTHQGL

251   SSPVTKSFNR GEC*KL
```

Figure 7:        Peptide sequence of: CD52 MIM / CP-1H Lightchain

8/12

```
                                                                    H
                                                                    i
            E                       B                               n
            c                       a                               d
            o                       m                               I
            R                       H                               I
            I                       I                               I
            GAATTCGAGCTCGGTACCCGGGGATCCTCTAGAGTCGACCTGCAGGCATGC AAGCTTGGC
            ---------+---------+---------+---------+---------+---------+
            CTTAAGCTCGAGCCATGGGCCCCTAGGAGATCTCAGCTGGACGTCCGTACGTTCGAACCG

   b          N  S  S  S  V  P  G  D  P  L  E  S  T  C  R  H  A  S  L  A  -


                                            Start    CP-1L Leader sequence
            TCTACAGTTACTGAGCACACAGGACCTCACC ATGGGATGGAGCTGTATCATCCTCTTCTT
            ---------+---------+---------+---------+---------+---------+
            AGATGTCAATGACTCGTGTGTCCTGGAGTGGTACCCTACCTCGACATAGTAGGAGAAGAA

   b          L  Q  L  L  S  T  Q  D  L  T  M  G  W  S  C  I  I  L  F  L  -


                                     Mimotope                 Gly4Serx2
            GGTAGCAACAGCTACAGGTGTCCACTC CCAAACCAGCAGCCCCTCAGCAGA CGGAGGTGG
            ---------+---------+---------+---------+---------+---------+
            CCATCGTTGTCGATGTCCACAGGTGAGGGTTTGGTCGTCGGGGAGTCGTCTGCCTCCACC

   b          V  A  T  A  T  G  V  H  S  Q  T  S  S  P  S  A  D  G  G  G


            Linker
            CGGATCCGGTGGAGGCGGAAG CGACATCCAGATGACCCAGAGCCCAAGCAGCCTGAGCGC
            ---------+---------+---------+---------+---------+---------+
            GCCTAGGCCACCTCCGCCTTCGCTGTAGGTCTACTGGGTCTCGGGTTCGTCGGACTCGCG

   b          G  S  G  G  G  G  S  D  I  Q  M  T  Q  S  P  S  S  L  S  A  -


                                          CDR1
            CAGCGTGGGTGACAGAGTGACCATCAC CTGTAAAGCAAGTCAGAATATTGACAAATACTT
            ---------+---------+---------+---------+---------+---------+
            GTCGCACCCACTGTCTCACTGGTAGTGGACATTTCGTTCAGTCTTATAACTGTTTATGAA

   b          S  V  G  D  R  V  T  I  T  C  K  A  S  Q  N  I  D  K  Y  L  -


                                                             CDR2
            AAACTGGTACCAGCAGAAGCCAGGTAAGGCTCCAAAGCTGCTGATCTA CAATACAAACAA
            ---------+---------+---------+---------+---------+---------+
            TTTGACCATGGTCGTCTTCGGTCCATTCGGAGGTTTCGACGACTAGATGTTATGTTTGTT

   b          N  W  Y  Q  Q  K  P  G  K  A  P  K  L  L  I  Y  N  T  N  N  -


            TTTGCAAAC GGGTGTGCCAAGCAGATTCAGCGGTAGCGGTAGCGGTACCGACTTCACCTT
            ---------+---------+---------+---------+---------+---------+
            AAACGTTTGCCCACACGGTTCGTCTAAGTCGCCATCGCCATCGCCATGGCTGAAGTGGAA

   b          L  Q  T  G  V  P  S  R  F  S  G  S  G  S  G  T  D  F  T  F  -
```



```
                                                      CDR3
CACCATCAGCAGCCTCCAGCCAGAGGACATCGCCACCTACTACT GCTTGCAGCATATAAG
---------+---------+---------+---------+---------+---------+
GTGGTAGTCGTCGGAGGTCGGTCTCCTGTAGCGGTGGATGATGACGAACGTCGTATATTC

    T   I   S   S   L   Q   P   E   D   I   A   T   Y   Y   C   L   Q   H   I   S   -
b


TAGGCCGCGCAC GTTCGGCCAAGGGACCAAGGTGGAAATCAAAACTGTGGCTGCACCATC
---------+---------+---------+---------+---------+---------+
ATCCGGCGCGTGCAAGCCGGTTCCCTGGTTCCACCTTTAGTTTTGACACCGACGTGGTAG

    R   P   R   T   F   G   Q   G   T   K   V   E   I   K   T   V   A   A   P   S   -
b

Light chain constant region
TGTCTTCATCTTCCCGCCATCTGATGAGCAGTTGAAATCTGGAACTGCCTCTGTTGTGTG
---------+---------+---------+---------+---------+---------+
ACAGAAGTAGAAGGGCGGTAGACTACTCGTCAACTTTAGACCTTGACGGAGACAACACAC

    V   F   I   F   P   P   S   D   E   Q   L   K   S   G   T   A   S   V   V   C   -
b

CCTGCTGAATAACTTCTATCCCAGAGAGGCCAAAGTACAGTGGAAGGTGGATAACGCCCT
---------+---------+---------+---------+---------+---------+
GGACGACTTATTGAAGATAGGGTCTCTCCGGTTTCATGTCACCTTCCACCTATTGCGGGA

    L   L   N   N   F   Y   P   R   E   A   K   V   Q   W   K   V   D   N   A   L   -
b

CCAATCGGGTAACTCCCAGGAGAGTGTCACAGAGCAGGACAGCAAGGACAGCACCTACAG
---------+---------+---------+---------+---------+---------+
GGTTAGCCCATTGAGGGTCCTCTCACAGTGTCTCGTCCTGTCGTTCCTGTCGTGGATGTC

    Q   S   G   N   S   Q   E   S   V   T   E   Q   D   S   K   D   S   T   Y   S   -
b

CCTCAGCAGCACCCTGACGCTGAGCAAAGCAGACTACGAGAAACACAAAGTCTACGCCTG
---------+---------+---------+---------+---------+---------+
GGAGTCGTCGTGGGACTGCGACTCGTTTCGTCTGATGCTCTTTGTGTTTCAGATGCGGAC

    L   S   S   T   L   T   L   S   K   A   D   Y   E   K   H   K   V   Y   A   C   -
b

CGAAGTCACCCATCAGGGCCTGAGCTCGCCCGTCACAAAGAGCTTCAACAGGGGAGAGTG
---------+---------+---------+---------+---------+---------+
GCTTCAGTGGGTAGTCCCGGACTCGAGCGGGCAGTGTTTCTCGAAGTTGTCCCCTCTCAC

    E   V   T   H   Q   G   L   S   S   P   V   T   K   S   F   N   R   G   E   C   -
b

                 H
                 i
                 n
                 d
                 I
                 I
                 I
TTA GAAGCTT
---------+
AATCTTCGAA
b        *   K   L   -
```

Figure 8: Nucleotide sequence of CD52Mim-CP1L variable region + constant region

```
H
i
n
d
I
I
I                                                        Start
AAGCTTGGCTCTACAGTTACTGAGCACACAGGACCTCACC ATGGGATGGAGCTGTATCAT
-----+---------+---------+---------+---------+---------+--
TTCGAACCGAGATGTCAATGACTCGTGTGTCCTGGAGTGGTACCCTACCTCGACATAGTA
```

         S   A   L   Q   L   L   S   T   Q   D   L   T   M   G   W   S   C   I   I   -

b

```
    CP-1L Leader sequence                          Gly4Serx2 Linker
    CCTCTTCTTGGTAGCAACAGCTACAGGTGTCCACTCCC AAGGAGGTGGCGGATCCGGTGG
    ---------+---------+---------+---------+---------+---------+-
    GGAGAAGAACCATCGTTGTCGATGTCCACAGGTGAGGGTTCCTCCACCGCCTAGGCCACC
```

         L   F   L   V   A   T   A   T   G   V   H   S   Q   G   G   G   G   S   G   G   -

b

```
    AGGCGGAAG CGACATCCAGATGACCCAGAGCCCAAGCAGCCTGAGCGCCAGCGTGGGTGA
    ---------+---------+---------+---------+---------+---------+-----
    TCCGCCTTCGCTGTAGGTCTACTGGGTCTCGGGTTCGTCGGACTCGCGGTCGCACCCACT
```

         G   G   S   D   I   Q   M   T   Q   S   P   S   S   L   S   A   S   V   G   D   -

b

```
                         CDR1
    CAGAGTGACCATCAC CTGTAAAGCAAGTCAGAATATTGACAAATACTT AAACTGGTACCA
    ---------+---------+---------+---------+---------+---------+
    GTCTCACTGGTAGTGGACATTTCGTTCAGTCTTATAACTGTTTATGAATTTGACCATGGT
```

         R   V   T   I   T   C   K   A   S   Q   N   I   D   K   Y   L   N   W   Y   Q   -

b

```
                                              CDR2
    GCAGAAGCCAGGTAAGGCTCCAAAGCTGCTGATCTA CAATACAAACAATTTGCAAAC GGG
    ---------+---------+---------+---------+---------+---------+
    CGTCTTCGGTCCATTCCGAGGTTTCGACGACTAGATGTTATGTTTGTTAAACGTTTGCCC
```

         Q   K   P   G   K   A   P   K   L   L   I   Y   N   T   N   N   L   Q   T   G   -

b

```
    TGTGCCAAGCAGATTCAGCGGTAGCGGTAGCGGTACCGACTTCACCTTCACCATCAGCAG
    ---------+---------+---------+---------+---------+---------+
    ACACGGTTCGTCTAAGTCGCCATCGCCATCGCCATGGCTGAAGTGGAAGTGGTAGTCGTC
```

         V   P   S   R   F   S   G   S   G   S   G   T   D   F   T   F   T   I   S   S   -

b

```
                                              CDR3
    CCTCCAGCCAGAGGACATCGCCACCTACTACT GCTTGCAGCATATAAGTAGGCCGCGCAC
    ---------+---------+---------+---------+---------+---------+
    GGAGGTCGGTCTCCTGTAGCGGTGGATGATGCGGAACGTCGTATATTCATCCGGCGCGTG
```



b       L  Q  P  E  D.I  A  T  Y  Y  C  L  Q  H  I  S  R  P  R  T  -

```
GTTCGGCCAAGGGACCAAGGTGGAAATCAAACGAACTGTGGCTGCACCATCTGTCTTCAT
---------+---------+---------+---------+---------+---------+
CAAGCCGGTTCCCTGGTTCCACCTTTAGTTTGCTTGACACCGACGTGGTAGACAGAAGTA
```

b       F  G  Q  G  T  K  V  E  I  K  R  T  V  A  A  P  S  V  F  I  -

Light chain constant region
```
CTTCCCGCCATCTGATGAGCAGTTGAAATCTGGAACTGCCTCTGTTGTGTGCCTGCTGAA
---------+---------+---------+---------+---------+---------+
GAAGGGCGGTAGACTACTCGTCAACTTTAGACCTTGACGGAGACAACACACGGACGACTT
```

b       F  P  P  S  D  E  Q  L  K  S  G  T  A  S  V  V  C  L  L  N  -

```
TAACTTCTATCCCAGAGAGGCCAAAGTACAGTGGAAGGTGGATAACGCCCTCCAATCGGG
---------+---------+---------+---------+---------+---------+
ATTGAAGATAGGGTCTCTCCGGTTTCATGTCACCTTCCACCTATTGCGGGAGGTTAGCCC
```

b       N  F  Y  P  R  E  A  K  V  Q  W  K  V  D  N  A  L  Q  S  G  -

```
TAACTCCCAGGAGAGTGTCACAGAGCAGGACAGCAAGGACAGCACCTACAGCCTCAGCAG
---------+---------+---------+---------+---------+---------+
ATTGAGGGTCCTCTCACAGTGTCTCGTCCTGTCGTTCCTGTCGTGGATGTCGGAGTCGTC
```

b       N  S  Q  E  S  V  T  E  Q  D  S  K  D  S  T  Y  S  L  S  S  -

```
CACCCTGACGCTGAGCAAAGCAGACTACGAGAAACACAAAGTCTACGCCTGCGAAGTCAC
---------+---------+---------+---------+---------+---------+
GTGGGACTGCGACTCGTTTCGTCTGATGCTCTTTGTGTTTCAGATGCGGACGCTTCAGTG
```

b       T  L  T  L  S  K  A  D  Y  E  K  H  K  V  Y  A  C  E  V  T  -

H
i
n
d
I
I
I
```
CCATCAGGGCCTGAGCTCGCCCGTCACAAAGAGCTTCAACAGGGGAGAGTGTTAGAAGCT
---------+---------+---------+---------+---------+---------+
GGTAGTCCCGGACTCGAGCGGGCAGTGTTTCTCGAAGTTGTCCCCTCTCACAATCTTCGA
```

b       H  Q  G  L  S  S  P  V  T  K  S  F  N  R  G  E  C  *  K  L  -

Figure 9 :Nucleotide sequence of linker-CP-1L variable region + constant region

10/12

```
                                            Linker
  1   VSLALQLLST QDLTMGWSCI ILFLVATATG VHSQ GGGGSG GGGS DIQMTQ

                   CDR1                          CDR2
 51   SPSSLSASVG DRVT ITCKAS QNIDKYL NWY QQKPGKAPKL LIY NTNNLQT

                          CDR3
101   GVPSRFSGSG SGTDFTFTIS SLQPEDIAT Y YCLQHISRPR T FGQGTKVEI

          Light chain constant region
151   KRTVAAPSVF IFPPSDEQLK SGTASVVCLL NNFYPREAKV QWKVDNALQS

201   GNSQESVTEQ DSKDSTYSLS STLTLSKADY EKHKVYACEV THQGLSSPVT

251   KSFNRGEC*K LCSRLEFVDE LPIVS
```

Figure 10 : Peptide sequence of linker-CP-1H light chain

11/12

```
                   H
                   i
                   n
                   d
                   I
                   I                                              Start
                   I
   GCATCACTAGT AAGCTT GGCTCTACAGTTACTGAGCACACAGGACCTCACCATGGGATGG
   +---------+---------+---------+---------+---------+---------
   CGTAGTGATCATTCGAACCGAGATGTCAATGACTCGTGTGTCCTGGAGTGGTACCCTACC

     A  S  L  V  S  L  A  L  Q  L  L  S  T  Q  D  L  T  M  G  W  -
c

       CP-1L Leader Sequence                          HLA P61
   AGCTGTATCATCCTCTTCTTGGTAGCAACAGCTACAGGTGTCCACTCCCAAAGCCTGCTG
   +---------+---------+---------+---------+---------+---------
   TCGACATAGTAGGAGAAGAACCATCGTTGTCGATGTCCACAGGTGAGGGTTTCGGACGAC

     S  C  I  I  L  F  L  V  A  T  A  T  G  V  H  S  Q  S  L  L  -
c

               Gly4Serx2 Linker
   CCAGCAATCGTGGAGCTGGGAGGTGGCGGATCCGGTGGAGGCGGAAG CGACATCCAGATG
   +---------+---------+---------+---------+---------+---------
   GGTCGTTAGCACCTCGACCCTCCACCGCCTAGGCCACCTCCGCCTTCGCTGTAGGTCTAC

     P  A  I  V  E  L  G  G  G  G  S  G  G  G  G  S  D  I  Q  M  -
c

                                                          CDR1
   ACCCAGAGCCCAAGCAGCCTGAGCGCCAGCGTGGGTGACAGAGTGACCATCACCTGTAAA
   +---------+---------+---------+---------+---------+---------
   TGGGTCTCGGGTTCGTCGGACTCGCGGTCGCACCCACTGTCTCACTGGTAGTGGACATTT

     T  Q  S  P  S  S  L  S  A  S  V  G  D  R  V  T  I  T  C  K  -
c

   GCAAGTCAGAATATTGACAAATACTT AAACTGGTACCAGCAGAAGCCAGGTAAGGCTCCA
   +---------+---------+---------+---------+---------+---------
   CGTTCAGTCTTATAACTGTTTATGAATTTGACCATGGTCGTCTTCGGTCCATTCCGAGGT

     A  S  Q  N  I  D  K  Y  L  N  W  Y  Q  Q  K  P  G  K  A  P  -
c

                          CDR2
   AAGCTGCTGATCTA CAATACAAACAATTTGCAAAC GGGTGTGCCAAGCAGATTCAGCGGT
   +---------+---------+---------+---------+---------+---------
   TTCGACGACTAGATGTTATGTTTGTTAAACGTTTGCCCACACGGTTCGTCTAAGTCGCCA

     K  L  L  I  Y  N  T  N  N  L  Q  T  G  V  P  S  R  F  S  G  -
c

   AGCGGTAGCGGTACCGACTTCACCTTCACCATCAGCAGCCTCCAGCCAGAGGACATCGCC
   +---------+---------+---------+---------+---------+---------
```



```
        TCGCCATCGCCATGGCTGAAGTGGAAGTGGTAGTCGTCGGAGGTCGGTCTCCTGTAGCGG

C        S   G   S   G   T   D   F   T   F   T   I   S   S   L   Q   P   E   D   I   A   -
                                CDR3
        ACCTACTACT GCTTGCAGCATATAAGTAGGCCGCGCAC GTTCGGCCAAGGGACCAAGGTG
        +---------+---------+---------+---------+---------+---------
        TGGATGATGACGAACGTCGTATATTCATCCGGCGCGTGCAAGCCGGTTCCCTGGTTCCAC

                                           Light chain constant region
C        T   Y   Y   C   L   Q   H   I   S   R   P   R   T   F   G   Q   G   T   K   V   -

        GAAATCAAACGAACTGTGGCTGCACCATCTGTCTTCATCTTCCCGCCATCTGATGAGCAG
        +---------+---------+---------+---------+---------+---------
        CTTTAGTTTGCTTGACACCGACGTGGTAGACAGAAGTAGAAGGGCGGTAGACTACTCGTC

C        E   I   K   R   T   V   A   A   P   S   V   F   I   F   P   P   S   D   E   Q   -

        TTGAAATCTGGAACTGCCTCTGTTGTGTGCCTGCTGAATAACTTCTATCCCAGAGAGGCC
        +---------+---------+---------+---------+---------+---------
        AACTTTAGACCTTGACGGAGACAACACACGGACGACTTATTGAAGATAGGGTCTCTCCGG

C        L   K   S   G   T   A   S   V   V   C   L   L   N   N   F   Y   P   R   E   A   -

        AAAGTACAGTGGAAGGTGGATAACGCCCTCCAATCGGGTAACTCCCAGGAGAGTGTCACA
        +---------+---------+---------+---------+---------+---------
        TTTCATGTCACCTTCCACCTATTGCGGGAGGTTAGCCCATTGAGGGTCCTCTCACAGTGT

C        K   V   Q   W   K   V   D   N   A   L   Q   S   G   N   S   Q   E   S   V   T   -

        GAGCAGGACAGCAAGGACAGCACCTACAGCCTCAGCAGCACCCTGACGCTGAGCAAAGCA
        +---------+---------+---------+---------+---------+---------
        CTCGTCCTGTCGTTCCTGTCGTGGATGTCGGAGTCGTCGTGGGACTGCGACTCGTTTCGT

C        E   Q   D   S   K   D   S   T   Y   S   L   S   S   T   L   T   L   S   K   A   -

        GACTACGAGAAACACAAAGTCTACGCCTGCGAAGTCACCCATCAGGGCCTGAGCTCGCCC
        +---------+---------+---------+---------+---------+---------
        CTGATGCTCTTTGTGTTTCAGATGCGGACGCTTCAGTGGGTAGTCCCGGACTCGAGCGGG

C        D   Y   E   K   H   K   V   Y   A   C   E   V   T   H   Q   G   L   S   S   P   -

                                Hind 111
        GTCACAAAGAGCTTCAACAGGGGAGAGTGTTAG AAGCTT TG
        +---------+---------+---------+---------+
        CAGTGTTTCTCGAAGTTGTCCCCTCTCACAATCTTCGAAAC

C        V   T   K   S   F   N   R   G   E   C   *   K   L       -
```

Figure 11: Nucleotide sequence of P61-CP1L variable region + constant region

12/12

STQDLTMGWS CIILFLVATA

      HLA-P61     Linker                           CDR1
TGVHSQ**SLLP AIVEL GGGGS GGGGS** DIQMT QSPSSLSASV GDRVT **ITCKA**

                              CDR2
**SQNIDKYL** NW YQQKPGKAPK LLIY **NTNNLQ T** GVPSRFSGS GSGTDFTFTI

              CDR3
SSLQPEDIAT **YYCLQHISRP RT** FGQGTKVE IKRTVAAPSV FIFPPSDEQL

Light chain constant region
KSGTASVVCL LNNFYPREAK VQWKVDNALQ SGNSQESVTE QDSKDSTYSL

SSTLTLSKAD YEKHKVYACE VTHQGLSSPV TKSFNRGEC* XLCSRLEFVD

ELPIVSRI*R P

Figure 12 : Peptide sequence of p61-L2.seq  check: 678  from: 1  to: 1085(assembly of P61 linked to CP1H L-chain in pGEM9)

PCT/GB 01/04548

Elkington & Fife

22/10/01

# EXHIBIT 3

PCT/GB01/04518



REC'D **1 6 JAN 2002**

WIPO          PCT

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

### United States Patent and Trademark Office

### December 17, 2001

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK
OFFICE OF THOSE PAPERS OF THE BELOW IDENTIFIED PATENT
APPLICATION THAT MET THE REQUIREMENTS TO BE GRANTED A
FILING DATE UNDER 35 USC 111.

**APPLICATION NUMBER:** *60/242,143*
**FILING DATE:** *October 23, 2000*

**PRIORITY
DOCUMENT**
SUBMITTED OR TRANSMITTED IN
COMPLIANCE WITH RULE 17.1(a) OR (b)

By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

N. WILLIAMS
**Certifying Officer**

## *PROVISIONAL APPLICATION COVER SHEET*

This is a request for filing a PROVISIONAL APPLICATION under 37 CFR 1.53(c)(1).

| Docket Number | 1768-132 | Type a plus sign (+) inside this box —> | + |
|---|---|---|---|

### INVENTOR(s)/APPLICANT(s)

| LAST NAME | FIRST NAME | MIDDLE INITIAL | RESIDENCE (CITY AND EITHER STATE OR FOREIGN COUNTRY) |
|---|---|---|---|
| Waldmann | Herman | R. | Oxford, United Kingdom |
| Frewin | Mark | | Oxford, United Kingdom |
| Gilliland | Lisa | K. | Oxford, United Kingdom |
| Simoes da Silva Graca | Luis | R. | Oxford, United Kingdom |

### TITLE OF THE INVENTION (280 characters max)

Therapeutic Antibodies

### CORRESPONDENCE ADDRESS

Rothwell, Figg, Ernst & Manbeck, P.C.
555 13th St., N.W., Suite 701 East Tower

| STATE | Washington, D.C. | ZIP CODE | 20004 | COUNTRY | USA |
|---|---|---|---|---|---|

### ENCLOSED APPLICATION PARTS (check all that apply)

[X] Specification    *Number of Pages*    [27]        [X] Applicant claims small entity status. See 37 CFR 1.27

[X] Drawing(s)    *Number of Sheets*    [ 15  for 12 figures ]    [ ] Other *(specify)* _____

### METHOD OF PAYMENT (check one)

| [X] A check or money order is enclosed to cover the Provisional filing fee [X] Applicant claims small entity status. [ ] The Commissioner is hereby authorized to charge filing fees and credit Deposit Account Number: 02-2135 | PROVISIONAL FILING AMOUNT | $75.00 |
|---|---|---|

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

[X] No.

[ ] Yes, the name of the U.S. Government agency and the Government contract number are: _____

Respectfully submitted,

SIGNATURE _____    Date _October 23, 2000_

TYPED or PRINTED NAME   E. Anthny Figg        REGISTRATION NO. ___27,195___

[ ] Additional inventors are being named on separately numbered sheets attached hereto.

## *PROVISIONAL APPLICATION FILING ONLY*

1

# THERAPEUTIC ANTIBODIES

## FIELD OF THE INVENTION

The present invention relates to therapeutic antibodies and to a method for

5    reducing or eliminating their immunogenicity

Tolerance to foreign antigen or tissue is a state whereby an otherwise normal, mature immune system is specifically unable to respond aggressively to that antigen/tissue which it therefore treats like a normal (non-diseased) body tissue/component. At the same time the immune system is competent to respond

10    aggressively to foreign or diseased antigens/tissues to which it has not specifically tolerant either by the natural process of self-tolerance or by therapeutic tolerance induction procedures. A test for tolerance usually requires a demonstration that the tolerant individual fails to become immune to the specific antigen/tissue when one or preferably more attempts to immunize are made at a later time when the

15    same individual can be shown to respond to an irrelevant antigen/tissue. As used herein, reference to induction of tolerance is also intended to encompass both complete and partial/incomplete tolerance induction. Complete tolerance induction involves the removal of the immune response to the antigen/tissue to

20    which tolerance is to be induced whereas partial or incomplete tolerance induction involves a significant reduction in this immune response.

2

PRIOR ART

One of the major problems with the use of antibodies in therapy is the immune
response mounted against them. As humans are naturally tolerant of their
immunoglobulins, a number of strategies have been used to create human forms
of therapeutic antibodies, strategies such as humanisation, phage display from
human libraries, or the use of mice carrying carrying human immunoglobulin
gene repertoires. Although useful, these procedures cannot guarantee that patients
do not still react against unique features of the therapeutic antibody, features such
as the allotypic determinants in the constant regions, and idiotypic determinants
encoded by the complementary-determining regions (CDRs).

Chiller and Weigle (1970) PNAS 65:551 showed in rodents that tolerance to
foreign immunoglobulins can be induced by deaggregated monomers of those
immunoglobulins whilst aggregates of such immunoglobulins were potentially
immunogenic. Benjamin and Waldmann et al (1986) J. Exp. Med. 163:1539
showed that cell-binding antibodies could also be immunogenic compared to non-
cell binding antibodies. Isaacs and Waldman (1994) Therapeutic Immunology
1:363-312 showed that the humoral response against therapeutic antibodies is
CD4+ T-cell-dependent. To ensure that therapeutic antibodies are not
immunogenic it would be desirable to induce tolerance in the CD4 T-cell
population to all potentially immunogenic determinants of those therapeutic
antibodies that host-cells might recognise.

Gilliland et al (1999) The Journal of Immunology 162:3663-3671, described an
alternative route to prevent immune response against therapeutic antibodies by

3

pre-tolerising the host with a monomeric preparation of non-cell-binding antibody mutants. Specifically, this study showed that mutants of the anti-CD52 antibody CAMPATH-1H which are non-cell-binding lose immunogenicity and can consequently induce tolerance to wild-type binding antibodies. CAMPATH-1 is the generic name given to the CD52 glycoprotein antigen and to the family of antibodies that recognize this. CAMPATH is a registered trade mark. The unique ability of CAMPATH-1H antibodies to kill lymphocytes by both complement-mediated lysis and cell-mediated lysis has led to the extensive use of these antibodies for the serotherapy of lymphoma, marrow and organ transplantation and in the treatment of autoimmune diseases. The observation that some patients mount antiglobulin responses to the therapeutic antibody led to research aimed at abolishing immunogenicity. Gilliland et al. showed in murine models that the antiglobulin response to a cell-binding form of the CAMPATH-1H antibody could be abolished by first tolerizing with a non-cell binding mutant. However, to use this method therapeutically would require the application of two products, the non-binding tolerogen and the actual therapeutic antibody. This is a costly process and has the disadvantage that as the mutant and therapeutic antibodies differ in a few amino-acid residues and in some cases tolerance may not extend to the difference, so that an antiglobulin response could still arise to the wild-type (unmutated) antibody. There is therefore a need to ensure tolerance to the whole therapeutic antibody.

It has thus been a long-term goal in immunology to find a means to abolish the potential to mount an immune response to certain therapeutic proteins which may have amino-acid sequences different to the host. This would have major

4

implications in a broad range of therapeutic areas ranging from cancer, to
autoimmune disease to transplantation.

STATEMENT OF THE INVENTION

5    According to one aspect the present invention is directed to a therapeutic
tolerising antibody which comprises a therapeutic antibody having a specific
therapeutic effect wherein the antibody has been subject to a temporary
obstruction of its antibody-combining site which reduces the affinity of the
antibody for its natural target and wherein following administration to a host the
10   antibody is capable of regenerating sufficient of a functionally-competent form of
the therapeutic antibody to achieve the said therapeutic effect, whereby the
reduction of the affinity of the antibody for its natural target renders the modified
antibody tolerogenic to itself and to its functionally-competent form.

15   Using this antibody the imunogenicity of cell-binding antibodies may be reduced
or circumvented so that antibody therapy can be used to its full potential. The
affinity of the antibody for its natural target is temporarily reduced such that it is
able to at least partially tolerise but loses its ability to immunise the host. Only
one product is used which is one able to tolerise itself whilst maintaining the
20   potential to target the antigen in the host. This eliminates the need for two
products as used previously. The temporary blockade of the antibody combining
site (ACS) of the antibody must be for a sufficient time to induce tolerance within
the host immune system but once this has been achieved the antibody should
revert to or regenerate a form which can interact with the therapeutic target to its

5

full effect. Thus, immunologically foreign antibodies may be given without the
risk of evoking a host immune response to them.

Chimeric and humanised, e.g. CDR-grafted, antibodies may be used in accordance
5        with the present invention. These antibodies are less immunogenic than the
corresponding rodent antibodies and thus temporary ACS blockade of such
antibodies in accordance with the present invention may further reduce
immunogenicity and enhance tolerogenicity.

The temporary blockade of the ACS may be effected by the following, including ;

(i)     Temporary occupancy with molecules such as the defined antigen or a
domain thereof, low affinity antigenic peptides or mimotopes, by pre-
incubation in-vitro, that might gradually dissociate in-vivo, such that the
antibody would gradually accumulate on cell-bound or other "target" antigen
if the association and dissociation constants were favourable by comparison
with the "obstructive" element; or

(ii)    Temporary occupancy with molecules such as the defined antigen or a
domain thereof, low affinity antigenic peptides or mimotopes which may be
attached by flexible linkers. Once administered in-vivo the antibody would
20       gradually accumulate on cell-bound or other "target" antigen if the
association and dissociation constants were favourable by comparison with
the "obstructive" element; or

(iii)   Chemical drugs which may bind non-covalently in the ACS and be able to
dissociate in-vivo; or

25   (iv)    Other changes that might temporarily obstruct the ACS.

6

Such a modification would interfere with antibody binding for a limited period, which would be enough to ensure that the administered therapeutic antibody has a tolerizing effect (which is at least a partial tolerizing effect) while allowing for the antibody to revert to or regenerate sufficient of its functionally-competent form to achieve the desired therapeutic effect. Removal of the modification may also occur by the host's own physiological and biochemical processes such as pH changes, enzymatic cleavage within the host, natural competition with host antigens bound to cells. For example a peptide mimotope could be linked to the antibody H or L chain by a linker which carries an enzyme degradable motif, susceptible to cleavage by host enzymes, such as for example, leukocyte elastase, in-vivo.

According to one particularly advantageous embodiment of the invention the linker is cleaved by an enzyme which occurs only or preferentially at the desired site of action of the therapeutic antibody thereby providing selective delivery of the therapeutic antibody to the desired site of action. For example a linker cleaved by leukocyte elastase would be appropriate for an antibody whose intended site of action was the joints. Alternatively, soluble antigen or mimotope might dissociate more easily at low pH within the site of a tumour which may also provide selective delivery of the antibody to the desired site of action. Alternatively, a low affinity mimotope attached by an inert linker may naturally dissociate in-vivo, and reassociation may be prevented by the ACS interacting with the natural antigen on host cells

7

Preferably, the native antigen, domains thereof, and peptide fragments or mimotopes are used to modify the ACS. The latter may be generated from peptide libraries either synthetically or biologically-derived. Non-covalently binding chemicals can be screened from natural or synthetic libraries or from other available products, for their ability to inhibit antibody binding to its antigen or a surrogate equivalent. The linkers which may be used are preferably flexible, but could be enzymatically cleavable and/or degradable by the body over a set time period.

The present invention is also directed to antibodies as described above further comprising an Fc-mutated region designed to reduced interaction with the complement system and with specialised cell receptors for the Fc region of immunoglobulins (FcR receptors). Part of the immunogenicity of cell-binding antibodies may come from their capacity to biologically activate the complement system and other cells which bind through FcR receptors. The removal of the biological effector functions in the Fc region of the antibody may reduce immunogenicity as compared to the unmodified antibody and thus enhance tolerogenicity. This will be useful for many antibodies where cell lysis is not essential, such as blocking or agonist antibodies. Thus, the addition of mutations in the ACS together with those in the Fc region may be the most effective at tolerisation towards Fc mutated antibodies designed to block or enhance cell-function.

According to a further aspect, the invention provides an antibody as defined above for use in therapy.

8

According to a still further aspect, the invention provides the use of an antibody as defined above in the manufacture of a medicament for use in the treatment of a mammal to achieve the said therapeutic effect. The treatment comprises the administration of the medicament in a dose sufficient to achieve the desired therapeutic effect. The treatment may comprise the repeated administration of the antibody.

According to a still further aspect, the invention provides a method of treatment of a human comprising the administration of an antibody as defined above in a dose sufficient to achieve the desired therapeutic effect. The therapeutic effect may be the alleviation or prevention of diseases which may include cancer, chronic inflammatory diseases such rheumatoid arthritis, autoimmune diseases such as diabetes, psoriasis, multiple sclerosis, systemic lupus and others, allergic diseases such as asthma, cardiovascular diseases such as myocardial infarction, stroke and infectious diseases. Indeed any disease where continuous or repeated doses of a therapeutic antibody are contemplated.

Temporary modification of the type described above may also be applicable to therapeutic proteins other than antibodies whose activity depends on a biologically active site which can be transiently blocked and where the activity of this site determines immunogenicity. Examples of such therapeutic proteins include hormones, enzymes, clotting factors, cytokines, chemokines, immunoglobulin-based fusion proteins.

9

The present invention is also directed to a therapeutic tolerising protein which comprises a protein having a specific therapeutic effect wherein the protein has a biologically active site which has been subject to a temporary obstruction which reduces the affinity of the protein for its natural target and wherein following administration to a host the protein is capable of regenerating sufficient of a functionally-competent form of the therapeutic protein to achieve the said therapeutic effect, whereby the reduction of the affinity of the protein for its natural target renders the modified protein tolerogenic to itself and to its functionally competent form.

The present invention is also directed to a method of modifying the pharmacokinetics of a therapeutic antibody or other protein such that its half-life is extended through longer-term presence as a free monomer. This is advantageous as a form of "slow release depot" in terms of cumulative doses and frequency of administration of the therapeutic protein needed to achieve desired therapeutic effects. In addition it also allows better tumour penetration and minimises some of the side-effects that follow antibody administration, effects resulting from immediate and massive accumulation of antibody on target cells.

The following Examples illustrate the invention. In the accompanying drawings:

Figure 1 shows the results of binding studies which show that the form of CAMPATH-1H, with the mimotope bound by a flexible linker, is not able to bind to human T-cell line HUT78 which carries CD52 by comparison with forms of CAMPATH-1H carrying the linker alone (linker), an irrelevant peptide linked in

10

the same way (p61-IgG1), the linker with mimotope attached (MIM-IgG1), as well as aglycosylated (removal of asparagine at position 297 of the H-chain) forms of the various antibodies (AG etc). It should be noted that AG.MIM-IgG1 form is also non-cell binding, and that the mere insertion of the linker itself reduces binding of CAMPATH-1H by about 4 fold.

Figure 2 shows a Fluorescent Activated cell Sorter (FACS) dot-plot examining the binding of CAMPATH-1H antibody on the lymphocytes of CP-1-transgenic mice given various antibody constructs (0.5mg) intraperitoneally (IP) 3 hours earlier. Peripheral blood and splenic lymphocytes were stained with an anti-human IgG1 to show up any accumulated antibody on their surface. In Fig 2A we examined peripheral blood lymphocytes. Mice treated with the CAMPATH-1H and the AG-CAMPATH-1H form were very brightly stained, in fact saturated with antibody. Indeed some depletion of T-cells from the blood is seen at this stage with both constructs (4% and 32% of the lymphocytes being CD3+). The p61-IgG1 and AG-p61-IgG1 constructs also stain strongly, and achieve some depletion at this time (13.5% and 23% of the blood lymphocytes being CD3+). Mim-IgG1 stains the T-cells in the blood, albeit less effectively than the above constructs, and very little depletion is seen at this stage (65.7%) of the lymphocytes are CD3+). Finally, the AG-MIM-IgG1 binds very weakly to blood lymphocytes and that weak binding is not associated with any T-cell depletion at this stage. In Fig. 2B comparable data are presented on splenic lymphocytes. Here we can see that both MIM-IgG1 and AG-MIM-IgG1 are extremely inefficient at binding and depletion unlike the other constructs that have achieved around 50% depletion by this stage.

11

Figure 3 shows that even though the MIM-IgG1 and AG.MIM-IgG1 antibodies bind poorly to antigen in-vitro, they do bind to CD52+ cells (in CP-1 transgenic mice) in-vivo. 7 days after the administration of 500µg of each antibody spleen and blood lymphocytes were analysed by flow cytometry. This figure shows that AG.MIM-IgG1 has bound to the CD3+ cells of the animal, and that the intensity of staining is higher than in fig.2. MIM-IgG1 has done the same but clearly some depletion has taken place as the percentage of CD3+ cells in the animals is less (1.7% in spleen vs 36.6% for AG.MIM-IgG1; and 16.1% in blood vs 78.9% for AG.MIM-IgG1).

Figure 4 shows the effects, on peripheral blood lymphocyte counts, of treating mice transgenic for the CAMPATH-1 antigen (CP-1 mice) with different doses of CAMPATH-1H with (MIM-IgG1) or without the bound mimotope (CAMPATH-1H)). Peripheral blood lymphocytes (PBL) were analysed by flow cytometry. The left column shows the results of mice treated with 1µg to 50µg of antibody and the right column shows the results of the second experiment where animals were treated with 0.1mg to 0.5mg of antibody. The therapeutic antibody can kill host lymphocytes within 24 hours at doses down to 5µg/ml whereas the antibody with mimotope bound is not able to do so with doses up to 250µg/ml. In contrast at 21 days there are clear effects of depletion seen at the 250µg and 500µg doses of "with mimotope" while with the therapeutic antibody CAMPATH-1H lymphocytes are beginning to replenish the blood.

Figure 5 shows the immunogenicity of the various antibody constructs in CP-1 transgenic mice. Sera were taken from CP-1 mice treated with different doses of

12

test antibodies. Sera were collected 21days (expt. A) or 28 days (expt. B)  after administration and assessed for the presence of anti-CAMPATH-1H Abs by ELISA. Serum samples were diluted 1:20 in PBS 1% BSA and subsequently in two-fold dilutions. All doses of the therapeutic antibody CAMPATH-1H were immunogenic, while responses to all other modified forms were much lower (including p61-IgG1).   Remarkably, 500µg of the aglycosylated form with the mimotope (AG.MIM-IgG1) bound generated absolutely no response whatsoever. In Fig. B it can be seen that the failure of AG.MIM.IgG1 to immunise is not just the result of the mutation to remove the glycosylation of the FC region, as AG-CAMPATH-1H proved very immunogenic. The specificity of the effect for the mimotope was also clearly established as AG-p61-IgG1 was also quite immunogenic.

Figure 6A examines the tolerogenicity of the various antibody constructs in CP-1 transgenic mice and shows the results of sera from CP1 mice treated with different doses of Ab at day 0 which were collected 30 days after challenge with 5 daily intraperitoneal injections of 50µg of CAMPATH-1H and assessed for the presence of anti-CAMPATH-1H Abs by ELISA. Serum samples were diluted 1:20 in phosphate buffered saline (PBS) containing 1% BSA and subsequently titrated out in twofold dilutions. In the left hand figure mice were left 60 days before receiving the challenge CAMPATH-1H antibody, while in the right-hand figure they were left 21 days. The left figure (Fig 5a) shows that animals pre-treated with any of 100, 250 or 500µg doses of the mimotope were very impaired in their humoral response to CAMPATH-1H. This indicates some level of tolerisation. However, the right hand figure shows that mice were completely

13

tolerised with the aglycosylated form of the MIM-binding antibody, but only partially impaired with the antibody binding the irrelevant peptide.

Figure 6B examines the tolerogenic potential of the constructs are repeat boosting with the challenge antibody CAMPATH-1H. These are the results for the same animals seen in figure 5A, which had received a further challenge with 5 doses of 50µg CAMPATH-1H antibody at the time of the previous sera collection. Sera from these animals were then collected 30 days after the rechallenge and analysed as described in figure 5. The conclusions are similar to those in Fig 6A.

Figures 7 and 8 show the nucleotide and amino acid sequence for the construct MIM-IgG1 used in the following examples.

Figures 9 and 10 show the nucleotide and amino acid sequence for the linker used in the following examples.

Figures 11 and 12 show the nucleotide and amino acid sequence for P61-IgG1 used in the following examples.

14

EXAMPLES

MATERIALS AND METHODS

The humanised anti-CD52 antibody CAMPATH-1H was used in the following

5     experiments. Various constructs were made using the CAMPATH-1H antibody

and the following methodology.


Generation of non-binding variants of CAMPATH-1H:


The cloning of the V-regions of the humanised antibody CAMPATH-1H specific

for the human CD52 antigen is performed as described in Gilliland et al (1999)

The Journal of Immunology 162:33663-3671. The methodology is based on that

of Orlandi et al., 1989, PNAS 86: 3833, using the polymerase chain reaction

(PCR). The wild-type humanised CAMPATH-1 light chain was cloned into the

vector pGEM 9 (Promega) and used as a PCR template for site–directed

15    mutagenesis.


A flexible linker (Gly4Ser x 2) was added to the amino-terminal end of the light

chain between the CAMPATH-1H leader sequence and CAMPATH-1H VL

20    sequence using the oligonucleotide primers PUCSE2 and Link L-3' + Link-L-

5'and PUCSE REV. The resulting fragments were PCR assembled using primers

PUCSE2 + PUCSE REV to give full length Linker-CP-1H light chain which

could be cloned into expression vector as Hind111/Hind 111 fragment.

15

The Linker-CP-1H light chain construct was then used as a PCR template to generate the CD52 Mimotope QTSSPSAD and P61 SLLPAIVEL peptide constructs. Primers PUCSE2 and MIM-3' +CD52Mim-5' and PUCSE REV were used to give Mimotope-CP-1H light chain construct.Primers PUCSE2 and P61-3' + HuP61-5' and PUCSE REV were used to give P61-CP-1H light chain construct.

Linker-CP-1H, Mimotope-CP-1H, P61-CP-1H mutants were transferred to pBAN-2, a derivative of the pNH316 mammalian expression vector containing neomycin selection (Page et al. 1991 Biotechnology 9:64-68). and PEE 12 a mammalian expression vector containing the Glutamine Synthetase gene for selection Bebbington et al. 1992 Biotechnology 10:169-175.

Subconfluent dhfr⁻ Chinese Hamster Ovary cells (Page et al. 1991 Biotechnology 9:64-68) or NSO mouse myeloma cells (ECACC cat no 8511503, Meth Enzymol 1981, 73B,3) were co-transfected with the light chain mutants and the CAMPATH-1H heavy chain construct with wild type human IgG1 constant region, aglycosyl human IgG1 constant region and Non FcR binding human IgG1 constant region.

CAMPATH –1H heavy chain constructs were expressed in pRDN-1 a variant of the pLD9 mammalian expression vector with a dhfr selectable marker (Page et al. 1991 Biotechnology 9:64-68) and PEE 12.

Transfection was carried out using LipofectAMINE PLUS reagent (Life Technologies) following the manufacturers recommendations.

Human IgG1 constant was derived from the wild type G1m (1,17) gene described by Takahashi et al., 1982 Cell 29, 671-679. Aglycosyl mutation at position 297 from asparagine to an alanine residue. Oligosaccharide at Asn-297 is a characteristic feature of all normal human IgG antibodies (Kabat et al, Sequence of proteins of immunological interest US Department of Health human services publication). Substitution of asparagine with alanine prevents the glycosylation of the antibody (Routledge and Waldman, Transplantation, 1995, 60). Non FcR binding mutation at position 235  from leucine to alanine and position 237 from glycine to alanine Xu et al,. 1993 J Immunology 150: 152A. Substitution of leucine and glycine at positions 235 and 237 prevents complement fixation and activation.

Heavy and Light chain transfectants are selected for in hypoxanthine free IMDM containing 1mg G418 + 5% (v/v) dialysed foetal calf serum. Resulting selected cells are screen for antibody production by ELISA and for antigen binding to human T cell clone HUT 78 Gootenberg JE et al. 1981 J. Exp. Med. 154: 1403-1418 and CD52 transgenic mice.

Cells producing antibody were cloned by limiting dilution, and then expanded into roller bottles cultures. The immunoglobulin from approximately 15 litres of tissue culture supernatant from each cell line is purified on protein A, dialysed against PBS and quantified.

17

List of Primers used

PUCSE-2        5'-CAC AGA TGC GTA AGG AGA AAA TAC-3'

PUCSE REV   5'-GCA GTG AGC GCA ACG CAA T-3'

LINK-L3'        5'-GCT TCC GCC TCC ACC GGA TCC GCC ACC TCC TTG

GGA  GTG GAC ACC TGT AGC TGT TGC TAC-3'

LINK-L5'       5-GGA GGT GGC GGA TCC GGT GGA GGC GGA AGC

GAC ATC CAG ATG ACC CAG AGC CCA AG-3'

MIM-3'         5'-GTC TGC TGA TGG GCT GCT GGT TTG GGA GTG GAC

ACC TGT AGC TGT TGC-3'

CD52Mim-5'   5'-CAA ACC AGC AGC CCA TCA GCA GAC GGA GGT

GGC GGA TCC GGT GGA GGA-3'

P61-3'          5'-CTC CAC GAT TGC TGG CAG CAG GCT TTG GGA GTG

GAC ACC TGT AGC TGT TG-3'

HuP61-        5'AGC CTG CTG CCA GCA ATC GTG GAG CTG GGA GGT

GGC GGA TCC GGT GGA G-3'

A blocking ligand was based on a published sequence of antibody peptide
mimotope (Hale G 1995 Immunotechnology 1,175-187) and was engineered into
the wild-type CAMPATH-1H antibody as a cDNA sequence with a generic linker
to attach the peptide product to the antibody light chain so as to enable the
antibody to be secreted with its ligand bound in the antibody combining site. A
similar antibody also had its Fc-region mutated so as to remove the glycosylation
site at position 297.

18

## CONSTRUCTS/CELL LINES PRODUCED

### TF CHO/CP-1H IgG1/MIM and TF NSO/CP-1H IgG1/MIM  (MIM IgG1)

CD52 Mimotope QTSSPSAD tethered to CAMPATH-1H light chain V-region by flexible Glycine4 Serine x2 Linker + Campath- 1H heavy chain with wild type human IgG1 constant region. Cloned into Celltech expression vector PEE12 for NSO produced antibody and Wellcome pRDN-1 and pBAN-2 expression vectors for CHO produced antibody.

### TF NSO/CP-1H AG IgG1/MIM  (AG MIM IgG1)

CD52 Mimotope QTSSPSAD tethered to CAMPATH-1H light chain V-region by flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain Aglycosyl human IgG1 constant region. Cloned into Celltech expression vector PEE12 for NSO produced antibody.

### TF NSO/CP-1H FCR IgG1/MIM  (FcRmutMIM IgG1)

CD52 Mimotope QTSSPSAD tethered to CAMPATH-1H light chain V-region by flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain FcR-MUTATED human IgG1 constant region. Cloned into Celltech expression vector PEE12 for NSO produced antibody.

### TF CHO/CP-1H IgG1/Link  (Linker)

Flexible Glycine4 Serine x2 Linker only on CAMPATH-1H light chain V-region + CAMPATH-1H heavy chain with wild type human IgG1 constant region.

19

Cloned into Wellcome expression vectors pRDN-1 and pBAN-2 for CHO produced antibody.


## TF CHO/CP-1H IgG1/P61  (P61-IgG1)

5      HLA P61 binding peptide SLLPAIVEL (Hunt et al Science 1992 255 1261-1263) tethered to CAMPATH-1H light chain V-region by flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain with wild type human IgG1 constant region. Cloned into Wellcome expression vectors pRDN-1 and pBAN for CHO produced antibody.


## TF NSO/CP-1H AG IgG1/P61  (AGP61 IgG1)

HLA P61 binding peptide SLLPAIVEL tethered to CAMPATH-1H light chain V-region by flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain with aglycosyl human IgG1 constant region. Cloned into Celltech expression vector PEE12 for NSO produced antibody.


## TF NSO/CP-1H FCR IgG1/P61  (FcRmut P61 IgG1)

HLA P61 binding peptide SLLPAIVEL tethered to CAMPATH-1H light chain V-region by flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain with
20     no FCR human IgG1 constant region. Cloned into Celltech expression vector PEE12 for NSO produced antibody.

20

TF CHO/CO-1H IgG1  (CAMPATH-1H)

Wild type CAMPATH-1H light chain V-region + CAMPATH-1H heavy chain with wild type human IgG1 constant region. Cloned into Wellcome expression vectors pRDN-1 and pBAN-2 for CHO produced antibody.

5

TF NSO/CP-1H AG IgG1  (AG-IgG1)

Wild type Campath01H light chain V-region + CAMPATH-1H heavy chain with aglycosyl human IgG1 constant region. Cloned into Celltech expression vector PEE12 for NSO produced antibody.

10

RESULTS

A high dose of the purified, secreted products (CAMPATH-1H, MIM-IgG1, AG.MIM-IgG1) was injected into mice made transgenic for human CD52 (Gilliland et al ). After one week the antibody could be found binding to cells in all 3 groups, whereas lymphocyte depletion could only be seen in the CAMPATH-1H and MIM-IgG1 groups.

15

Mice were then challenged with the wild-type antibody on multiple occasions and could mount only poor xenogeneic humoral responses, unlike mice which had not

20   received the tolerogen or mice that had, instead been treated with the wild-type CAMPATH-1H antibody from the outset. Mice tolerised with the aglycosylated form of MIM-IgG1 (AG.MIM-IgG1) were completely unable to mount a xenogenic response even after 10 challenge doses of the therapeutic CAMPATH-1H antibody.

25

21

Figure 1 shows the binding abilities of the various antibody constructs to CD52-bearing HUT cells. CAMPATH-1H binds with an efficiency approximately 2000 times superior to MIM-IgG1, 5 times than CAMPATH-1H-p61 (both P61-IgG1 and AG.P61-IgG1), and >10,000 times better than AG.MIM-IgG1.

5

Figure 2 shows a Fluorescent Activated cell Sorter (FACS) dot-plot examining the binding of CAMPATH-1H antibody on the lymphocytes of CP-1-transgenic mice given various antibody constructs (0.5mg) intraperitoneally (IP) 3 hours earlier. Peripheral blood and splenic lymphocytes were stained with an anti-human IgG1

10 to show up any accumulated antibody on their surface. In Fig 2A we examined peripheral blood lymphocytes. Mice treated with the CAMPATH-1H and the AG-MIM-IgG1 form were very brightly stained, in fact saturated with antibody. Indeed some depletion of T-cells from the blood is seen at this stage with both constructs (4% and 32% of the lymphocytes being CD3+). The p61-IgG1 and AG-p61-IgG1 constructs also stain strongly, and achieve some depletion at this

15 time (13.5% and 23% of the blood lymphocytes being CD3+). Mim-IgG1 stains the T-cells in the blood, albeit less effectively than the above constructs, and very little depletion is seen at this stage (65.7%) of the lymphocytes are CD3+). Finally, the AG-MIM-IgG1 binds very weakly to blood lymphocytes and that

20 weak binding is not associated with any T-cell depletion at this stage. In Fig. 2B comparable data are presented on splenic lymphocytes. Here we can see that both MIM-IgG1 and AG-MIM-IgG1 are extremely inefficient at binding and depletion unlike the other constructs that have achieved around 50% depletion by this stage.

25

22

Figure 3 shows that even though the MIM-IgG1 and AG.MIM-IgG1 antibodies
bind poorly to antigen in-vitro, they do bind well to CD52+ cells (in CP-1
transgenic mice) in-vivo. 7 days after the administration of 500ug of each
5        antibody spleen and blood lymphocytes were analysed by flow cytometry. The
figure shows that AG.MIM-IgG1 has bound to the CD3+ cells of the animal.
MIM-IgG1 has done the same but clearly some depletion has taken place as the
percentage of CD3+ cells in the animals is less (1.7% in spleen vs 36.6% for
AG.MIM-IgG1; and 16.1% in blood vs 78.9% for AG.MIM-IgG1).

10

Figure 4 shows that mimotope-binding form of CAMPATH-1H (MIM-IgG1) is
lytic for blood lymphocytes. After the first 24 hrs there is only limited cell-
depletion in the blood. However after 7 days it can see that the high doses of
MIM-IgG1 antibody do eliminate a significant number of blood lymphocytes. By
15       1 month the lymphocyte counts in treated hosts are comparable between the two
forms of antibody at the high doses (250µg and 500µg). The left column (Fig 4A)
shows the level of blood lymphocyte depletion achieved in mice treated with 1µg
to 50µg of antibody. At these doses, the mimotope-binding form did not deplete
while CAMPATH-1H treated animals showed a dose-dependent depletion of T-
20       cells. In the right column (Fig 4B) CAMPATH-1H shows a fast and efficient
depletion of T-cells, whilst the form with bound mimotope achieved a slower
depletion that at 7 days was not as complete as with CAMPATH-1H treatment,
but was maintained for a longer period. The decrease of hCD52+ cells was not
due to coating of the antigen with the injected antibody as the results were
25       confirmed by an equivalent decrease of CD4+ and CD8+ cells.

23

Figure 5A shows that the mimotope-binding antibody (MIM-IgG1) is poorly

immunogenic, and that the aglycosylated form of CAMPATH-1H mimotope is

not immunogenic at all. Animals treated with CAMPATH-1H had high titres of

5      anti-CAMPATH-1H Abs, while the titres of mice treated with MIMOTOPE-

bound form are far lower. Animals that received the aglycosylated form of the

mimotope antibody that is not depleting, had no detectable antiglobulin response.

In Fig. 5B it can be seen that the failure of AG.MIM.IgG1 to immunise is not just

the result of the mutation to remove the glycosylation of the FC region, as AG-

10     CAMPATH-1H proved very immunogenic. The specificity of the effect for the

mimotope was also clearly established as AG-p61-IgG1 was also quite

immunogenic.

Figure 6A shows that agylcosylated form of the mimotope-binding CAMPATH-

1H antibody (AG.MIM-IgG1) is profoundly tolerogenic.  The animals treated at

day 0 with CAMPATH-1H linked to the control peptide, or the ones that received

no treatment also had high titres of antiglobulin. The mice treated with the

mimotope-binding antibody (MIM-IgG1) had much lower titres of antiglobulin,

while animals that received the aglycoslylated form of the mimotope-binding

20     antibody (AG.MIM-IgG1) that is not depleting, had no detectable antiglobulin in

the sera.

Figure 6B confirms further that the aglycosylated form of mimotope-binding

CAMPATH-1H (AG.MIM-IgG1) is profoundly tolerogenic. The results from

25     figure 6B are similar to figure 6A with a larger difference in the antiglobulin titres

24

between the groups treated at day 0 with CAMPATH-1H, CAMPATH-1H-p61 or

untreated and those groups treated with the mimotope-binding antibodies. Again

there were no detectable anti-globulins in mice treated with aglycosyl-form

(AG.MIM-IgG1)

5

25

CLAIMS:

1. A therapeutic tolerising antibody which comprises an antibody having a specific therapeutic effect wherein the antibody has been subject to a temporary obstruction of its antibody-combining site which reduces the affinity of the antibody for its natural target and wherein following administration to a host the antibody is capable of regenerating sufficient of a functionally-competent form of the therapeutic antibody to achieve the said therapeutic effect, whereby the reduction of the affinity of the antibody for its natural target renders the modified antibody tolerogenic to itself and to its functionally competent form.

2. An antibody as claimed in claim 1 wherein the temporary obstruction of the antibody-combining site converts the antibody temporarily to a non-cell binding antibody.

3. An antibody as claimed in claim 1 or 2 wherein the temporary obstruction of the antibody-combining site is achieved by any of the following;

(i)    the temporary occupancy by a defined antigen or domain thereof, low affinity antigenic peptides or mimotopes; or

(ii)    chemical drugs; or

(iii)    the temporary occupancy by a defined antigen or domain thereof, low affinity antigenic peptides or mimotopes which may be attached by linkers.

4. An antibody as claimed in claim 3 wherein the antigenic moiety, peptide or mimotope is attached to the antibody-combining site via a linker.

26

5.   An antibody as claimed in claim 4 wherein the linker is enzymatically
cleavable.

6. An antibody as claimed in any of the preceding claims further comprising a
mutated Fc-region.

7. A pharmaceutical composition comprising the antibody as claimed in any of the
preceding claims together with a physiologically acceptable carrier or diluent.

8. An antibody as claimed in claims 1 to 6 for use in therapy.

9. The use of an antibody as claimed in claim 1 to 6 in the manufacture of a
medicament for use in the treatment of a mammal to achieve the said therapeutic
effect

10. Use as claimed in claim 9 wherein the treatment comprises the repeated
administration of the antibody.

11. Use as claimed in claim 9 or 10 wherein the mammal is man.

12. A method of treatment of a human comprising the administration of an
antibody as claimed in claim 1 to 6 in a dose sufficient to achieve the said
therapeutic effect.

27

13. A therapeutic tolerising protein which comprises a protein having a specific therapeutic effect wherein the protein has a biologically active site which has been subject to a temporary obstruction which reduces the affinity of the protein for its natural target and wherein following administration to a host the protein is capable of regenerating sufficient of a functionally-competent form of the therapeutic protein to achieve the said therapeutic effect, whereby the reduction of the affinity of the protein for its natural target renders the modified protein tolerogenic to itself and to its functionally competent form.

1/12



Figure 1

2/12







**Figure 2**

3/12



Figure 3

4/12

## Comparison of the potency of CAMPATH-1H and MIM-IgG1
## to deplete lymphocytes in vivo.



Figure 4

5/12

# Comparison of the immunogenicity of CAMPATH-1H, MIM-IgG1 and AG-MIM-IgG1.



Figure 5

6/12

**Comparison of the tolerogenic capacity of
CAMPATH-1H, MIM-IgG1 and AG-MIM-IgG1.**



Figure 6

7/12

```
                                        MIM      Linker
  1   SLALQLLSTQ DLTMGWSCII LFLVATATGV HS QTSSPSAD GGGGSGGGGS

                               CDR1
 51   DIQMTQSPSS LSASVGDRVT ITCKASQNID KYL NWYQQKP GKAPKLLIY N

         CDR2                                          CDR3
101   TNNLQT GVPS RFSGSGSGTD FTFTISSLQP EDIATYYC LQ HISRPRTFGQ

                              Light chain constant region
151   GTKVEIKTVA APSVFIFPPS DEQLKSGTAS VVCLLNNFYP REAKVQWKVD

201   NALQSGNSQE SVTEQDSKDS TYSLSSTLTL SKADYEKHKV YACEVTHQGL

251   SSPVTKSFNR GEC*KL
```

**Figure 7:**       Peptide sequence of: CD52 MIM / CP-1H Lightchain

8/12

```
                                                                  H
                                                                  i
         E                         B          .                   n
         c                         a                              d
         o                         m                              I
         R                         H                              I
         I                         I                              I
GAATTCGAGCTCGGTACCCGGGGATCCTCTAGAGTCGACCTGCAGGCATGC AAGCTTGGC
---------+---------+---------+---------+---------+---------+
CTTAAGCTCGAGCCATGGGCCCCTAGGAGATCTCAGCTGGACGTCCGTACGTTCGAACCG

b       N  S  S  S  V  P  G  D  P  L  E  S  T  C  R  H  A  S  L  A -


                                       Start   CP-1L Leader sequence
TCTACAGTTACTGAGCACACAGGACCTCACC ATGGGATGGAGCTGTATCATCCTCTTCTT
---------+---------+---------+---------+---------+---------+
AGATGTCAATGACTCGTGTGTCCTGGAGTGGTACCCTACCTCGACATAGTAGGAGAAGAA

b       L  Q  L  L  S  T  Q  D  L  T  M  G  W  S  C  I  I  L  F  L -


              Mimotope                              Gly4Serx2
GGTAGCAACAGCTACAGGTGTCCACTC CCAAACCAGCAGCCCCTCAGCAGA CGGAGGTGG
---------+---------+---------+---------+---------+---------+
CCATCGTTGTCGATGTCCACAGGTGAGGGTTTGGTCGTCGGGGAGTCGTCTGCCTCCACC

b       V  A  T  A  T  G  V  H  S  Q  T  S  S  P  S  A  D  G  G  G


         Linker
CGGATCCGGTGGAGGCGGAAG CGACATCCAGATGACCCAGAGCCCAAGCAGCCTGAGCGC
---------+---------+---------+---------+---------+---------+
GCCTAGGCCACCTCCGCCTTCGCTGTAGGTCTACTGGGTCTCGGGTTCGTCGGACTCGCG

b       G  S  G  G  G  G  S  D  I  Q  M  T  Q  S  P  S  S  L  S  A -


                                              CDR1
CAGCGTGGGTGACAGAGTGACCATCAC CTGTAAAGCAAGTCAGAATATTGACAAATACTT
---------+---------+---------+---------+---------+---------+
GTCGCACCCACTGTCTCACTGGTAGTGGACATTTCGTTCAGTCTTATAACTGTTTATGAA

b       S  V  G  D  R  V  T  I  T  C  K  A  S  Q  N  I  D  K  Y  L -


                                                   CDR2
AAACTGGTACCAGCAGAAGCCAGGTAAGGCTCCAAAGCTGCTGATCTA CAATACAAACAA
---------+---------+---------+---------+---------+---------+
TTTGACCATGGTCGTCTTCGGTCCATTCCGAGGTTTCGACGACTAGATGTTATGTTTGTT

b       N  W  Y  Q  Q  K  P  G  K  A  P  K  L  L  I  Y  N  T  N  N -


TTTGCAAAC GGGTGTGCCAAGCAGATTCAGCGGTAGCGGTACCGACTTCACCTT
---------+---------+---------+---------+---------+---------+
AAACGTTTGCCCACACGGTTCGTCTAAGTCGCCATCGCCATCGCCATGGCTGAAGTGGAA

b       L  Q  T  G  V  P  S  R  F  S  G  S  G  S  G  T  D  F  T  F -
```



```
                                                               CDR3
CACCATCAGCAGCCTCCAGCCAGAGGACATCGCCACCTACTACT GCTTGCAGCATATAAG
---------+---------+---------+---------+---------+---------+
GTGGTAGTCGTCGGAGGTCGGTCTCCTGTAGCGGTGGATGATGACGAACGTCGTATATTC

b       T  I  S  S  L  Q  P  E  D  I  A  T  Y  Y  C  L  Q  H  I  S  -


TAGGCCGCGCAC GTTCGGCCAAGGGACCAAGGTGGAAATCAAAACTGTGGCTGCACCATC
---------+---------+---------+---------+---------+---------+
ATCCGGCGCGTGCAAGCCGGTTCCCTGGTTCCACCTTTAGTTTTGACACCGACGTGGTAG

b       R  P  R  T  F  G  Q  G  T  K  V  E  I  K  T  V  A  A  P  S  -

Light chain constant region
TGTCTTCATCTTCCCGCCATCTGATGAGCAGTTGAAATCTGGAACTGCCTCTGTTGTGTG
---------+---------+---------+---------+---------+---------+
ACAGAAGTAGAAGGGCGGTAGACTACTCGTCAACTTTAGACCTTGACGGAGACAACACAC

b       V  F  I  F  P  P  S  D  E  Q  L  K  S  G  T  A  S  V  V  C  -

CCTGCTGAATAACTTCTATCCCAGAGAGGCCAAAGTACAGTGGAAGGTGGATAACGCCCT
---------+---------+---------+---------+---------+---------+
GGACGACTTATTGAAGATAGGGTCTCTCCGGTTTCATGTCACCTTCCACCTATTGCGGGA

b       L  L  N  N  F  Y  P  R  E  A  K  V  Q  W  K  V  D  N  A  L  -

CCAATCGGGTAACTCCCAGGAGAGTGTCACAGAGCAGGACAGCAAGGACAGCACCTACAG
---------+---------+---------+---------+---------+---------+
GGTTAGCCCATTGAGGGTCCTCTCACAGTGTCTCGTCCTGCGTTCCTGTCGTGGATGTC

b       Q  S  G  N  S  Q  E  S  V  T  E  Q  D  S  K  D  S  T  Y  S  -

CCTCAGCAGCACCCTGACGCGTGAGCAAAGCAGACTACGAGAAACACAAAGTCTACGCCTG
---------+---------+---------+---------+---------+---------+
GGAGTCGTCGTGGGACTGCGACTCGTTTCGTCTGATGCTCTTTGTGTTTCAGATGCGGAC

b       L  S  S  T  L  T  L  S  K  A  D  Y  E  K  H  K  V  Y  A  C  -

CGAAGTCACCCATCAGGGCCTGAGCTCGCCCGTCACAAAGAGCTTCAACAGGGGAGAGTG
---------+---------+---------+---------+---------+---------+
GCTTCAGTGGGTAGTCCCGGACTCGAGCGGGCAGTGTTTCTCGAAGTTGTCCCCTCTCAC

b       E  V  T  H  Q  G  L  S  S  P  V  T  K  S  F  N  R  G  E  C  -

                    H
                    i
                    n
                    d
                    I
                    I
                    I
        TTA GAAGCTT
        ---------+
        AATCTTCGAA
b        *  K  L  -
```

Figure 8: Nucleotide sequence of CD52Mim-CP1L variable region + constant
                    region



9/12



```
H
i
n
d
I
I
I                                                      Start
AAGCTTGGCTCTACAGTTACTGAGCACACAGGACCTCACC ATGGGATGGAGCTGTATCAT
-----+---------+---------+---------+---------+---------+--
TTCGAACCGAGATGTCAATGACTCGTGTGTCCTGGAGTGGTACCCTACCTCGACATAGTA

b     S   L   A   L   Q   L   L   S   T   Q   D   L   T   M   G   W   S   C   I   I   -

   CP-1L Leader sequence                    Gly4Serx2 Linker
   CCTCTTCTTGGTAGCAACAGCTACAGGTGTCCACTCCC AAGGAGGTGGCGGATCCGGTGG
   ---------+---------+---------+---------+---------+---------+--
   GGAGAAGAACCATCGTTGTCGATGTCCACAGGTGAGGGTTCCTCCACCGCCTAGGCCACC

b     L   F   L   V   A   T   A   T   G   V   H   S   Q   G   G   G   G   S   G   G   -

   AGGCGGAAG CGACATCCAGATGACCCAGAGCCCAAGCAGCCTGAGCGCCAGCGTGGGTGA
   ---------+---------+---------+---------+---------+------
   TCCGCCTTCGCTGTAGGTCTACTGGGTCTCGGGTTCGTCGGACTCGCGGTCGCACCCACT

b     G   G   S   D   I   Q   M   T   Q   S   P   S   S   L   S   A   S   V   G   D   -

                         CDR1
   CAGAGTGACCATCAC CTGTAAAGCAAGTCAGAATATTGACAAATACTT AAACTGGTACCA
   ---------+---------+---------+---------+---------+---------+
   GTCTCACTGGTAGTGGACATTTCGTTCAGTCTTATAACTGTTTATGAATTTGACCATGGT

b     R   V   T   I   T   C   K   A   S   Q   N   I   D   K   Y   L   N   W   Y   Q   -

                                    CDR2
   GCAGAAGCCAGGTAAGGCTCCAAAGCTGCTGATCTA CAATACAAACAATTTGCAAAC GGG
   ---------+---------+---------+---------+---------+---------+
   CGTCTTCGGTCCATTCCGAGGTTTCGACGACTAGATGTTATGTTTGTTAAACGTTTGCCC

b     Q   K   P   G   K   A   P   K   L   L   I   Y   N   T   N   N   L   Q   T   G   -

   TGTGCCAAGCAGATTCAGCGGTAGCGGTAGCGGTACCGACTTCACCTTCACCATCAGCAG
   ---------+---------+---------+---------+---------+---------+
   ACACGGTTCGTCTAAGTCGCCATCGCCATCGCCATGGCTGAAGTGGAAGTGGTAGTCGTC

b     V   P   S   R   F   S   G   S   G   S   G   T   D   F   T   F   T   I   S   S   -

                                    CDR3
   CCTCCAGCCAGAGGACATCGCCACCTACTACT GCTTGCAGCATATAAGTAGGCCGCGCAC
   ---------+---------+---------+---------+---------+---------+
   GGAGGTCGGTCTCCTGTAGCGGTGGATGATGACGAACGTCGTATATTCATCCGGCGCGTG
```



```
b        L  Q  P  E  D  I  A  T  Y  Y  C  L  Q  H  I  S  R  P  R  T  -

        GTTCGGCCAAGGGACCAAGGTGGAAATCAAACGAACTGTGGCTGCACCATCTGTCTTCAT
        ---------+---------+---------+---------+---------+---------+
        CAAGCCGGTTCCCTGGTTCCACCTTTAGTTTGCTTGACACCGACGTGGTAGACAGAAGTA

b        F  G  Q  G  T  K  V  E  I  K  R  T  V  A  A  P  S  V  F  I  -

         Light chain constant region
        CTTCCCGCCATCTGATGAGCAGTTGAAATCTGGAACTGCCTCTGTTGTGTGCCTGCTGAA
        ---------+---------+---------+---------+---------+---------+
        GAAGGGCGGTAGACTACTCGTCAACTTTAGACCTTGACGGAGACAACACACGGACGACTT

b        F  P  P  S  D  E  Q  L  K  S  G  T  A  S  V  V  C  L  L  N  -

        TAACTTCTATCCCAGAGAGGCCAAAGTACAGTGGAAGGTGGATAACGCCCTCCAATCGGG
        ---------+---------+---------+---------+---------+---------+
        ATTGAAGATAGGGTCTCTCCGGTTTCATGTCACCTTCCACCTATTGCGGGAGGTTAGCCC

b        N  F  Y  P  R  E  A  K  V  Q  W  K  V  D  N  A  L  Q  S  G  -

        TAACTCCCAGGAGAGTGTCACAGAGCAGGACAGCAAGGACAGCACCTACAGCCTCAGCAG
        ---------+---------+---------+---------+---------+---------+
        ATTGAGGGTCCTCTCACAGTGTCTCGTCCTGTCGTTCCTGTCGTGGATGTCGGAGTCGTC

b        N  S  Q  E  S  V  T  E  Q  D  S  K  D  S  T  Y  S  L  S  S  -

        CACCCTGACGCTGAGCAAAGCAGACTACGAGAAACACAAAGTCTACGCCTGCGAAGTCAC
        ---------+---------+---------+---------+---------+---------+
        GTGGGACTGCGACTCGTTTCGTCTGATGCTCTTTGTGTTTCAGATGCGGACGCTTCAGTG

b        T  L  T  L  S  K  A  D  Y  E  K  H  K  V  Y  A  C  E  V  T  -

                                                            H
                                                            i
                                                            n
                                                            d
                                                            I
                                                            I
                                                            I
        CCATCAGGGCCTGAGCTCGCCCGTCACAAAGAGCTTCAACAGGGGAGAGTGTTAGAAGCT
        ---------+---------+---------+---------+---------+---------+
        GGTAGTCCCGGACTCGAGCGGGCAGTGTTTCTCGAAGTTGTCCCCTCTCACAATCTTCGA

b        H  Q  G  L  S  S  P  V  T  K  S  F  N  R  G  E  C  *  K  L  -
```

Figure 9 :Nucleotide sequence of linker-CP-1L variable region + constant region

10/12

```
                                                     Linker
  1  VSLALQLLST QDLTMGWSCI ILFLVATATG VHSQ GGGGSG GGGS DIQMTQ

                      CDR1                                        CDR2
 51  SPSSLSASVG DRVT ITCKAS QNIDKYL NWY QQKPGKAPKL LIY NTNNLQT

                                        CDR3
101  GVPSRFSGSG SGTDFTFTIS SLQPEDIAT Y YCLQHISRPR T FGQGTKVEI

         Light chain constant region
151  KRTVAAPSVF IFPPSDEQLK SGTASVVCLL NNFYPREAKV QWKVDNALQS

201  GNSQESVTEQ DSKDSTYSLS STLTLSKADY EKHKVYACEV THQGLSSPVT

251  KSFNRGEC*K LCSRLEFVDE LPIVS
```

Figure 10 : Peptide sequence of linker-CP-1H light chain

11/12



```
                                H
                                i
                                n
                                d
                                I
                                I
                                I                              Start
        GCATCACTAGT AAGCTT GGCTCTACAGTTACTGAGCACACAGGACCTCACCATGGGATGG
        +---------+---------+---------+---------+---------+---------
        CGTAGTGATCATTCGAACCGAGATGTCAATGACTCGTGTGTCCTGGAGTGGTACCCTACC

c        A  S  L  V  S  L  A  L  Q  L  L  S  T  Q  D  L  T  M  G  W  -

        CP-1L Leader Sequence                               HLA P61
        AGCTGTATCATCCTCTTCTTGGTAGCAACAGCTACAGGTGTCCACTCCCAAAGCCTGCTG
        +---------+---------+---------+---------+---------+---------
        TCGACATAGTAGGAGAAGAACCATCGTTGTCGATGTCCACAGGTGAGGGTTCGGACGAC

c        S  C  I  I  L  F  L  V  A  T  A  T  G  V  H  S  Q  S  L  L  -

                        Gly4Serx2 Linker
        CCAGCAATCGTGGAGCTGGGAGGTGGCGGATCCGGTGGAGGCGGAAG CGACATCCAGATG
        +---------+---------+---------+---------+---------+---------
        GGTCGTTAGCACCTCGACCCTCCACCGCCTAGGCCACCTCCGCCTTCGCTGTAGGTCTAC

c        P  A  I  V  E  L  G  G  G  G  S  G  G  G  G  S  D  I  Q  M  -

                                                              CDR1
        ACCCAGAGCCCCAAGCAGCCTGAGCGCCAGCGTGGGTGACAGAGTGACCATCACCTGTAAA
        +---------+---------+---------+---------+---------+---------
        TGGGTCTCGGGTTCGTCGGACTCGCGGTCGCACCCACTGTCTCACTGGTAGTGGACATTT

c        T  Q  S  P  S  S  L  S  A  S  V  G  D  R  V  T  I  T  C  K  -

        GCAAGTCAGAATATTGACAAATACTT AAACTGGTACCAGCAGAAGCCAGGTAAGGCTCCA
        +---------+---------+---------+---------+---------+---------
        CGTTCAGTCTTATAACTGTTTATGAATTTGACCATGGTCGTCTTCGGTCCATTCCGAGGT

c        A  S  Q  N  I  D  K  Y  L  N  W  Y  Q  Q  K  P  G  K  A  P  -

                        CDR2
        AAGCTGCTGATCTA CAATACAAACAATTTGCAAAC GGGTGTGCCAAGCAGATTCAGCGGT
        +---------+---------+---------+---------+---------+---------
        TTCGACGACTAGATGTTATGTTTGTTAAACGTTTGCCCACACGGTTCGTCTAAGTCGCCA

c        K  L  L  I  Y  N  T  N  N  L  Q  T  G  V  P  S  R  F  S  G  -

        AGCGGTAGCGGTACCGACTTCACCTTCACCATCAGCAGCCTCCAGCCAGAGGACATCGCC
        +---------+---------+---------+---------+---------+---------
```

```
                    TCGCCATCGCCATGGCTGAAGTGGAAGTGGTAGTCGTCGGAGGTCGGTCTCCTGTAGCGG
     c          S   G   S   G   T   D   F   T   F   T   I   S   S   L   Q   P   E   D   I   A   -
     .                                          CDR3
                    ACCTACTACT GCTTGCAGCATATAAGTAGGCCGCGCAC GTTCGGCCAAGGGACCAAGGTG
                    +---------+---------+---------+---------+---------+---------
                    TGGATGATGACGAACGTCGTATATTCATCCGGCGCGTGCAAGCCGGTTCCCTGGTTCCAC
                                                        Light chain constant region
     c          T   Y   Y   C   L   Q   H   I   S   R   P   R   T   F   G   Q   G   T   K   V   -

                    GAAATCAAACGAACTGTGGCTGCACCATCTGTCTTCATCTTCCCGCCATCTGATGAGCAG
                    +---------+---------+---------+---------+---------+---------
                    CTTTAGTTTGCTTGACACCGACGTGGTAGACAGAAGTAGAAGGGCGGTAGACTACTCGTC

     c          E   I   K   R   T   V   A   A   P   S   V   E   I   F   P   P   S   D   E   Q   -

                    TTGAAATCTGGAACTGCCTCTGTTGTGTGCCTGCTGAATAACTTCTATCCCAGAGAGGCC
                    +---------+---------+---------+---------+---------+---------
                    AACTTTAGACCTTGACGGAGACAACACACGGACGACTTATTGAAGATAGGGTCTCTCCGG

     c          L   K   S   G   T   A   S   V   V   C   L   L   N   N   F   Y   P   R   E   A   -

                    AAAGTACAGTGGAAGGTGGATAACGCCCTCCAATCGGGTAACTCCCAGGAGAGTGTCACA
                    +---------+---------+---------+---------+---------+---------
                    TTTCATGTCACCTTCCACCTATTGCGGGAGGTTAGCCCATTGAGGGTCCTCTCACAGTGT

     c          K   V   Q   W   K   V   D   N   A   L   Q   S   G   N   S   Q   E   S   V   T   -

                    GAGCAGGACAGCAAGGACAGCACCTACAGCCTCAGCAGCACCCTGACGCTGAGCAAAGCA
                    +---------+---------+---------+---------+---------+---------
                    CTCGTCCTGTCGTTCCTGTCGTGGATGTCGGAGTCGTCGTGGGACTGCGACTCGTTTCGT

     c          E   Q   D   S   K   D   S   T   Y   S   L   S   S   T   L   T   L   S   K   A   -

                    GACTACGAGAAACACAAAGTCTACGCCTGCGAAGTCACCCATCAGGGCCTGAGCTCGCCC
                    +---------+---------+---------+---------+---------+---------
                    CTGATGCTCTTTGTGTTTCAGATGCGGACGCTTCAGTGGGTAGTCCCGGACTCGAGCGGG

     c          D   Y   E   K   H   K   V   Y   A   C   E   V   T   H   Q   G   L   S   S   P   -

                                             Hind 111
                    GTCACAAAGAGCTTCAACAGGGGAGAGTGTTAG AAGCTT TG
                    +---------+---------+---------+---------+
                    CAGTGTTTCTCGAAGTTGTCCCCTCTCACAATCTTCGAAAC

     c          V   T   K   S   F   N   R   G   E   C   *   K   L       -
     .
```

Figure 11: Nucleotide sequence of P61-CP1L variable region + constant region

12/12

```
STQDLTMGWS CIILFLVATA

     HLA-P61         Linker                                    CDR1
TGVHSQSLLP AIVEL GGGGS GGGGS DIQMT QSPSSLSASV GDRVT ITCKA

                              CDR2
SQNIDKYL NW YQQKPGKAPK LLIY NTNNLQ T GVPSRFSGS GSGTDFTFTI

         CDR3
SSLQPEDIAT YYCLQHISRP RT FGQGTKVE IKRTVAAPSV FIFPPSDEQL

Light chain constant region
KSGTASVVCL LNNFYPREAK VQWKVDNALQ SGNSQESVTE QDSKDSTYSL


SSTLTLSKAD YEKHKVYACE VTHQGLSSPV TKSFNRGEC* XLCSRLEFVD


ELPIVSRI*R P
```

Figure 12 : Peptide sequence of p61-L2.seq  check: 678  from: 1  to: 1085(assembly of
P61 linked to CP1H L-chain in pGEM9)

# EXHIBIT 4

**(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)**



**(19) World Intellectual Property Organization**
International Bureau



**(43) International Publication Date**
**18 April 2002 (18.04.2002)**

**PCT**

**(10) International Publication Number**
**WO 02/30460 A2**



**(51) International Patent Classification[7]:**    A61K 39/395, C07K 19/00

**(21) International Application Number:**    PCT/GB01/04518

**(22) International Filing Date:**    9 October 2001 (09.10.2001)

**(25) Filing Language:**    English

**(26) Publication Language:**    English

**(30) Priority Data:**
| | | |
|---|---|---|
| 0024673.6 | 9 October 2000 (09.10.2000) | US |
| 60/242,143 | 23 October 2000 (23.10.2000) | US |

**(71) Applicant** *(for all designated States except US)*: **ISIS IN-NOVATION LTD.** [GB/GB]; Ewert House, Ewert Place, Summertown, Oxford OX2 7BZ (GB).

**(72) Inventors; and**
**(75) Inventors/Applicants** *(for US only)*: **WALDMANN, Herman** [GB/GB]; Sir William Dunn School of Pathology, South Parks Road, Oxford OX1 3RE (GB). **FREWIN, Mark, Raymond** [GB/GB]; Sir William Dunn School of Pathology, South Parks Road, Oxford OX1 3RE (GB). **GILLILAND, Lisa, Kim** [GB/GB]; Sir William Dunn School of Pathology, South Parks Road, Oxford OX1 3RE (GB). **DA SILVA GRACA, Luis Richardo Simoes** [PT/GB]; Sir William Dunn School of Pathology, South Parks Road, Oxford OX1 3RE (GB).

**(74) Agent: MARCHANT, James, Ian**; Elkington and Fife, Prospect House, 8 Pembroke Road, Sevenoaks, Kent TN13 1XR (GB).

**(81) Designated States** *(national)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, ES, FI, GB, GD, GE, GH,

*[Continued on next page]*

**(54) Title:** THERAPEUTIC ANTIBODIES

```
                                                    CDR3
CACCATCAGCAGCCTCCAGCCAGAGGACATCGCCACCTACTACT GCTTGCAGCATATAAG
--------+--------+--------+--------+--------+--------+
GTGGTAGTCGTCGGAGGTCGGTCTCCTGTAGCGGTGGATGATGACGAACGTCGTATATTC

b       T  I  S  S  L  Q  P  E  D  I  A  T  Y  Y  C  L  Q  H  I  S -

    TAGGCCGGCGAC GTTCGGCCAAGGGACCAAGGTGGAAATCAAAACTGTGGCTGCACCATC
    --------+--------+--------+--------+--------+--------+
    ATCCGGCCGCGCTGCAAGCCGGTTCCCTCGTTCCCACCTTTAGTTTTGACACCGACGTGGTAG

b       R  P  R  T  F  G  Q  G  T  K  V  E  I  K  T  V  A  A  P  S -

    Light chain constant region
    TGTCTTCATCTTCCCGCCATCTGATGAGCAGTTGAAATCTGGAACTGCCTCTGTTGTGTG
    --------+--------+--------+--------+--------+--------+
    ACAGAAGTAGAAGGGCGGTAGACTACTCGTCAACTTTAGACCTTGACGGAGACAACACAC

b       V  F  I  F  P  P  S  D  E  Q  L  K  S  G  T  A  S  V  V  C -

    CCTGCTGAATAACTTCTATCCCAGAGAGGCCAAAGTACAGTGGAAGGTGGATAACGCCCT
    --------+--------+--------+--------+--------+--------+
    GGACGACTTATTGAAGATAGGGTCTCTCCGGTTTCATGTCACCTTCCACCTATTGCGGGA

b       L  L  N  N  F  Y  P  R  E  A  K  V  Q  W  K  V  D  N  A  L -

    CCAATCGGGTAACTCCCAGGAGAGTGTCACAGAGCAGGACAGCAAGGACAGCAGCACCTACAG
    --------+--------+--------+--------+--------+--------+
    GGTTAGCCCATTGAGGGTCCTCTCACAGTGTCTCGTCCTGTCGTTCCTGTCGTGGATGTC

b       Q  S  G  N  S  Q  E  S  V  T  E  Q  D  S  K  D  S  T  Y  S -

    CCTCAGCAGCACCCTGACGCTGAGCAAAGCAGACTACGAGAAACACAAAGTCTACGCCTG
    --------+--------+--------+--------+--------+--------+
    GGAGTCGTCGTGGGACTGCGACTCGTTTCGTCTGATGCTCTTTGTGTTTCAGATGCGGAC

b       L  S  S  T  L  T  L  S  K  A  D  Y  E  K  H  K  V  Y  A  C -

    CGAAGTCACCCATCAGGGCCTGAGCTCGCCCGTCACAAAGAGCTTCAACAGGGGAGAGTG
    --------+--------+--------+--------+--------+--------+
    GCTTCAGTGGGTAGTCCCGGACTCGAGCGGGCAGTGTTTCTGCGAAGTTGTCCCCTCTCAC

b       E  V  T  H  Q  G  L  S  S  P  V  T  K  S  F  N  R  G  E  C -
                    H
                    i
                    d
                    d
    TTA GAAGCTT
    --------+
    AATCTTCGAA

b        *  K  L  -
    Nucleotide sequence of CD52Mim-CP1L variable region + constant
                            region
```

**(57) Abstract:** A pharmaceutical comprising a therapeutic protein that binds to a therapeutic target, the protein being modified with a compound that inhibits binding of the protein to the therapeutic target, the modified protein being effective for reducing an immune response against the protein and for producing a therapeutic effect by binding to the therapeutic target. The therapeutic protein may be an antibody that includes an antibody combining site that binds to the therapeutic target.

## WO 02/30460 A2



GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NO, NZ, PH, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, TZ, UA, UG, US, UZ, VN, YU, ZA, ZW.

**(84) Designated States** *(regional)***:** ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE, TR), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— *without international search report and to be republished upon receipt of that report*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

WO 02/30460                                                      PCT/GB01/04518

# THERAPEUTIC ANTIBODIES

## FIELD OF THE INVENTION

The present invention relates to therapeutic antibodies and to a method for

5    reducing or eliminating their immunogenicity


Tolerance to foreign antigen or tissue is a state whereby an otherwise normal, mature immune system is specifically unable to respond aggressively to that antigen/tissue which it therefore treats like a normal (non-diseased) body

10    tissue/component. At the same time the immune system is competent to respond aggressively to foreign or diseased antigens/tissues to which it has not specifically tolerant either by the natural process of self-tolerance or by therapeutic tolerance induction procedures. A test for tolerance usually requires a demonstration that the tolerant individual fails to become immune to the specific antigen/tissue when

15    one or preferably more attempts to immunize are made at a later time when the same individual can be shown to respond to an irrelevant antigen/tissue. As used herein, reference to induction of tolerance is also intended to encompass both complete and partial/incomplete tolerance induction. Complete tolerance induction involves the removal of the immune response to the antigen/tissue to

20    which tolerance is to be induced whereas partial or incomplete tolerance induction involves a significant reduction in this immune response.

PRIOR ART

One of the major problems with the use of antibodies in therapy is the immune response mounted against them. As humans are naturally tolerant of their immunoglobulins, a number of strategies have been used to create human forms of therapeutic antibodies, strategies such as humanisation, phage display from human libraries, or the use of mice carrying human immunoglobulin gene repertoires. Although useful, these procedures cannot guarantee that patients do not still react against unique features of the therapeutic antibody, features such as the allotypic determinants in the constant regions, and idiotypic determinants encoded by the complementary-determining regions (CDRs).

Chiller and Weigle (1970) PNAS 65:551 showed in rodents that tolerance to foreign immunoglobulins can be induced by deaggregated monomers of those immunoglobulins whilst aggregates of such immunoglobulins were potentially immunogenic. Benjamin and Waldmann et al (1986) J. Exp. Med. 163:1539 showed that cell-binding antibodies could also be immunogenic compared to non-cell binding antibodies. Isaacs and Waldman (1994) Therapeutic Immunology 1:363-312 showed that the humoral response against therapeutic antibodies is CD4+ T-cell-dependent. To ensure that therapeutic antibodies are not immunogenic it would be desirable to induce tolerance in the CD4 T-cell population to all potentially immunogenic determinants of those therapeutic antibodies that host–cells might recognise.

Gilliland et al (1999) The Journal of Immunology 162:3663-3671, described an alternative route to prevent immune response against therapeutic antibodies by

2

pre-tolerising the host with a monomeric preparation of non-cell-binding antibody mutants. Specifically, this study showed that mutants of the anti-CD52 antibody CAMPATH-1H which are non-cell-binding lose immunogenicity and can consequently induce tolerance to wild-type binding antibodies. CAMPATH-1 is

5    the generic name given to the CD52 glycoprotein antigen and to the family of antibodies that recognize this. CAMPATH is a registered trade mark. The unique ability of CAMPATH-1H antibodies to kill lymphocytes by both complement-mediated lysis and cell-mediated lysis has led to the extensive use of these antibodies for the serotherapy of lymphoma, marrow and organ transplantation

10   and in the treatment of autoimmune diseases. The observation that some patients mount antiglobulin responses to the therapeutic antibody led to  research aimed at abolishing immunogenicity. Gilliland et al. showed in murine models that the antiglobulin response to a cell-binding form of the CAMPATH-1H antibody could be abolished by first tolerizing with a non-cell binding mutant. However, to use

15   this method therapeutically would require the application of two products, the non-binding tolerogen and the actual therapeutic antibody. This is a costly process and has the disadvantage that as the mutant and therapeutic antibodies differ in a few amino-acid residues and in some cases tolerance may not extend to the difference, so that an antiglobulin response could still arise to the wild-type

20   (unmutated) antibody. There is therefore a need to ensure tolerance to the whole therapeutic antibody.


It has thus been a long-term goal in immunology to find a means to abolish the potential to mount an immune response to certain therapeutic proteins which may

25   have amino-acid sequences different to the host. This would have major

implications in a broad range of therapeutic areas ranging from cancer, to autoimmune disease to transplantation.


STATEMENT OF THE INVENTION

5       In accordance with one aspect of the present, there is provided a modified therapeutic antibody wherein the modified therapeutic antibody as compared to the unmodified antibody has a reduced binding to its target antigen. The reduced binding is such that over time the binding of the antibody to the target is increased.

10

According to one aspect, the present invention is directed to a therapeutic tolerising antibody which comprises a therapeutic antibody having a specific therapeutic effect wherein the antibody has been subject to a temporary obstruction of its antibody-combining site which reduces the binding of the

15      antibody for its natural target and wherein following administration to a host the antibody is capable of regenerating sufficient of a functionally-competent form of the therapeutic antibody to achieve the said therapeutic effect, whereby the reduction of the binding of the antibody for its natural target renders the modified antibody tolerogenic to itself and to its functionally-competent form. In this

20      respect, tolerogenic means that an immunogenic immune response (an antibody response) against the antibody is inhibited, reduced in severity and/or essentially eliminated.


Using this antibody the immunogenicity of cell-binding antibodies may be

25      reduced or circumvented so that antibody therapy can be used to its full potential.

WO 02/30460                                                                PCT/GB01/04518

Only one product is used which is one able to tolerise itself and produce the desired therapeutic effect. This eliminates the need for two products as used previously. The temporary blockade of the antibody combining site (ACS) of the antibody must be for a sufficient time to induce tolerance within the host immune system, i.e., inhibit the immunogenic immune response against the antibody, but once this has been achieved the antibody should revert to or regenerate a form which can interact with the therapeutic target by increasing the amount of antibody bound thereto. Thus, immunologically foreign antibodies may be given to produce the desired therapeutic effect with a reduction of and/or essentially eliminating a host immunogenic immune response to them. Thus, the generation of antibodies against the therapeutic antibody is reduced and/or essentially eliminated.

Thus, in accordance with an aspect of the invention, there is provided a pharmaceutical in the form of a therapeutic antibody wherein the therapeutic antibody includes an antibody combining site (ACS) for a therapeutic target and the antibody is modified with a compound that inhibits the binding of the therapeutic antibody to the therapeutic target.

In one such embodiment there is provided a therapeutic antibody that is modified to include a compound that is reversibly bound to the antibody combining site of the antibody, with the target antigen competing with the compound for binding to the ACS upon administration of the antibody, whereby binding of the antibody to the target is inhibited. In this manner, the amount of the modified antibody that becomes bound to the target antigen in the initial period after administration is

less than would have become bound if the antibody was administered in its non-modified form. As the compound is displaced from the ACS as a result of competitive binding, the amount of antibody that becomes bound to the target antigen increases. By inhibiting the binding of the antibody, with the amount of antibody that is bound to the target increasing over time, the modified antibody is capable of reducing and/or essentially eliminating an antibody response thereto and is also capable of accomplishing the desired therapeutic effect.

In one embodiment, the modified antibody has an avidity for the target that is less than the avidity for the target of the unmodified antibody. The avidity is reduced in an amount that is effective for reducing and/or eliminating an antibody response against the therapeutic antibody while producing the desired therapeutic effect by binding to the therapeutic target.

The term "therapeutic" as used herein encompasses both treating an existing disease condition or disorder and preventing and/or reducing the severity of a disease, condition or disorder.

A therapeutic target is the antigen to which the antibody binds, which antigen may or may not be present on a tissue or cells. The compound that is combined with the therapeutic antibody for inhibiting binding to the target may inhibit such binding by binding to the ACS and/or by binding or blocking access to the ACS; e.g., by steric hindrance.

The compound may be combined with the antibody by linking the compound to the antibody and/or by binding of the compound to the ACS. In one embodiment, the compound is linked or tethered to the antibody and also binds to the ACS. In another embodiment, the compound is linked to the antibody without binding to

5    the ACS and inhibits binding of the antibody to the target by inhibiting access to the ACS; e.g., by steric hindrance. In one non-limiting embodiment, the compound is linked to only one of the chains of the antibody.

The therapeutic antibody may be used as a therapeutic in humans and may be a

10   non-human antibody e.g. one raised in a rodent.

Chimeric and humanised, e.g. CDR-grafted, antibodies may be used in accordance with the present invention. These antibodies are less immunogenic than the corresponding rodent antibodies and thus temporary ACS blockade of such

15   antibodies in accordance with the present invention may further reduce immunogenicity and enhance tolerogenicity.

The compound functions to inhibit binding of the antibody to the target whereby immediately after administration there is a reduction of the amount of antibody that binds to the target as compared to the amount of antibody that would bind

20   without the presence of the compound. The amount of antibody that becomes bound to the target increases over time whereby in effect there is a temporary blocking of the ACS that inhibits the amount of antibody that binds to the target.

The temporary blockade of the ACS (a blockade that initially reduces the amount of antibody that binds to the target, with such amount increasing with time) may be effected by the following, including ;

(i)     Temporary occupancy with molecules such as the defined antigen or a domain thereof, low affinity antigenic peptides or mimotopes by pre-incubation in-vitro, that might gradually dissociate in-vivo, such that the antibody would gradually accumulate on cell-bound or other "target" antigen if the association and dissociation constants were favourable by comparison with the "obstructive" element; or

(ii)    Temporary occupancy with molecules such as the defined antigen or a domain thereof, low affinity antigenic peptides or mimotopes which may be attached by flexible linkers. Once administered in-vivo the antibody would gradually accumulate on cell-bound or other "target" antigen if the association and dissociation constants were favourable by comparison with the "obstructive" element; or

(iii)   Chemical drugs which may bind non-covalently in the ACS and be able to dissociate in-vivo; or

(iv)    Other changes that might temporarily obstruct the ACS.

Such a modification would interfere with antibody accumulation on the target antigen for a limited period, which would be enough to ensure that the administered therapeutic antibody has a tolerizing effect (which is at least a partial tolerizing effect) while allowing for the antibody to revert to or regenerate sufficient of its functionally-competent form to achieve the desired therapeutic effect, i.e., accumulate on the target antigen in an amount to produce such effect.

Removal of the modification may also occur by the host's own physiological and biochemical processes such as pH changes, enzymatic cleavage within the host, natural competition with host antigens bound to cells. For example a peptide mimotope could be linked to the antibody H or L chain by a linker which carries an enzyme degradable motif, susceptible to cleavage by host enzymes, such as for example, leukocyte elastase, in-vivo.

According to one particularly advantageous embodiment of the invention the linker is cleaved by an enzyme which occurs only or preferentially at the desired site of action of the therapeutic antibody thereby providing selective delivery of the therapeutic antibody to the desired site of action. For example a linker cleaved by leukocyte elastase would be appropriate for an antibody whose intended site of action was the joints. Alternatively, soluble antigen or mimotope might dissociate more easily at low pH within the site of a tumour which may also provide selective delivery of the antibody to the desired site of action. Alternatively, a low affinity mimotope attached by an inert linker may naturally dissociate in-vivo, and reassociation may be prevented by the ACS interacting with the natural antigen on host cells

Preferably, the native antigen, domains thereof, and peptide fragments or mimotopes are used to modify the ACS. The latter may be generated from peptide libraries either synthetically or biologically-derived. Non-covalently binding chemicals can be screened from natural or synthetic libraries or from other available products, for their ability to inhibit antibody binding to its antigen or a surrogate equivalent. The linkers which may be used are preferably flexible, but

could be enzymatically cleavable and/or degradable by the body over a set time period.

5      The present invention is also directed to antibodies as described above further comprising an Fc region designed to reduce interaction with the complement system and with specialised cell receptors for the Fc region of immunoglobulins (FcR receptors). Part of the immunogenicity of cell-binding antibodies may come from their capacity to biologically activate the complement system and other cells which bind through FcR receptors. The removal of the biological effector

10     functions in the Fc region of the antibody may reduce immunogenicity as compared to the unmodified antibody and thus enhance tolerogenicity. This will be useful for many antibodies where cell lysis is not essential, such as blocking or agonist antibodies. Thus, the addition of mutations in the ACS together with those in the Fc region may be the most effective at tolerisation towards Fc mutated

15     antibodies designed to block or enhance cell-function.

According to a further aspect, the invention provides an antibody as defined above for use in therapy.

20     According to a still further aspect, the invention provides the use of an antibody as defined above in the manufacture of a medicament for use in the treatment of a mammal to achieve the said therapeutic effect. The treatment comprises the administration of the medicament in a dose sufficient to achieve the desired therapeutic effect. The treatment may comprise the repeated administration of the

25     antibody.

According to a still further aspect, the invention provides a method of treatment of a human comprising the administration of an antibody as defined above in a dose sufficient to achieve the desired therapeutic effect and reduce and/or eliminate an antibody response to the therapeutic antibody. The therapeutic effect may be the alleviation or prevention of diseases which may include cancer, chronic inflammatory diseases such rheumatoid arthritis, autoimmune diseases such as diabetes, psoriasis, multiple sclerosis, systemic lupus and others, allergic diseases such as asthma, cardiovascular diseases such as myocardial infarction, stroke and infectious diseases. Indeed any disease where continuous or repeated doses of a therapeutic antibody are contemplated.

Temporary modification of the type described above may also be applicable to therapeutic proteins other than antibodies whose activity depends on a biologically active site which can be transiently blocked and where the activity of this site determines immunogenicity. Examples of such therapeutic proteins include hormones, enzymes, clotting factors, cytokines, chemokines, immunoglobulin-based fusion proteins.

When covalently linking the compound to the antibody, in one embodiment, the compound is preferably linked to only one of the two arms of the antibody.

The term "antibody" as used herein includes all forms of antibodies such as recombinant antibodies, humanized antibodies, chimeric antibodies, single chain

antibodies, monoclonal antibodies etc.    The invention is also applicable to antibody fragments that are capable of binding to a therapeutic target.

In one embodiment, a compound (which may be a peptide or other molecule that

5    is capable of binding to the ACS of the antibody) is reversibly bound to the antibody binding or combining site of the antibody that is to be administered to a person.  The compound occupies the binding site of the antibody for the antigen and thereby inhibits binding of the antibody to the antigen.  Since the compound is reversibly bound to the antibody binding site, the antibody is capable of binding

10    to the antigen against which the antibody is directed.

In one embodiment, the compound that is selected for binding to the antibody combining site of the antibody is one whereby the antibody avidity for the compound is less than the antibody avidity for the antigen.  In this manner, when

15    the antibody is initially administered, there will be reduced binding of the antibody to the antigen, as compared to the binding that would occur in the absence of the compound, with such binding increasing over time.

Applicant has found that reduction of an antibody response to a therapeutic

20    antibody can be accomplished by administering an antibody that is capable of effectively binding to the antigen for producing the desired therapeutic effect, provided that during the period that immediately follows administration of the antibody, the amount of the antibody that binds to the antigen is reduced, with such amount being increased from the reduced amount over time.

25

WO 02/30460                                                    PCT/GB01/04518

Thus, unlike the prior art, in accordance with the invention, an antibody that is capable of performing its therapeutic function also reduces the immunogenic immune response against the antibody by initially reducing the amount of the therapeutic antibody binding to the antigen followed by an increase in the amount

5      of the therapeutic antibody binding.

The compound that is used for binding to the antibody combining site in a manner that initially reduces the amount of antibody binding to the antigen may be a peptide. The peptide may be identical to or different from a corresponding

10     peptide portion of the antigen to which the therapeutic antibody binds. The appropriate peptide for an antibody may be selected by testing a panel of peptides in an inhibition of binding assay with respect to the antibody and its antigen. These and other procedures should be known to those skilled in the art based on the teachings herein.

15

In one embodiment, the antibody combined with the compound has an avidity for the target antigen that is less than the avidity of the non-modified antibody for the target antigen. The relative avidity of the modified antibody and the unmodified antibody may be determined by an inhibition of binding assay using fifty percent

20     binding inhibition as an end point. A modified antibody has a reduced avidity if there is an increase in the amount of modified antibody as compared to the amount of unmodified antibody required to produce a fifty percent inhibition of the binding of a labeled unmodified antibody to the target antigen.

The avidity of the modified antibody is reduced in an amount that is effective for reducing and/or essentially eliminating an antibody response against the antibody and the modified antibody has an avidity for the target that is effective for producing the desired therapeutic effect.

5

By way of non-limiting examples, the modified antibody as compared to the unmodified antibody has an avidity for the target antigen that is at least 4-fold less, and in many cases at least 50-fold less or at least 100-fold less than the avidity of the unmodified antibody for the target antigen.

10

In one non-limiting embodiment, the compound may inhibit binding of the modified antibody by providing a modified antibody with a reduced affinity for the target antigen as compared to the unmodified antibody. In one non-limiting embodiment, the modified antibody may have an affinity for the antigen to which it is to be bound that is at least two or at least five-fold less than the affinity of the unmodified antibody.

15

In many cases, the modified antibody may have an affinity that is at least ten-fold less or at least 20-fold less or at least 100 fold less than the unmodified antibody.

20

In one embodiment of the invention, the amount of the modified antibody that is administered is coordinated with the inhibition of binding of the modified antibody to the therapeutic target such that during the first 24 hours after administration the amount of modified antibody that is bound to the target antigen is less than the amount of modified antibody that is not bound to the target

25

antigen, with such relative amounts being effective for reducing or eliminiating the antibody response against the therapeutic antibody.

In many cases, without limiting the present invention, the modified antibody
5    during the first twenty four hours or in some cases in the first 48 or 72 hours after administration thereof binds to the target antigen in an amount such that the ratio of the antibody that is not bound to the target to the antibody that is bound to the therapeutic target is at least 10:1 and in many cases is at least 50:1 or at least 100:1.

10

The modified antibody is employed in an amount that is effective for both producing the desired therapeutic effect and for inducing a reduced immune response against the antibody. In general, without limiting the present invention, the modified antibody is administered in an amount such that the quantity of the
15    antibody administered during the 24-hour period that begins when the antibody is first administered is at least 50 mg and in general at least 100 mg and more generally at least 200 mg. The modified therapeutic antibody in many cases is used in an amount that is greater than the amount of the unmodified form required to achieve the desired therapeutic effect with such increased amount being used to
20    provide an amount of modified therapeutic antibody that is not bound to the target antigen and is effective for reducing and/or essentially eliminating an immune response against the antibody in the recipient.

Thus, in accordance with an aspect of the present invention, there is a reduced
25    immune response against a therapeutic antibody by modifying the antibody in a

manner such that the antibody binds to its antigen, *in vivo*, in a reduced amount with such amount increasing over time. Applicant has found that a modified therapeutic antibody can perform its therapeutic function *in vivo* while also inducing a reduced immunogenic immune response against the antibody *in vivo*,

5      provided that binding of the antibody to its antigen is inhibited or reduced immediately after administration thereof, with the binding increasing over time.

The therapeutic antibody may be employed in combination with a pharmaceutically acceptable carrier. The use of a suitable carrier is deemed to be

10    within the skill of the art from the teachings herein.

The present invention is also directed to a therapeutic tolerising protein which comprises a protein having a specific therapeutic effect wherein the protein has a biologically active site which has been subject to a temporary obstruction which

15    reduces the binding of the protein for its natural target and wherein following administration to a host the protein is capable of regenerating sufficient of a functionally-competent form of the therapeutic protein to achieve the said therapeutic effect, whereby the reduction of the binding of the protein for its natural target renders the modified protein tolerogenic to itself and to its

20    functionally competent form.

The present invention is also directed to a method of modifying the pharmacokinetics of a therapeutic antibody or other protein such that its half-life is extended through longer-term presence as a free monomer. This is

25    advantageous as a form of "slow release depot" in terms of cumulative doses and

frequency of administration of the therapeutic protein needed to achieve desired therapeutic effects. In addition it also allows better tumour penetration and minimises some of the side-effects that follow antibody administration, effects resulting from immediate and massive accumulation of antibody on target cells.

5

The following Examples illustrate the invention. In the accompanying drawings:

Figure 1 shows the results of binding studies which show that the form of CAMPATH-1H, with the mimotope bound by a flexible linker, is not able to bind
10    to human T-cell line HUT78 which carries CD52 by comparison with forms of CAMPATH-1H carrying the linker alone (linker), an irrelevant peptide linked in the same way (p61-IgG1), the linker with mimotope attached (MIM-IgG1), as well as aglycosylated (removal of asparagine at position 297 of the H-chain) forms of the various antibodies (AG etc). It should be noted that AG.MIM-IgG1
15    form is also non-cell binding, and that the mere insertion of the linker itself reduces binding of CAMPATH-1H by about 4 fold.

Figure 2 shows a Fluorescent Activated cell Sorter (FACS) dot-plot examining the binding of CAMPATH-1H antibody on the lymphocytes of CP-1-transgenic mice
20    given various antibody  constructs (0.5mg) intraperitoneally (IP) 3 hours earlier. Peripheral blood and splenic  lymphocytes were stained with an anti-human IgG1 to show up any accumulated antibody on their surface. In Fig 2A we examined peripheral blood lymphocytes. Mice treated with the CAMPATH-1H and the AG-CAMPATH-1H form were very brightly stained, in fact saturated with antibody.
25    Indeed some depletion of T-cells from the blood is seen at this stage with both

17

WO 02/30460                                                                PCT/GB01/04518

constructs (4% and 32% of the lymphocytes being CD3+). The p61-IgG1 and AG-p61-IgG1 constructs also stain strongly, and achieve some depletion at this time (13.5% and 23% of the blood lymphocytes being CD3+). Mim-IgG1 stains the T-cells in the blood, albeit less effectively than the above constructs, and very

5    little depletion is seen at this stage (65.7% of the lymphocytes are CD3+). Finally, the AG-MIM-IgG1 binds very weakly to blood lymphocytes and that weak binding is not associated with any T-cell depletion at this stage. In Fig. 2B comparable data are presented on splenic lymphocytes. Here we can see that both MIM-IgG1 and AG-MIM-IgG1 are extremely inefficient at binding and depletion

10    unlike the other constructs that have achieved around 50% depletion by this stage.


Figure 3 shows that even though the MIM-IgG1 and AG.MIM-IgG1 antibodies bind poorly to antigen in-vitro, they do bind to CD52+ cells (in CP-1 transgenic mice) in-vivo. 7 days after the administration of 500μg of each antibody spleen

15    and blood lymphocytes were analysed by flow cytometry. This figure shows that AG.MIM-IgG1 has bound to the CD3+ cells of the animal, and that the intensity of staining is higher than in fig.2. MIM-IgG1 has done the same but clearly some depletion has taken place as the percentage of CD3+ cells in the animals is less (1.7% in spleen vs 36.6% for AG.MIM-IgG1; and 16.1% in blood vs 78.9% for

20    AG.MIM-IgG1).


Figure 4 shows the effects, on peripheral blood lymphocyte counts, of treating mice transgenic for the CAMPATH-1 antigen (CP-1 mice) with different doses of CAMPATH-1H with (MIM-IgG1) or without the bound mimotope (CAMPATH-

25    1H)). Peripheral blood lymphocytes (PBL) were analysed by flow cytometry. The

18

left column shows the results of mice treated with 1μg to 50μg of antibody and

the right column shows the results of the second experiment where animals were

treated with 0.1mg to 0.5mg of antibody.  The therapeutic antibody can kill host

lymphocytes within 24 hours at doses down to 5μg/ml whereas the antibody with

5      mimotope bound is not able to do so with doses up to 250μg/ml. In contrast at 21

days there are clear effects of depletion seen at the 250μg and 500μg doses of

"with mimotope" while with the therapeutic antibody CAMPATH-1H

lymphocytes are beginning to replenish the blood.

10     Figure 5 shows the immunogenicity of the various antibody constructs in CP-1

transgenic mice.  Sera were taken from CP-1 mice treated with different doses of

test antibodies. Sera were collected 21days (expt. A) or 28 days (expt. B)  after

administration and assessed for the presence of anti-CAMPATH-1H Abs by

ELISA. Serum samples were diluted 1:20 in PBS 1% BSA and subsequently in

15     two-fold dilutions. All doses of the therapeutic antibody CAMPATH-1H were

immunogenic, while responses to all other modified forms were much lower

(including p61-IgG1).  Remarkably, 500μg of the aglycosylated form with the

mimotope (AG.MIM-IgG1) bound generated absolutely no response whatsoever.

In Fig. B it can be seen that the failure of AG.MIM.IgG1 to immunise is not just

20     the result of the mutation to remove the glycosylation of the FC region, as AG-

CAMPATH-1H proved very immunogenic. The specificity of the effect for the

mimotope was also clearly established as AG-p61-IgG1 was also quite

immunogenic.

WO 02/30460                                                 PCT/GB01/04518

Figure 6A examines the tolerogenicity of the various antibody constructs in CP-1 transgenic mice and shows the results of sera from CP1 mice treated with different doses of Ab at day 0 which were collected 30 days after challenge with 5 daily intraperitoneal injections of 50µg of CAMPATH-1H and assessed for the presence of anti-CAMPATH-1H Abs by ELISA. Serum samples were diluted 1:20 in phosphate buffered saline (PBS) containing 1% BSA and subsequently titrated out in twofold dilutions. In the left hand figure mice were left 60 days before receiving the challenge CAMPATH-1H antibody, while in the right-hand figure they were left 21 days. The left figure (Fig 5a) shows that animals pre-treated with any of 100, 250 or 500µg doses of the mimotope were very impaired in their humoral response to CAMPATH-1H. This indicates some level of tolerisation. However, the right hand figure shows that mice were completely tolerised with the aglycosylated form of the MIM-binding antibody, but only partially impaired with the antibody binding the irrelevant peptide.

Figure 6B examines the tolerogenic potential of the constructs are repeat boosting with the challenge antibody CAMPATH-1H.  These are the results for the same animals seen in figure 5A, which had received a further challenge with 5 doses of 50µg CAMPATH-1H antibody at the time of the previous sera collection. Sera from these animals were then collected 30 days after the rechallenge and analysed as described in figure 5. The conclusions are similar to those in Fig 6A.

Figures 7 and 8 show the amino acid and nucleotide sequence respectively for the construct MIM-IgG1 used in the following examples (see also SEQ ID NO 1 and SEQ ID NO 2 which show the same sequence without annotations).

Figures 9 and 10 show the nucleotide and amino acid sequence respectively for the linker used in the following examples (see also SEQ ID NO 3 and SEQ ID NO 4 which show the same sequence without annotations).

5

Figures 11 and 12 show the nucleotide and amino acid sequence respectively for P61-IgG1 used in the following examples (see also SEQ ID NO 5 and SEQ ID NO 6 which show the same sequence without annotations).

WO 02/30460                                                    PCT/GB01/04518

EXAMPLES

MATERIALS AND METHODS


The humanised anti-CD52 antibody CAMPATH-1H was used in the following

5          experiments. Various constructs were made using the CAMPATH-1H antibody

and the following methodology.


Generation of non-binding variants of CAMPATH-1H:


10         The cloning of the V-regions of the humanised antibody CAMPATH-1H specific

for the human CD52 antigen is performed as described in Gilliland et al (1999)

The Journal of Immunology 162:33663-3671. The methodology is based on that

of Orlandi et al., 1989, PNAS 86: 3833, using the polymerase chain reaction

(PCR). The wild-type humanised CAMPATH-1 light chain was cloned into the

15         vector pGEM 9 (Promega) and used as a PCR template for site–directed

mutagenesis.


A flexible linker (Gly4Ser x 2) was added to the amino-terminal end of the light

chain between the CAMPATH-1H leader sequence and CAMPATH-1H VL

20         sequence using the oligonucleotide primers PUCSE2 and Link L-3' + Link-L-

5'and PUCSE REV. The resulting fragments were PCR assembled using primers

PUCSE2 + PUCSE REV to give full length Linker-CP-1H light chain which

could be cloned into expression vector as Hind111/Hind 111 fragment.

The Linker-CP-1H light chain construct was then used as a PCR template to generate the CD52 Mimotope QTSSPSAD and P61 SLLPAIVEL peptide constructs. Primers PUCSE2 and MIM-3' +CD52Mim-5' and PUCSE REV were used to give Mimotope-CP-1H light chain construct.  Primers PUCSE2 and P61-3' + HuP61-5' and PUCSE REV were used to give P61-CP-1H light chain construct.

Linker-CP-1H, Mimotope-CP-1H, P61-CP-1H mutants were transferred to pBAN-2, a derivative of the pNH316 mammalian expression vector containing neomycin selection (Page et al. 1991 Biotechnology 9:64-68). and PEE 12 a mammalian expression vector containing the Glutamine Synthetase gene for selection Bebbington et al. 1992 Biotechnology 10:169-175.

Subconfluent dhfr⁻ Chinese Hamster Ovary cells (Page et al. 1991 Biotechnology 9:64-68) or NSO mouse myeloma cells (ECACC cat no 8511503, Meth Enzymol 1981, 73B,3) were co-transfected with the light chain mutants and the CAMPATH-1H heavy chain construct with wild type human IgG1 constant region, aglycosyl human IgG1 constant region and Non FcR binding human IgG1 constant region.

CAMPATH –1H heavy chain constructs were expressed in pRDN-1 a variant of the pLD9 mammalian expression vector with a dhfr selectable marker (Page et al. 1991 Biotechnology 9:64-68) and PEE 12.

Transfection was carried out using LipofectAMINE PLUS reagent (Life Technologies) following the manufacturers recommendations.

Human IgG1 constant was derived from the wild type G1m (1,17) gene described by Takahashi et al., 1982 Cell 29, 671-679. Aglycosyl mutation at position 297 from asparagine to an alanine residue. Oligosaccharide at Asn-297 is a characteristic feature of all normal human IgG antibodies (Kabat et al, Sequence of proteins of immunological interest US Department of Health human services publication). Substitution of asparagine with alanine prevents the glycosylation of the antibody (Routledge and Waldman, Transplantation, 1995, 60). Non FcR binding mutation at position 235 from leucine to alanine and position 237 from glycine to alanine Xu et al,. 1993 J Immunology 150: 152A. Substitution of leucine and glycine at positions 235 and 237 prevents complement fixation and activation.

Heavy and Light chain transfectants are selected for in hypoxanthine free IMDM containing 1mg G418 + 5% (v/v) dialysed foetal calf serum. Resulting selected cells are screen for antibody production by ELISA and for antigen binding to human T cell clone HUT 78 Gootenberg JE et al. 1981 J. Exp. Med. 154: 1403-1418 and CD52 transgenic mice.

Cells producing antibody were cloned by limiting dilution, and then expanded into roller bottles cultures. The immunoglobulin from approximately 15 litres of tissue culture supernatant from each cell line is purified on protein A, dialysed against PBS and quantified.

WO 02/30460                                                                PCT/GB01/04518

List of Primers used

PUCSE-2          5'-CAC AGA TGC GTA AGG AGA AAA TAC-3'  (SEQ ID NO

5        7)

PUCSE REV     5'-GCA GTG AGC GCA ACG CAA T-3' (SEQ ID NO 8)

LINK-L3'          5'-GCT TCC GCC TCC ACC GGA TCC GCC ACC TCC TTG

GGA  GTG GAC ACC TGT AGC TGT TGC TAC-3'  (SEQ ID

NO 9)

10       LINK-L5'          5'-GGA GGT GGC GGA TCC GGT GGA GGC GGA AGC

GAC ATC AGA ATG ACC CAG AGC CCA AG-3'  (SEQ ID

NO 10)

MIM-3'           5'-GTC TGC TGA TGG GCT GCT GGT TTG GGA GTG GAC

ACC TGT AGC TGT TGC-3' (SEQ ID NO 11)

15       CD52Mim-5'   5'-CAA ACC AGC AGC CCA TCA GCA GAC GGA GGT

GGC GGA TCC GGT GGA GGA-3' (SEQ ID NO 12)

P61-3'            5'-CTC CAC GAT GCT GGG CAG CAG GCT TTG GGA GTG

GAC ACC TGT AGC TGT TG-3' (SEQ ID NO 13)

HuP61-          5'-AGC CTG CTG CCA GCA TCG TGG AGC TGG AGG T

20       GGC GGA TCC GGT GGA G-3' (SEQ ID NO 14)


A blocking ligand was based on a published sequence of antibody peptide

mimotope (Hale G 1995 Immunotechnology 1,175-187) and was engineered into

the wild-type CAMPATH-1H antibody as a cDNA sequence with a generic linker

25       to attach the peptide product to the antibody light chain so as to enable the

WO 02/30460                                                                PCT/GB01/04518

antibody to be secreted with its ligand bound in the antibody combining site. A

similar antibody also had its Fc-region mutated so as to remove the glycosylation

site at position 297.

WO 02/30460                                                              PCT/GB01/04518

## CONSTRUCTS/CELL LINES PRODUCED

### TF CHO/CP-1H IgG1/MIM and TF NSO/CP-1H IgG1/MIM  (MIM IgG1)

CD52 Mimotope QTSSPSAD tethered to CAMPATH-1H light chain V-region by

5    flexible Glycine4 Serine x2 Linker + Campath- 1H heavy chain with wild type

human IgG1 constant region. Cloned into Celltech expression vector PEE12 for

NSO produced antibody and Wellcome pRDN-1 and pBAN-2 expression vectors

for CHO produced antibody.

### TF NSO/CP-1H AG IgG1/MIM  (AG MIM IgG1)

10    CD52 Mimotope QTSSPSAD tethered to CAMPATH-1H light chain V-region by

flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain Aglycosyl

human IgG1 constant region. Cloned into Celltech expression vector PEE12 for

NSO produced antibody.

15

### TF NSO/CP-1H FCR IgG1/MIM  (FcRmutMIM IgG1)

CD52 Mimotope QTSSPSAD tethered to CAMPATH-1H light chain V-region by

flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain FcR-

MUTATED human IgG1 constant region. Cloned into Celltech expression vector

20    PEE12 for NSO produced antibody.

### TF CHO/CP-1H IgG1/Link  (Linker)

Flexible Glycine4 Serine x2 Linker only on CAMPATH-1H light chain V-region

+ CAMPATH-1H heavy chain with wild type human IgG1 constant region.

**WO 02/30460**                                                              **PCT/GB01/04518**

Cloned into Wellcome expression vectors pRDN-1 and pBAN-2 for CHO produced antibody.

### TF CHO/CP-1H IgG1/P61 (P61-IgG1)

HLA P61 binding peptide SLLPAIVEL (Hunt et al Science 1992 255 1261-1263) tethered to CAMPATH-1H light chain V-region by flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain with wild type human IgG1 constant region. Cloned into Wellcome expression vectors pRDN-1 and pBAN for CHO produced antibody.

### TF NSO/CP-1H AG IgG1/P61 (AGP61 IgG1)

HLA P61 binding peptide SLLPAIVEL tethered to CAMPATH-1H light chain V-region by flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain with aglycosyl human IgG1 constant region. Cloned into Celltech expression vector PEE12 for NSO produced antibody.

### TF NSO/CP-1H FCR IgG1/P61 (FcRmut P61 IgG1)

HLA P61 binding peptide SLLPAIVEL tethered to CAMPATH-1H light chain V-region by flexible Glycine4 Serine x2 Linker + CAMPATH-1H heavy chain with no FCR human IgG1 constant region. Cloned into Celltech expression vector PEE12 for NSO produced antibody.

TF CHO/CO-1H IgG1  (CAMPATH-1H)

Wild type CAMPATH-1H light chain V-region + CAMPATH-1H heavy chain with wild type human IgG1 constant region. Cloned into Wellcome expression vectors pRDN-1 and pBAN-2 for CHO produced antibody.

5

TF NSO/CP-1H AG IgG1  (AG-IgG1)

Wild type Campath01H light chain V-region + CAMPATH-1H heavy chain with aglycosyl human IgG1 constant region. Cloned into Celltech expression vector PEE12 for NSO produced antibody.

10

RESULTS

A high dose of the purified, secreted products (CAMPATH-1H, MIM-IgG1, AG.MIM-IgG1) was injected into mice made transgenic for human CD52 (Gilliland et al ). After one week the antibody could be found binding to cells in all 3 groups, whereas lymphocyte depletion could only be seen in the CAMPATH-1H and MIM-IgG1 groups.

15

Mice were then challenged with the wild-type antibody on multiple occasions and could mount only poor xenogenic humoral responses, unlike mice which had not received the tolerogen or mice that had, instead been treated with the wild-type CAMPATH-1H antibody from the outset. Mice tolerised with the aglycosylated form of MIM-IgG1 (AG.MIM-IgG1) were completely unable to mount a xenogenic response even after 10 challenge doses of the therapeutic CAMPATH-1H antibody.

20

25

Figure 1 shows the binding abilities of the various antibody constructs to CD52-
bearing HUT cells. CAMPATH-1H binds with an efficiency approximately 2000
times superior to MIM-IgG1, 5 times than CAMPATH-1H-p61 (both P61-IgG1
and AG.P61-IgG1), and >10,000 times better than AG.MIM-IgG1.

5

Figure 2 shows a Fluorescent Activated cell Sorter (FACS) dot-plot examining the
binding of CAMPATH-1H antibody on the lymphocytes of CP-1-transgenic mice
given various antibody constructs (0.5mg) intraperitoneally (IP) 3 hours earlier.
Peripheral blood and splenic lymphocytes were stained with an anti-human IgG1
10    to show up any accumulated antibody on their surface. In Fig 2A we examined
peripheral blood lymphocytes. Mice treated with the CAMPATH-1H and the AG-
MIM-IgG1 form were very brightly stained, in fact saturated with antibody.
Indeed some depletion of T-cells from the blood is seen at this stage with both
constructs (4% and 32% of the lymphocytes being CD3+). The p61-IgG1 and
15    AG-p61-IgG1 constructs also stain strongly, and achieve some depletion at this
time (13.5% and 23% of the blood lymphocytes being CD3+). Mim-IgG1 stains
the T-cells in the blood, albeit less effectively than the above constructs, and very
little depletion is seen at this stage (65.7%) of the lymphocytes are CD3+).
Finally, the AG-MIM-IgG1 binds very weakly to blood lymphocytes and that
20    weak binding is not associated with any T-cell depletion at this stage. In Fig. 2B
comparable data are presented on splenic lymphocytes. Here we can see that both
MIM-IgG1 and AG-MIM-IgG1 are extremely inefficient at binding and depletion
unlike the other constructs that have achieved around 50% depletion by this stage.

25

WO 02/30460                                                                PCT/GB01/04518

Figure 3 shows that even though the MIM-IgG1 and AG.MIM-IgG1 antibodies bind poorly to antigen in-vitro, they do bind well to CD52+ cells (in CP-1 transgenic mice) in-vivo. 7 days after the administration of 500ug of each antibody spleen and blood lymphocytes were analysed by flow cytometry. The figure shows that AG.MIM-IgG1 has bound to the CD3+ cells of the animal. MIM-IgG1 has done the same but clearly some depletion has taken place as the percentage of CD3+ cells in the animals is less (1.7% in spleen vs 36.6% for AG.MIM-IgG1; and 16.1% in blood vs 78.9% for AG.MIM-IgG1).

Figure 4 shows that mimotope-binding form of CAMPATH-1H (MIM-IgG1) is lytic for blood lymphocytes. After the first 24 hrs there is only limited cell-depletion in the blood. However after 7 days it can see that the high doses of MIM-IgG1 antibody do eliminate a significant number of blood lymphocytes. By 1 month the lymphocyte counts in treated hosts are comparable between the two forms of antibody at the high doses (250μg and 500μg). The left column (Fig 4A) shows the level of blood lymphocyte depletion achieved in mice treated with 1μg to 50μg of antibody. At these doses, the mimotope-binding form did not deplete while CAMPATH-1H treated animals showed a dose-dependent depletion of T-cells. In the right column (Fig 4B) CAMPATH-1H shows a fast and efficient depletion of T-cells, whilst the form with bound mimotope achieved a slower depletion that at 7 days was not as complete as with CAMPATH-1H treatment, but was maintained for a longer period. The decrease of hCD52+ cells was not due to coating of the antigen with the injected antibody as the results were confirmed by an equivalent decrease of CD4+ and CD8+ cells.

WO 02/30460                                                                                              PCT/GB01/04518

Figure 5A shows that the mimotope-binding antibody (MIM-IgG1) is poorly

immunogenic, and that the aglycosylated form of CAMPATH-1H mimotope is

not immunogenic at all. Animals treated with CAMPATH-1H had high titres of

5    anti-CAMPATH-1H Abs, while the titres of mice treated with MIMOTOPE-

bound form are far lower. Animals that received the aglycosylated form of the

mimotope antibody that is not depleting, had no detectable antiglobulin response.

In Fig. 5B it can be seen that the failure of AG.MIM.IgG1 to immunise is not just

the result of the mutation to remove the glycosylation of the FC region, as AG-

10    CAMPATH-1H proved very immunogenic. The specificity of the effect for the

mimotope was also clearly established as AG-p61-IgG1 was also quite

immunogenic.


Figure 6A shows that agylcosylated form of the mimotope-binding CAMPATH-

15    1H antibody (AG.MIM-IgG1) is profoundly tolerogenic.  The animals treated at

day 0 with CAMPATH-1H linked to the control peptide, or the ones that received

no treatment also had high titres of antiglobulin. The mice treated with the

mimotope-binding antibody (MIM-IgG1) had much lower titres of antiglobulin,

while animals that received the aglycoslylated form of the mimotope-binding

20    antibody (AG.MIM-IgG1) that is not depleting, had no detectable antiglobulin in

the sera.


Figure 6B confirms further that the aglycosylated form of mimotope-binding

CAMPATH-1H (AG.MIM-IgG1) is profoundly tolerogenic. The results from

25    figure 6B are similar to figure 6A with a larger difference in the antiglobulin titres

WO 02/30460                                           PCT/GB01/04518

between the groups treated at day 0 with CAMPATH-1H, CAMPATH-1H-p61 or
untreated and those groups treated with the mimotope-binding antibodies. Again
there were no detectable anti-globulins in mice treated with aglycosyl-form
(AG.MIM-IgG1)

5

Numerous modifications and variations of the embodiments described herein are
possible based on the teachings herein; therefore, the scope of the invention is not
limited to such embodiments.

33

SEQUENCE LISTING

5      <110> Isis Innovation Ltd.
       <120>  Therapeutic Antibodies
       <130>  JIM/G15589WO
       <160>  14
       <170>  PatentIn version 3.0
10
       <210>  1
       <211>  266
       <212>  PRT
       <213>  synthetic construct
15     <220>
       <221>  misc_feature
       <222>  (264)..(264)
       <223>  Stop codon (TAG)

20     <400>  1

       Ser Leu Ala Leu Gln Leu Leu Ser Thr Gln Asp Leu Thr Met Gly Trp
       1               5                   10                  15

25     Ser Cys Ile Ile Leu Phe Leu Val Ala Thr Ala Thr Gly Val His Ser
                    20                  25                  30

       Gln Thr Ser Ser Pro Ser Ala Asp Gly Gly Gly Gly Ser Gly Gly Gly
                        35              40                  45
30
       Gly Ser Asp Ile Gln Met Thr Gln Ser Pro Ser Ser Leu Ser Ala Ser
                    50                  55                  60

       Val Gly Asp Arg Val Thr Ile Thr Cys Lys Ala Ser Gln Asn Ile Asp
35     65                  70                  75                  80

       Lys Tyr Leu Asn Trp Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu
                        85                  90                  95

40     Leu Ile Tyr Asn Thr Asn Asn Leu Gln Thr Gly Val Pro Ser Arg Phe
                        100                 105                 110

       Ser Gly Ser Gly Ser Gly Thr Asp Phe Thr Phe Thr Ile Ser Ser Leu
                        115                 120                 125
45
       Gln Pro Glu Asp Ile Ala Thr Tyr Tyr Cys Leu Gln His Ile Ser Arg
            130                 135                 140

       Pro Arg Thr Phe Gly Gln Gly Thr Lys Val Glu Ile Lys Thr Val Ala
50     145                 150                 155                 160

Ala Pro Ser Val Phe Ile Phe Pro Pro Ser Asp Glu Gln Leu Lys Ser
                165                 170                 175

5       Gly Thr Ala Ser Val Val Cys Leu Leu Asn Asn Phe Tyr Pro Arg Glu
                180                 185                 190

        Ala Lys Val Gln Trp Lys Val Asp Asn Ala Leu Gln Ser Gly Asn Ser
                195                 200                 205

10      Gln Glu Ser Val Thr Glu Gln Asp Ser Lys Asp Ser Thr Tyr Ser Leu
              210                 215                 220

        Ser Ser Thr Leu Thr Leu Ser Lys Ala Asp Tyr Glu Lys His Lys Val
15      225               230                 235                 240

        Tyr Ala Cys Glu Val Thr His Gln Gly Leu Ser Ser Pro Val Thr Lys
                245                 250                 255

20      Ser Phe Asn Arg Gly Glu Cys Xaa Lys Leu
                260                 265


        <210> 2
25      <211> 850
        <212> DNA
        <213> synthetic construct
        <400> 2

30      gaattcgagc tcggtacccg gggatcctct agagtcgacc tgcaggcatg caagcttggc        60

        tctacagtta ctgagcacac aggacctcac catgggatgg agctgtatca tcctcttctt      120

        ggtagcaaca gctacaggtg tccactccca aaccagcagc ccctcagcag acggaggtgg      180

35      cggatccggt ggaggcggaa gcgacatcca gatgacccag agcccaagca gcctgagcgc      240

        cagcgtgggt gacagagtga ccatcacctg taaagcaagt cagaatattg caaatactt       300

40      aaactggtac cagcagaagc caggtaaggc tccaaagctg ctgatctaca atacaaacaa      360

        tttgcaaacg gctgtgccaa gcagattcag cggtagcggt agcggtaccg acttcacctt      420

        caccatcagc agcctccagc cagaggacat cgccacctac tactgcttgc agcatataag      480

45      taggccgcgc acgttcggcc aagggaccaa ggtggaaatc aaaactgtgg ctgcaccatc      540

        tgtcttcatc ttcccgccat ctgatgagca gttgaaatct ggaactgcct ctgttgtgtg      600

50      cctgctgaat aacttctatc ccagagaggc caaagtacag tggaaggtgg ataacgccct      660

ccaatcgggt aactcccagg agagtgtcac agagcaggac agcaaggaca gcacctacag        720

cctcagcagc accctgacgc tgagcaaagc agactacgag aaacacaaag tctacgcctg        780

cgaagtcacc catcagggcc tgagctcgcc cgtcacaaag agcttcaaca ggggagagtg        840

ttagaagctt                                                               850


<210> 3
<211> 780
<212> DNA
<213> synthetic construct

<400> 3

aagcttggct ctacagttac tgagcacaca ggacctcacc atgggatgga gctgtatcat         60

cctcttcttg gtagcaacag ctacaggtgt ccactcccaa ggaggtggcg gatccggtgg        120

aggcggaagc gacatccaga tgacccagag cccaagcagc ctgagcgcca gcgtgggtga        180

cagagtgacc atcacctgta aagcaagtca gaatattgac aaatacttaa actggtacca        240

gcagaagcca ggtaaggctc caaagctgct gatctacaat acaaacaatt tgcaaacggg        300

tgtgccaagc agattcagcg gtagcggtag cggtaccgac ttcaccttca ccatcagcag        360

cctccagcca gaggacatcg ccacctacta ctgcttgcag catataagta ggccgcgcac        420

gttcggccaa gggaccaagg tggaaatcaa acgaactgtg gctgcaccat ctgtcttcat        480

cttcccgcca tctgatgagc agttgaaatc tggaactgcc tctgttgtgt gcctgctgaa        540

taacttctat cccagagagg ccaaagtaca gtggaaggtg gataacgccc tccaatcggg        600

taactcccag gagagtgtca cagagcagga cagcaaggac agcacctaca gcctcagcag        660

caccctgacg ctgagcaaag cagactacga gaaacacaaa gtctacgcct gcgaagtcac        720

ccatcagggc ctgagctcgc ccgtcacaaa gagcttcaac aggggagagt gttagaagct        780


<210> 4
<211> 275
<212> PRT
<213> synthetic construct

36

<220>
<221> misc_feature
<222> (259)..(259)
<223> Stop codon (TAG)

5

<400> 4

Val Ser Leu Ala Leu Gln Leu Leu Ser Thr Gln Asp Leu Thr Met Gly
1               5                   10                  15

10

Trp Ser Cys Ile Ile Leu Phe Leu Val Ala Thr Ala Thr Gly Val His
            20                  25                  30

Ser Gln Gly Gly Gly Gly Ser Gly Gly Gly Gly Ser Asp Ile Gln Met
15              35                  40                  45

Thr Gln Ser Pro Ser Ser Leu Ser Ala Ser Val Gly Asp Arg Val Thr
        50                  55                  60

20  Ile Thr Cys Lys Ala Ser Gln Asn Ile Asp Lys Tyr Leu Asn Trp Tyr
    65                  70                  75                  80

Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Ile Tyr Asn Thr Asn
                85                  90                  95

25

Asn Leu Gln Thr Gly Val Pro Ser Arg Phe Ser Gly Ser Gly Ser Gly
            100                 105                 110

Thr Asp Phe Thr Phe Thr Ile Ser Ser Leu Gln Pro Glu Asp Ile Ala
30          115                 120                 125

Thr Tyr Tyr Cys Leu Gln His Ile Ser Arg Pro Arg Thr Phe Gly Gln
        130                 135                 140

35  Gly Thr Lys Val Glu Ile Lys Arg Thr Val Ala Ala Pro Ser Val Phe
    145                 150                 155                 160

Ile Phe Pro Pro Ser Asp Glu Gln Leu Lys Ser Gly Thr Ala Ser Val
            165                 170                 175

40

Val Cys Leu Leu Asn Asn Phe Tyr Pro Arg Glu Ala Lys Val Gln Trp
            180                 185                 190

Lys Val Asp Asn Ala Leu Gln Ser Gly Asn Ser Gln Glu Ser Val Thr
45          195                 200                 205

Glu Gln Asp Ser Lys Asp Ser Thr Tyr Ser Leu Ser Ser Thr Leu Thr
        210                 215                 220

50

Leu Ser Lys Ala Asp Tyr Glu Lys His Lys Val Tyr Ala Cys Glu Val
225                 230                 235                 240

Thr His Gln Gly Leu Ser Ser Pro Val Thr Lys Ser Phe Asn Arg Gly
                    245                 250                 255

Glu Cys Xaa Lys Leu Cys Ser Arg Leu Glu Phe Val Asp Glu Leu Pro
                260                 265                 270

Ile Val Ser
        275


<210> 5
<211> 821
<212> DNA
<213> synthetic construct

<400> 5

gcatcactag taagcttggc tctacagtta ctgagcacac aggacctcac catgggatgg          60

agctgtatca tcctcttctt ggtagcaaca gctacaggtg tccactccca aagcctgctg         120

ccagcaatcg tggagctggg aggtggcgga tccggtggag gcggaagcga catccagatg         180

acccagagcc aagcagcct gagcgccagc gtgggtgaca gagtgaccat cacctgtaaa         240

gcaagtcaga atattgacaa atacttaaac tggtaccagc agaagccagg taaggctcca         300

aagctgctga tctacaatac aaacaatttg caaacgggtg tgccaagcag attcagcggt         360

agcggtagcg gtaccgactt caccttcacc atcagcagcc tccagccaga ggacatcgcc         420

acctactact gcttgcagca tataagtagg ccgcgcacgt tcggccaagg gaccaaggtg         480

gaaatcaaac gaactgtggc tgcaccatct gtcttcatct tcccgccatc tgatgagcag         540

ttgaaatctg gaactgcctc tgttgtgtgc ctgctgaata acttctatcc cagagaggcc         600

aaagtacagt ggaaggtgga taacgccctc caatcgggta actcccagga gagtgtcaca         660

gagcaggaca gcaaggacag cacctacagc ctcagcagca ccctgacgct gagcaaagca         720

gactacgaga aacacaaagt ctacgcctgc gaagtcaccc atcagggcct gagctcgccc         780

gtcacaaaga gcttcaacag gggagagtgt tagaagcttt g                              821

WO 02/30460                                                    PCT/GB01/04518

<210> 6
<211> 281
<212> PRT
<213> synthetic construct

<220>
<221> misc_feature
<222> (260)..(260)
<223> Stop codon (TAG)

<220>
<221> misc_feature
<222> (279)..(279)
<223> Stop codon (TAG)

<400> 6

Ser Thr Gln Asp Leu Thr Met Gly Trp Ser Cys Ile Ile Leu Phe Leu
1               5                   10                  15

Val Ala Thr Ala Thr Gly Val His Ser Gln Ser Leu Leu Pro Ala Ile
            20                  25                  30

Val Glu Leu Gly Gly Gly Gly Ser Gly Gly Gly Gly Ser Asp Ile Gln
            35                  40                  45

Met Thr Gln Ser Pro Ser Ser Leu Ser Ala Ser Val Gly Asp Arg Val
        50                  55                  60

Thr Ile Thr Cys Lys Ala Ser Gln Asn Ile Asp Lys Tyr Leu Asn Trp
65                  70                  75                  80

Tyr Gln Gln Lys Pro Gly Lys Ala Pro Lys Leu Leu Ile Tyr Asn Thr
                85                  90                  95

Asn Asn Leu Gln Thr Gly Val Pro Ser Arg Phe Ser Gly Ser Gly Ser
            100                 105                 110

Gly Thr Asp Phe Thr Phe Thr Ile Ser Ser Leu Gln Pro Glu Asp Ile
            115                 120                 125

Ala Thr Tyr Tyr Cys Leu Gln His Ile Ser Arg Pro Arg Thr Phe Gly
        130                 135                 140

Gln Gly Thr Lys Val Glu Ile Lys Arg Thr Val Ala Ala Pro Ser Val
145                 150                 155                 160

Phe Ile Phe Pro Pro Ser Asp Glu Gln Leu Lys Ser Gly Thr Ala Ser
                165                 170                 175

39

Val Val Cys Leu Leu Asn Asn Phe Tyr Pro Arg Glu Ala Lys Val Gln
      180          185          190

5

Trp Lys Val Asp Asn Ala Leu Gln Ser Gly Asn Ser Gln Glu Ser Val
      195          200          205

Thr Glu Gln Asp Ser Lys Asp Ser Thr Tyr Ser Leu Ser Ser Thr Leu
      210          215          220

10

Thr Leu Ser Lys Ala Asp Tyr Glu Lys His Lys Val Tyr Ala Cys Glu
225          230          235          240

Val Thr His Gln Gly Leu Ser Ser Pro Val Thr Lys Ser Phe Asn Arg
      245          250          255

15

Gly Glu Cys Xaa Lys Leu Cys Ser Arg Leu Glu Phe Val Asp Glu Leu
      260          265          270

Pro Ile Val Ser Arg Ile Xaa Arg Pro
      275      280

20

&lt;210&gt; 7
&lt;211&gt; 24
&lt;212&gt; DNA
&lt;213&gt; synthetic construct

25

&lt;400&gt; 7

30

cacagatgcg taaggagaaa atac                    24

&lt;210&gt; 8
&lt;211&gt; 19
&lt;212&gt; DNA
&lt;213&gt; synthetic construct

35

&lt;400&gt; 8

40

gcagtgagcg caacgcaat                      19

&lt;210&gt; 9
&lt;211&gt; 60
&lt;212&gt; DNA
&lt;213&gt; synthetic construct

45

&lt;400&gt; 9

50

gcttccgcct ccaccggatc cgccacctcc ttgggagtgg acacctgtag ctgttgctac   60

```
        <210> 10
        <211> 56
 5      <212> DNA
        <213> synthetic construct

        <400> 10

10      ggaggtggcg gatccggtgg aggcggaagc gacatccaga tgacccagag cccaag        56


        <210> 11
        <211> 48
15      <212> DNA
        <213> synthetic construct

        <400> 11

20      gtctgctgat gggctgctgg tttgggagtg gacacctgta gctgttgc        48


        <210> 12
        <211> 48
25      <212> DNA
        <213> synthetic construct

        <400> 12

30      caaaccagca gcccatcagc agacggaggt ggcggatccg gtggagga        48


        <210> 13
        <211> 50
35      <212> DNA
        <213> synthetic construct

        <400> 13

40      ctccacgatt gctggcagca ggctttggga gtggacacct gtagctgttg        50


        <210> 14
        <211> 49
45      <212> DNA
        <213> synthetic construct

        <400> 14

50      agcctgctgc cagcaatcgt ggagctggga ggtggcggat ccggtggag        49
```

41

WO 02/30460                                                                PCT/GB01/04518

CLAIMS:

1.      A pharmaceutical comprising:

a therapeutic protein that binds to a therapeutic target, said protein being modified with a compound that inhibits binding of the protein to the therapeutic target, said modified protein being effective for reducing an immune response against the protein and for producing a therapeutic effect by binding to the therapeutic target.

2.      The pharmaceutical of Claim 1 wherein the therapeutic protein is an antibody that includes an antibody combining site that binds to the therapeutic target.

3.      The pharmaceutical of Claim 2 wherein the compound is bound to the antibody combining site of the antibody.

4.      The pharmaceutical of Claim 3 wherein the compound is also linked to the antibody.

5.      The pharmaceutical of Claim 3 wherein the compound is a peptide.

6.      The pharmaceutical of Claim 5 wherein the avidity of the modified antibody combined with the peptide is at least 4 fold less than the avidity of the unmodified antibody.

7.      The pharmaceutical of Claim 6 wherein the antibody is an aglycosylated antibody.

8.      The pharmaceutical of Claim 7 wherein only one of the chains of the antibody has a peptide linked thereto that binds to the antibody combining site.

WO 02/30460                                                                PCT/GB01/04518

9.      The pharmaceutical of Claim 8 wherein the modified antibody has an avidity for the target that is at least 100 fold less than the avidity of the unmodified antibody for the target.

10.     The pharmaceutical of Claim 3 wherein the compound is reversibly bound to the antibody combining site, whereby the amount of antibody that binds to the target increases as the compound is displaced from the antibody combining site.

11.     The pharmaceutical of Claim 10 wherein the compound bound to the antibody combining site is also linked to the antibody.

12.     The pharmaceutical of Claim 11 wherein the compound is a peptide.

13.     The pharmaceutical of Claim 12 wherein the Fc portion of the antibody is aglycosylated.

14.     The pharmaceutical of Claim 12 wherein binding of the antibody to the Fc receptor is essentially eliminated.

15.     The pharmaceutical of Claim 11 wherein the antibody is a non-human antibody.

16.     The pharmaceutical of Claim 11 wherein the antibody is a chimeric antibody.

17.     A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 1 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

18.     A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 2 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

43

19.    A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 3 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

20.    A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 4 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

21.    A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 5 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

22.    A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 6 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

23.    A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 7 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

24.    A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 8 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

25.    A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 9 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

26.    A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 10 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

27.    A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 11 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

28.    A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 12 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

29.    A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 13 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

30.    A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 14 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

31.    A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 15 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

32.    A process for treating a mammal, comprising administering to a mammal the pharmaceutical of Claim 16 in an amount effective to both treat the mammal and essentially eliminate an antibody response against the pharmaceutical protein.

33.    A pharmaceutical comprising:

a modified therapeutic antibody having an antibody combining site for a therapeutic target, said modified therapeutic antibody having a compound reversibly bound to the antibody combining site whereby said target competes for and displaces the compound from the antibody binding site, said compound inhibiting binding of the antibody to the therapeutic target, said modified antibody initially binding to the target in an amount that is lower than

WO 02/30460                                                                PCT/GB01/04518

the unmodified antibody, with said binding to the target increasing as a result of compound being displaced from the antibody binding site as the antibody becomes bound to the target.

34.      Use of a pharmaceutical as claimed in any of the claims 1-17 and 33 for

5        the manufacture of a product for treating a mammal.

WO 02/30460                                                    PCT/GB01/04518

1/15



Figure 1

WO 02/30460

PCT/GB01/04518

2/15



SUBSTITUTE SHEET (RULE 26)

Figure 2

WO 02/30460                                                    PCT/GB01/04518

3/15



Figure 3

SUBSTITUTE SHEET (RULE 26)

WO 02/30460                                                                      PCT/GB01/04518

4/15

## Comparison of the potency of CAMPATH-1H and MIM-IgG1 to deplete lymphocytes in vivo.



Figure 4

WO 02/30460                                          PCT/GB01/04518

5/15

**Comparison of the immunogenicity of CAMPATH-1H, MIM-IgG1
and AG-MIM-IgG1.**



**Figure 5**

6/15

## Comparison of the tolerogenic capacity of CAMPATH-1H, MlM-IgG1 and AG-MlM-IgG1.



Figure 6

## 7/15

```
                                              MIM        Linker
  1  SLALQLLSTQ DLTMGWSCII LFLVATATGV HS QTSSPSAD GGGGSGGGGS


                                       CDR1
 51  DIQMTQSPSS LSASVGDRVT ITCKASQNID KYL NWYQQKP GKAPKLLIY N


      CDR2                                           CDR3
101  TNNLQT GVPS RFSGSGSGTD FTFTISSLQP EDIATYYC LQ HISRPRTFGQ


                             Light chain constant region
151  GTKVEIKTVA APSVFIFPPS DEQLKSGTAS VVCLLNNFYP REAKVQWKVD


201  NALQSGNSQE SVTEQDSKDS TYSLSSTLTL SKADYEKHKV YACEVTHQGL


251  SSPVTKSFNR GEC*KL
```

Figure 7:        Peptide sequence of: CD52 MIM / CP-1H Lightchain

**8/15**

```
                                                                 H
                                                                 i
        E                           B                            n
        c                           a                            d
        o                           m                            I
        R                           H                            I
        I                           I                            I
        GAATTCGAGCTCGGTACCCGGGGATCCTCTAGAGTCGACCTGCAGGCATGC AAGCTTGGC
        ---------+---------+---------+---------+---------+---------+
        CTTAAGCTCGAGCCATGGGCCCCTAGGAGATCTCAGCTGGACGTCCGTACGTTCGAACCG

b       N   S   S   S   V   P   G   D   P   L   E   S   T   C   R   H   A   S   L   A -

                                        Start    CP-1L Leader sequence
        TCTACAGTTACTGAGCACACAGGACCTCACC ATGGGATGGAGCTGTATCATCCTCTTCTT
        ---------+---------+---------+---------+---------+---------+
        AGATGTCAATGACTCGTGTGTCCTGGAGTGGTACCCTACCTCGACATAGTAGGAGAAGAA

b         L   Q   L   L   S   T   Q   D   L   T   M   G   W   S   C   I   I   L   F   L -

                                        Mimotope                    Gly4Serx2
        GGTAGCAACAGCTACAGGTGTCCACTC CCAAACCAGCAGCCCCTCAGCAGA CGGAGGTGG
        ---------+---------+---------+---------+---------+---------+
        CCATCGTTGTCGATGTCCACAGGTGAGGGTTTGGTCGTCGGGGAGTCGTCTGCCTCCACC

b         V   A   T   A   T   G   V   H   S   Q   T   S   S   P   S   A   D   G   G   G


            Linker
        CGGATCCGGTGGAGGCGGAAG CGACATCCAGATGACCCAGAGCCCAAGCAGCCTGAGCGC
        ---------+---------+---------+---------+---------+---------+
        GCCTAGGCCACCTCCGCCTTCGCTGTAGGTCTACTGGGTCTCGGGTTCGTCGGACTCGCG

b         G   S   G   G   G   S   D   I   Q   M   T   Q   S   P   S   S   L   S   A -

                                                CDR1
        CAGCGTGGGTGACAGAGTGACCATCAC CTGTAAAGCAAGTCAGAATATTGACAAATACTT
        ---------+---------+---------+---------+---------+---------+
        GTCGCACCCACTGTCTCACTGGTAGTGGACATTTCGTTCAGTCTTATAACTGTTTATGAA

b         S   V   G   D   R   V   T   I   T   C   K   A   S   Q   N   I   D   K   Y   L -

                                                        CDR2
        AAACTGGTACCAGCAGAAGCCAGGTAAGGCTCCAAAGCTGCTGATCTA CAATACAAACAA
        ---------+---------+---------+---------+---------+---------+
        TTTGACCATGGTCGTCTTCGGTCCATTCCGAGGTTTCGACGACTAGATGTTATGTTTGTT

b         N   W   Y   Q   Q   K   P   G   K   A   P   K   L   L   I   Y   N   T   N   N -

        TTTGCAAAC GGGGTGTGCCAAGCAGATTCAGCGGTAGCGGTAGCGGTACCGACTTCACCTT
        ---------+---------+---------+---------+---------+---------+
        AAACGTTTGCCCACACGGTTCGTCTAAGTCGCCATCGCCATCGCCATGGCTGAAGTGGAA

b         L   Q   T   G   V   P   S   R   F   S   G   S   G   S   G   T   D   F   T   F -
```

## 9/15



Figure 8: Nucleotide sequence of CD52Mim-CP1L variable region + constant region

## 10/15



```
H
i
n
d
I
I
I                                                    Start
AAGCTTGGCTCTACAGTTACTGAGCACACAGGACCTCACC ATGGGGATGGAGCTGTATCAT
-----+---------+---------+---------+---------+---------+--
TTCGAACCGAGATGTCAATGACTCGTGTGTCCTGGAGTGGTACCCTACCTCGACATAGTA
```

b        S   L   A   L   Q   L   L   S   T   Q   D   L   T   M   G   W   S   C   I   I  -

```
    CP-1L Leader sequence                         Gly4Serx2 Linker
    CCTCTTCTTGGTAGCAACAGCTACAGGTGTCCACTCCC AAGGAGGTGGCGGATCCGGTGG
    ---------+---------+---------+---------+---------+---------+-
    GGAGAAGAACCATCGTTGTCGATGTCCACAGGTGAGGGTTCCTCCACCGCCTAGGCCACC
```

b        L   F   L   V   A   T   A   T   G   V   H   S   Q   G   G   G   G   S   G   G  -

```
    AGGCGGAAG CGACATCCAGATGACCCAGAGCCCAAGCAGCCTGAGCGCCAGCGTGGGTGA
    ---------+---------+---------+---------+---------+---------+------
    TCCGCCTTCGCTGTAGGTCTACTGGGTCTCGGGTTCGTCGGACTCGCGGTCGCACCCACT
```

b        G   G   S   D   I   Q   M   T   Q   S   P   S   S   L   S   A   S   V   G   D  -

```
                      CDR1
    CAGAGTGACCATCAC CTGTAAAGCAAGTCAGAATATTGACAAATACTT AAACTGGTACCA
    ---------+---------+---------+---------+---------+---------+
    GTCTCACTGGTAGTGGACATTTCGTTCAGTCTTATAACTGTTTATGAATTTGACCATGGT
```

b        R   V   T   I   T   C   K   A   S   Q   N   I   D   K   Y   L   N   W   Y   Q  -

```
                                              CDR2
    GCAGAAGCCAGGTAAGGCTCCAAAGCTGCTGATCTA CAATACAAACAATTTGCAAAC GGG
    ---------+---------+---------+---------+---------+---------+
    CGTCTTCGGTCCATTCCGAGGTTTCGACGACTAGATGTTATGTTTGTTAAACGTTTGCCC
```

b        Q   K   P   G   K   A   P   K   L   L   I   Y   N   T   N   N   L   Q   T   G  -

```
    TGTGCCAAGCAGATTCAGCGGTAGCGGTAGCGGTACCGACTTCACCTTCACCATCAGCAG
    ---------+---------+---------+---------+---------+---------+
    ACACGGTTCGTCTAAGTCGCCATCGCCATCGCCATGGCTGAAGTGGAAGTGGTAGTCGTC
```

b        V   P   S   R   F   S   G   S   G   S   G   T   D   F   T   F   T   I   S   S  -

```
                                           CDR3
    CCTCCAGCCAGAGGACATCGCCACCTACTACT GCTTGCAGCATATAAGTAGGCCGCGCAC
    ---------+---------+---------+---------+---------+---------+
    GGAGGTCGGTCTCCTGTAGCGGTGGATGATGACGAACGTCGTATATTCATCCGGCGCGTG
```

SUBSTITUTE SHEET (RULE 26)

WO 02/30460                                                PCT/GB01/04518

## 11/15



```
b          L  Q  P  E  D  I  A  T  Y  Y  C  L  Q  H  I  S  R  P  R  T  -

           GTTCGGCCAAGGGACCAAGGTGGAAATCAAACGAACTGTGGCTGCACCATCTGTCTTCAT
           ---------+---------+---------+---------+---------+---------+
           CAAGCCGGTTCCCTGGTTCCACCTTTAGTTTGCTTGACACCGACGTGGTAGACAGAAGTA

b            F  G  Q  G  T  K  V  E  I  K  R  T  V  A  A  P  S  V  F  I  -

           Light chain constant region
           CTTCCCGCCATCTGATGAGCAGTTGAAATCTGGAACTGCCTCTGTTGTGTGCCTGCTGAA
           ---------+---------+---------+---------+---------+---------+
           GAAGGGCGGTAGACTACTCGTCAACTTTAGACCTTGACGGAGACAACACACGGACGACTT

b            F  P  P  S  D  E  Q  L  K  S  G  T  A  S  V  V  C  L  L  N  -

           TAACTTCTATCCCAGAGAGGCCAAAGTACAGTGGAAGGTGGATAACGCCCTCCAATCGGG
           ---------+---------+---------+---------+---------+---------+
           ATTGAAGATAGGGTCTCTCCGGTTTCATGTCACCTTCCACCTATTGCGGGAGGTTAGCCC

b            N  F  Y  P  R  E  A  K  V  Q  W  K  V  D  N  A  L  Q  S  G  -

           TAACTCCCAGGAGAGTGTCACAGAGCAGGACAGCAAGGACAGCACCTACAGCCTCAGCAG
           ---------+---------+---------+---------+---------+---------+
           ATTGAGGGTCCTCTCACAGTGTCTCGTCCTGTCGTTCCTGTCGTGGATGTCGGAGTCGTC

b            N  S  Q  E  S  V  T  E  Q  D  S  K  D  S  T  Y  S  L  S  S  -

           CACCCTGACGCTGAGCAAAGCAGACTACGAGAAACACAAAGTCTACGCCTGCGAAGTCAC
           ---------+---------+---------+---------+---------+---------+
           GTGGGACTGCGACTCGTTTCGTCTGATGCTCTTTGTGTTTCAGATGCGGACGCTTCAGTG

b            T  L  T  L  S  K  A  D  Y  E  K  H  K  V  Y  A  C  E  V  T  -
                                                              H
                                                              i
                                                              n
                                                              d
                                                              I
                                                              I
                                                              I
           CCATCAGGGCCTGAGCTCGCCCGTCACAAAGAGCTTCAACAGGGGAGAGTGTTAGAAGCT
           ---------+---------+---------+---------+---------+---------+
           GGTAGTCCCGGACTCGAGCGGGCAGTGTTTCTCGAAGTTGTCCCCTCTCACAATCTTCGA

b            H  Q  G  L  S  S  P  V  T  K  S  F  N  R  G  E  C  *  K  L  -
```

Figure 9 :Nucleotide sequence of linker-CP-1L variable region + constant region

WO 02/30460                                                      PCT/GB01/04518

**12/15**

```
                                        Linker
  1   VSLALQLLST QDLTMGWSCI ILFLVATATG VHSQ GGGGSG GGGS DIQMTQ

                            CDR1                              CDR2
 51   SPSSLSASVG DRVT ITCKAS QNIDKYL NWY QQKPGKAPKL LIY NTNNLQT

                                       CDR3
101   GVPSRFSGSG SGTDFTFTIS SLQPEDIAT Y YCLQHISRPR T FGQGTKVEI

          Light chain constant region
151   KRTVAAPSVF IFPPSDEQLK SGTASVVCLL NNFYPREAKV QWKVDNALQS


201   GNSQESVTEQ DSKDSTYSLS STLTLSKADY EKHKVYACEV THQGLSSPVT


251   KSFNRGEC*K LCSRLEFVDE LPIVS
```

Figure 10 : Peptide sequence of linker-CP-1H light chain

## 13/15

```
            H
            i
            n
            d
            I
            I
            I                                              Start
   GCATCACTAGT AAGCTT GGCTCTACAGTTACTGAGCACACAGGACCTCACCATGGGATGG
   +---------+---------+---------+---------+---------+---------
   CGTAGTGATCATTCGAACCGAGATGTCAATGACTCGTGTGTCCTGGAGTGGTACCCTACC

c      A   S   L   V   S   L   A   L   Q   L   L   S   T   Q   D   L   T   M   G   W   -

        CP-1L Leader Sequence                              HLA P61
   AGCTGTATCATCCTCTTCTTGGTAGCAACAGCTACAGGTGTCCACTCCCAAAGCCTGCTG
   +---------+---------+---------+---------+---------+---------
   TCGACATAGTAGGAGAAGAACCATCGTTGTCGATGTCCACAGGTGAGGGTTTCGGACGAC

c      S   C   I   I   L   F   L   V   A   T   A   T   G   V   H   S   Q   S   L   L   -

               Gly4Serx2 Linker
   CCAGCAATCGTGGAGCTGGGGAGGTGGCGGATCCGGTGGAGGCGGAAG CGACATCCAGATG
   +---------+---------+---------+---------+---------+---------
   GGTCGTTAGCACCTCGACCCTCCACCGCCTAGGCCACCTCCGCCTTCGCTGTAGGTCTAC

c      P   A   I   V   E   L   G   G   G   G   S   G   G   G   G   S   D   I   Q   M   -

                                                            CDR1
   ACCCAGAGCCCAAGCAGCCTGAGCGCCAGCGTGGGTGACAGAGTGACCATCACCTGTAAA
   +---------+---------+---------+---------+---------+---------
   TGGGTCTCGGGTTCGTCGGACTCGCGGTCGCACCCACTGTCTCACTGGTAGTGGACATTT

c      T   Q   S   P   S   S   L   S   A   S   V   G   D   R   V   T   I   T   C   K   -

   GCAAGTCAGAATATTGACAAATACTT AAACTGGTACCAGCAGAAGCCAGGTAAGGCTCCA
   +---------+---------+---------+---------+---------+---------
   CGTTCAGTCTTATAACTGTTTATGAATTTGACCATGGTCGTCTTCGGTCCATTCCGAGGT

c      A   S   Q   N   I   D   K   Y   L   N   W   Y   Q   Q   K   P   G   K   A   P   -

                        CDR2
   AAGCTGCTGATCTA CAATACAAACAATTTGCAAAC GGGTGTGCCAAGCAGATTCAGCGGT
   +---------+---------+---------+---------+---------+---------
   TTCGACGACTAGATGTTATGTTTGTTAAACGTTTGCCCACACGGTTCGTCTAAGTCGCCA

c      K   L   L   I   Y   N   T   N   N   L   Q   T   G   V   P   S   R   F   S   G   -

   AGCGGTAGCGGTACCGACTTCACCTTCACCATCAGCAGCCTCCAGCCAGAGGACATCGCC
   +---------+---------+---------+---------+---------+---------
```

## 14/15



Figure 11: Nucleotide sequence of P61-CP1L variable region + constant region

## 15/15

```
STQDLTMGWS CIILFLVATA

         HLA-P61      Linker                                        CDR1
    TGVHSQSLLP AIVEL GGGGS GGGGS DIQMT QSPSSLSASV GDRVT ITCKA

                                  CDR2
    SQNIDKYL NW YQQKPGKAPK LLIY NTNNLQ T GVPSRFSGS GSGTDFTFTI

                CDR3
    SSLQPEDIAT YYCLQHISRP RT FGQGTKVE IKRTVAAPSV FIFPPSDEQL

    Light chain constant region
    KSGTASVVCL LNNFYPREAK VQWKVDNALQ SGNSQESVTE QDSKDSTYSL


    SSTLTLSKAD YEKHKVYACE VTHQGLSSPV TKSFNRGEC* KLCSRLEFVD


    ELPIVSRI*R P
```

Figure 12 : Peptide sequence of p61-L2.seq  check: 678  from: 1  to: 1085(assembly of
P61 linked to CP1H L-chain in pGEM9)

# EXHIBIT 5

30806721.v1

**(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)**

**(19) World Intellectual Property Organization**
International Bureau





**(43) International Publication Date**
**6 December 2001 (06.12.2001)**

PCT

**(10) International Publication Number**
**WO 01/91798 A2**

**(51) International Patent Classification⁷:**    A61K 47/48

**(21) International Application Number:**    PCT/EP01/06106

**(22) International Filing Date:**    29 May 2001 (29.05.2001)

**(25) Filing Language:**    English

**(26) Publication Language:**    English

**(30) Priority Data:**

| | | |
|---|---|---|
| 60/208,996 | 1 June 2000 (01.06.2000) | US |
| 00870130.2 | 15 June 2000 (15.06.2000) | EP |
| 00870306.8 | 18 December 2000 (18.12.2000) | EP |

**(71) Applicant** *(for all designated States except US)*: **UNIVERSITE CATHOLIQUE DE LOUVAIN** [BE/BE]; Place de l'Université 1, B-1348 Louvain-la-Neuve (BE).

**(72) Inventors; and**
**(75) Inventors/Applicants** *(for US only)*: **TROUET, André** [BE/BE]; 29 Predikherenberg, B-3020 Herent (BE). **DUBOIS, Vincent** [BE/BE]; Rue de Wangenies 124, B-6220 Fleurus (BE). **ORONSKY, Arnold** [US/US]; 28540 Matadero Creek Lane, Los Altos Hills, CA 94022 (US).

**(74) Agents: BRANTS, Johan, Philippe, Emile** et al.; De Clercq, Brants & Partners, E. Gevaertdreef 10 a, B-9830 Sint-Martens-Latem (BE).

**(81) Designated States** *(national)*: AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CN, CR, CU, CZ, DE, DK, DM, DZ, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, TZ, UA, UG, US, UZ, VN, YU, ZA, ZW.

**(84) Designated States** *(regional)*: ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE, TR), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

**Published:**
—    *without international search report and to be republished upon receipt of that report*

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*



**WO 01/91798 A2**

**(54) Title:** TUMOR ACTIVATED PRODRUG COMPOUNDS AND METHODS OF MAKING AND USING THE SAME

**(57) Abstract:** The invention is directed to novel prodrug compounds, compositions comprising the prodrug compounds, methods of making the prodrug compounds and methods of using the prodrug compounds. The prodrug compounds comprise a biologically active entity linked to a masking moiety *via* a linking moiety. The prodrug compounds are selectively activated at or near target cells and display lower toxicity and possibly a longer *in vivo* or serum half-life than the corresponding naked biologically active entity.

1

# TUMOR ACTIVATED PRODRUG COMPOUNDS AND METHODS OF MAKING ~~AND~~ USING THE SAME

## 1.    FIELD OF THE INVENTION

The present invention relates to novel prodrug compounds, to pharmaceutical compositions comprising the novel prodrug compounds and to methods of using the compounds to inhibit the growth of tumors and/or to treat malignant tumors and/or tumorigenic cancers.

## 2.    BACKGROUND

Cancer is currently the second largest killer in the developed world with more than 6 million deaths per year, a figure that is expected to double by 2022. Despite efforts to improve the efficacy of treatments, relatively low cure rates have been achieved to date.

Current attempts at cancer therapy suffer from several major deficiencies. First, most available cancer therapies consist of drugs that act on rapidly dividing cells. However, most cancers are diagnosed at a time when the proportion of rapidly dividing tumor cells is reduced. Second, normal tissues that contain rapidly dividing cell populations are also affected by the current anticancer entities. The resulting toxicity forces reduced dosage levels and reduced frequencies of treatment. Third, tumor cells are genetically unstable and have high mutation rates. As a result, tumors frequently develop resistance to treatment. Finally, current anticancer therapeutics, like most therapeutic entities, can be unstable to the enzymes and other degradation proteins in the blood and serum.

New cytotoxic drugs are regularly entering the clinic but their use remains hampered by their toxic side effects, the high rate of induced resistance and, in some instances, their poor blood stability. In particular, extracellularly active entities and polypeptides have recently been identified that have cytotoxic or cytostatic effects on tumor cells *in vitro* and/or *in vivo*. For instance, TNFα, a cytokine with diverse effects on cells both *in vitro* and *in vivo*, exhibits cytotoxic and cytostatic effects on tumor cell types *in vitro*. However, the growth of many normal cell types, such as endothelial cells, smooth muscle cells, adipocytes, fibroblasts and keratinocytes is also inhibited by TNFα *in vitro*. Sensitivity of human endothelial cells to TNFα correlates with their rate of proliferation. Multiple clinical studies (phase I and II) have been carried out with recombinant TNFα as an anticancer entity without major therapeutic effect. TNFα-induced systemic toxicity and

2

acquired resistance to TNFα are two major roadblocks towards the success of TNFα as an antineoplastic entity.

Thus, a need remains for the availability of effective antineoplastic entities for use in treating solid tumor types. Especially needed are antineoplastic entities that exhibit some degree of selectivity and/or specificity for tumor cells or that can be delivered at dosages that achieve therapeutic benefit with little or no toxicity.

## 3.    SUMMARY OF THE INVENTION

In one aspect, the present invention provides novel prodrug compounds that have improved therapeutic properties. In general, the novel prodrugs comprise a biologically active entity linked to a masking moiety *via* a linking moiety. By virtue of the nature of the masking and linking moieties, when included in the prodrugs of the present invention, the biologically active entities can be administered to tumor cells and to endothelial cells involved in tumor neoangiogenesis in a selective manner. Moreover, the prodrugs of the invention will typically exhibit lower toxicity and possibly a longer *in vivo* or serum half-life than the corresponding naked biologically active entity.

The invention is based, in part, on the discovery that peptides having certain amino acid sequences are specifically cleaved by proteases and/or peptidases in the extracellular medium at or near tumor cells and certain endothelial cells involved in neoangiogenesis ("target cells"). Particularly, peptides that may be specifically cleaved in the target extracellular milieu include those having the amino acid sequence (Leu)$_y$(Ala-Leu)$_x$Ala-Leu and (Leu)$_y$(Ala-Leu)$_x$Ala-Phe, where y is 0 or 1 and x is 1, 2 or 3. Utilizing these peptides as components of linking moieties to link the biologically active entities and masking moieties of the prodrugs of the invention together permits the biologically active entity to be selectively released or liberated *in vivo* at or near a tumor or target cell.

The peptidase that cleaves the linking moiety is not unique to tumors or tumor cells. Healthy cells also produce peptidases capable of cleaving the linking moiety. However, it has been discovered that significantly more cleavage is observed around tumor cells. While not intending to be bound by any particular theory of operation, it is believed that tumor cells excrete significantly higher concentrations of the cleaving peptidases than do healthy cells, which accounts for the observed higher cleavage in their vicinity. Thus, while the peptidases are not unique to tumors or tumor cells, the prodrugs of the present invention exploit the observed differences in cleavage surrounding tumor cells and healthy cells to selectively deliver biologically active entities to tumor cells. Moreover, such peptidases are also released by endothelial cells involved in tumor

3

angiogenesis at higher concentrations than healthy cells, permitting the preparation and
selective delivery of antiangiogenic compounds to these endothelial cells. Thus, by virtue
of the linking moiety and the observed differences in the amount of specifically cleaving
peptidases produced and/or secreted by the target and healthy cells, the prodrugs of the
5    invention permit compounds that are cytotoxic or cytostatic to be selectively delivered to
the target cells, thereby providing a selective and safe means of delivering the cytotoxic
and/or cytostatic agents to patients to treat tumorigenic conditions, such as malignant
tumorigenic cancers.

The masking moiety of the prodrugs is linked to the biologically active entity *via*
10   the linking moiety. The masking moiety, acting alone or together with the linking moiety,
blocks or inhibits the biological activity of the biologically active entity. Moreover, the
masking moiety prevents non-specific degradation and/or cleavage of the linking moiety
by, for instance, peptidases present in serum, and hence prevents non-selective release
of the biologically active entity. While not intending to be bound by any theory of
15   operation, it is believed that the biological activity of the biologically active entity may be
blocked or inhibited by several mechanisms, such as, for example, steric hindrance
caused by the masking moiety-linking moiety assembly and/or masking of charged
groups on the biologically active entity that are required for biological activity. Masking
moieties suitable to prevent *in vivo* non-specific degradation of the linking moiety can
20   range from chemical modification of the exposed terminus of the linking moiety, such as
an amino or carboxy terminal modification, to small molecules such as drugs and
genetically non-encoded amino acids or other enzymatically non-degradable amino acids
(including, *e.g.*, D-amino acids, β-amino acids, γ-amino acids and the like) to large
molecules such as polypeptides or other biological or non-biological polymers. The
25   masking moiety may be biologically inert, or it may itself have biological activity, such as
any of the biologically active entities described *infra* or any other drug, even a drug with
no cytotoxic or cytostatic activity.

The biologically active entity is typically a molecule or construct that is cytotoxic
and/or cytostatic to cells, but may be any agent or drug useful in the diagnosis and/or
30   treatment of tumors and/or tumorigenic cancers. The types of molecules suitable for use
as biologically active entities in the prodrugs of the invention can vary widely. For
formulation as a prodrug, the biologically active entity should comprise, or be modified to
comprise, a reactive group capable of forming a covalent linkage with the appropriate
terminus of the linking moiety. If the biologically active entity must be modified to effect
35   linkage, it should be modified in a manner such that when it is selectively released it

4

retains substantial biological activity. Thus, the biologically active entities can range from small organic compounds such as anthracyclines, doxorubicin, daunorubicin, folic acid derivatives, vinca alkaloids, calicheamycin, mitoxantrone, cytosine arabinosides, adenosine arabinosides, fludarabine phosphate, melphalan, bleomycin, mitomycin, L-canavanine, taxoids, camptothecin, proteasome inhibitor, farnesyl transferase inhibitor, epothilone, discodermolide, maytansinoids, platinum derivatives, duocarmycins, combrestastatin and epipodophyllotoxins, to biological oligomers such as oligonucleotides, oligopeptides and oligosaccharides, to large biological polymers such as nucleic acids and polypeptides.

Those of skill in the art will recognize that certain biologically active entities, such as polypeptides, may contain a plurality of reactive groups that are capable of forming a covalent linkage with a terminus of the linking moiety (for example, polypeptides having a plurality of amino acids with primary amine or carboxyl side chains, such as arginine, lysine, aspartate, and glutamate). Any or all of the available reactive groups may be linked to linking moiety. The various linking moieties may be the same or different, and each linking moiety is in turn linked to a masking moiety, which may be the same or different for each linking moiety. Thus, depending on the number of reactive groups available on the biologically active entity, the prodrugs of the invention may comprise one or a plurality of the same or different linking moieties.

The biologically active entity may act intracellularly or extracellularly to exert its biological effect. For example, the biologically active entity may be a small organic compound that is capable of traversing cell membranes and exerting its cytotoxic and/or cytostatic effects inside the cell (*e.g.*, anthracyclines). Alternatively, the biologically active entity may be a molecule which binds an extracellular domain of a receptor and triggers cell death (*e.g.*, cytokines such as TNFα).

The biologically active entity may also be an entity that acts intracellularly but that is either incapable of traversing the cell membrane or does not efficiently traverse the membrane on its own. Such intracellularly active biologically active agents may be coupled to a peptide that facilitates transport into the cell or cell nucleus. Selective delivery of a biologically active entity directly into the nucleus of a target cell may improve the selectivity of the biologically active entity and may overcome drug resistance to the biologically active entity. Intracellularly active agents that are not capable of traversing the cell membrane include intracellularly active polypeptides such as granzyme B, many antisense DNAs and RNAs, many ribozymes and genes useful for gene therapy. In addition, while many cytostatic or cytotoxic small molecules traverse the membrane on

5

their own, formulation of such small molecules, for example doxorubicin and daunorubicin, with a transport peptide may enhance their membrane permeation properties. In this aspect of the invention, the masking moiety, alone or in combination with the linking moiety, prevents the biologically active entity - transport peptide construct from entering cells prior to selective cleavage of the linking moiety. Prodrugs of the invention in which the biologically active entity includes a transport peptide permit selective delivery of biologically active entities to tumors and/or target cells that otherwise would be unable to selectively traverse the cell membrane or would do so with a low efficiency.

In one preferred embodiment of the invention, the biologically active entity is an extracellularly active cytotoxic or cytostatic entity - *i.e.*, an entity that inhibits the growth of and/or kills a cell without having to enter the cell. The extracellularly active cytotoxic or cytostatic entity may be virtually any molecule that can be linked to a masking moiety. Non-limiting examples include, *e.g.*, peptides, lytic peptides, anti-angiogenic peptides and polypeptides. Preferred polypeptides are those that have a cytotoxic or cytostatic effect on tumor cells and include, but are not limited to, TNFα, IFN-α, IFN-γ, IL-1, IL-2, IL-6, IGF-1 antagonists, thrombospondin-1 derived peptides, substance P antagonists, TRAIL (Apo-2 ligand) and Fas ligand. Prodrugs of the invention including such extracellularly active biologically active entities permit selective delivery of the entities to target cells, thereby reducing their toxicity to the patient.

As discussed above, the masking moiety may also have biological activity. Thus in another embodiment, the prodrugs of the invention are dual prodrugs - *i.e.*, prodrugs in which both the masking moieties and biologically active moieties exert biological effect. In one embodiment, the dual prodrugs comprise two intracellularly active entities. The dual prodrugs include prodrugs that selectively deliver two biologically active small molecules to target cells. Other dual prodrugs include prodrugs that deliver two molecules that act in concert against a target cell. For instance, dual prodrugs can deliver a polypeptide that interacts with an extracellular receptor and a small molecule that acts on an intracellular target. Alternatively, the dual prodrugs may comprise two drugs that are often prescribed in combination such as a cytotoxic agent and an antibiotic, or two drugs that act synergistically such as TNFα and doxorubicin or other combinations of biologically active compounds as are well known in the art. Preferred dual prodrugs are those that deliver two entities that act in concert against a target cell.

When the biologically active entity is a small organic intracellularly active compound capable of traversing the cell membrane, it is either included in the prodrug

10

15

20

25

30

35

6

compositions of the invention in association with a transport peptide that acts to enhance its membrane permeation properties or as a dual prodrug in which the masking moiety also has some biological activity.   Other biologically active entities, such as the extracellularly active entities and other entities described *supra* may be included in the prodrugs of the invention with biologically inert masking moieties or as dual prodrugs in which the masking moiety also has some biological activity.

In another aspect, the present invention provides pharmaceutical compositions comprising the prodrugs of the present invention.   The pharmaceutical compositions generally comprise one or more prodrugs of the invention and a pharmaceutically acceptable carrier, excipient or diluent.   Preferably, the pharmaceutical compositions comprise an amount of prodrug that provides therapeutic benefit.

In another aspect, the present invention provides methods of inhibiting the growth or proliferation of a tumor or a tumor cell or an endothelial cell involved in tumor neoangiogenesis.   The method comprises contacting a tumor or a target cell with an amount of a prodrug or pharmaceutical composition of the invention effective to inhibit the growth or proliferation of the tumor cell or target cell.   The method can be practiced to inhibit the growth or proliferation of tumors and/or target cells *in vivo*, *in vitro* or *ex vivo*.

In a final aspect, the present invention provides methods of treating solid tumors and their metastases and tumorigenic cancers.   The method generally comprises administering to an animal, including a human, having a solid tumor and/or cancer an amount of a prodrug or pharmaceutical composition of the invention effective to halt the progression of tumor growth, thereby treating the animal.   Preferably, an amount of prodrug or pharmaceutical composition effective to shrink or eradicate the tumor is administered.

## 4.     BRIEF DESCRIPTION OF THE FIGURES

FIG. 1A illustrates an exemplary prodrug of the present invention;

FIG. 1B illustrates a prodrug of FIG 1A near a healthy cell;

FIG. 1C illustrates the activation of the prodrug of FIG 1A when near a tumor cell;

FIG. 2 illustrates the *in vivo* function of a prodrug of the present invention;

FIG. 3A illustrates the structure of two linking moieties of the present invention;

FIG. 3B illustrates the specific cleavage of a prodrug of one polarity in the extracellular milieu at or near a tumor or target cell;

FIG. 3C illustrates the specific cleavage of a prodrug of a second polarity in the extracellular milieu at or near a tumor or target cell

7

FIG. 3D illustrates the specific cleavage of a prodrug comprising a spacing moiety;

FIG. 3E illustrates the specific cleavage of a dual polarity prodrug;

FIG. 4A illustrates a general scheme for the preparation of a prodrug of the present invention using protecting moieties;

FIG. 4B illustrates the preparation of a prodrug of the present invention;

FIG. 4C illustrates the preparation a prodrug comprising a spacing moiety; and

FIG. 4D illustrates the preparation of a dual polarity prodrug

## 5.    DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

### 5.1    Abbreviations

As used herein, the abbreviations for the genetically encoded amino acids are conventional and are as follows:

8

| Amino Acid | One-Letter Symbol | Common Abbreviation |
|---|---|---|
| Alanine | A | Ala |
| Arginine | R | Arg |
| Asparagine | N | Asn |
| Aspartic acid | D | Asp |
| Cysteine | C | Cys |
| Glutamine | Q | Gln |
| Glutamic acid | E | Glu |
| Glycine | G | Gly |
| Histidine | H | His |
| Isoleucine | I | Ile |
| Leucine | L | Leu |
| Lysine | K | Lys |
| Methionine | M | Met |
| Phenylalanine | F | Phe |
| Proline | P | Pro |
| Serine | S | Ser |
| Threonine | T | Thr |
| Tryptophan | W | Trp |
| Tyrosine | Y | Tyr |
| Valine | V | Val |

To avoid confusion with the various formulae used herein, genetically-encoded amino acid residues are generally designated with the three-letter abbreviations.  Unless otherwise noted, the three-letter abbreviations designate L-enantiomers of the genetically encoded amino acids.  Amino acids in the D-configuration will be explicitly labeled.  For

9

example, "Arg" designates L-arginine and "D-Arg" designates D-arginine.  When one-letter abbreviations are used, upper case letters designate amino acids in the L-configuration and lower case letters designate amino acids in the D-configuration.  For example, "R" designates L-arginine and "r" designates D-arginine.  When a peptide or polypeptide sequence is represented as a series of one-letter or three-letter abbreviations, unless specifically noted otherwise, it will be understood that the left-hand direction is the amino terminal direction and the right-hand direction is the carboxy terminal direction, in accordance with standard usage and convention.

## 5.2    Definitions

As used herein, the following terms shall have the following meanings:

"Biologically active entity" refers to a molecule or construct that exerts a biological effect on a target cell, as defined herein.  Typically, the entity is cytotoxic and/or cytostatic toward target cells or sensitizes target cells to the action of another cytotoxic or cytostatic entity.

"Linking moiety" refers to a molecular moiety with a structure as described herein that links a biologically active entity to a masking moiety and that is susceptible to specific, selective cleavage at or near a tumor or a target cell, as defined herein.

"Normal cells", "normal tissues",  "healthy cells" and "healthy tissues" refer to cells and/or tissues that are not involved in tumor formation, growth and metastasis.  As used herein, endothelial cells involved in tumor neoangiogenesis are not included in the definition of normal or healthy cells.

"Masking moiety" refers to a molecular moiety that, when linked to a biologically active entity *via* a linking moiety, is capable, together with the linking moiety, of masking the biological activity of the entity and is capable of preventing the non-specific degradation of the linking moiety.

"Polypeptide" refers to a polymer of two or more amino acids.  The term also includes mimics of polymers of amino acids known to those of skill in the art (*e.g.* peptidomimetics) and derivatives of polymers of amino acids (*e.g.*, glycopeptides).  The term "peptide" refers to a polypeptide having from about 2 to about 40 to 50 amino acids.

"Specific cleavage" refers to cleavage that is sequence dependent.  Thus, specific cleavage of a linking moiety is cleavage that occurs as the result of a peptidase recognizing and cleaving the particular amino acid sequence of the linking moiety.  "Specific cleavage" is therefore a property of the amino acid sequence of the linking moiety and is to be distinguished from cleavage and/or degradation caused by non-

10

specific means, such as non-specific degradation by exopeptidases present in the serum or gut.

"Selective cleavage" refers to the enhanced or preferential specific cleavage achieved at or near a target cell. Thus, while the specific cleavage of the linking moiety is not unique to target cells, the greater cleavage achieved at or near target cells renders the cleavage "selective" for purposes of the present invention.

"Target cell" refers to a tumor cell or to an endothelial cell involved in tumor neoangiogenesis.

### 5.3    The Invention

The present invention provides novel prodrugs comprising a biologically active entity linked to a masking moiety *via* a linking moiety. The prodrugs of the present invention are generally compounds according to formula (I):

(I)        $(M - L^1)_n - B$

or a pharmaceutically acceptable salt thereof, wherein M is a masking moiety, $L^1$ is a linking moiety, B is a biologically active entity and n is a positive integer from 1 up to the total number of reactive groups in the biologically active entity. The masking moiety prevents the non-specific degradation of the linking moiety and $(M - L^1)_n$ masks the biological activity of the biologically active entity, rendering it inactive until specifically released. The linking moiety is susceptible to specific, selective cleavage at or near a tumor or target cell. By virtue of the specific and selective cleavage of the linking moiety *in vivo*, an entity formulated as a prodrug according to the present invention displays improved selectivity relative to the naked entity. The entity formulated as a prodrug may also display improved stability relative to the naked entity because the masking moiety prevents degradation of the prodrug in blood or serum.

### 5.4    Linking moiety

The linking moiety can comprise any molecule that is susceptible to specific cleavage at or near a tumor or a target cell. The linking moiety is covalently linked to the masking moiety and to the biologically active entity, thereby linking the two together.

While not intending to be bound by theory of operation, it is believed that tumors and target cells secrete into the extracellular medium a factor or factors such as proteases or peptidases that are capable of specifically cleaving the linking moiety. It is

11

also believed that endothelial cells involved in tumor neoangiogenesis display the same secretory activity. While healthy cells also produce a factor or factors that specifically cleave the linking moiety, tumor cells and endothelial cells involved in tumor neoangiogenesis excrete a significantly higher concentration of the factor thereby permitting specific and selective cleavage at or near tumors and/or target cells. The resulting improved selectivity of action of the biologically active entity is illustrated in FIG. 1. FIG. 1A illustrates an exemplary prodrug **8** of the present invention comprising a masking moiety **10** linked to a biologically active entity **12** *via* a linking moiety **14**. In FIG. 1B, prodrug **8** is not active near healthy cell **16** because masking moiety **10**, alone or in combination with linking moiety **14**, masks the biological activity of biologically active entity **12** and linking moiety **14** is relatively stable at or near healthy cell **16**. In FIG. 1C, target (tumor or angiogenic endothelial) cell **18** secretes a factor **20** which is capable of specifically cleaving the linkage between linking moiety **14**, liberating released biologically active entity **12'**. Liberated biologically active entity **12'** is free to exert its activity on target cell **18**. For instance, biologically active entity **12'** might bind receptor **22** on the surface of target cell **18**, thereby initiating an intracellular cascade leading to the apoptosis or another form of death of tumor cell **18**. Because normal cell **16** does not secrete factor **20**, or secretes very little factor **20**, prodrug **8** remains intact near normal cell **16**. Thus, biologically active entity **12** is not active near normal cell **16**. As illustrated in FIG. 2, formulation of the biologically active entity as a prodrug can reduce the toxicity of the biologically active entity.

Factor **20** can be any molecule or condition in the environment at or near target cell **18** that is capable of specifically cleaving linking moiety **14**. While not intending to be bound by theory, it is believed that factor **20** is a protease or peptidase selectively secreted by target cells. However, since all proteases or peptidases that specifically cleave the linking moiety have not yet been identified, factor **20** can be any condition that is capable of specifically cleaving the linking moiety. For instance, factor **20** might even be low pH conditions near a target cell. Factor **20** is selectively present at or near target cells. It can be present at or near target cells exclusively, or it can be enriched at or near target cells such that prodrug **8** is cleaved preferentially at or near target cells and administration of prodrug **8** displays improved selectivity for target cells relative to administration of the naked biologically active entity **12** or released biologically active entity **12'**.

Preferred linking moieties are peptides that are susceptible to specific cleavage at or near target cells. For example, it has been discovered that peptides having the amino

12

acid sequence (Leu)$_y$(Ala-Leu)$_x$Ala-Leu and peptides having the amino acid sequence (Leu)$_y$(Ala-Leu)$_x$Ala-Phe (wherein y = 0 or 1 and x = 1, 2, or 3) are specifically cleaved by a factor in the extracellular milieu near target cells.  Preferred peptide linking moieties comprise the amino acid sequence Ala-Leu-Ala-Leu (SEQ ID NO:1), Leu-Ala-Leu-Ala-Leu
5   (SEQ ID NO:2), Leu-Ala-Leu (SEQ ID NO:3), Leu-Ala (SEQ ID NO:4) or Leu-Ala-Phe (SEQ ID NO:5).

While not intending to be bound by any particular theory of operation, it is believed that the linking moiety is specifically cleaved at two sites.  A first protease or peptidase is believed to cleave the first amide bond of each Leu-Ala-Leu sequence of the linking
10   moiety (i.e. the amide bond between the N-terminal Leu and the Ala in the sequence), as illustrated by solid arrows in FIG. 3A.  In FIG. 3A, iBu represents isobutyl; Me represents methyl; Ph represent phenyl and x and y are as previously defined above.  A second protease or peptidase is believed to subsequently cleave the amide bond of the Ala-Leu or Ala-Phe residues of the linking moiety, as indicated by dashed lines in FIG. 3A.
15   However, specific cleavage may also occur at other amide bonds or at other bonds within the linking moiety.

The linking moiety is covalently linked to the biologically active entity via one terminus and to the masking moiety via the other terminus.  The "polarity" of the linkages, i.e., whether the N-terminus of the linking moiety is linked to the biologically active entity
20   or to the masking moiety, may or may not be critical, and will depend upon the identities of the biologically active entity and masking moiety.

The different possible polarities of the linkage and the resultant specific cleavage products are illustrated in FIG. 3B and FIG. 3C with linking moiety 30.  Referring to FIG. 3B, in prodrug 40, masking moiety M is linked to the amino terminus of linking moiety
25   30 and biologically active entity B is linked to the carboxy terminus of linking moiety 30. As illustrated, both linkages are amide linkages, although other stable linkages could also be used, as will be described in more detail in a later section.  The first protease or peptidase is believed to cleave the amide bonds between the first Leu and the Ala of the Leu-Ala-Leu sequences of the linking moiety thereby liberating released masking moiety
30   35.  A second protease or peptidase cleaves the N-terminal Ala residue from the amino terminus of the derivative of the biologically active entity thereby liberating released biologically active entity 39.  Thus, when the linking moiety is a peptide with the amino acid sequence of Leu-Ala-Leu-Ala-Leu, cleavage of the linking moiety is believed to liberate a Leu derivative 35 of the masking moiety and a Leu derivative of the biologically
35   active entity 39.  The Leu derivative of the masking moiety 35 has a free carboxy

13

terminus, and the Leu derivative of the biologically active entity has a free amino terminus.

Referring to FIG. 3C, if the polarity of the linkage is reversed, such that the biologically active entity is attached to the amino terminus and the masking moiety is attached to the carboxy terminus (prodrug **40'**), specific cleavage yields released biologically active entity **39'** and released masking moiety **35'**. Thus, when the linking moiety is a peptide with the amino acid sequence of Leu-Ala-Leu-Ala-Leu, cleavage of the linking moiety is believed to liberate a Leu derivative **35** of the masking moiety and a Leu derivative of the biologically active entity **39**. The Leu derivative of the masking moiety **35** has a free amino terminus, and the Leu derivative of the biologically active entity has a free carboxy terminus.

Those of skill in the art will recognize that, while in most instances the masking moiety and the biologically active entity will be linked directly to the termini of the linking moiety, in some instances it may be desirable to space the linking moiety away from either or both the masking moiety and biologically active entity with a spacing moiety. An example of the use of a spacing moiety between the linking moiety and the biologically active entity is illustrated in FIG. 3D.

In FIG. 3D, a prodrug **46** according to the invention including a spacing moiety (illustrated in this example as 6-aminocaproic acid) is specifically cleaved to yield released masking moiety **35** and released biologically active entity **48**. Again, while amide linkages are illustrated, other stable linkages could be used, as will be described in more detail in a later section.

The spacing moiety can be long or short, rigid, semi-rigid or flexible, hydrophobic or hydrophilic, depending upon the particular application. Thus, the spacing moiety may be any molecule having reactive groups capable of forming covalent linkages with the linking moiety and the biologically active entity and/or masking moiety. Reactive groups that are capable of forming suitable linkages with the amino and carboxy termini of linking moieties are described in more detail below in connection with the biologically active entity and masking moiety. Molecules suitable for use as spacing moieties include, but are not limited to, peptides such as polyglycine (flexible) or polyproline (rigid), aminoalkylcarboxylic acids (*e.g.*, 4-aminobutanoic acid, 5-aminopentanoic acid, 6-aminocaproic acid, etc.), polyalkylene oxides such as polyethylene glycol and others as will be apparent to those of skill in the art. If used, the spacing moiety should preferably be a molecule which is biologically inert *i.e.*, a molecule that does not elicit an

14

immunological response or other adverse or toxic response and should not significantly adversely affect the biological activity of released biologically active entity **48**.

In certain embodiments of the invention where it is desirable to link two biologically active entities together, such as the dual prodrugs described *infra*, the spacing moiety may be used to link two peptide sequences that are specifically cleavable, as illustrated in FIG. 3E. Referring to FIG.3E, dual prodrug **52** comprises two biologically active entities **38** linked together via dual polarity linking moiety **58**. Dual polarity linking moiety **58** comprises two specifically cleavable peptides **53** and **57**, which themselves may constitute linking moieties as discussed above, linked together via spacer moiety **55**. Spacer **55** is a dicarboxylic acid that is linked to the amino termini of both peptides **53** and **57** such that prior to attachment to biologically active entities **38**, linking moiety **58** has two carboxy termini. Specific cleavage of dual prodrug **52** yields released biologically active entities **39** and short peptide derivatives of linking moiety **58**. Optional spacing moieties could be included between the linking moiety **58** and one or both biologically active entities **39**, as previously described. These dual polarity linking moieties are described in more detail below in connection with the dual prodrugs of the invention.

In embodiments of Formula (I), where n is greater than 1, all the linking moieties of the prodrug may be the same, some of the linking moieties may be the same and others different, or each linking moiety may be different. Similarly, all or some of the masking moieties (discussed in detail below) can be the same, or they can be different. In addition, one, some, all or none of the linking moieties may include spacing moieties and when included, the various spacing moieties may be the same or different.

### 5.5    Masking moiety

At a minimum, the masking moiety prevents the non-specific cleavage and/or degradation of the linking moiety and, alone or together with said linking moiety, inhibits the biological effects of the biologically active entity. It may also, as will be discussed in more detail below, provide the prodrug composition with additional favorable properties such as longer *in vivo* half-life, increased stability, higher solubility, etc. Preferred masking moieties are those that are stable *in vivo*, nontoxic to healthy cells and non-immunogenic.

In its simplest form, the masking moiety may comprise a chemical modification of the exposed terminus of the linking moiety that prevents the linking moiety from being non-specifically cleaved or degraded *in vivo*, such as, for example by non-specific exopeptidases that may non-specifically degrade the linking moiety *in vivo* and

15

prematurely release the biologically active entity.  For example, when the exposed terminus of the linking moiety is the amino terminus, amino terminal acetylation of the linking moiety may provide sufficient resistance to degradation to serve as a masking moiety.  When the exposed terminus of the linking moiety is the carboxy terminus, carboxy terminal modification, such as amidation or esterification, of the linking moiety may similarly provide sufficient resistance to degradation.  Other chemical modifications that inhibit or prevent non-specific degradation and/or cleavage will be apparent to those of skill in the art.

Genetically non-encoded amino acids such as β-amino acids, γ-amino acids, non-encoded α-amino acids and D-amino acids are also known to inhibit and/or prevent non-specific degradation.  Thus, the masking moiety may also comprise one or more genetically non-encoded amino acid.  For instance, the masking moiety can be a peptide consisting of one or more D-amino acids, one or more β-amino acids or mixtures of D- and β-amino acids.  Preferred masking groups according to this class include N-methyl-alanine ("Me-Ala"), D-alanine and β-alanine.

In addition, masking moieties can comprise biologically inert molecules.  Such molecules include small molecules such as dyes and polymers such as biological and non-biological polymers.  For instance, polyalkylene glycols such as polyethylene glycol can prevent the degradation of a linking moiety and inhibit the activity of a biologically active entity.  Preferred polyethylene glycol masking moieties have average molecular weights of about 1000 Da, about 4000 Da, about 5000 Da, about 8000 Da, about 10000 Da or about 12000 Da.  Other suitable biological and non-biological polymers include, but are not limited to copolymers of divinyl ether and maleic anhydride (DIVEMA) or 2-hydroxypropyl methacrylate (HPMA), and other polymers such as DNA and carbohydrates.  The masking moiety can also be a polypeptide that prevents the degradation of the prodrug and inhibits or prevents the activity of the biologically active entity. Preferred polypeptide masking moieties are non-immunogenic polypeptides. For instance, suitable polypeptide masking moieties include albumin, immunoglobulins, or an antibody.

In other embodiments of the invention, the masking moiety itself can have biological activity or other therapeutic activity.  Prodrug compounds wherein the masking moiety has activity ("dual prodrugs") are described in detail below.  Suitable active masking moieties include cytostatic and cytotoxic small molecules, other therapeutically active small molecules, therapeutically active polypeptides and other therapeutically active molecules known to those of skill in the art.

16

Since the masking moiety is linked to the linking moiety, the masking moiety should either include a reactive group that is complementary to the terminus of the linking moiety to which it will be linked or be modified to include such a group. For instance, if the masking moiety is to be linked to the amino terminus of the linking moiety, the masking

5    moiety should include a reactive group that is capable of forming a covalent linkage with the amino terminus, such as a carboxyl group.  The linkage formed should be stable to the conditions of use of the prodrug, *e.g.*, in the serum.  Complementary reactive groups that are capable of reacting with the carboxy and amino termini of peptides to form stable linkages that may be included in the masking moiety are described in more detail below in

10   connection with the biologically active entities.  The masking moiety may inherently include such a complementary reactive group, or may be modified to include a suitable complementary reactive group.  The methods of modification will depend upon the identity of the masking moiety and will be apparent to those of skill in the art.

15   ### 5.6    Biologically active entities

The biologically active entity can be any entity that has biological activity against tumors or target cells, or any entity that would derive an advantage from being selectively administered to a tumor or target cell.  Preferred biologically active entities include those entities that are cytotoxic and/or cytostatic to tumors and/or target cells such as, for

20   example TNFα, IFN-α, IFN-γ, IL-1, IL-2, IL-6, an IGF-1 antagonist, a lytic peptide, an antiangiogenic peptide, a thrombospondin-derived peptide, a substance P antagonist, TRAIL (Apo-2 ligand) and Fas ligand, and also constructs comprising intracellularly active agents and a transport peptide allowing or facilitating their uptake in cells.  As will be recognized by those having skill in the art, in order to be formulated as a prodrug of the

25   invention, the biologically active entity must either inherently include, or be modified to include, a reactive group which is complementary to, *i.e.*, able to react to form a covalent linkage with, the reactive group on the linking moiety to which it will be covalently attached.    Typically,  pairs  of  such  complementary  reactive  groups  include nucleophile/electrophile pairs, as are well known in the art.

30   In many instances, the biologically active entity will be covalently attached to the N- or C- terminus of the linking moiety.  Suitable reactive groups complementary to the linking moiety amino terminus include, for example, carboxy groups, esters (including activated esters such as NHS-esters), acyl azides, acyl halides, acyl nitriles, aldehydes, alkyl sulfonyl halides, halotriazines, imidoesters, isocyanates, isothiocyanates, sulfonate

35   esters,  etc.    Suitable  reactive  groups  complementary  to  the  linking  moiety  carboxy

terminus include, for example, amines, alcohols, alkyl halides, thiols, hydrazines, diazoalkanes, sulfonate esters, etc. Conditions for forming such covalent linkages under suitably mild reaction conditions are well known. Preferably, the linkage between the linking moiety and the biologically active entity is an amide. Conditions for linking
5   molecules together having complementary amino and carboxy groups to form amide linkages are well-known (see, e.g., Merrifield, 1997, Methods Enzymol. 289:3-13). Specific linking chemistries are provided in the Examples section.

If the biologically active entity is a polypeptide, then the preferred linkage is an amide bond between the carboxy terminal amino acid residue of the linking moiety and a
10  free amino group of the polypeptide. The free amino group can be, for instance, at the amino terminus of the polypeptide or at the side chain of an amino acid, e.g. a lysine residue. In instances where the biologically active polypeptide comprises a plurality of amino-containing side chains (e.g., a plurality of lysine residues), a plurality of linking moieties may be linked to a single biologically active polypeptide molecule. The molar
15  ratio of linked linking moieties can be conveniently controlled by adjusting the biologically active entity:linking moiety molar ratio of the conjugation reaction. Specific cleavage of the linking moiety in the vicinity of target cells such as tumor cells releases the biologically active polypeptide modified with a leucine residue or a phenylalanine residue at each amine group from which a linking moiety is cleaved.

20  Alternatively, the linking moiety can be linked to any other reactive group of the biologically active entity. For instance, the linking moiety can be linked to a free carboxyl group of the biologically active entity at, for example, the carboxy terminus or at the side chain of an acidic amino acid of a polypeptide or at a free carboxy group of other entities. The linking moiety can also be linked to other reactive moieties in the polypeptide
25  including sulfhydryl moieties and other moieties known to those of skill in the art that are capable of forming a bond to the linking group. Appropriate adaptor moieties for each reactive moiety will be apparent to those of skill in the art.

In some instances, a biologically active entity may include a reactive group that does not yield a suitably stable linkage with the linking moiety, or it includes a reactive
30  group that is not complementary to the desired reactive group on the linking moiety. For example, both the biologically active entity and the desired point of attachment to the linking moiety may include carboxyl groups. In these instances, the reactive group on either the biologically active entity or the linking moiety may first be converted to a complementary reactive group through the use of a bifunctional adaptor molecule. For
35  example, a suitable bifunctional adaptor molecule for linking a biologically active entity

18

including a carboxyl group to the carboxy terminus of a linking moiety could be a diamino alkyl, such as 1,3 diamino propane.  Such adaptor molecules are somewhat analogous to the previously described spacer moieties used to construct dual polarity linking moieties of the invention (illustrated in FIG. 3E).  Molecules suitable for use as adaptor molecules will depend upon the identities of the reactive groups, and will be apparent to those of skill in the art.

Preferably, the biologically active entity is linked to the linking moiety via those reactive groups of the biologically active entity on which the biologically active entity can tolerate derivatization without significant loss of biological activity.  Because the prodrugs typically liberate a leucyl derivative of the biologically active entity upon specific cleavage of the linking moiety, the liberated leucyl derivative of the biologically active entity should possess optimal activity.  To determine the proper site of linkage and/or ratio of linking moieties to biologically active entities, leucyl derivatives of the biologically active entity can be prepared and assayed for functional activity in, for instance, cell-based assays such as those described in the examples below and other assays suitable for measuring the activity of the biologically active entity known to those of skill in the art.  In addition, if the biologically active entity is modified to generate a complementary reactive group for condensation with the linking moiety, then the leucyl derivative of the modified biologically active entity is assayed for optimal activity.

Preferably, the prodrug itself is also assayed for optimal activity.  The intact prodrug should possess little or no activity in a normal physiological environment while the activated, released biologically active entity should possess optimal activity.  Assays for functional activity include those assays known to those of skill in the art for measuring the stability, activation, toxicity and therapeutic activity of the prodrug.  The assays can be conducted *in vivo* using, for instance test animals, or *in vitro* using cell based assays known to those of skill in the art.  Preferred assays include cell-based assays using tumor cell models known to those of skill in the art.  Exemplary assays for the stability, activation, toxicity and therapeutic activity are presented in the examples below.  For a given combination of masking moiety, linking moiety and biologically active entity, a number of prodrugs can be prepared by varying the ratio of masking/linking moiety and biologically active entity.  When the prodrug is prepared by solid phase or solution phase techniques the site of attachment of the masking/linking moiety to the biologically active entity can also be controlled.  The results of activity assays for leucyl derivatives of the biologically active entity, described above, can be used to determine potentially useful stoichiometries and/or sites of attachment prior to screening.  Ideal prodrugs are those

19

that display the optimal combination of stability, toxicity, activation and therapeutic activity according to assays suitable for the biologically active entity known to those of skill in the art.

### 5.6.1   Extracellularly active biologically active entities

In one important aspect, the biologically active entity of the prodrug is an extracellularly active biologically active entity.  An extracellularly active biologically active entity is an entity that can exert its biological activity without having to enter a cell. Preferred extracellularly active biologically active entities are those molecules that cannot traverse the cell membrane by themselves.  Extracellularly active biologically active entities include small molecules such as small molecule agonists and antagonists of extracellular receptors and other small molecules that act extracellularly.  Extracellularly active biologically active entities also include peptides and polypeptides such as cytokines, peptidic hormones, antibodies, and other extracellularly active molecules known to those of skill in the art.  Specific examples of polypeptides that can be formulated as prodrugs according to the present invention include, but are not limited to, TNFα, IFN-α, IFN-γ, IL-1, IL-2, IL-6, an IGF-1 antagonist, thrombospondin-1 derived peptides, a substance P antagonist, TRAIL (Apo-2 ligand) and Fas ligand.

### 5.6.1.1 Tumor selective prodrug of TNFα

In one preferred embodiment of this aspect of the invention, a prodrug selectively delivers active TNFα to target cells.  TNFα can be linked to a masking moiety *via* any linking moiety of the present invention.

TNFα is produced by many different cell types as a 26kDa (233 amino acids) integral transmembrane protein from which a 17 kDa (157 amino acids) mature TNFα is released into the extracellular medium by proteolytic cleavage of an Ala-Val bond between residues 76-77.  Its potential use as an antitumor entity led to its purification, cloning and expression as a recombinant protein.  Biologically active TNFα exists as a trimer in solution and each subunit is a polypeptide of 157 amino acids.  Each mature TNFα trimer can interact with three receptor molecules at the interface of the subunits. TNFα mediates its activities by binding to specific receptors on the surface of the majority of mammalian cells. Receptor aggregation upon TNFα binding might be the mechanism for receptor activation in the target cells (Banner *et al.*, 1993, Cell 73:431-445).  For an extensive review on TNFα, see Sidhu and Bollon, 1993, Pharmacol. Ther. 57:79-128.

20

TNFα can be cytotoxic, and cytostatic, on many cell types *in vitro*. However, this antiproliferative effect is not restricted to tumor cells and many normal cells, such as endothelial cells, smooth muscle cells, adipocytes, fibroblasts and keratinocytes are also inhibited by TNFα. Sensitivity of human endothelial cells to TNFα is correlated with their rate of proliferation.

Multiple clinical studies (phase I and II) have been carried out with recombinant TNFα as an anticancer entity without major therapeutic effect. TNFα resistance and mainly TNFα-induced systemic toxicity are two major limitations for the use of TNFα as an antineoplastic entity. TNFα can be used in clinical trials only if injected locally or by isolated limb perfusion owing to the severe toxicity after systemic injection. Data from phase I clinical studies, in which TNFα was administered in a variety of schedules have shown that the common toxic side effects include fever, chills, rigor, fatigue, diarrhea, nausea, headache, and hypotension. Severe hypotension is the dose-limiting toxicity. No significant clinical antitumor effects were observed in phase II trials when TNFα was given as a single entity.

Although TNFα showed promise in the regression of tumors in mice, the toxicity of TNFα prevents therapeutic effect in humans. Tumor regression in mice requires a dose of approximately 400 μg/kg while humans can tolerate only 8 to 10 μg/kg before life threatening toxicities set in (Kramer, *et al.*, 1988, Cancer Research 48:920-925). In addition, TNFα has a very short half-life of 20 minutes after injection into humans. TNFα is rapidly cleared from blood and taken up by the kidney and the liver. It is moreover sensitive to *N*-terminal endopeptidases that inactivate it rapidly (Nakamura and Komiya, 1996, Biol. Pharm. Bull. 19:677-677). *In vivo*, animal studies have shown that like *in vitro*, other cytokines (IFN-α, IFN-γ, IL-1, IL-2 and IL-6) as well as cytotoxic drugs (cyclophosphamide, doxorubicin) enhance the antitumor action of TNFα. However, the toxic side effects increase to an unacceptable level and this does not solve the problem of inefficiency.

Conjugation of TNFα to biological and non-biological polymers has shown modest improvement in the stability of TNFα. For instance, TNFα can be conjugated to gelatin using carbodiimide. It retains 57% of its cytotoxic activity and is more active against tumors *in vivo* (Tabata *et al.*, 1993, J. Pharm. Pharmacol. 45:303-308). TNFα was also coupled to polyethylene glycol *via* an amide bond between a lysine amino residue of TNFα and a terminal succinate group of PEG (N-succinimidyl succinate monomethoxy polyethylene glycol of a molecular weight of 5000). Although extensive PEG modification resulted in the complete loss of activity *in vitro*, conjugates partially modified retained a

21

portion of the activity of TNFα.  TNFα has also been conjugated to a divinyl ether and maleic anhydride copolymer (DIVEMA) of a molecular weight of 30.000.

A recent study has shown that chemical modification of TNFα with PEG increases the stability and antitumor potency of the cytokine (Tsutsumi *et al.*, 1995, J. Pharmacol. and Exp. Therapeutics 278:1006-1011).  TNFα was covalently coupled to PEG polymers and separated into fractions of various molecular sizes (Tsutsumi *et al.*, 1995, *supra*). Increasing amounts of PEG relative to TNFα significantly reduced the specific activity of the TNFα (Tsutsumi *et al.*, 1995, *supra*).  However, the PEG conjugates displayed improved pharmacokinetic stability when compared to native PEG (Tsutsumi *et al.*, 1995, *supra*).  In addition, the PEG-TNFα conjugates showed greater tumor distribution *in vivo* than native TNFα (Tsutsumi *et al.*, 1995, *supra*).  Overall, the most effective PEG-TNFα conjugate, which had 56% of its lysine amino residues coupled to PEG, showed a 100-fold improved antitumor potency *in vivo* when compared to native PEG despite a 2-fold reduction in specific activity (Tsutsumi *et al.*, 1995, *supra*).  This derivative has also very striking activity against TNFα resistant tumors (Tsutsumi *et al.*, 1995b, British J. of Cancer 71:963-968; Tsutsumi *et al.*, 1996, J. Pharm. Exp. Therap. 278:1006-1011; Tsutsumi, 1996b, Jpn. J. Cancer Res. 87:1078-1085).  The PEG-TNFα conjugate with 56% of its lysine residues modified showed the optimal balance of bioactivity, plasma stability and tissue distribution among the conjugates tested but was still too toxic to be used (Tsutsumi *et al.*, 1995, *supra*).  Although conjugates with more PEG modification showed improved stability, the overall potencies of the conjugates were reduced due to significant or total loss of specific activity.  Later studies showed that with PEG of higher molecular weight (12,000) the TNFα-PEG conjugate lost most of its activity with a degree of lysine modification of only 36%. This greater loss is explained by a greater steric hindrance, preventing more easily TNFα from interacting with its receptor (Tsutsumi *et al.*, 1996c, British J. Cancer 74:1090-1095).

To overcome the deficiencies of TNFα as an antineoplastic entity, TNFα can be formulated as a prodrug according to the present invention.  A TNFα prodrug should display comparable plasma stability and tissue distribution to the PEG-TNFα conjugates described above.  However, since selective activation of the prodrug at or near tumors or target cells liberates leucyl-TNFα, the prodrug conjugates should display little or no loss of TNFα specific activity *in vivo*.  As a result, the prodrug can carry as much PEG as necessary to achieve complete inactivation, ensuring reduced toxicity and allowing the use of higher dose levels.  In addition, selective activation of the prodrug at or near target cells should dramatically enhance the selectivity of the prodrug relative to the PEG-TNFα

22

conjugates.   The PEG-TNFα conjugates displayed only a modest tissue distribution preference for tumor cells whereas the TNFα prodrug is selectively activated at or near tumor cells.

In one embodiment of this aspect of the invention, TNFα is formulated as a prodrug in which the masking moiety is a biocompatible polymer such as a polyalkylene glycol, preferably polyethylene glycol (PEG).   PEG molecules of various average molecular weights can be used such as 1000 Da, 4000 Da, 5000 Da, 8000 Da, 10000 Da, 120000 Da or even higher.  The linking moiety can be any linking moiety according to the present invention.   Preferred linking moieties include Ala-Leu-Ala-Leu (SEQ ID NO:1), Leu-Ala-Leu-Ala-Leu (SEQ ID NO:2), Leu-Ala-Leu (SEQ ID NO:3), Leu-Ala (SEQ ID NO:4) or Leu-Ala-Phe (SEQ ID NO:5).   Because TNFα includes several free amino groups, multiple different masking moieties and linking moieties can be used simultaneously.

The degree to which the free amino groups of the TNFα are saturated with PEG-masked linking moieties will depend upon, among other factors, the average molecular weight (MW) of the PEG (or other masking polymer).  Generally, the higher the MW of the polymer or PEG, the lower the degree of saturation that is required to inactivate the activity of the TNFα in the prodrug formulations.  Specific levels of saturation for a variety of PEGs of varying MWs are taught in Tsutsumi et al., 1995, supra.

Those of skill in the art will recognize that a particular advantage of the TNFα prodrugs of the invention is the ability to use a considerably higher level of saturation than that reported by Tsutsumi et al., 1995, supra.  Because the PEG or polymer masking moieties are specifically and selectively cleaved at or near a tumor or target cell, when formulated as a prodrug according to the invention, the TNFα can be completely inactivated by the PEG or polymer masked linking moieties.   Thus, unlike the TNFα-PEG complexes described by Tsutsumi et al., 1995, supra, regardless of the MW of the PEG used, the TNFα molecule may be saturated with PEG-masked linking moieties.  Thus, the PEG-TNFα prodrugs of the invention, in addition to being selective, may exhibit even lower toxicities than the PEG-TNFα complexes described in the art.

Specific PEG-TNFα prodrugs of the invention, as well as methods for their synthesis, are provided in the Examples.

### 5.6.1.2 Tumor activated IGF-1 antagonist prodrug

In another embodiment, a prodrug selectively delivers an oligopeptide antagonist of insulin-like growth factor (IGF-1) to tumors or target cells in vivo.  The masking moiety

23

can be selected from any of the masking moieties discussed above, and the linking moiety can also be selected from any of the linking moieties discussed above. In a preferred embodiment the masking moiety is a polymer such as PEG, more preferably a succinylated derivative of PEG, and the linking moiety is the tetrapeptide Ala-Leu-Ala-Leu. The linking moiety is linked to free amino groups of the antagonist, either at one or more lysine side chains and/or at the amino terminus.

The expression of insulin-like growth factors and their type I receptor is very often up-regulated during the development of many cancer types. Recent data show that, besides stimulating cell transformation and tumor cell cycle progression, signaling through the IGF-1 receptor exerts an important tumor promotion effect by inhibiting tumor cell apoptosis (including drug-induced apoptosis). Consistently, inhibition of the IGF-mediated survival function is likely to increase the antitumor effects of conventional chemotherapy (Gooch J.L. *et al.*, 1999, Breast Cancer Res. Treat. 56:1-10).

Antagonists of IGF-1 composed wholly of D-amino acids have been designed which resemble IGF-1 receptor ligands and efficiently inhibit IGF-1 receptor function *in vitro* and *in vivo*. One such peptide is D-Cys-D-Ser-D-Lys-D-Ala-D-Pro-D-Lys-D-Leu-D-Pro-D-Ala-D-Ala-D-Tyr-D-Cys which is a retro-enantio sequence derived from the D domain of IGF-1. In order to further increase the overlap between the conformation of the native protein with that of the retro-enantio peptide, it has been cyclized *via* an artificially introduced disulfide bridge (Häyry *et al.*, 1995, Faseb J. 9:1336-1344; Pietrzkowski *et al.*, 1992, Cancer Res. 52:6447-6451).

Such antagonists could become very useful anticancer entities, but because of the crucial importance of IGF-1 receptor-mediated signaling in many normal cells and tissues, as well as the high similarity between the IGF-1 receptor and the insulin receptor, such antagonists must be administered selectively to cancer cells to avoid toxic side effects.

In one embodiment of the invention PEG is linked to the IGF-1 antagonist *via* the tetrapeptide linker Ala-Leu-Ala-Leu. The antagonist is derivatized only on those reactive groups that can be derivatized with leucine without significant loss of antagonist activity.

### 5.6.1.3 Tumor activated prodrug of a thrombospondin-1 derived peptide

In another preferred embodiment, a prodrug compound is capable of selectively delivering to target cells an antiangiogenic peptide derived from the structure of the angiogenesis inhibitor thrombospondin-1 (TSP-1).

The continuous growth and metastasis of all tumors is strongly dependent on neoangiogenesis. In experimental systems, inhibitors of angiogenesis have been shown

24

to be remarkably active anticancer entities towards which tumors do not seem to develop resistance (Harris, 1997, The Lancet 349:13-15; Dawson *et al.*, 1999, Mol. Pharmacol. 55:332-338; Bœhm *et al.*, 1997, Nature 390:404-407).  There remains, however, a need to develop new antiangiogenic drugs with improved potency, stability, and selectivity (Molema *et al.*, 1998, Biochem. Pharmacol. 55:1939-1945).  Antiangiogenic peptides have been developed consisting partly or entirely of D-amino acids (Dawson *et al.*, 1999, *supra*).

Thrombospondin-1 (TSP-1) is a naturally occurring inhibitor of angiogenesis and provides one source for the development of new anti-angiogenic molecules.  TSP-1 is a 450-kDa homotrimeric protein with multiple structural domains that contribute to its involvement in diverse biological activities including angiogenesis.  The therapeutic potential of TSP-1 has been demonstrated in animal models where it has been shown to block the growth and progression of malignant tumors by hindering neovascularization.

In this embodiment of the invention, peptides derived from the primary sequence of TSP-1 are formulated as prodrug compounds for selective delivery to target cells.  In particular, peptide sequences that comprise reverse sequences of D-amino acids derived from a type-I repeat of amino acids from the primary structure of TSP-1 have antiproliferative and antiangiogenic properties (Dawson *et al.*, 1999, supra).  Such peptides are preferred for formulation as prodrug compounds in this embodiment of the invention.  In this embodiment of the invention, preferred masking moieties include biocompatible polymers such as PEG, and preferred linking moieties include Ala-Leu-Ala-Leu (SEQ ID NO:1), Leu-Ala-Leu-Ala-Leu (SEQ ID NO:2), Leu-Ala-Leu (SEQ ID NO:3), Leu-Ala (SEQ ID NO:4) or Leu-Ala-Phe (SEQ ID NO:5).

### 5.6.1.4 Tumor activated prodrug of a substance P antagonist

In another preferred embodiment of the invention, substance P antagonists are formulated as prodrug compounds for selective delivery to target cells.

Growth factors play an important role in the pathogenesis and evolution of cancers.  New targets for therapy have been identified from the knowledge of the role such growth factors play in the progression of lung cancer.  Peptide antagonists of bombesin, bradykinin and substance P have been developed by substituting D-amino acids in fragments of the corresponding native growth factor.  The antagonists block the biological effects of a broad range of neuropeptides and inhibit small-cell lung (SCLC) and non-small-cell lung cancer (NSCLC) cell proliferation *in vitro*, as well as *in vivo* (Bunn *et al.*, 1994, Cancer Res. 54:3602-3610; Seckl *et al.*, 1997, Cancer Res. 57:51-54; Chan

and Geraci, 1998, Drug Resistance Updates 1:377-388).   In particular, substance P antagonists have been shown to induce apoptosis in SCLC cells through a currently unknown mechanism (Chan and Geraci, 1998, *supra*).

Accordingly, in this embodiment, substance P antagonists are formulated as prodrugs for selective delivery to target cells.   A preferred substance P antagonist is a peptide with the amino acid sequence D-Arg-Pro-Lys-Pro-D-Trp-Gln-D-Trp-Phe-D-Trp-Leu-Leu-NH$_2$ ("SPD").   Preferred masking moieties include biocompatible polymers such as PEG, and preferred linking moieties include Ala-Leu-Ala-Leu (SEQ ID NO:1), Leu-Ala-Leu-Ala-Leu (SEQ ID NO:2), Leu-Ala-Leu (SEQ ID NO:3), Leu-Ala (SEQ ID NO:4) or Leu-Ala-Phe (SEQ ID NO:5).

### 5.6.2   Polypeptide

In other embodiments of the invention, the biologically active entity can be a polypeptide.   Any cytotoxic and/or cytostatic polypeptide can be formulated as a prodrug according to the present invention.   When the biologically active entity is a polypeptide, preferred linking moieties include peptides and the preferred linkage between the polypeptide biologically active entity and the linking moiety is an amide bond.   Suitable polypeptides include the extracellularly active polypeptides described above including TNFα, IFN-α, IFN-γ, IL-1, IL-2, IL-6, an IGF-1 antagonist, thrombospondin-1 derived peptides, a substance P antagonist, TRAIL (Apo-2 ligand) and Fas ligand.   Polypeptides suitable for these embodiments of the invention also include polypeptides that are not necessarily extracellularly active.     Polypeptide biologically active entities include intracellularly active polypeptides such as, for example, granzyme B and other polypeptides with diverse functions such as, for example, lytic peptides.

### 5.6.2.1 Tumor activated prodrug of a lytic peptide

In another embodiment of the invention, a prodrug selectively delivers to target cells a peptide that is capable of lysing those cells *in vivo*.   In this embodiment, a lytic peptide is linked to any of the masking moieties discussed *supra via* any of the linking moieties discussed *supra*.   The linking moieties can be linked to any reactive group of the lytic peptide such as free amino groups.   Preferred masking moieties include PEG and preferred linking moieties include the tetrapeptide Ala-Leu-Ala-Leu.   A succinylated PEG derivative can conveniently be linked to the linking moiety.

Melittin, a 26-residue peptide found in the venom of the European honey bee is cytolytic.   Its activity is dependent on the amphipathicity of the alpha-helix formed by its

26

first 20 amino acids (Dempsey, 1990, Biochim. Biophys. Acta 1031:143-161; Werkmeister *et al.*, 1993, Biochim. Biophys. Acta 1157:50-54, 1993). On the basis of the amphipathic alpha-helical structure of melittin, simpler sequences have been designed that have similar or greater cytolytic activity (Cornut *et al.*, 1994, FEBS Lett. 349:29-33; Castano *et al.*, 1999, Biochim. Biophys. Acta 1416:161-175). This is the case of alpha-helices made only of alternating lysine and leucine residues (5 to 22-mers; $K_i L_j$, j = 2i). A length of 15 residues seems to be optimal in the experimental conditions used *in vitro* in the absence of serum (Lys-Leu-Leu-Lys-Leu-Leu-Leu-Lys-Leu-Leu-Leu-Lys-Leu-Leu-Lys). Furthermore, blocking the *N*-terminal alpha-amino group has been shown to improve efficacy of the peptide.

A similar sequence made of D-lysine and D-leucine residues (LK15) forms an amphipathic alpha-helix with similar cytolytic properties. It has the advantage of resistance to the action of most mammalian peptidases found in body fluids, and is therefore much more stable *in vivo*.

The action of the lytic peptide on tumor cell membranes could overcome drug resistance directly (lysis), by enabling a cytotoxic drug to enter cells to a greater extent, or by disrupting metabolic processes involved in the resistance mechanism.

Due to their intrinsic cytolytic activity, naked lytic peptides active on mammalian cells are inherently toxic. They must be targeted specifically to tumor cells in the form of prodrugs.

In a preferred embodiment, the prodrug comprises the lytic peptide LK15 linked to the masking moiety PEG *via* the tetrapeptide linking moiety Ala-Leu-Ala-Leu. The lytic peptide is derivatized only on those reactive groups that can tolerate leucyl-derivatization without significant loss of lytic activity.

### 5.6.3   Intracellularly active prodrugs

In another preferred embodiment, the biologically active entity is a construct comprising an intracellularly active entity linked to a transport peptide. The intracellularly active entity is cytotoxic or cytostatic toward cells and exerts its cytotoxic or cytostatic activity within the cell. Prodrug compounds comprising intracellularly active entities are illustrated by Formula (II):

$$(II) \qquad (M - L^1)_p - TP - (L^2 - A)_m$$

27

wherein M and $L^1$ are as defined in Formula (I) above, TP is a transport peptide, $L^2$ is an optional intracellularly labile cleavage site, A is an intracellularly active biologically active agent, m is an integer from 1 up to (k - 1) and p is an integer from 1 up to (k - m), where k is an integer equal to the total number of reactive groups of TP.

5          Suitable intracellularly active entities include intracellularly active small molecules, peptides, proteins, nucleic acids or analogs thereof. These entities may or may not be able to penetrate the cells by themselves. For example, suitable intracellularly active entities include small molecules capable of penetrating cells such as anthracyclines, doxorubicin, daunorubicin, folic acid derivatives, vinca alkaloids, calicheamycin, 10          mitoxantrone, cytosine arabinoside, adenosine arabinoside, fludarabine phosphate, melphalan, bleomycin, mitomycin, L-canavanine, taxoids, camptothecins, proteasome inhibitors, farnesyl-protein transferase inhibitors, epothilones, maytansinoids, discodermolide, platinum derivatives, duocarmycins, combretastatin and epipodophyllotoxins. Intracellularly active entities also include larger molecules that are 15          unable to penetrate cells or inefficiently penetrate cells such as antisense nucleic acids including antisense RNA and DNA, ribozymes, DNA, cDNA, genes, proteins and polypeptides.

          The transport peptide portion of the construct enables, facilitates or enhances transport of the intracellularly active entity into the target cell and/or nuclear translocation 20          of the entity. The action of any biologically active entity, including intracellularly active biologically active entities can potentially be improved by formulation as a prodrug with a transport peptide construct. For instance, formulation of an intracellularly active biologically active entity, such as doxorubicin, as a prodrug with a transport peptide construct may not only improve the uptake of the entity, it may also allow delivery of the 25          entity to the nucleus of the cell. Improved nuclear delivery of the entity that is active in the nucleus would increase its efficiency of action and would allow reduced resistance to the entity.

          Four distinct types of peptides have been recently characterized that have the unusual property of being transported into the cell and/or into the nucleus, and to carry 30          with them, complexed or conjugated peptides, proteins, nucleic acids, as well as small molecules. Three of these types of peptides, the Antennapedia homeodomain-derived peptide, the HIV Tat transactivation protein-derived peptide, and 9-mers of arginine enter cells by translocating through the plasma membrane without disrupting it. They enter cells at 4°C as well as at physiological temperature, and their uptake is not receptor-35          dependent. After crossing the cell membrane they reach the cytoplasm and can be

28

conveyed to the nucleus (PCT Application No. WO98/52614; Derossi *et al.*, 1996, J. Biol. Chem. 271:18188-18193; Vives *et al.*, 1997, J. Biol. Chem. 272:16010-16017).

5    The Antennapedia peptide is a 16-amino acid polypeptide (Lys-Lys-Trp-Lys-Met-Arg-Arg-Asn-Gln-Phe-Trp-Val-Lys-Val-Gln-Arg-Gly) corresponding to the third helix of the DNA-binding homeodomain of Antennapedia, a *Drosophila* transcription factor (Derossi *et al.*, 1994, J. Biol. Chem. 269:10444-10450).   The translocation process seems to be based on the establishment of direct interactions between the positively charged peptide and the negatively charged membrane phospholipids followed by the induction of inverted micelles.   The hydrophilic cavity of the micelles accommodates the peptide that can
10   subsequently be released in the cytoplasmic compartment (Derossi *et al.*, 1996, *supra*). This peptide has been used *in vitro* to carry intracellularly into cancer cells a CDK inhibitor and a p53-derived peptide (Bonfanti *et al.*, 1997, Cancer Res. 57:1442-1446; Kim *et al.*, 1999, J. Biol. Chem.  274:34924-34931).

15   Tat is a 86-amino acid protein involved in the replication of HIV-1.  Exogenous Tat protein translocates through the plasma membrane and reaches the cell nucleus.  This translocation activity has been assigned to a cluster of basic amino acids, and short peptides including this cluster can translocate through the plasma membrane as well, and convey proteins to the nucleus.  One example of such a short and very effective peptide is Gly-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-Pro-Pro-Gln-Cys.  Translocation also occurs at
20   4°C and does not involve endocytosis or recognition by a membrane receptor.  The mode of translocation seems to be similar to that of the Antennapedia peptide and involves the interaction of the basic amino acids with the negatively charged phospholipids of the cell membrane (Vives *et al.*, 1997, *supra*).

25   Polypeptides consisting of 6 to 25 residues, at least 50% of which contain a guanidino or an amino moiety, are also able to translocate across cell membranes compounds such as small organic molecules, peptides, proteins and nucleic acids at 4°C as well as at physiological temperature. Particularly, peptides consisting of 9 contiguous arginine residues were shown to very efficiently translocate into every cell type tested antisense peptide nucleic acids, ovalbumin, antibodies, diverse peptides, cyclosporin and
30   taxol.  The precise mechanism of translocation is still unknown (PCT Application No. WO98/52614).

The fourth class of peptides (from 3 to 30 amino acid residues in length) are derived from the CDR regions of polyreactive anti-DNA antibodies occurring naturally or pathologically in mice and humans.  An example of a 30 amino acid transport peptide
35   derived from an anti-DNA antibody is Val-Ala-Tyr-Ile-Ser-Arg-Gly-Gly-Val-Ser-Thr-Tyr-

29

Tyr-Ser-Asp-Thr-Val-Lys-Gly-Arg-Phe-Thr-Arg-Gln-Lys-Tyr-Asn-Lys-Arg-Ala.    These peptides do not penetrate cells at 4°C and are likely taken up by endocytosis (Avraméas *et al.*, 1998, Proc. Natl. Acad. Sci. USA 95:5601-5606; PCT Application No. WO99/07414).  By a still unidentified mechanism, the peptides are translocated to the cytoplasm and nucleus.  They can also convey proteins, enzymes and nucleic acids to the nucleus.

Versions of these transport peptides made partly or entirely of D-amino acids can also be used. *In vivo,* they will have the advantage of a much improved stability.

In this embodiment a masking moiety can be any moiety that inhibits the biological activity of the intracellularly active entity by preventing the translocation of the transport peptide-intracellularly active entity construct across cell membranes, and that prevents the non-specific *in vivo* degradation of the optional linking moiety.  When the prodrug is in the environment of a healthy cell that displays little or none of the conditions that are capable of cleaving the masking moiety and/or the linking moiety, the masking moiety prevents non-selective entry of the intracellularly active entity into the healthy cell.  The toxicity of the prodrug is thereby reduced.  In the environment of a tumor or target cell, the masking and/or the linking moiety is cleaved liberating the construct.  The transport peptide portion of the construct carries the intracellularly active entity into the cell where the entity can exert its activity on the tumor or target cell.

The construct can optionally comprise a cleavage site between the transport peptide and the intracellularly active entity.  The cleavage site must be susceptible to cleavage within a cell and resistant to cleavage in the extracellular milieu or in the serum. The cleavage site can itself be resistant to extracellular cleavage, or the cleavage site can be resistant to extracellular cleavage when the construct is formulated as a prodrug. Because selective cleavage of the linking moiety of the prodrug provides selective activation of the construct at or near target cells, the cleavage site need not be selectively cleavable at or near target cells. However, the cleavage site can be optionally susceptible to selective cleavage within a target cell to impart even better activity and even greater target cell selectivity to the prodrugs of this embodiment.  Suitable cleavage sites include peptide sequences that are stable in the extracellular environment and susceptible to protease cleavage within a cell.  For instance, suitable protease-sensitive peptide sequences include but are not restricted to Arg-Xaa-(Lys/Arg)-Arg or other furin substrates (Nakayama, 1997, Biochem. J. 327:625-635), Asp-Glu-Val-Asp-Ala-Pro-Lys or other caspase substrates (Enari H. *et al.,* 1996, Nature 380:723-726) and Leu-Leu-Val-Tyr or other proteasome substrates (Rock *et al.,* 1994, Cell 78:761-771).

30

### 5.6.3.1 Masked derivatives of a transport peptide

In an embodiment of the invention, a transport peptide is selectively masked with a masking moiety *via* a linking moiety. The masking moiety, alone or together with the linking moiety, prevents intracellular transport of the transport peptide. When the linking moiety is selectively cleaved, the active transport peptide is liberated. The transport peptide can then carry a biologically active entity with it into a cell and/or into the nucleus of the cell. The linking moiety can be any of the linking moieties discussed *supra*, and the masking moiety can be any of the masking moieties discussed *supra*. The linking moiety can be linked to any reactive group of the transport peptide that can tolerate leucyl derivatization without significant or complete loss of transport activity. Preferred masking moieties include succinylated PEG and preferred linking moieties include the tetrapeptide Ala-Leu-Ala-Leu.

These transport peptides have the unusual property of being transported intracellularly and into the nucleus. They are able to carry with them complexed or conjugated peptides, proteins, nucleic acids, and small molecules. However, the transport peptides are transported into a broad range of cell types, including most if not all normal cells. A transport peptide construct comprising a cytotoxic or cytostatic entities therefore suffers severe toxicity problems.

Selective delivery of a transport peptide construct to target cells that would spare normal cells, thereby minimizing toxicity, is particularly desirable. In order to develop cancer cell-selective vectors, the transport peptide construct is formulated as a prodrug according to the present invention. The transport activity of the peptide is reversibly blocked, for instance, by conjugation to a masking moiety *via* the linking tetrapeptide Ala-Leu-Ala-Leu. The activity is blocked due to conjugation on or close to specific, essential positively charged side chains of the transport peptides. The linking tetrapeptide is cleavable by peptidases released selectively in the extracellular environment of target cells. For example, modification of the transport peptide with PEG masks the transport activity of the peptide and also increases the solubility and half-life of the prodrug.

Since selective cleavage of the prodrug liberates a leucine derivative of the transport peptide, residues of the transport peptide that can be derivatized with minimal loss of transport activity are identified. Reactive groups of the transport peptide are first derivatized with leucine residues to determine appropriate sites for derivatization with a linking moiety and a masking moiety. Appropriate reactive groups of the transport peptide include any reactive group that can tolerate derivatization with a leucine residue without significant loss of transport activity.

31

An exemplary prodrug according to this embodiment of the present invention comprises doxorubicin linked to a derivatized transport peptide. The transport peptide can be derivatized with the masking moiety PEG *via* the linking tetrapeptide Ala-Leu-Ala-Leu at the appropriate reactive groups of the transport peptide determined as described above.

### 5.6.3.2 Pro-apoptotic protein - carrier peptide prodrug

In this embodiment of the present invention, a prodrug selectively transports an intracellularly active, pro-apoptotic protein into target cells *in vivo*. A pro-apoptotic protein is formulated in a prodrug as a construct comprising the pro-apoptotic protein and a transport peptide. The transport peptide facilitates entry of the pro-apoptotic protein into the cell. The transport peptide is chosen from those described above. The transport peptide can be linked to any reactive group of the pro-apoptotic protein, and preferred reactive groups include the free amino group at the amino terminus of the protein and free ε amino groups of lysine side chains of the protein. A preferred apoptotic protein in this embodiment of the invention is Granzyme B.

The masking moiety can be any masking moiety described above that, alone or together with the linking moiety, prevents the transport activity of the peptide and that prevents the non-specific cleavage of the linking moiety. The linking moiety can be any linking moiety described *supra*. Preferred masking moieties include PEG, preferred linking moieties include the tetrapeptide Ala-Leu-Ala-Leu. When the prodrug is in the environment of a target cell, the linking moiety is cleaved liberating an active leucyl derivative of the active transport peptide. The transport peptide carries with it the pro-apoptotic protein into the cell. The transport peptide can be linked to the protein *via* an optional cleavage site susceptible to cleavage within the cell. If so, the cleavage site can be cleaved within the cell liberating the intact, active pro-apoptotic protein within the target cell.

Granzyme B, a single-chain serine protease of about 28.5 kDa, was first demonstrated to play a crucial role in the initiation of apoptosis induced by killer lymphocytes. This killing effect results from the synergistic effect of perforin, a membranolytic protein and the serine protease granzyme B (Blink *et al.*, 1999, Immunol. Cell Biol. 77:206-215; Trapani *et al.*, 1998, J. Biol. Chem. 273:27934-27938). Perforin allows granzyme B to reach the cytoplasm and the nucleus of cells by inducing the formation of transmembrane pores that constitute a passage for the enzyme. Granzyme B then induces apoptosis by starting pre-existing death pathways through the enzymatic

32

cleavage and activation of pro-caspases, and also by directly cleaving nuclear substrates such as DNA-PK and poly-ADP ribose polymerase (Frœlich *et al.*, 1996, Biochem. Biophys. Res. Commun. 227:658-665; Yang *et al.*, 1998, J. Biol. Chem. 273:34278-34283). In the prodrug, the transport peptide potentially plays the role of perforin by allowing granzyme B to enter the cell and to induce apoptosis.

Preferred prodrugs of this embodiment of the present invention comprise granzyme B linked to the PEG-Ala-Leu-Ala-Leu derivative of the transport peptide, described above, *via* an amide bond from the carboxy terminus of granzyme B to the amino terminus of the derivatized transport peptide. The granzyme B prodrug can be administered alone or in combination with doxorubicin or any doxorubicin prodrug described above.

### 5.7    Dual prodrug compounds

In important embodiments of the invention, the prodrug compounds are dual prodrugs. A dual prodrug compound can deliver two or more entities to target cells. In dual prodrugs, the biologically active entity is a cytostatic or cytotoxic entity as described in detail above. In addition, the masking moiety of the dual prodrug also has biological activity.

The masking moiety can be biologically active intracellularly or extracellularly so long as the masking moiety, alone or together with the linking moiety, prevents the activity of the biologically active entity, is inactive prior to its release from the prodrug, and prevents the *in vivo* degradation of the prodrug. Suitable masking moieties can be selected from the extracellular and intracellular biologically active entities discussed in detail herein. Suitable masking moieties also include small molecule therapeutic entities. For instance, suitable masking moieties can be selected from anthracyclines, doxorubicin, daunorubicin, folic acid derivatives, vinca alkaloids, calicheamycin, mitoxantrone, cytosine arabinoside, adenosine arabinoside, fludarabine phosphate, melphalan, bleomycin, mitomycin, L-canavanine, taxoids, camptothecin, proteasome inhibitor, farnesyl transferase inhibitor, epothilones, maytansinoids, discodermolide, platinum derivatives, duocarmycins, combrestastatin and epipodophyllotoxins.

Dual prodrugs of the present invention include any pair of entities that have a biological activity and a therapeutic effect on a tumor or target cell. For instance, a dual prodrug can comprise two biologically active polypeptides, two biologically active small molecules, two extracellularly active biologically active entities, a biologically active polypeptide and a biologically active small molecule, and other pairs of biologically active

33

entities apparent to one of skill in the art. Particularly useful prodrugs of the present invention are those that comprise a pair of entities that act in concert at a target cell. For instance, one of the entities can be a ligand for a cell surface receptor that facilitates transport of the other entity when bound to the receptor. In another useful pair, one entity 5 can alter the permeability of the cell membrane to facilitate transport of the other entity. In a third pair, a small molecule and a polypeptide can have synergistic effects on the same target cell.

The masking moiety and biologically active entities may be linked to the linking moiety as previously described (see, *e.g.*, FIG. 3B, FIG. 3C, and FIG. 3D). If neither the 10 biologically active entity nor the masking moiety retains sufficient activity following cleavage when linked to the amino terminus of the linking moiety, they must both be linked to the linking moiety *via* carboxyl groups. This can be conveniently achieved using a "dual polarity" linking moiety as illustrated in FIG. 3E.

Referring to FIG. 3E, dual polarity linking moiety **58** is linked to two biologically 15 active entities **38** to yield dual prodrug **52**. Dual polarity linking moiety **58** comprises three segments: a first segment **53**, a second segment **55** and a third segment **57**. Segments **53** and **57** are each linking moieties as described herein, and may be the same or different. Linking moiety segments **53** and **57** are linked together *via* second segment **55** at their amino termini. Thus, second segment **53** is typically a spacer or an adaptor 20 moiety having two reactive groups capable of forming a covalent linkage with an amino group, such as a dicarboxylic acid (*e.g.*, citraconyl, dimethylmaleyl, glutaryl, succinyl and diglycolyl). When placed in the vicinity of a target cell, dual prodrug **52** is cleaved to release 2 moles of released biologically active entity **39** for every mole of dual prodrug **52**. Of course, dual prodrug **52** may optionally include spacing moieties intervening one or 25 both biologically active moieties, as previously described.

In the dual prodrug **52** illustrated in FIG. 3E, linking segments **53** and **55** are identical, as are biologically active entities **38**. However, those of skill in the art will recognize that they need not be. Linking segments **53** and **55** and biologically active entities **38** may each be, independently of one another, the same or different.

30 In certain dual prodrug embodiments of the invention, one of the biologically active entities is the small molecule active entity doxorubicin. Doxorubicin can be linked to any of the biologically active agents discussed *supra*. For instance, in one embodiment a dual prodrug delivers the two antineoplastic entities, TNFα and doxorubicin. In two other dual prodrug embodiments, doxorubicin can be linked to the IGF-1 antagonist described *supra* 35 or to the lytic peptide LK15 described *supra*. One doxorubicin molecule can even be

34

linked to another doxorubicin molecule via one of the linking moieties of the present invention to form a selective prodrug.

### 5.7.1    Dual prodrugs comprising TNFα

5      Preferred dual prodrugs comprise pairs of biologically active agents that act in concert with each other. For instance, the cytotoxic effect of TNFα on many tumor cell lines is enhanced by other cytokines and antitumor drugs. For instance, IFN-γ, IFN-α and IL-1 have been shown to enhance the cytotoxic effects of TNFα or to abrogate the cellular resistance to TNFα. There is convincing evidence that there is a synergy between TNFα

10      and topoisomerase-targeted drugs such as doxorubicin, VM-26, etoposide, teniposide and daunorubicin. This synergy is related to a rapid increase in specific activity of topoisomerase I and II resulting in enhanced DNA strand breaks and cleavage complexes (Kreuser et al., 1995, Recent Results Cancer Res. 139:371-382). Doxorubicin can also suppress the resistance of tumor cells to TNFα, due to endogenous TNFα, provided it is

15      administered before or during the treatment with TNFα (Borsellino et al., 1995, Anticancer Res. 14:2643-2648; Watanabe et al., 1995, Jpn. J. Cancer Res. 86:395-399).

TNFα has been shown to act synergistically with classical anticancer entities, and particularly anthracyclines, a dual prodrug comprising TNFα and doxorubicin is prepared. Doxorubicin can be linked to the carboxy terminal end of a peptide linking moiety, and

20      TNFα can be linked to the amino terminal end of the linking moiety via a dicarboxylic acid spacer. Activation of the prodrug in the vicinity of a target cell liberates leucyl-doxorubicin and TNFα modified with a portion of the linking moiety.

In one embodiment of the invention, the biologically active entity doxorubicin is linked to the tetrapeptide linking moiety Ala-Leu-Ala-Leu as described (U.S. Patent No.

25      5,962,216) to yield Ala-Leu-Ala-Leu-Dox. A TNFα dual prodrug is prepared by linking Ala-Leu-Ala-Leu-Dox to a leucyl-derivative of TNFα via a methylmaleyl adaptor moiety.

### 5.7.2    Dual thrombospondin-1 derivative prodrug

In other embodiments, doxorubicin can be linked to the thrombospondin-1-derived peptides, discussed supra, to generate potent dual prodrugs.

30      Since synergies have frequently been observed between antiangiogenic compounds and cytotoxic anticancer entities (Teicher et al., 1992, Cancer Res. 52:6702-6704), a combination of such a peptide and an anthracycline in the form of a dual prodrug could enhance the anti-tumor effect of each one of the two entities. It could also

35      obviously help to overcome drug resistance problems.

35

In one embodiment of the invention, dual prodrugs are prepared by linking Ala-Leu-Ala-Leu-Dox to the carboxy terminus or to amino acid side chains of peptide derivatives of TSP-1. The biologically active entities of this embodiment of the present invention comprise peptides derived from consensus sequences from the primary structure of TSP-1. In particular, the reverse sequences of D-amino acids derived from a type-I repeat of amino acids of TSP-1, which have antiproliferative and antiangiogenic properties (Dawson, *et al.*, 1999, *supra*), are particularly useful biologically active entities in this embodiment of the present invention.

### 5.7.3    Dual substance P antagonist prodrug

In further embodiments of the invention, dual prodrugs can be prepared by linking doxorubicin to a substance P antagonist.

Recent results have indicated that the use of substance P antagonists in combination with chemotherapeutic entities may provide a way to overcome drug resistance in lung cancer (Chan and Geraci, 1998, *supra*). Conjugating anticancer entities to antagonists of substance P growth factors provides an efficient approach for the development of potent drugs against small cell lung carcinoma and non-small cell lung carcinoma.

A dual prodrug according to this embodiment of the present invention comprises the potent substance P antagonist with the sequence D-Arg-Pro-Lys-Pro-D-Trp-Gln-D-Trp-Phe-D-Trp-Leu-Leu-$NH_2$ ("SPD"). Ala-Leu-Ala-Leu-Dox can be linked to the amino terminus of SPD *via* a dicarboxylic methylmaleyl moiety.

### 5.8    Methods of making prodrug compounds

The prodrug compounds can be prepared according to standard synthetic or recombinant techniques known to those of skill in the art. For instance, peptide linking moieties can be synthesized by conventional solid phase or solution phase peptide chemistry. Biologically active entities and masking moieties can be obtained from commercial sources or from other well-known methods such as purification from natural sources, recombinant expression and other techniques. Dual polarity linkers and spacer moieties can be synthesized or obtained from commercial sources or from other well-known methods.

Typically, the prodrugs are prepared synthetically by condensing the masking moiety and biologically active entity with the linking moiety. Well known protecting groups can be used advantageously in the preparation of prodrug compounds. For example, a prodrug compound of the present invention can be prepared according to the scheme

36

presented in FIG. 4A. The free amino group of linking moiety **30** is first protected with a standard protecting group such as Fmoc to yield Fmoc-protected compound **70**. A covalent bond is then formed by condensing a reactive group of Fmoc-protected **70** with a complementary reactive group of biologically active entity **38** to form the Fmoc-protected complex **72**. Deprotection of the complex **72** yields compound **74**. Subsequent condensation with a complementary reactive group of masking moiety **34** forms the prodrug compound **76**. One of skill in the art will recognize that this general scheme can be adapted for virtually any prodrug. For instance, the masking moiety can be linked to the linking moiety prior to reaction with the biologically active agent. Moreover, a plurality of Fmoc-protected complexes **72** may be condensed with a single biologically active entity **38** by routine adjustment of their molar ratios.

In FIG. 4B, an exemplary prodrug composition of the invention **40** is constructed by coupling an activated form of masking moiety **34** including a reactive carboxy group to the amino terminus of linking moiety **30** to yield compound **36**. Compound **36** is linked to a biologically active entity **38** which includes a reactive amine group to yield prodrug **40**. In the vicinity of target cells, prodrug **40** is specifically cleaved to yield Compound **35** and released biologically active entity **39**. Released biologically active entity **39** includes the C-terminal leucine residue from linking moiety **30**. To control the reaction, the protecting strategy of FIG. 4A may be used.

FIG. 4C illustrates the preparation of a prodrug of the invention which comprises a spacing moiety. Compound **36**, which comprises masking moiety **34** linked to linking moiety **30**, is coupled with spacing moiety **42** to yield compound **44**. Compound **44** is then coupled with biologically active entity **38** to yield a prodrug compound wherein the biologically active entity **38** is separated from linking moiety **30** by spacing moiety **42**. Activation of the prodrug in the vicinity of a target cell liberates compound **48** comprising biologically active entity **38**, spacing moiety **42** and a leucine residue. Again, the synthesis may be controlled by employing a protection scheme analogous to that illustrated in FIG. 4A.

The preparation of a dual prodrug is illustrated in FIG. 4D. Compound **58** comprises two linking moieties **53** and **57** linked in reverse polarity by dual polarity linking moiety **55**. Significantly, compound **58** has two free carboxyl groups for linking to the other moieties of the prodrug. Two molecules of biologically active entity **38** are coupled to the free carboxyl groups of compound **58** to yield dual prodrug **52**. Cleavage of dual prodrug **52** in the vicinity of target cells liberates two molecules of released biologically

active entity **39**. Both molecules of released biological entity **39** comprise biologically active agent **38** derivatized with a leucine residue.

5

If the linking moiety is a peptide and the biologically active entity is a polypeptide and a terminus of the linking moiety is linked to a complementary terminus of the biologically active entity *via* an amide bond, the prodrug, or a portion thereof, can conveniently be prepared by recombinant synthesis. A nucleic acid coding for the amino acid sequence of the linking moiety and the biologically active agent can be prepared and used to express the covalent linking moiety - biologically active agent complex by standard techniques (see, *e.g.*, Ausubel *et al.*, 1987, Current Protocols in Molecular

10

Biology, John Wiley & Sons, Inc., New York). The masking moiety can then be linked, for instance, to the amino terminus of the linking moiety by standard solution phase peptide chemistry. If the masking moiety is also a peptide or polypeptide and a terminus of the masking moiety is also linked to a complementary terminus of the linking moiety *via* an amide bond, the entire prodrug can conveniently be prepared by recombinant synthetic

15

techniques. The nucleic acid expressing the prodrug should encode the amino acid sequences of the masking moiety, the linking moiety and the biologically active entity in tandem. Prodrugs produced by recombinant synthesis can be expressed in any eukaryotic or prokaryotic system in which the linking moiety is not cleaved by proteases, peptidases or other factors.

20

### 5.9    Formulation, administration and dosages

### 5.9.1    Compositions and administration

The prodrugs of the invention can be used in a wide variety of applications to inhibit or prevent the growth of a tumor or target cell. For example, the prodrugs can be

25

used to treat or prevent diseases related to tumor cell growth in humans and animals.

When used to treat or prevent cancer or diseases related thereto, the prodrugs of the invention can be administered or applied singly, as mixtures of prodrugs, in combination with other antineoplastic entities or in combination with other pharmaceutically active entities. A prodrug can be administered as the prodrug *per se* or

30

may be in admixture with a variety of carriers, diluents or excipients as are well known in the art.

Pharmaceutical compositions comprising the prodrugs of the invention may be manufactured by means of conventional mixing, dissolving, levigating, emulsifying, encapsulating, entrapping or lyophilizing processes. Pharmaceutical compositions may

35

be formulated in conventional manner using one or more physiologically acceptable

38

carriers, diluents, excipients or auxiliaries which facilitate processing of the active peptides into preparations which can be used pharmaceutically. Proper formulation is dependent upon the route of administration chosen.

Systemic formulations include those designed for administration by injection, *e.g.* subcutaneous, intravenous, intramuscular, intrathecal or intraperitoneal injection.

For injection, the prodrugs of the invention may be formulated in aqueous solutions, preferably in physiologically compatible buffers such as Hanks's solution, Ringer's solution, or physiological saline buffer. The solution may contain formulatory entities such as suspending, stabilizing and/or dispersing entities.

Alternatively, the prodrug may be in powder form for constitution with a suitable vehicle, *e.g.*, sterile pyrogen-free water, before use.

In addition to the formulations described previously, the compounds may also be formulated as a depot preparation. Such long acting formulations may be administered by implantation (for example subcutaneously or intramuscularly) or by intramuscular injection. Thus, for example, the compounds may be formulated with suitable polymeric or hydrophobic materials (for example as an emulsion in an acceptable oil) or ion exchange resins, or as sparingly soluble derivatives, for example, as a sparingly soluble salt.

Alternatively, other pharmaceutical delivery systems may be employed. Liposomes and emulsions are well known examples of delivery vehicles that may be used to deliver peptides of the invention. Certain organic solvents such as dimethylsulfoxide also may be employed, although usually at the cost of greater toxicity. Additionally, the compounds may be delivered using a sustained-release system, such as semipermeable matrices of solid polymers containing the therapeutic entity. Various of sustained-release materials have been established and are well known by those skilled in the art. Sustained-release capsules may, depending on their chemical nature, release the compounds for a few weeks up to over 100 days. Depending on the chemical nature and the biological stability of the therapeutic reagent, additional strategies for protein stabilization may be employed.

As the prodrugs of the invention may contain charged side chains, they may be included in any of the above-described formulations as the free bases or as pharmaceutically acceptable salts. Pharmaceutically acceptable salts are those salts which substantially retain the activity of the free bases and which are prepared by reaction with inorganic acids. Pharmaceutical salts tend to be more soluble in aqueous and other protic solvents than are the corresponding free base forms.

39

### 5.9.2  Effective Dosages

The prodrugs of the invention, or compositions thereof, will generally be used in an amount effective to achieve the intended purpose.  Of course, it is to be understood that the amount used will depend on the particular application.

5    For example, for use as a antineoplastic entity, an therapeutically effective amount of a prodrug, or composition thereof, is applied or administered to an animal or human in need thereof.  By therapeutically effective amount is meant an amount of peptide or composition that inhibits the growth of, or is lethal to, a target cell.  The actual therapeutically effective amount will depend on a particular application.  An ordinarily
10    skilled artisan will be able to determine therapeutically effective amounts of particular prodrugs for particular applications without undue experimentation using, for example, the *in vitro* assays provided in the examples.

For use to treat or prevent tumor or target cell growth or diseases related thereto, the prodrugs of the invention, or compositions thereof, are administered or applied in a
15    therapeutically effective amount.  By therapeutically effective amount is meant an amount effective to ameliorate the symptoms of, or ameliorate, treat or prevent tumor or target cell growth or diseases related thereto.  Determination of a therapeutically effective amount is well within the capabilities of those skilled in the art, especially in light of the detailed disclosure provided herein.

20    For systemic administration, a therapeutically effective dose can be estimated initially from *in vitro* assays.  For example, a dose can be formulated in animal models to achieve a circulating prodrug concentration range that includes the $I_{50}$ as determined in cell culture (*i.e.*, the concentration of test compound that is lethal to 50% of a cell culture), the MIC, as determined in cell culture (*i.e.*, the minimal inhibitory concentration for growth)
25    or the $I_{100}$ as determined in cell culture (*i.e.*, the concentration of peptide that is lethal to 100% of a cell culture).  Such information can be used to more accurately determine useful doses in humans.

Initial dosages can also be estimated from *in vivo* data, *e.g.*, animal models, using techniques that are well known in the art.  One having ordinary skill in the art could readily
30    optimize administration to humans based on animal data.

The amount of prodrug administered will, of course, be dependent on the subject being treated, on the subject's weight, the severity of the affliction, the manner of administration and the judgment of the prescribing physician.

40

The antitumoral therapy may be repeated intermittently. The therapy may be provided alone or in combination with other drugs, such as for example other antineoplastic entities or other pharmaceutically effective entities.

### 5.9.3  Toxicity

Preferably, a therapeutically effective dose of the prodrugs described herein will provide therapeutic benefit without causing substantial toxicity.

Toxicity of the prodrugs described herein can be determined by standard pharmaceutical procedures in cell cultures or experimental animals, *e.g.*, by determining the $LD_{50}$ (the dose lethal to 50% of the population) or the $LD_{100}$ (the dose lethal to 100% of the population). The dose ratio between toxic and therapeutic effect is the therapeutic index. Compounds which exhibit high therapeutic indices are preferred. The data obtained from these cell culture assays and animal studies can be used in formulating a dosage range that is not toxic for use in human. The dosage of the prodrugs described herein lies preferably within a range of circulating concentrations that include the effective dose with little or no toxicity. The dosage may vary within this range depending upon the dosage form employed and the route of administration utilized. The exact formulation, route of administration and dosage can be chosen by the individual physician in view of the patient's condition. (*See, e.g.,* Fingl *et al.,* 1975, In: <u>The Pharmacological Basis of Therapeutics</u>, Ch.1, p.1).

### 6.  EXAMPLE 1:  Tumor Selective Prodrug of TNFα

In this example, we describe a prodrug formulation of TNFα. To prepare the prodrug, the biologically active entity TNFα is linked to a plurality of polyethylene glycol masking moieties *via* tetrapeptide linking moieties.

The PEG moieties are linked to TNFα *via* the tetrapeptide linking moiety Ala-Leu-Ala-Leu. The tetrapeptide linker Ala-Leu-Ala-Leu is selected because it is known to allow the generation of protein-drug conjugates that are resistant to blood peptidases (Trouet *et al.,* 1982, Proc. Natl. Acad. Sci. USA 79:626-629).

41

*Leucyl-derivatives of TNFα*

With a prodrug comprising an alanyl-leucyl-alanyl-leucyl linker, extracellular hydrolysis in the tumor environment liberates a leucyl-derivative of the biologically active entity. To determine the appropriate stoichiometry for modification of TNFα, leucyl-derivatives are first prepared. Leucine residues are linked covalently through peptide bonds between their carboxyl group and a terminal amino group or side chain amino group (*e.g.* lysine ε-amine) of TNFα. The extent of modification is controlled by varying the ratio of reactive leucine molecules to TNFα.

The leucyl-derivatives of TNFα are prepared by acylation of free amino groups using the *N*-hydroxysuccinimide ester of acetol-leucine in an organic-aqueous medium. Hydroxyalkylated-amino acid-activated esters have excellent reactivity and are particularly well adapted to the acylation of proteins (Hermanson, 1996, Bioconjugate Techniques. Academic Press, San Diego, New York; Geoghegan *et al.*, 1979, Biochemistry 18:5392-5399). After deprotection of acetol-leucyl residues in mild conditions with $NaIO_4$, derivatives of TNFα are purified by size exclusion chromatography. Their purity is assessed by gel electrophoresis.

The activities of TNFα and of the leucyl-derivatives of TNFα are compared in order to select the extent of modification that is used for the preparation of prodrugs. A ratio leucine to PEG that preserves a significant amount of TNFα activity is selected as a basis for the TNFα prodrugs discussed below.

The activity of TNFα and its derivatives is determined using the classical assay as described (Creasey *et al.*, 1987, Cancer Res. 47:145-149). L929 murine fibroblasts are seeded and grown in 96-well microtiter plates. They are then exposed to actinomycin D (1 µg/ml) in the presence of increasing concentrations of TNFα or $Leu_x$-TNFα. After 24 hours of incubation at 37°C, cell lysis (lactate dehydrogenase [LDH] release assay) and viability (transformation of WST-1 by viable cells in a soluble formazan salt) are determined.

Receptor binding assays are also performed using HEp-2 cells (human epidermoid carcinoma cell line expressing mainly the 55 kDa TNFα receptor) to determine how the modifications influence receptor binding. Cells are exposed to [[125]I]-TNFα and increasing concentrations of TNFα or $Leu_x$-TNFα at 4°C. After several washes cell-associated radioactivity is quantified. HL60 cells (human promyelocytic leukemia cell line expressing mainly the 75 kDa receptor) are used similarly (Kuroda *et al.*, 1995, Int. J. Cancer 63:152-157).

42

*TNFα prodrugs*

TNFα is conjugated to one or more PEG molecules *via* the selected linker tetrapeptide attached through the *C*-terminal leucine of the tetrapeptide to primary amino groups of TNFα.  The PEG-linker moieties are conjugated to a TNFα at an appropriate ratio as determined by the activity assays of the leucyl derivatives of TNFα discussed above.  For instance, if leucyl-TNFα conjugates can tolerate modification of up to 56% of its amino groups while retaining significant activity, then the PEG-linker moieties are linked to TNFα at a molar ratio sufficient to modify 56% of the amino groups of TNFα.  The optimum molecular weight of the PEG [$H(OCH_2\text{-}CH_2)_nOH$] molecule is the lowest molecular weight that results in inactivation of the drugs with the conjugation level previously determined.  PEG of molecular weight 1000, 4000, 8000, 10000 is available under its dialcohol form, while an ether form [$H(OCH_2\text{-}CH_2)_nOMe$] with a molecular weight of 5000 can also be found.

The synthesis of the amino-protected tetrapeptide $R^1$-Ala-Leu-Ala-Leu can be performed using a classical solid phase peptide synthesis approach (Merrifield, 1963, JACS 85:2149-2154).  Different amino-protecting groups ($R^1$) can be used depending on the expected utilization of the peptide.  If necessary, the protected tetrapeptide can be purified by semi-preparative HPLC.

PEG can easily be coupled to a primary amine through a spacer or adaptor such as a succinate moiety.  Succinylated PEG can be obtained commercially.  Alternatively, well described and documented synthesis procedures are available from the literature (U.S. Patent No. 5,612,460; U.S. Patent No. 5,808,096).  The PEGylated compounds can be purified by size exclusion chromatography.

*Stability and activity of TNFα prodrug*

Stability in blood and reactivation by tumor-secreted peptidases can be rapidly assessed *in vitro*.  First, receptor-binding assays are carried out with the conjugates of TNFα to check inactivation as described, *supra*.  Then, culture media conditioned by MCF-7/6 (breast carcinoma), LS-174-T (colon carcinoma), LNCaP (prostate carcinoma) and NCI-H209 (small-cell lung carcinoma), or other cell lines are used to check the reactivation of the conjugates by tumor-released peptidases.  After incubation at 37°C for increasing time lags, the conjugates are analyzed by western immunoblotting or by an activity assay.

The prodrugs are then tested *in vivo* (acute toxicity/lethality studies and chemotherapeutic activity), both as single entities and in combination with other cytotoxic

43

and/or cytostatic anticancer entities such as doxorubicin. OF-1 mice are used for lethality studies with the conjugates. Increasing doses of the conjugates or of the parent compound are administered by the *i.v.* route, and the $LD_{50}$ values are determined after 28 days. Single as well as multiple injection protocols are considered.

5        For the chemotherapeutic evaluation of the conjugates, Balb/c *nu-nu* mice are implanted subcutaneously in both flanks with fragments of human tumors grown from the cell lines previously mentioned. Tumors are allowed to grow until they reach a mean diameter of at least 6 mm. Then, treatments consisting of saline, doxorubicin, the prodrug alone or the prodrug in combination with doxorubicin, are administered as *i.v.* bolus

10      injections. The animals are treated once a week for five consecutive weeks. Clinical signs, body weight and tumor growth are monitored for at least 60 days. Treatment efficacy is assessed based on tumor growth delays and on the ratio of tumor volumes in treated groups *versus* control animals.

15      **7.      EXAMPLE 2: Tumor-activated dual TNFα - doxorubicin prodrug**

In this example, we present a dual prodrug that releases TNFα and the antineoplastic entity doxorubicin at target cells *in vivo*.

First, -Mal-Leu-OH derivatives of TNFα are prepared. The amino terminus of leucine methyl ester (Leu-OMe) is modified with dimethylmaleic anhydride to yield

20      dimethylmaleyl leucine (Mal-Leu-OMe). Free amino moieties of TNFα are then modified by forming amide bonds between free amino groups of TNFα and free carboxyl groups of -Mal-Leu-OMe. After enzymatic ester hydrolysis (Shin C. G., 1997, Bull. Chem. Soc. Jpn. 70, 1427-1434) of the Leu residues, the resulting -Mal-LeuOH TNFα derivatives are compared to native TNFα in terms of activity. The maximum number of free amino

25      moieties of TNFα that can be modified with -Mal-LeuOH without significantly altering the activity is determined as discussed in Example 1, *supra*.

Using the determined stoichiometry, TNFα is similarly modified with Mal-Leu-Ala-Leu-Ala-Leu-Dox in order to obtain the dual prodrug. The peptide-Dox conjugate is prepared according to U.S. Patent No. 5,962,216.

30      Alternative dual prodrugs are also prepared by coupling leucine directly to the free carboxyl groups available in TNFα. TNFα has 5 aspartic acid and 9 glutamic acid residues.

The TNFα derivatives are purified by size-exclusion chromatography, and the purity is determined by electrophoretic techniques.

44

The activity and/or inactivity, stability and reactivation of the dual prodrugs is assayed as described in Example 1, *supra*. *In vivo* toxicity and activity of the dual prodrugs is also evaluated as described in Example 1, *supra*.

5   **8.     EXAMPLE 3: Tumor-activated IGF-1 antagonist prodrug**

In this example, we demonstrate a prodrug comprising an oligopeptide antagonist of insulin-like growth factor-1 (IGF-1) linked to PEG *via* a tetrapeptide linking moiety.

The selected IGF-1 antagonist is a cyclic dodecapeptide made of D-amino acids. It has the formula cyclo[H-D-Cys-D-Ser-D-Lys-D-Ala-D-Pro-D-Lys-D-Leu-D-Pro-D-Ala-D-
10  Ala-D-Tyr-D-Cys-OH]. The peptide is cyclized *via* a disulfide bridge between the side chains of the two cysteine residues. It is synthesized by standard solid phase peptide synthesis techniques.

*Leucyl conjugates of the IGF-I antagonist*

15  Free amino groups of the IGF-1 antagonist are modified with leucine residues as described in Example 1, *supra*. Initially, only the terminal amino group of the IGF-1 antagonist is modified. If modification of the terminal amino group results in a significant loss of activity, then other reactive groups of IGF-1 are modified and assayed for retention of functional activity.

20  The conjugates are purified by semi-preparative reverse phase HPLC. The purity of the conjugates is determined by reverse phase HPLC-MS. The structural quality of the conjugates is verified by NMR and mass spectrometry.

The activities of the IGF-1 antagonist and its leucyl-derivative are compared in receptor binding and cell proliferation assays. MCF-7/6 human breast cancer cells are
25  seeded and grown in serum-free medium. They are then incubated at 4°C with [$^{125}$I]-IGF-1 in the presence of increasing concentrations of IGF-1, the IGF-1 antagonist or its leucyl-derivative. After washes, cell-associated radioactivity is quantified.

MCF-7/6 cells are also used to compare the inhibitory effects of the IGF-1 antagonist and of its leucyl-derivative on IGF-1-induced proliferation. Cells are seeded in
30  serum-free medium in the presence of 10 ng/ml IGF-1 and increasing concentrations of the IGF-1 antagonist or its leucyl-derivative. Cell proliferation is then estimated by the incorporation of [$^{3}$H]-thymidine into DNA.

35

45

*IGF-1 antagonist prodrug*

The IGF-1 antagonist is conjugated to one or more PEG molecules *via* the selected linker tetrapeptide attached through the C-terminal leucine of the tetrapeptide to primary amino groups the antagonist as described in Example 1.

Radiolabeled ($^{14}$C or $^3$H) amino acids are incorporated in a fraction of the prodrugs. The resulting radioactive conjugates are then used as tracers to allow sensitive detection of metabolites in the *in vitro* studies. All PEGylated compounds are purified by size exclusion chromatography.

The inactivation of the IGF-1 prodrug is tested using the activity assays described above for the leucyl derivatives of IGF-1. Blood stability and reactivation in tumor cells conditioned media is tested as described in Example 1 and additionally by HPLC analysis. Toxicity and chemotherapeutic activity studies are then performed with the prodrug and with the prodrug in combination with doxorubicin. These studies are once again performed as described in Example 1 and additionally by HPLC.

## 8.    EXAMPLE 4: Tumor-activated lytic peptide prodrug

In this example, we describe a prodrug comprising a lytic peptide linked to a PEG masking moiety *via* a tetrapeptide linking moiety.

*Synthesis of the lytic peptide LK15 C:*

The lytic peptide is composed exclusively of leucine and lysine residues, like those described as cytolytic in the literature (Castano *et al.*, 1999, *supra*). However, only D-amino acids are used to yield a relatively low sensitivity to proteolysis *in vivo*. A 15-mer (LK15) containing 10 D-leucine and 5 D-lysine residues with the structure H-D-Lys-D-Leu-D-Leu-D-Lys-D-Leu-D-Leu-D-Leu-D-Lys-D-Leu-D-Leu-D-Leu-D-Lys-D-Leu-D-Leu-D-Lys-OH is prepared according to standard solid phase peptide synthesis techniques using orthogonal protecting groups on the ε-amino groups of lysine side chains as necessary.

*Leucyl conjugates of the lytic peptide*

Free amino groups of the lytic peptide are modified with leucine residues as described in Example 1, *supra*. Initially, the ε-amino group of each lysine side chain of the lytic peptide is modified. If necessary, the terminal amino group is also modified with leucine. The orthogonal protecting groups of the synthesis step are exploited to selectively modify specific amino groups.

SUBSTITUTE SHEET (RULE 26)

46

   The conjugates are purified by semi-preparative reverse phase HPLC. The purity of the conjugates is determined by reverse phase HPLC-MS. The structural quality of the conjugates is verified by NMR and mass spectrometry.

   The activity of the lytic peptide and its derivatives are assessed in hemolytic assays as well as by quantifying LDH release from tumor cells. Erythrocytes are isolated from fresh human blood collected on citrate from healthy donors. Peptide dilutions are dispensed in 96-well plates before the addition of an erythrocyte suspension to each well. After a 30-minute incubation at 37°C and a centrifugation, the supernatants are transferred to new plates for $A_{414}$ determination. Blank (no hemolysis) values are obtained from unexposed cells and 100% hemolysis is determined from cells suspended in distilled water. To check if serum alters the lytic activity of the peptide by potential alterations of the monomer-polymer equilibrium, the assay is also performed with various concentrations of human serum (10 to 100%).

   The lytic activity is also determined on nucleated cancer cells. We assess lysis based on the extent of LDH release from cells exposed to increasing concentrations of LK15 or its leucyl-derivatives. MCF-7/6 cells are grown in 96-well plates and then exposed to increasing concentrations of the compounds to be tested for 1 hour at 37°C. Supernatants and the cell monolayers are separated and used for the determination of LDH activity. The percentage of total activity released in the culture medium is considered.


*Lytic peptide prodrug*

   The lytic peptide is conjugated to one or more PEG molecules *via* the selected linker tetrapeptide attached through the C-terminal leucine of the tetrapeptide to primary amino groups of the lytic peptide as described in Example 1. The choice of primary amino groups and stoichiometry is determined by the activity results from the leucyl derivatives of the lytic peptide as discussed for TNFα in Example 1.

   The inactivation of the lytic peptide prodrug is tested using the activity assays described above for the leucyl derivatives of lytic peptide. Blood stability and reactivation in tumor cells conditioned media is tested as described in Example 1 and additionally by HPLC analysis. Toxicity and chemotherapeutic activity studies are then performed with the prodrug and with the prodrug in combination doxorubicin. These studies are once again performed as described in Example 1 and additionally by HPLC.

9.    **EXAMPLE 5: Tumor-activated dual antiangiogenic peptide - doxorubicin prodrugs**

In this example, we describe a dual prodrug that releases doxorubicin and an antiangiogenic peptide at or near tumors *in vivo*.

Reverse sequences made of D-amino acids have been developed, derived from the second type-1 repeat of thrombospondin-1 (TSP-1).    These peptides have antiproliferative and antiangiogenic properties (Dawson *et al.*, 1999, *supra*).    Mal II, a 19-residue peptide is derived from the properdin-like repeat of TSP-1 and shown to possess potent antiangiogenic properties when any one of three L-amino acids are substituted by their D-enantiomers.    *In vitro* and *in vivo* anti-angiogenic activities are achieved by low concentrations. The most interesting such peptide is D-Ile[15]-Mal II (Dawson *et al.*, 1999, *supra*).    It is quite amenable to alterations since it can be shortened to as little as seven amino acids with no loss of activity, and the addition of an ethylamide end group to the 7-mer further increases its potency.

A heptapeptide derivative of D-Ile[15]-Mal II with the structure Acetyl-Gly-Val-D-Ile-Thr-Arg-Ile-Arg is synthesized by standard solid phase peptide synthesis techniques. Also synthesized *via* standard techniques are an ethylamide-capped derivative of the heptaptide with the structure Acetyl-Gly-Val-D-Ile-Thr-Arg-Ile-Arg-NHEt and the D-heptapeptide D-Arg-D-Ile-D-Arg-D-Thr-D-Ile-D-Val-Gly derived from the heptapeptide.

The heptapeptide and the two derivatives are each first coupled to a leucine residue.  For the capped heptapeptide, the leucine residue is coupled to the side chain of an Arg residue *via* a dimethylmaleyl dicarboxylic adaptor according to standard techniques.  For both other peptides, the leucine residue is linked through its amino group to the carboxy terminus.    The activity of the resulting peptides are compared to the activities of the corresponding native peptides.    The activities of the compounds are assessed on endothelial cells such as the EAhy926 cell line (Edgell *et al.*, 1983, Proc. Natl. Acad. Sci. USA 80:3734-3737). After incubation with various concentrations of the compounds in the presence of vascular endothelium growth factor (VEGF), cell viability (WST-1 reagent) is determined as well as the effect on [3H]-thymidine incorporation into DNA.

The three native heptapeptides are then each conjugated *via* standard synthetic techniques to Leu-Ala-Leu-Ala-Leu-Dox to produce the dual prodrugs. For the capped heptapeptide, the Leu-Ala-Leu-Ala-Leu-Dox construct is coupled to the side chain of an Arg residue *via* a dimethylmaleyl dicarboxylic spacer according to standard techniques.

48

The quality of all compounds are determined by reverse phase HPLC(-MS).   When necessary, semi-preparative HPLC is used for purification. The structures are confirmed by amino acid, NMR and MS analyses.

5          For each dual prodrug, its stability in whole human blood as well as its reactivation by tumor cells conditioned media are evaluated.  The stability in blood and reactivation by conditioned media are studied as described above using HPLC and radiolabeled molecules (a dual prodrug containing a labeled amino acid in the antiangiogenic peptide portion is used as a tracer) to allow the detection of the angiogenic peptide and its derivatives.  Fluorescence detection is used for the anthracycline and its derivatives.

10         For each dual prodrug, its *in vivo* toxicity is then evaluated as described in Example 1, *supra*. Its chemotherapeutic activity is then compared to that of Dox and of the corresponding native antiangiogenic peptide, alone or in combination.

## 10.    EXAMPLE 6: Tumor-activated dual IGF-1 antagonist - doxorubicin prodrug

15         In this example we describe a dual prodrug that releases doxorubicin and an IGF-1 antagonist at or near a tumor *in vivo*.

The IGF-1 antagonist described in Example 3, *supra*, is used to prepare a dual prodrug.  For the dual prodrug, conjugation takes place at the carboxy-terminus of the antagonist rather than on its free N-terminal amino group.

20         Ideally, adding a tumor peptidase-sensitive peptide derivative of Dox to the carboxyl group of the relatively small antagonist prevents it from binding the IGF-1 receptor (through a steric hindrance phenomenon).  If so, the dual conjugate is inactive, with no requirement for a further masking of the extracellularly-acting antagonist.   If masking is required, the two lysine residues of the antagonist are modified with pH-sensitive, *e.g.* dimethylmaleyl, groups that are removed in the tumor environment.

25         A leucyl derivative of the IGF-1 antagonist is prepared by standard coupling at the C-terminus of the peptide utilizing suitable orthogonal protecting groups. If necessary, the disulfide bridge is recylized by standard techniques.   The resulting C-terminal leucyl derivative of the IGF-1 antagonist is then coupled at its C-terminus with the N-terminus of Ala-Leu-Ala-Leu-Dox by standard techniques.    It is believed that the resulting dual prodrug, when in the tumor microenvironment, yields the leucyl-derivatives of both Dox and the IGF-1 antagonist.

The leucyl-derivative and the prodrug are purified by semi-preparative reverse phase HPLC. The purity of the conjugates is determined by reverse phase HPLC-MS. The structural quality of the conjugates is verified by NMR and mass spectrometry.

49

First, the activity of the leucyl-derivative is assayed as described in Example 3. Second, the inability of the full prodrug to bind IGF-1 receptors is assayed. Its blood stability and reactivation by tumor cells conditioned media are then assayed. Fluorescence detection is used to detect the anthracycline and its derivatives. If the activity of the IGF-1 antagonist is not inhibited in the dual prodrug, the ε-amino groups of the 2 lysine residues are masked, for example with pH sensitive moieties such as dimethylmaleyl groups.

Once again, after the *in vitro* tests, the *in vivo* toxicity of the dual prodrug is evaluated, and its chemotherapeutic activity is compared to that of Dox and of the IGF-1 antagonist, alone or in combination. Nude mice bearing MCF-7/6 human breast tumors are used for the activity assays.

## 11.    EXAMPLE 7: Tumor-activated dual lytic peptide - doxorubicin prodrug

In this example, we present a dual prodrug that specifically releases a lytic peptide and doxorubicin at or near target cells *in vivo*.

A dual prodrug is also prepared with the lytic peptide described in Example 4, *supra*. The optimal site of conjugation is as determined in Example 4. For instance, the free carboxy terminus is a likely effective site of conjugation. The lytic activity of the lytic peptide is reversibly masked as described in Example 4.

The LK15 peptide is be conjugated to Leu-Ala-Leu-Ala-Leu-Dox by standard synthetic techniques via a dimethylmaleyl dicarboxylic adaptor.

Analytical characterization, activity assays, blood stability assays, reactivation assays, and lethality assays are performed as described in Example 4, *supra*. Chemotherapy studies as described in Example 4, *supra*, and studies with colo-rectal tumors that are relatively resistant to anthracyclines are also performed (*e.g.* LS-174-T). The results are compared to the naked lytic peptide, to doxorubicin and to the combination of the two entities.

## 12.    EXAMPLE 8: Tumor activated dual substance P antagonist - doxorubicin prodrug

In this example, we describe dual prodrugs that selectively release a substance P antagonist and doxorubicin at or near a tumor *in vivo*.

One of the most potent substance P antagonists, exhibiting the broadest spectrum of activity, is the 11-residue amidated peptide D-Arg-Pro-Lys-Pro-D-Trp-Gln-D-Trp-Phe-

50

D-Trp-Leu-Leu-NH$_2$ ("SPD"). This peptide showed activity *in vivo* when injected intratumorally, peritumorally, or *i.p.* (Seckl *et al.*, 1997, *supra*).

SPD has no free carboxyl group to use to couple the linker peptide-Dox conjugate, and the amidated carboxy terminal Leu is very likely important for activity. Therefore, the *N*-terminus of SPD (D-Arg) is modified with a dicarboxylic methylmaleyl moiety according to a previously described synthesis procedure using classical solution peptide chemistry with standard orthogonal side chain protecting groups (Nyeki, 1998, J. Peptide Sc. 4:486-495).

The amino terminus of a leucine residue is then coupled to the free carboxyl group introduced on the amino-terminal D-arginine. The leucine derivative is then coupled to the free terminal amino-group of Ala-Leu-Ala-Leu-Dox.

Reactivation by tumor-released peptidases is believed to yield leucyl-Dox and leucyl-dimethylmaleyl-SPD or SPD. Leucyl-dimethylmaleyl-SPD is therefore also synthesized and tested for its activity or further activation.

The purity of the dual prodrug and its derivatives is determined by HPLC analysis. If necessary, semi-preparative HPLC is used for purification. The structures of the dual prodrug and its derivatives are checked by amino acid analysis, NMR and MS analyses.

First the ability of the dual prodrug to inhibit the binding of [$^{125}$I]-Bradykinin to Swiss-3T3 cells is assayed. If the dual prodrug is unexpectedly active as an inhibitor, its activity is masked, for example by reversibly modifying the side chain amino groups as described in Example 3.

Then, blood stability and reactivation by tumor cell conditioned media are assayed. Fluorescence and UV detection allow detection of doxorubicin and the substance P antagonist. The activity of the metabolites generated in conditioned media is assayed on human lung cell lines (COR-L23 or NCI-H69 for example). Cytotoxicity and proliferation assays are performed as described in Example 1 and in Example 3.

Lethality studies are then performed followed by experimental chemotherapy of different human lung tumors implanted in nude mice as described in Example 1.

**13. Example 9: Tumor-selective transport peptide (*e.g.* Tat) for intracellular delivery of doxorubicin**

In this example we describe the design and preparation of an HIV Tat-derived transport peptide (Gly-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-Pro-Pro-Gln-Cys) prodrug for carrying doxorubicin directly to the nucleus of a target cell. Formulation of the construct as a prodrug according to the present invention by coupling with PEG-Ala-Leu-

51

Ala-Leu provides selectivity for target cells to the construct and increases its stability. The HIV- Tat-derived transport peptide of the construct carries doxorubicin to the nucleus of the cell, doxorubicin's site of action.

5 *Leucyl-derivatives of the transport peptide*

Since selective cleavage of the linking tetrapeptide likely liberates a leucyl-derivative of the HIV- Tat-derived transport peptide construct, leucyl derivatives of the HIV- Tat-derived transport peptide are first synthesized to identify those leucyl derivatives that retain their ability to enter cells.

10 Leucine residues are linked covalently through peptide bonds between their carboxyl group and a side chain amino (*e.g.* lysine residues) or guanidino (*e.g.* arginine residues) group present or added to the HIV- Tat-derived transport peptide. Derivatives are then compared with regard to their capacity to be internalized.

Alternatively, transport activity can be reversibly blocked by capping the side-chains of lysine or arginine residues with acid-labile moieties such as dimethylmaleyl or citraconyl groups. These groups are introduced from the corresponding anhydrides and are unstable when the pH falls below 6.5, values often encountered in the vicinity of tumor cells (Lavie *et al.*, 1991, *supra*).

The purity of each synthesized compound is determined by reverse phase HPLC. If necessary, compounds are purified by semi-preparative or preparative HPLC, and structural information is obtained from amino acid analysis, MS, NMR and elemental analyses.

The uptake of the biotinylated peptide and its leucyl-derivatives in MCF-7/6 human breast cancer cells is determined after reaction with streptavidin-conjugated horse radish peroxidase. Cells are incubated for 1 to 18 hours with biotinylated peptides at 0.1 to 20 µg/ml, washed, fixed with ethanol, permeabilized with Triton X-100 and incubated with a streptavidin-peroxidase conjugate (5 µg/ml) for 1 hour. After more washes, the peroxidase activity is quantified using *o*-phenylenediamine and $H_2O_2$ as the substrates.

30 *PEG-Ala-Leu-Ala-Leu derivatives of the transport peptide*

Once the best position for conjugation is determined, PEG-Ala-Leu-Ala-Leu is introduced at that position as described in Example 1, *supra*. If several leucyl-derivatives display adequate transport activity, then several PEG-Ala-Leu-Ala-Leu conjugates are prepared. The ideal PEG molecular weight to prevent cell penetration is determined by the cellular uptake assays described above.

52

PEG-linker tetrapeptide conjugates of the HIV- Tat-derived transport peptide are tested similarly for cell uptake. In addition, their blood stability and reactivation by cancer cells conditioned media is also be assessed. Conjugates incorporating radiolabeled residues are used as tracers in these studies to allow sensitive detection of the conjugates and of potential metabolites. The peptide conjugates are incubated at 37°C in whole blood from healthy donors collected in citrated tubes. At selected time points, samples are centrifuged to eliminate cells and analyzed by HPLC. The disappearance of the conjugates over time is quantified. Media conditioned by MCF-7/6 (breast carcinoma) and LS-174-T (colon carcinoma) cell lines are used to check tumor peptidase reactivation of the conjugates. After incubation at 37°C for increasing time lags, the conjugates and their metabolites are analyzed by HPLC.

*In vivo* tissue distribution studies are then performed to confirm the selective delivery to tumors. Balb/c *nu-nu* mice are implanted subcutaneously in both flanks with fragments of human tumors that will be allowed to grow until they reach a mean diameter of at least 6 mm. Treatments consisting of a biotinylated and/or radiolabeled peptide conjugate, are administered as *i.v.* bolus injections. At selected time points, tumors, heart, liver, kidneys, spleen, brain, lungs, and plasma are collected. After tissue homogenization, the biotinylated and/or radiolabeled peptide is isolated on steptavidin-coated multiwell plates and quantified.

*Doxorubicin prodrugs*

Doxorubicin conjugates of the tumor-selective vector peptide are then prepared by coupling to the appropriate PEG-Ala-Leu-Ala-Leu derivatives of the HIV- Tat-derived transport peptide. The carboxy terminus of the transport peptide is coupled to the free hydroxyl group of doxorubicin *via* standard synthesis techniques. In a second prodrug, a glutaric anhydride spacer is linked to the free hydroxyl moiety of doxorubicin *via* an ester linkage and to the amino terminus of the transport peptide.

A third construct is prepared by coupling doxorubicin to the transport peptide *via* the daunosamine moiety of doxorubicin through an amide linkage. In this case, a peptide spacer that is cleaved intracellularly (in the Golgi apparatus or in the nucleus) to liberate free doxorubicin is used between the drug and the carrier peptide. A suitable spacer is identified be screening peptide spacers in the presence of tumor cell conditioned media on one hand or in the presence of tumor cell homogenates (or subcellular fractions). The peptidic spacer is selected on the basis of its resistance to the conditioned media and its sensitivity to the cell homogenates at neutral pH.

SUBSTITUTE SHEET (RULE 26)

53

The stability of the doxorubicin-carrier peptide conjugate in whole human blood is assayed as described in Example 1, *supra*, prior to evaluation of its *in vivo* toxicity (lethality studies) and chemotherapeutic activity in nude mice bearing subcutaneous resistant tumors such as the human breast cancer MCF-7/Adr.

## 14.    Example 10: Pro-apoptopic protein-carrier peptide prodrug

In this example, we describe a prodrug that selectively delivers a pro-apoptotic protein construct to target cells. The construct includes a transport peptide that carries the pro-apoptotic protein into the nucleus of the target cell and the pro-apoptotic protein granzyme B.

*Granzyme B - transport peptide prodrug*

Granzyme B is purified to homogeneity from the YT natural killer cell line (Harris *et al.*, 1998, J. Biol. Chem. 273:27364-27373). Alternatively, the recombinant enzyme is expressed and purified from the yeast *Pichia pastoris* (Sun *et al.*, 1999, Biochem. Biophys. Res. Commun. 261:251-255).

The construct of granzyme B and the transport peptide is prepared by standard recombinant techniques. The amino terminus of the transport peptide is fused to the carboxy terminus of granzyme B. The conjugate is tested *in vitro* for its apoptosis-inducing properties on different tumor cell types. Pro-caspase 3 activation assays as well as DNA fragmentation are used to check its activity (Sun *et al.*, 1999, *supra*).

If the resulting construct allows the intracellular incorporation and pro-apoptotic action of granzyme B, a tumor-specific prodrug formulation of the construct is prepared as described in Example 9, *supra*. A PEG-Leu-Ala-Leu-Ala-Leu derivative of the transport peptide is first prepared and then conjugated to granzyme B. Alternatively, a Leu-Ala-Leu-Ala-Leu-PEG derivative of the transport peptide is prepared and then conjugated to granzyme B.

The stability in whole human blood and the reactivation by tumor cells conditioned media of the full tumor-specific conjugate is analyzed by HPLC using radiolabeled conjugates as described in Example 1, *supra*. *In vivo* evaluation then includes toxicity studies in normal mice, and experimental chemotherapy of human tumor xenografts in nude mice as described in Example 1, *supra*.

SUBSTITUTE SHEET (RULE 26)

54

*Doxorubicin - granzyme B prodrugs*

The pro-apoptopic effect of the granzyme B prodrug could be reinforced by the administration of doxorubicin.  This could also be a way to overcome resistance to doxorubicin, which often is associated with a defect in the induction of apoptosis (Dive, 1997, J. Int. Med. 242:139-145; Haq and Zanke, 1998, Cancer Metast. Rev. 17, 233-239; Dennis and Kastan M.B., 1998, Drug Resistance Updates 1:301-309, 1998).

As a first approach, the granzyme B prodrug is administered with any of the doxorubicin prodrugs described above.  Additionally, a doxorubicin prodrug is prepared comprising the PEG-Ala-Leu-Ala-Leu derivative of the transport peptide.  In this prodrug, doxorubicin is conjugated to the transport peptide by a peptide spacer that is capable of being specifically cleaved by the serine protease granzyme B within a cell.  The spacer is developed based on the known specificity of granzyme B.  For optimal therapeutic effect, the two prodrugs are administered sequentially to allow intratumoral accumulation of granzyme B prior to uptake of the granzyme B-sensitive doxorubicin construct.

As a third approach, a dual prodrug formulation of doxorubicin and the granzyme B - transport peptide construct is prepared.  In this dual prodrug, doxorubicin is linked to the transport peptide construct *via* an ester or a peptide spacer that remains stable in tumor conditioned media as well as in the presence of granzyme B, but is sensitive to other intracellular hydrolases.

The present invention is not to be limited in scope by the exemplified embodiments, which are intended as illustrations of single aspects of the invention, and any compositions and methods which are functionally equivalent are within the scope of the invention.  Indeed, various modifications of the invention in addition to those described above will become apparent to those skilled in the art from the foregoing description and accompanying drawings.  Such modifications are intended to fall within the scope of the appended claims.

All patents and publications cited herein are hereby incorporated by reference in their entirety.

55
**Claims**

1.      A prodrug composition according to formula (l):

(l)              $(M - L^1)_n - B$

wherein B is a biologically active entity comprising a polypeptide or an extracellularly active entity; each $L^1$ is independently a linking moiety; each M is independently a masking moiety such that $(M - L^1)_n$ hinders the activity of B and is susceptible to cleavage at or near a tumor or a target cell; and n is an integer from 1 up to the total number of reactive groups of B.

2.      The prodrug composition according to claim 1 in which each $L^1$ is the same.

3.      The prodrug according to claims 1 and 2 in which each $L^1$ is independently a peptide comprising an amino acid sequence selected from the group consisting of $(Leu)_y(Ala-Leu)_x Ala-Leu$ and $(Leu)_y(Ala-Leu)_x Ala-Phe$ wherein y = 0 or 1 and x = 1, 2, or 3.

4.      The prodrug according to claim 3 in which each $L^1$ is independently a peptide comprising the amino acid sequence Ala-Leu-Ala-Leu or the amino acid sequence Leu-Ala-Leu-Ala-Leu.

5.      The prodrug according to any of claims 1 to 4 in which each $(M - L^1)$ is covalently linked to an amino-terminus of B, to an amino acid side chain of B, to a lysine side chain of B or to an arginine side chain of B.

6.      The prodrug according to any of claims 1 to 5 in which from about 36% up to about 86% of the free reactive groups of B are blocked with $(M - L^1)$ groups.

7.      The prodrug according to any of claims 1 to 6 in which M or $L^1$ includes an adaptor moiety.

8.      The prodrug according to claim 7 in which the adaptor moiety is selected from the group consisting of citraconyl, dimethylmaleyl, succinyl, glutaryl and diglycolyl.

9.      The prodrug according to any of claims 1 to 8 in which M or $L^1$ includes a spacer

SUBSTITUTE SHEET (RULE 26)

56

moiety.

10.    A prodrug according to any of claims 1 to 9 in which M reduces or prevents the *in vivo* cleavage of (M - L$^1$) in normal tissues and body fluids.

11.    The prodrug according to any of claims 1 to 10 in which M is a polymer.

12.    The prodrug according to claim 11 in which M is a polyalkylene glycol.

13.    The prodrug according to claim 12 in which M is a polyethylene glycol having an average molecular weight of from about 1000 Da up to about 12000 Da.

14.    The prodrug according to any of claims 1 to 10 in which M is selected from the group consisting of a polypeptide, an immunoglobulin, an antibody and albumin.

15.    The prodrug according to any of claims 1 to 10 in which M is selected from the group consisting of an N-terminally blocked amino acid and a genetically non-encoded amino acid.

16.    The prodrug according to claim 15 in which M is a D-amino acid.

17.    The prodrug according to claim 14 or 15 in which M is N-Me-alanine, D-alanine or β-alanine.

18.    The prodrug according to any of claims 1 to 17 in which M is negatively charged at physiological pH.

19.    The prodrug according to any of claims 1 to 18 in which M is a biologically active entity.

20.    The prodrug according to claim 19 in which M is selected from the group consisting of anthracyclines, doxorubicin, daunorubicin, folic acid derivatives, vinca alkaloids, calicheamycin, mitoxantrone, cytosine arabinoside, adenosine arabinoside, fludarabine phosphate, melphalan, bleomycin, mitomycin, L-canavanine, taxoids, camptothecins, proteasome inhibitors, farnesyl-protein transferase inhibitors, epothilones, maytansinoids, discodermolide, platinum derivatives, duocarmycins, combretastatin, epipodophyllotoxins, TNFα, IFN-α, IFN-γ, IL-1, IL-2, IL-6, an IGF-1 antagonist, a lytic

57

peptide, an anti-angiogenic peptide, a thrombospondin-derived peptide, a substance P antagonist, TRAIL (Apo-2 ligand) and Fas ligand.

21.    The prodrug according to any of claims 1 to 20 in which $(M - L^1)_n$ lowers the *in vivo* toxicity of B.

22.    The prodrug according to any of claims 1 to 21 wherein B is selected from the group consisting of TNFα, IFN-α, IFN-γ, IL-1, IL-2, IL-6, an IGF-1 antagonist, a lytic peptide, an antiangiogenic peptide, a thrombospondin-derived peptide, a substance P antagonist, TRAIL (Apo-2 ligand) and Fas ligand.

23.    The prodrug according to any of claims 1 to 21 in which B is a construct comprising a transport peptide and a biologically active entity.

24.    The prodrug which is a composition according to formula (II):

(II)         $(M - L^1)_p - TP - (L^2 - A)_m$

wherein M and $L^1$ are as defined in any of claims 1 to 21; each A is independently an intracellularly active biologically active entity; each $L^2$ is independently an optional linking moiety susceptible to cleavage within a cell; TP is a polypeptide capable of carrying $(L^2 - A)_m$ into a cell; m is an integer from 1 up to (k - 1) and p is an integer from 1 up to (k - m) wherein k is an integer equal to the total number of reactive groups of TP.

25.    The prodrug according to claim 24 in which m is 1 and p is 1.

26.    The prodrug according to claims 24 and 25 in which $(M - L^1)$ is linked to one of the termini of TP and $(L^2 -A)$ linked to the other terminus of TP.

27.    The prodrug according to any of claims 24 to 26 in which $(M-L^1)_n$ prevents TP from carrying A into a cell.

28.    The prodrug according to any of  claims 24 to 27 in which A is a drug, a polypeptide, a nucleic acid or an analog thereof, or a marker molecule.

29.    The prodrug according to claim 28 wherein A is selected from the group consisting

58

of anthracyclines, doxorubicin, daunorubicin, folic acid derivatives, vinca alkaloids, calicheamycin, mitoxantrone, cytosine arabinoside, adenosine arabinoside, fludarabine phosphate, melphalan, bleomycin, mitomycin, L-canavanine, taxoids, camptothecins, proteasome inhibitors, farnesyl-protein transferase inhibitors, epothilones, maytansinoids, discodermolide, platinum derivatives, duocarmycins, combretastatin, epipodophyllotoxins, BH3 peptides, p53 peptides, caspases, granzyme B, ribozymes, antisense oligonucleotides, c-DNAs, peptide nucleic acids, rhodamine, FITC, biotin and GFP.

30.    The prodrug according to any of claims 24 to 29 in which TP is selected from the group consisting of Antennapedia homeodomain derived peptides, Tat transactivation protein derived peptides, arginine oligomers and peptides derived from the CDR region of polyreactive anti-DNA antibodies.

31.    The prodrug according to claim 30 wherein TP comprises an amino acid sequence selected from the group consisting of

KKWKMRRNQFWVKVQRG                  (SEQ ID NO:6);
GRKKRRQRRRPPQC                     (SEQ ID NO:7);
RRRRRRRRR                          (SEQ ID NO:8); and
VAYISRGGVSTYYSDTVKGRFTRQKYNKRA     (SEQ ID NO:9).

32.    The prodrug according to any of claims 24 to 31 in which TP comprises one or more D-amino acids.

33.    The prodrug according to claim 32 wherein TP comprises an amino acid sequence selected from the group consisting of

kkwkmrrnqfwvkvqrg                  (SEQ ID NO:10);
grkkrrqrrrppqc                     (SEQ ID NO:11);
rrrrrrrrr                          (SEQ ID NO:12); and
vayisrggvstyysdtvkgrftrqkynkra     (SEQ ID NO:13).

34.    The prodrug according to any of claims 24 to 33 in which $L^2$ is a peptide susceptible to cleavage by intracellular proteases.

35.    The prodrug according to claim 34 in which $L^2$ is selected from the group consisting of caspase substrates, furin substrates, proteasome substrates and granzyme B substrates.

59

36.    A dual prodrug composition according to formula (III):

(III)    $(D^1 - L^3)_n - D^2$

5    wherein $D^1$ and $D^2$ are each independently biologically active entities and $L^3$ is a linking moiety susceptible to cleavage at or near a tumor or a target cell.

37.    The dual prodrug according to claim 36 in which $L^3$ comprises an adaptor moiety, said adaptor moiety comprising two carboxylic acid moieties or two amino moieties.

10    38.    The dual prodrug according to claim 37 in which the adaptor moiety is selected from the group consisting of citraconyl, dimethylmaleyl, succinyl, glutaryl and diglycolyl.

39.    The dual prodrug according to any of claims 36 to 38 in which n is 1.

15    40.    The dual prodrug according to any of claims 36 to 39 in which $D^1$ and $D^2$ constitute a pair of biologically active molecules that act in concert.

41.    The dual prodrug according to any of claims 36 to 40 in which $D^1$ or $D^2$ is an
20    intracellularly active biologically active entity.

42.    The dual prodrug according to any of claims 36 to 40 in which $D^1$ and $D^2$ are both intracellularly active biologically active entities.

25    43.    The dual prodrug according to any of claims 36 to 40 in which $D^1$ or $D^2$ is an extracellularly active biologically active entity.

44.    The dual prodrug according to any of claims 36 to 40 in which one of $D^1$ or $D^2$ is an intracellularly active biologically active entity and the other is an extracellularly active
30    biologically active entity.

45.    The dual prodrug according to any of claims 36 to 44 wherein $D^1$ or $D^2$ is selected from the group consisting of anthracyclines, doxorubicin, daunorubicin, folic acid derivatives, vinca alkaloids, calicheamycin, mitoxantrone, cytosine arabinoside, adenosine
35    arabinoside, fludarabine phosphate, melphalan, bleomycin, mitomycin, L-canavanine, taxoids, camptothecins, proteasome inhibitors, farnesyl-protein transferase inhibitors, epothilones, maytansinoids, discodermolide, platinum derivatives, duocarmycins,

combretastatin, epipodophyllotoxins, TNFα, IFN-α, IFN-γ, IL-1, IL-2, IL-6, an IGF-1 antagonist, a lytic peptide, an anti-angiogenic peptide, a thrombospondin-derived peptide, a substance P antagonist, TRAIL (Apo-2 ligand) and Fas ligand.

46.    The dual prodrug according to claim 45 in which one of $D^1$ or $D^2$ is TNFα and the other of $D^1$ or $D^2$ is an antitumor entity.

47.    The dual prodrug according to claim 46 in which one of $D^1$ or $D^2$ is TNFα and the other of $D^1$ or $D^2$ is an interferon, IFN-α or IFN-γ.

48.    The dual prodrug according to claim 45 in which $D^1$ is doxorubicin and $D^2$ is selected from the group consisting of TNFα, IGF-1 antagonist, a lytic peptide, an antiangiogenic peptide, substance P antagonist, a proteasome inhibitor and a farnesyl-protein transferase inhibitor.

49.    The dual prodrug according to any of claims 36 to 46 in which $D^1$ or $D^2$ is a construct comprising an intracellularly active biologically active entity, a polypeptide capable of carrying the intracellularly active biologically active entity into a cell and an optional linking moiety susceptible to cleavage within a cell.

50.    The dual prodrug according to claim 49 in which $D^1$ and $D^2$ are each independently constructs comprising an intracellularly active biologically active entity, a polypeptide capable of carrying the intracellularly active biologically active entity into a cell and an optional linking moiety susceptible to cleavage within a cell.

51.    The dual prodrug according to claim 49 or 50 in which the intracellularly active biologically active entity is selected from the group consisting of anthracyclines, doxorubicin, daunorubicin, folic acid derivatives, vinca alkaloids, calicheamycin, mitoxantrone, cytosine arabinoside, adenosine arabinoside, fludarabine phosphate, melphalan, bleomycin, mitomycin, L-canavanine, taxoids, camptothecins, proteasome inhibitors, farnesyl-protein transferase inhibitors, epothilones, maytansinoids, discodermolide, platinum derivatives, duocarmycins, combretastatin, epipodophyllotoxins, BH3 peptides, p53 peptides, caspases, granzyme B, ribozymes, antisense oligonucleotides, c-DNAs, peptide nucleic acids, rhodamine, FITC, biotin and GFP.

52.    The dual prodrug according to any of claims 49 to 51 in which the polypeptide capable of carrying the intracellularly active biologically active entity into a cell is selected

61

from the group consisting of Antennapedia homeodomain derived peptides, Tat transactivation protein derived peptides, arginine oligomers and peptides derived from the CDR region of polyreactive anti-DNA antibodies.

53    A method of inhibiting the growth of a tumor *in vivo, ex vivo or in vitro* comprising contacting the tumor with the prodrug according to any of claims 1 to 52.

54.    A method of treating neoplastic conditions comprising administering a therapeutically effective amount of a prodrug according to any of claims 1 to 52.

55.    The method according to claim 53 or 54 further comprising administering a therapeutically effective amount of a second antitumor entity.

56.    A pharmaceutical composition comprising the prodrug according to any of claims 1 to 52 and a pharmaceutically acceptable carrier, diluent or excipient.

57.    The pharmaceutical composition according to claim 56 further comprising a second antitumor entity.

58.    A method for making a prodrug according to any of claims 1 to 35 comprising the steps of:

(1)    reacting a precursor of M with a precursor of $L^1$ under conditions in which a reactive group of M condenses with a complementary reactive group of $L^1$, thereby forming M - $L^1$; and

(2)    reacting from 1 to n (M - $L^1$) with a precursor of B under conditions in which a reactive group of $L^1$ condenses with a complementary reactive group of B, thereby forming the prodrug.

59.    A method for making a prodrug according to any of claims 1 to 35 comprising the steps of:

(1)    reacting from 1 to n precursors of $L^1$ with a precursor of B under conditions in which reactive groups of $(L^1)_n$ condense with complementary reactive groups of B thereby forming $(L^1)_n$ - B; and

(2)    reacting $(L^1)_n$ - B with precursors of $(M)_n$ under conditions in which reactive groups of $(L^1)_n$ condense with complementary reactive groups of $(M)_n$ thereby forming the prodrug.

SUBSTITUTE SHEET (RULE 26)

WO 01/91798 PCT/EP01/06106

62

60.    A method for making a prodrug according to any of claims 36 to  52 comprising the steps of:

(1)    reacting a precursor of $D^1$ with a precursor of $L^3$ under conditions in which a reactive group of $D^1$ condenses with a complementary reactive group of $L^3$, thereby forming $D^1$ - $L^3$; and

(2)    reacting from 1 to n $(D^1$ - $L^3)$ with a precursor of $D^2$ under conditions in which a reactive group of $L^3$ condenses with a complementary reactive group of $D^2$, thereby forming the prodrug.

61.    A method for making a prodrug according to any of claims 36 to 52 comprising the steps of:

(1)    reacting from 1 to n precursors of $L^3$ with a precursor of $D^2$ under conditions in which reactive groups of $(L^3)_n$ condense with complementary reactive groups of $D^2$ thereby forming $(L^3)_n$ - $D^2$; and

(2)    reacting $(L^3)_n$ - $D^2$ with $(D^1)_n$ under conditions in which a reactive groups of $(L^3)_n$ condense with complementary reactive groups of $(D^1)_n$ thereby forming the prodrug.

1/11



FIG. 1A



FIG. 1B



FIG. 1C

WO 01/91798                                                    PCT/EP01/06106

2/11



FIG. 2

3/11



FIG. 3A

4/11



FIG. 3B

5/11



FIG. 3C

WO 01/91798                                          PCT/EP01/06106

6/11



FIG. 3D



FIG. 3E

WO 01/91798                                                      PCT/EP01/06106

8/11



FIG. 4A

WO 01/91798                                                    PCT/EP01/06106

9/11



FIG. 4B

WO 01/91798                                                    PCT/EP01/06106

10/11



FIG. 4C

WO 01/91798                                                        PCT/EP01/06106

11/11



FIG. 4D

# EXHIBIT 6

PCT/EP 01/06106

EPO - DG 1

REC'D 2 6 AUG 2004    2 6. 07. 2001

PCT 83

PA 437346



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

**July 11, 2001**

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK
OFFICE OF THOSE PAPERS OF THE BELOW IDENTIFIED PATENT
APPLICATION THAT MET THE REQUIREMENTS TO BE GRANTED A
FILING DATE UNDER 35 USC 111.

**APPLICATION NUMBER:** *60/208,996*
**FILING DATE:** *June 01, 2000*

PRIORITY DOCUMENT
SUBMITTED OR TRANSMITTED IN
COMPLIANCE WITH
RULE 17.1(a) OR (b)

By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

**P. R. GRANT**
**Certifying Officer**

06 05 00

APPROV

Express Mail No.: _EL 451 594 202 US_

# COVER SHEET FOR PROVISIONAL APPLICATION FOR PATENT

Commissioner for Patents
Assistant VISIONAL PATENT APPLICATION
ps.ippton, DC  20231

Sir:

This is a request for filing a PROVISIONAL APPLICATION under 37 CFR 1.53(c).

| Docket Number | 9889-004-888 | Type a plus sign (+) inside this box → | + |
|---|---|---|---|

| INVENTOR(s)  APPLICANT(s) | | | |
|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE INITIAL | RESIDENCE (CITY AND EITHER STATE OR FOREIGN COUNTRY) |
| Trouet | Andre | | Herent, Belgium |
| DuBois | Vincent | | Fleurus, Belgium |
| Oronsky | Arnold | L. | Los Altos Hills, California |

**TITLE OF THE INVENTION (280 characters max)**

TUMOR ACTIVATED PRODRUG COMPOUNDS AND METHODS OF MAKING AND USING THE SAME

CORRESPONDENCE ADDRESS:
**PENNIE & EDMONDS LLP**
**1155 Avenue of the Americas**
**New York, NY  10036-2711**
**(212) 790-9090**

**ENCLOSED APPLICATION PARTS (check all that apply)**

| ☒ Specification | *Number of Pages* | 65 | ☐ Small Entity Statement |
|---|---|---|---|
| ☒ Drawing(s)s | *Number of Sheets* | 11 | ☐ Other (specify) |

**METHOD OF PAYMENT (check one)**

☐  A check or money order is enclosed to cover the Provisional filing fees.

| | ESTIMATED PROVISIONAL FILING FEE AMOUNT | ☒ $150 |
|---|---|---|
| | | ☐ $ 75 |

☒  The Commissioner is hereby authorized to charge the required filing fee to Deposit Account Number 16-1150.

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.
☒ No.   ☐ Yes, the name of the U.S. Government agency and the Government contract number are: _____

Respectfully submitted,

| Signature | [signature] | REGISTRATION NO. *(if appropriate)* | 42,983 | Date | June 1, 2000 |
|---|---|---|---|---|---|

Rahul Pathak

For:  Laura A. Coruzzi (Reg. No. 30,742)
PENNIE & EDMONDS LLP

☐  Additional inventors are being named on separately numbered sheets attached hereto.

Total number of cover sheet pages. | 1

## PROVISIONAL APPLICATION FILING ONLY

CAI - 247297.1

# TUMOR ACTIVATED PRODRUG COMPOUNDS AND METHODS OF MAKING AND USING THE SAME

## 1.    FIELD OF THE INVENTION

The present invention relates to novel prodrug compounds, to pharmaceutical compositions comprising the novel prodrug compounds and to methods of using the compounds to inhibit the growth of tumors and/or to treat malignant tumors and/or tumorigenic cancers.

## 2.    BACKGROUND

Cancer is currently the second largest killer in the developed world with more than 6 million deaths per year, a figure that is expected to double by 2022. Despite efforts to improve the efficacy of treatments, relatively low cure rates have been achieved to date.

Current attempts at cancer therapy suffer from several major deficiencies. First, most available cancer therapies consist of drugs that act on rapidly dividing cells. However, most cancers are diagnosed at a time when the proportion of rapidly dividing tumor cells is reduced. Second, normal tissues that contain rapidly dividing cell populations are also affected by the current anticancer entities. The resulting toxicity forces reduced dosage levels and reduced frequencies of treatment. Third, tumor cells are genetically unstable and have high mutation rates. As a result, tumors frequently develop resistance to treatment. Finally, current anticancer therapeutics, like most therapeutic entities, can be unstable to the enzymes and other degradation proteins in the blood and serum.

New cytotoxic drugs are regularly entering the clinic but their use remains hampered by their toxic side effects, the high rate of induced resistance and, in some instances, their poor blood stability. In particular, extracellularly active entities and polypeptides have recently been identified that have cytotoxic or cytostatic effects on tumor cells *in vitro* and/or *in vivo*. For instance, TNFα, a cytokine with diverse effects on cells both *in vitro* and *in vivo*, exhibits cytotoxic and cytostatic effects on tumor cell types *in vitro*. However, the growth of many normal cell types, such as endothelial cells, smooth muscle cells, adipocytes, fibroblasts and keratinocytes is also inhibited by TNFα *in vitro*. Sensitivity of human endothelial cells to TNFα correlates with their rate of proliferation. Multiple clinical studies (phase I and II) have been carried out with recombinant TNFα as an

1

CA1 - 247211.1

anticancer entity without major therapeutic effect. TNFα-induced systemic toxicity and acquired resistance to TNFα are two major roadblocks towards the success of TNFα as an antineoplastic entity.

Thus, a need remains for the availability of effective antineoplastic entities for use in treating solid tumor types. Especially needed are antineoplastic entities that exhibit some degree of selectivity and/or specificity for tumor cells or that can be delivered at dosages that achieve therapeutic benefit with little or no toxicity.

## 3.    SUMMARY OF THE INVENTION

In one aspect, the present invention provides novel prodrug compounds that have improved therapeutic properties. In general, the novel prodrugs comprise a biologically active entity linked to a masking moiety *via* a linking moiety. By virtue of the nature of the masking and linking moieties, when included in the prodrugs of the present invention, the biologically active entities can be administered to tumor cells and to endothelial cells involved in tumor neoangiogenesis in a selective manner. Moreover, the prodrugs of the invention will typically exhibit lower toxicity and possibly a longer *in vivo* or serum half-life than the corresponding naked biologically active entity.

The invention is based, in part, on the discovery that peptides having certain amino acid sequences are specifically cleaved by proteases and/or peptidases in the extracellular medium at or near tumor cells and certain endothelial cells involved in neoangiogenesis ("target cells"). Particularly, peptides that may be specifically cleaved in the target extracellular milieu include those having the amino acid sequence (Leu)$_y$(Ala-Leu)$_x$Ala-Leu and (Leu)$_y$(Ala-Leu)$_x$Ala-Phe, where y is 0 or 1 and x is 1, 2 or 3. Utilizing these peptides as components of linking moieties to link the biologically active entities and masking moieties of the prodrugs of the invention together permits the biologically active entity to be selectively released or liberated *in vivo* at or near a tumor or target cell.

The peptidase that cleaves the linking moiety is not unique to tumors or tumor cells. Healthy cells also produce peptidases capable of cleaving the linking moiety. However, it has been discovered that significantly more cleavage is observed around tumor cells. While not intending to be bound by any particular theory of operation, it is believed that tumor cells excrete significantly higher concentrations of the cleaving peptidases than do healthy cells, which accounts for the observed higher cleavage in their vicinity. Thus, while the peptidases are not unique to tumors or tumor cells, the prodrugs of the present invention

2

exploit the observed differences in cleavage surrounding tumor cells and healthy cells to selectively deliver biologically active entities to tumor cells. Moreover, such peptidases are also released by endothelial cells involved in tumor angiogenesis at higher concentrations than healthy cells, permitting the preparation and selective delivery of antiangiogenic compounds to these endothelial cells. Thus, by virtue of the linking moiety and the observed differences in the amount of specifically cleaving peptidases produced and/or secreted by the target and healthy cells, the prodrugs of the invention permit compounds that are cytotoxic or cytostatic to be selectively delivered to the target cells, thereby providing a selective and safe means of delivering the cytotoxic and/or cytostatic agents to patients to treat tumorigenic conditions, such as malignant tumorigenic cancers.

The masking moiety of the prodrugs is linked to the biologically active entity *via* the linking moiety. The masking moiety, acting alone or together with the linking moiety, blocks or inhibits the biological activity of the biologically active entity. Moreover, the masking moiety prevents non-specific degradation and/or cleavage of the linking moiety by, for instance, peptidases present in serum, and hence prevents non-selective release of the biologically active entity. While not intending to be bound by any theory of operation, it is believed that the biological activity of the biologically active entity may be blocked or inhibited by several mechanisms, such as, for example, steric hindrance caused by the masking moiety-linking moiety assembly and/or masking of charged groups on the biologically active entity that are required for biological activity. Masking moieties suitable to prevent *in vivo* non-specific degradation of the linking moiety can range from chemical modification of the exposed terminus of the linking moiety, such as an amino or carboxy terminal modification, to small molecules such as drugs and genetically non-encoded amino acids or other enzymatically non-degradable amino acids (including, *e.g.*, D-amino acids, β-amino acids, γ-amino acids and the like) to large molecules such as polypeptides or other biological or non-biological polymers. The masking moiety may be biologically inert, or it may itself have biological activity, such as any of the biologically active entities described *infra* or any other drug, even a drug with no cytotoxic or cytostatic activity.

The biologically active entity is typically a molecule or construct that is cytotoxic and/or cytostatic to cells, but may be any agent or drug useful in the diagnosis and/or treatment of tumors and/or tumorigenic cancers. The types of molecules suitable for use as biologically active entities in the prodrugs of the invention can vary widely. For formulation as a prodrug, the biologically active entity should comprise, or be modified to

3

CA1 - 247211 1

comprise, a reactive group capable of forming a covalent linkage with the appropriate terminus of the linking moiety. If the biologically active entity must be modified to effect linkage, it should be modified in a manner such that when it is selectively released it retains substantial biological activity. Thus, the biologically active entities can range from small organic compounds such as anthracyclines, doxorubicin, daunorubicin, folic acid derivatives, vinca alkaloids, calicheamycin, mitoxantrone, cytosine arabinosides, adenosine arabinosides, fludarabine phosphate, melphalan, bleomycin, mitomycin, L-canavanine, taxoids, camptothecin, proteasome inhibitor, farnesyl transferase inhibitor, epothilone, discodermolide, maytansinoids, platinum derivatives, duocarmycins, combrestastatin and epipodophyllotoxins, to biological oligomers such as oligonucleotides, oligopeptides and oligosaccharides, to large biological polymers such as nucleic acids and polypeptides.

Those of skill in the art will recognize that certain biologically active entities, such as polypeptides, may contain a plurality of reactive groups that are capable of forming a covalent linkage with a terminus of the linking moiety (for example, polypeptides having a plurality of amino acids with primary amine or carboxyl side chains, such as arginine, lysine, aspartate, and glutamate). Any or all of the available reactive groups may be linked to linking moiety. The various linking moieties may be the same or different, and each linking moiety is in turn linked to a masking moiety, which may be the same or different for each linking moiety. Thus, depending on the number of reactive groups available on the biologically active entity, the prodrugs of the invention may comprise one or a plurality of the same or different linking moieties.

The biologically active entity may act intracellularly or extracellularly to exert its biological effect. For example, the biologically active entity may be a small organic compound that is capable of traversing cell membranes and exerting its cytotoxic and/or cytostatic effects inside the cell (e.g., anthracyclines). Alternatively, the biologically active entity may be a molecule which binds an extracellular domain of a receptor and triggers cell death (e.g., cytokines such as TNFα).

The biologically active entity may also be an entity that acts intracellularly but that is either incapable of traversing the cell membrane or does not efficiently traverse the membrane on its own. Such intracellularly active biologically active agents may be coupled to a peptide that facilitates transport into the cell or cell nucleus. Selective delivery of a biologically active entity directly into the nucleus of a target cell may improve the selectivity of the biologically active entity and may overcome drug resistance to the biologically active

4

entity. Intracellularly active agents that are not capable of traversing the cell membrane include intracellularly active polypeptides such as granzyme B, many antisense DNAs and RNAs, many ribozymes and genes useful for gene therapy. In addition, while many cytostatic or cytotoxic small molecules traverse the membrane on their own, formulation of such small

5    molecules, for example doxorubicin and daunorubicin, with a transport peptide may enhance their membrane permeation properties. In this aspect of the invention, the masking moiety, alone or in combination with the linking moiety, prevents the biologically active entity - transport peptide construct from entering cells prior to selective cleavage of the linking moiety. Prodrugs of the invention in which the biologically active entity includes a transport

10    peptide permit selective delivery of biologically active entities to tumors and/or target cells that otherwise would be unable to selectively traverse the cell membrane or would do so with a low efficiency.

    In one preferred embodiment of the invention, the biologically active entity is an extracellularly active cytotoxic or cytostatic entity - *i.e.*, an entity that inhibits the growth

15    of and/or kills a cell without having to enter the cell. The extracellularly active cytotoxic or cytostatic entity may be virtually any molecule that can be linked to a masking moiety. Non-limiting examples include, *e.g.*, peptides, lytic peptides, anti-angiogenic peptides and polypeptides. Preferred polypeptides are those that have a cytotoxic or cytostatic effect on tumor cells and include, but are not limited to, TNF$\alpha$, IFN-$\alpha$, IFN-$\gamma$, IL-1, IL-2, IL-6, IGF-1

20    antagonists, thrombospondin-1 derived peptides, substance P antagonists, TRAIL (Apo-2 ligand) and Fas ligand. Prodrugs of the invention including such extracellularly active biologically active entities permit selective delivery of the entities to target cells, thereby reducing their toxicity to the patient.

    As discussed above, the masking moiety may also have biological activity.

25    Thus in another embodiment, the prodrugs of the invention are dual prodrugs - *i.e.*, prodrugs in which both the masking moieties and biologically active moieties exert biological effect. In one embodiment, the dual prodrugs comprise two intracellularly active entities. The dual prodrugs include prodrugs that selectively deliver two biologically active small molecules to target cells. Other dual prodrugs include prodrugs that deliver two molecules that act in

30    concert against a target cell. For instance, dual prodrugs can deliver a polypeptide that interacts with an extracellular receptor and a small molecule that acts on an intracellular target. Alternatively, the dual prodrugs may comprise two drugs that are often prescribed in combination such as a cytotoxic agent and an antibiotic, or two drugs that act synergistically

5

CA1 - 247211.1

such as TNFα and doxorubicin or other combinations of biologically active compounds as are well known in the art. Preferred dual prodrugs are those that deliver two entities that act in concert against a target cell.

When the biologically active entity is a small organic intracellularly active compound capable of traversing the cell membrane, it is either included in the prodrug compositions of the invention in association with a transport peptide that acts to enhance its membrane permeation properties or as a dual prodrug in which the masking moiety also has some biological activity. Other biologically active entities, such as the extracellularly active entities and other entities described *supra* may be included in the prodrugs of the invention with biologically inert masking moieties or as dual prodrugs in which the masking moiety also has some biological activity.

In another aspect, the present invention provides pharmaceutical compositions comprising the prodrugs of the present invention. The pharmaceutical compositions generally comprise one or more prodrugs of the invention and a pharmaceutically acceptable carrier, excipient or diluent. Preferably, the pharmaceutical compositions comprise an amount of prodrug that provides therapeutic benefit.

In another aspect, the present invention provides methods of inhibiting the growth or proliferation of a tumor or a tumor cell or an endothelial cell involved in tumor neoangiogenesis. The method comprises contacting a tumor or a target cell with an amount of a prodrug or pharmaceutical composition of the invention effective to inhibit the growth or proliferation of the tumor cell or target cell. The method can be practiced to inhibit the growth or proliferation of tumors and/or target cells *in vivo*, *in vitro* or *ex vivo*.

In a final aspect, the present invention provides methods of treating solid tumors and their metastases and tumorigenic cancers. The method generally comprises administering to an animal, including a human, having a solid tumor and/or cancer an amount of a prodrug or pharmaceutical composition of the invention effective to halt the progression of tumor growth, thereby treating the animal. Preferably, an amount of prodrug or pharmaceutical composition effective to shrink or eradicate the tumor is administered.

4.    **BRIEF DESCRIPTION OF THE FIGURES**

FIG. 1A illustrates an exemplary prodrug of the present invention;

FIG. 1B illustrates a prodrug of FIG 1A near a healthy cell;

6

CA1 - 247211.1

FIG. 1C illustrates the activation of the prodrug of FIG 1A when near a tumor cell;

FIG. 2 illustrates the *in vivo* function of a prodrug of the present invention;

FIG. 3A illustrates the structure of two linking moieties of the present invention;

FIG. 3B illustrates the specific cleavage of a prodrug of one polarity in the extracellular milieu at or near a tumor or target cell;

FIG. 3C illustrates the specific cleavage of a prodrug of a second polarity in the extracellular milieu at or near a tumor or target cell

FIG. 3D illustrates the specific cleavage of a prodrug comprising a spacing moiety;

FIG. 3E illustrates the specific cleavage of a dual polarity prodrug;

FIG. 4A illustrates a general scheme for the preparation of a prodrug of the present invention using protecting moieties;

FIG. 4B illustrates the preparation of a prodrug of the present invention;

FIG. 4C illustrates the preparation a prodrug comprising a spacing moiety; and

FIG. 4D illustrates the preparation of a dual polarity prodrug

5.      **DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS**

5.1     **Abbreviations**

As used herein, the abbreviations for the genetically encoded amino acids are conventional and are as follows:

7

| Amino Acid | One-Letter Symbol | Common Abbreviation |
|------------|-------------------|---------------------|
| Alanine | A | Ala |
| Arginine | R | Arg |
| Asparagine | N | Asn |
| Aspartic acid | D | Asp |
| Cysteine | C | Cys |
| Glutamine | Q | Gln |
| Glutamic acid | E | Glu |
| Glycine | G | Gly |
| Histidine | H | His |
| Isoleucine | I | Ile |
| Leucine | L | Leu |
| Lysine | K | Lys |
| Methionine | M | Met |
| Phenylalanine | F | Phe |
| Proline | P | Pro |
| Serine | S | Ser |
| Threonine | T | Thr |
| Tryptophan | W | Trp |
| Tyrosine | Y | Tyr |
| Valine | V | Val |

To avoid confusion with the various formulae used herein, genetically-encoded amino acid residues are generally designated with the three-letter abbreviations.

8

CA1 - 247211.1

Unless otherwise noted, the three-letter abbreviations designate L-enantiomers of the genetically encoded amino acids. Amino acids in the D-configuration will be explicitly labeled. For example, "Arg" designates L-arginine and "D-Arg" designates D-arginine. When one-letter abbreviations are used, upper case letters designate amino acids in the L-configuration and lower case letters designate amino acids in the D-configuration. For example, "R" designates L-arginine and "r" designates D-arginine. When a peptide or polypeptide sequence is represented as a series of one-letter or three-letter abbreviations, unless specifically noted otherwise, it will be understood that the left-hand direction is the amino terminal direction and the right-hand direction is the carboxy terminal direction, in accordance with standard usage and convention.

### 5.2    Definitions

As used herein, the following terms shall have the following meanings:

"Biologically active entity" refers to a molecule or construct that exerts a biological effect on a target cell, as defined herein. Typically, the entity is cytotoxic and/or cytostatic toward target cells or sensitizes target cells to the action of another cytotoxic or cytostatic entity.

"Linking moiety" refers to a molecular moiety with a structure as described herein that links a biologically active entity to a masking moiety and that is susceptible to specific, selective cleavage at or near a tumor or a target cell, as defined herein.

"Normal cells", "normal tissues", "healthy cells" and "healthy tissues" refer to cells and/or tissues that are not involved in tumor formation, growth and metastasis. As used herein, endothelial cells involved in tumor neoangiogenesis are not included in the definition of normal or healthy cells.

"Masking moiety" refers to a molecular moiety that, when linked to a biologically active entity *via* a linking moiety, is capable, together with the linking moiety, of masking the biological activity of the entity and is capable of preventing the non-specific degradation of the linking moiety.

"Polypeptide" refers to a polymer of two or more amino acids. The term also includes mimics of polymers of amino acids known to those of skill in the art (*e.g.* peptidomimetics) and derivatives of polymers of amino acids (*e.g.*, glycopeptides). The term "peptide" refers to a polypeptide having from about 2 to about 40 to 50 amino acids.

CA1-247211 1

"Specific cleavage" refers to cleavage that is sequence dependent. Thus, specific cleavage of a linking moiety is cleavage that occurs as the result of a peptidase recognizing and cleaving the particular amino acid sequence of the linking moiety. "Specific cleavage" is therefore a property of the amino acid sequence of the linking moiety and is to be

5    distinguished from cleavage and/or degradation caused by non-specific means, such as non-specific degradation by exopeptidases present in the serum or gut.

"Selective cleavage" refers to the enhanced or preferential specific cleavage achieved at or near a target cell. Thus, while the specific cleavage of the linking moiety is not unique to target cells, the greater cleavage achieved at or near target cells renders the cleavage

10    "selective" for purposes of the present invention.

"Target cell" refers to a tumor cell or to an endothelial cell involved in tumor neoangiogenesis.

### 5.3    The Invention

The present invention provides novel prodrugs comprising a biologically active entity linked to a masking moiety *via* a linking moiety. The prodrugs of the present

15    invention are generally compounds according to formula (I):

(I)                    $(M - L^1)_n - B$

20    or a pharmaceutically acceptable salt thereof, wherein M is a masking moiety, $L^1$ is a linking moiety, B is a biologically active entity and n is a positive integer from 1 up to the total number of reactive groups in the biologically active entity. The masking moiety prevents the non-specific degradation of the linking moiety and $(M - L^1)_n$ masks the biological activity of

25    the biologically active entity, rendering it inactive until specifically released. The linking moiety is susceptible to specific, selective cleavage at or near a tumor or target cell. By virtue of the specific and selective cleavage of the linking moiety *in vivo*, an entity formulated as a prodrug according to the present invention displays improved selectivity relative to the naked entity. The entity formulated as a prodrug may also display improved stability relative to the

30    naked entity because the masking moiety prevents degradation of the prodrug in blood or serum.

10

CA1 - 247211.1

### 5.4    Linking moiety

The linking moiety can comprise any molecule that is susceptible to specific cleavage at or near a tumor or a target cell. The linking moiety is covalently linked to the masking moiety and to the biologically active entity, thereby linking the two together.

While not intending to be bound by theory of operation, it is believed that tumors and target cells secrete into the extracellular medium a factor or factors such as proteases or peptidases that are capable of specifically cleaving the linking moiety. It is also believed that endothelial cells involved in tumor neoangiogenesis display the same secretory activity. While healthy cells also produce a factor or factors that specifically cleave the linking moiety, tumor cells and endothelial cells involved in tumor neoangiogenesis excrete a significantly higher concentration of the factor thereby permitting specific and selective cleavage at or near tumors and/or target cells. The resulting improved selectivity of action of the biologically active entity is illustrated in FIG. 1. FIG. 1A illustrates an exemplary prodrug 8 of the present invention comprising a masking moiety 10 linked to a biologically active entity 12 *via* a linking moiety 14. In FIG. 1B, prodrug 8 is not active near healthy cell 16 because masking moiety 10, alone or in combination with linking moiety 14, masks the biological activity of biologically active entity 12 and linking moiety 14 is relatively stable at or near healthy cell 16. In FIG. 1C, target (tumor or angiogenic endothelial) cell 18 secretes a factor 20 which is capable of specifically cleaving the linkage between linking moiety 14, liberating released biologically active entity 12'. Liberated biologically active entity 12' is free to exert its activity on target cell 18. For instance, biologically active entity 12' might bind receptor 22 on the surface of target cell 18, thereby initiating an intracellular cascade leading to the apoptosis or another form of death of tumor cell 18. Because normal cell 16 does not secrete factor 20, or secretes very little factor 20, prodrug 8 remains intact near normal cell 16. Thus, biologically active entity 12 is not active near normal cell 16. As illustrated in FIG. 2, formulation of the biologically active entity as a prodrug can reduce the toxicity of the biologically active entity.

Factor 20 can be any molecule or condition in the environment at or near target cell 18 that is capable of specifically cleaving linking moiety 14. While not intending to be bound by theory, it is believed that factor 20 is a protease or peptidase selectively secreted by target cells. However, since all proteases or peptidases that specifically cleave the linking moiety have not yet been identified, factor 20 can be any condition that is capable of specifically cleaving the linking moiety. For instance, factor 20 might even be low pH

11

conditions near a target cell. Factor **20** is selectively present at or near target cells. It can be present at or near target cells exclusively, or it can be enriched at or near target cells such that prodrug **8** is cleaved preferentially at or near target cells and administration of prodrug **8** displays improved selectivity for target cells relative to administration of the naked

5    biologically active entity **12** or released biologically active entity **12'**.

Preferred linking moieties are peptides that are susceptible to specific cleavage at or near target cells. For example, it has been discovered that peptides having the amino acid sequence $(Leu)_y(Ala-Leu)_x Ala-Leu$ and peptides having the amino acid sequence $(Leu)_y(Ala-Leu)_x Ala-Phe$ (wherein $y = 0$ or 1 and $x = 1, 2,$ or 3) are specifically cleaved by a

10   factor in the extracellular milieu near target cells. Preferred peptide linking moieties comprise the amino acid sequence Ala-Leu-Ala-Leu (SEQ ID NO:1), Leu-Ala-Leu-Ala-Leu (SEQ ID NO:2), Leu-Ala-Leu (SEQ ID NO:3), Leu-Ala (SEQ ID NO:4) or Leu-Ala-Phe (SEQ ID NO:5).

While not intending to be bound by any particular theory of operation, it is

15   believed that the linking moiety is specifically cleaved at two sites. A first protease or peptidase is believed to cleave the first amide bond of each Leu-Ala-Leu sequence of the linking moiety (*i.e.* the amide bond between the N-terminal Leu and the Ala in the sequence), as illustrated by solid arrows in FIG. 3A. In FIG. 3A, iBu represents isobutyl; Me represents methyl; Ph represent phenyl and x and y are as previously defined above. A second protease

20   or peptidase is believed to subsequently cleave the amide bond of the Ala-Leu or Ala-Phe residues of the linking moiety, as indicated by dashed lines in FIG. 3A. However, specific cleavage may also occur at other amide bonds or at other bonds within the linking moiety.

The linking moiety is covalently linked to the biologically active entity *via* one terminus and to the masking moiety *via* the other terminus. The "polarity" of the linkages,

25   *i.e.*, whether the N-terminus of the linking moiety is linked to the biologically active entity or to the masking moiety, may or may not be critical, and will depend upon the identities of the biologically active entity and masking moiety.

The different possible polarities of the linkage and the resultant specific cleavage products are illustrated in FIG. 3B and FIG. 3C with linking moiety **30**. Referring to

30   FIG. 3B, in prodrug **40**, masking moiety M is linked to the amino terminus of linking moiety **30** and biologically active entity B is linked to the carboxy terminus of linking moiety **30**. As illustrated, both linkages are amide linkages, although other stable linkages could also be used, as will be described in more detail in a later section. The first protease or peptidase is

12

believed to cleave the amide bonds between the first Leu and the Ala of the Leu-Ala-Leu
sequences of the linking moiety thereby liberating released masking moiety 35. A second
protease or peptidase cleaves the N-terminal Ala residue from the amino terminus of the
derivative of the biologically active entity thereby liberating released biologically active entity
39. Thus, when the linking moiety is a peptide with the amino acid sequence of Leu-Ala-
Leu-Ala-Leu, cleavage of the linking moiety is believed to liberate a Leu derivative 35 of the
masking moiety and a Leu derivative of the biologically active entity 39. The Leu derivative
of the masking moiety 35 has a free carboxy terminus, and the Leu derivative of the
biologically active entity has a free amino terminus.

Referring to FIG. 3C, if the polarity of the linkage is reversed, such that the
biologically active entity is attached to the amino terminus and the masking moiety is
attached to the carboxy terminus (prodrug 40'), specific cleavage yields released biologically
active entity 39' and released masking moiety 35'. Thus, when the linking moiety is a peptide
with the amino acid sequence of Leu-Ala-Leu-Ala-Leu, cleavage of the linking moiety is
believed to liberate a Leu derivative 35 of the masking moiety and a Leu derivative of the
biologically active entity 39. The Leu derivative of the masking moiety 35 has a free amino
terminus, and the Leu derivative of the biologically active entity has a free carboxy terminus.

Those of skill in the art will recognize that, while in most instances the
masking moiety and the biologically active entity will be linked directly to the termini of the
linking moiety, in some instances it may be desirable to space the linking moiety away from
either or both the masking moiety and biologically active entity with a spacing moiety. An
example of the use of a spacing moiety between the linking moiety and the biologically active
entity is illustrated in FIG. 3D.

In FIG. 3D, a prodrug 46 according to the invention including a spacing
moiety (illustrated in this example as 6-aminocaproic acid) is specifically cleaved to yield
released masking moiety 35 and released biologically active entity 48. Again, while amide
linkages are illustrated, other stable linkages could be used, as will be described in more
detail in a later section.

The spacing moiety can be long or short, rigid, semi-rigid or flexible,
hydrophobic or hydrophilic, depending upon the particular application. Thus, the spacing
moiety may be any molecule having reactive groups capable of forming covalent linkages
with the linking moiety and the biologically active entity and/or masking moiety. Reactive
groups that are capable of forming suitable linkages with the amino and carboxy termini of

13

CA1 - 247211.1

linking moieties are described in more detail below in connection with the biologically active entity and masking moiety. Molecules suitable for use as spacing moieties include, but are not limited to, peptides such as polyglycine (flexible) or polyproline (rigid), aminoalkylcarboxylic acids (e.g., 4-aminobutanoic acid, 5-aminopentanoic acid, 6-aminocaproic acid, etc.), polyalkylene oxides such as polyethylene glycol and others as will be apparent to those of skill in the art. If used, the spacing moiety should preferably be a molecule which is biologically inert i.e., a molecule that does not elicit an immunological response or other adverse or toxic response and should not significantly adversely affect the biological activity of released biologically active entity 48.

In certain embodiments of the invention where it is desirable to link two biologically active entities together, such as the dual prodrugs described infra, the spacing moiety may be used to link two peptide sequences that are specifically cleavable, as illustrated in FIG. 3E. Referring to FIG.3E, dual prodrug 52 comprises two biologically active entities 38 linked together via dual polarity linking moiety 58. Dual polarity linking moiety 58 comprises two specifically cleavable peptides 53 and 57, which themselves may constitute linking moieties as discussed above, linked together via spacer moiety 55. Spacer 55 is a dicarboxylic acid that is linked to the amino termini of both peptides 53 and 57 such that prior to attachment to biologically active entities 38, linking moiety 58 has two carboxy termini. Specific cleavage of dual prodrug 52 yields released biologically active entities 39 and short peptide derivatives of linking moiety 58. Optional spacing moieties could be included between the linking moiety 58 and one or both biologically active entities 39, as previously described. These dual polarity linking moieties are described in more detail below in connection with the dual prodrugs of the invention.

In embodiments of Formula (I), where n is greater than 1, all the linking moieties of the prodrug may be the same, some of the linking moieties may be the same and others different, or each linking moiety may be different. Similarly, all or some of the masking moieties (discussed in detail below) can be the same, or they can be different. In addition, one, some, all or none of the linking moieties may include spacing moieties and when included, the various spacing moieties may be the same or different.

14

CA1 - 247211.1

### 5.5    Masking moiety

At a minimum, the masking moiety prevents the non-specific cleavage and/or degradation of the linking moiety and, alone or together with said linking moiety, inhibits the biological effects of the biologically active entity. It may also, as will be discussed in more detail below, provide the prodrug composition with additional favorable properties such as longer *in vivo* half-life, increased stability, higher solubility, etc. Preferred masking moieties are those that are stable *in vivo*, nontoxic to healthy cells and non-immunogenic.

In its simplest form, the masking moiety may comprise a chemical modification of the exposed terminus of the linking moiety that prevents the linking moiety from being non-specifically cleaved or degraded *in vivo*, such as, for example by non-specific exopeptidases that may non-specifically degrade the linking moiety *in vivo* and prematurely release the biologically active entity. For example, when the exposed terminus of the linking moiety is the amino terminus, amino terminal acetylation of the linking moiety may provide sufficient resistance to degradation to serve as a masking moiety. When the exposed terminus of the linking moiety is the carboxy terminus, carboxy terminal modification, such as amidation or esterification, of the linking moiety may similarly provide sufficient resistance to degradation. Other chemical modifications that inhibit or prevent non-specific degradation and/or cleavage will be apparent to those of skill in the art.

Genetically non-encoded amino acids such as β-amino acids, γ-amino acids, non-encoded α-amino acids and D-amino acids are also known to inhibit and/or prevent non-specific degradation. Thus, the masking moiety may also comprise one or more genetically non-encoded amino acid. For instance, the masking moiety can be a peptide consisting of one or more D-amino acids, one or more β-amino acids or mixtures of D- and β- amino acids. Preferred masking groups according to this class include N-methyl-alanine ("Me-Ala"), D-alanine and β-alanine.

In addition, masking moieties can comprise biologically inert molecules. Such molecules include small molecules such as dyes and polymers such as biological and non-biological polymers. For instance, polyalkylene glycols such as polyethylene glycol can prevent the degradation of a linking moiety and inhibit the activity of a biologically active entity. Preferred polyethylene glycol masking moieties have average molecular weights of about 1000 Da, about 4000 Da, about 5000 Da, about 8000 Da, about 10000 Da or about 12000 Da. Other suitable biological and non-biological polymers include, but are not limited to copolymers of divinyl ether and maleic anhydride (DIVEMA) or 2-hydroxypropyl

15

CAI - 247211.1

methacrylate (HPMA), and other polymers such as DNA and carbohydrates. The masking moiety can also be a polypeptide that prevents the degradation of the prodrug and inhibits or prevents the activity of the biologically active entity. Preferred polypeptide masking moieties are non-immunogenic polypeptides. For instance, suitable polypeptide masking moieties

5  include albumin, immunoglobulins, or an antibody.

In other embodiments of the invention, the masking moiety itself can have biological activity or other therapeutic activity. Prodrug compounds wherein the masking moiety has activity ("dual prodrugs") are described in detail below. Suitable active masking moieties include cytostatic and cytotoxic small molecules, other therapeutically active small

10  molecules, therapeutically active polypeptides and other therapeutically active molecules known to those of skill in the art.

Since the masking moiety is linked to the linking moiety, the masking moiety should either include a reactive group that is complementary to the terminus of the linking moiety to which it will be linked or be modified to include such a group. For instance, if the

15  masking moiety is to be linked to the amino terminus of the linking moiety, the masking moiety should include a reactive group that is capable of forming a covalent linkage with the amino terminus, such as a carboxyl group. The linkage formed should be stable to the conditions of use of the prodrug, e.g., in the serum. Complementary reactive groups that are capable of reacting with the carboxy and amino termini of peptides to form stable linkages

20  that may be included in the masking moiety are described in more detail below in connection with the biologically active entities. The masking moiety may inherently include such a complementary reactive group, or may be modified to include a suitable complementary reactive group. The methods of modification will depend upon the identity of the masking moiety and will be apparent to those of skill in the art.

25  **5.6    Biologically active entities**

The biologically active entity can be any entity that has biological activity against tumors or target cells, or any entity that would derive an advantage from being selectively administered to a tumor or target cell. Preferred biologically active entities

30  include those entities that are cytotoxic and/or cytostatic to tumors and/or target cells such as, for example TNFα, IFN-α, IFN-γ, IL-1, IL-2, IL-6, an IGF-1 antagonist, a lytic peptide, an antiangiogenic peptide, a thrombospondin-derived peptide, a substance P antagonist, TRAIL (Apo-2 ligand) and Fas ligand, and also constructs comprising intracellularly active agents

16

and a transport peptide allowing or facilitating their uptake in cells. As will be recognized by those having skill in the art, in order to be formulated as a prodrug of the invention, the biologically active entity must either inherently include, or be modified to include, a reactive group which is complementary to, *i.e.*, able to react to form a covalent linkage with, the reactive group on the linking moiety to which it will be covalently attached. Typically, pairs of such complementary reactive groups include nucleophile/electrophile pairs, as are well known in the art.

In many instances, the biologically active entity will be covalently attached to the N- or C- terminus of the linking moiety. Suitable reactive groups complementary to the linking moiety amino terminus include, for example, carboxy groups, esters (including activated esters such as NHS-esters), acyl azides, acyl halides, acyl nitriles, aldehydes, alkyl sulfonyl halides, halotriazines, imidoesters, isocyanates, isothiocyanates, sulfonate esters, etc. Suitable reactive groups complementary to the linking moiety carboxy terminus include, for example, amines, alcohols, alkyl halides, thiols, hydrazines, diazoalkanes, sulfonate esters, etc. Conditions for forming such covalent linkages under suitably mild reaction conditions are well known. Preferably, the linkage between the linking moiety and the biologically active entity is an amide. Conditions for linking molecules together having complementary amino and carboxy groups to form amide linkages are well-known (see, *e.g.*, Merrifield, 1997, Methods Enzymol. 289:3-13). Specific linking chemistries are provided in the Examples section.

If the biologically active entity is a polypeptide, then the preferred linkage is an amide bond between the carboxy terminal amino acid residue of the linking moiety and a free amino group of the polypeptide. The free amino group can be, for instance, at the amino terminus of the polypeptide or at the side chain of an amino acid, *e.g.* a lysine residue. In instances where the biologically active polypeptide comprises a plurality of amino-containing side chains (*e.g.*, a plurality of lysine residues), a plurality of linking moieties may be linked to a single biologically active polypeptide molecule. The molar ratio of linked linking moieties can be conveniently controlled by adjusting the biologically active entity:linking moiety molar ratio of the conjugation reaction. Specific cleavage of the linking moiety in the vicinity of target cells such as tumor cells releases the biologically active polypeptide modified with a leucine residue or a phenylalanine residue at each amine group from which a linking moiety is cleaved.

17

CA1 - 247211.1

Alternatively, the linking moiety can be linked to any other reactive group of the biologically active entity. For instance, the linking moiety can be linked to a free carboxyl group of the biologically active entity at, for example, the carboxy terminus or at the side chain of an acidic amino acid of a polypeptide or at a free carboxy group of other entities. The linking moiety can also be linked to other reactive moieties in the polypeptide including sulfhydryl moieties and other moieties known to those of skill in the art that are capable of forming a bond to the linking group. Appropriate adaptor moieties for each reactive moiety will be apparent to those of skill in the art.

In some instances, a biologically active entity may include a reactive group that does not yield a suitably stable linkage with the linking moiety, or it includes a reactive group that is not complementary to the desired reactive group on the linking moiety. For example, both the biologically active entity and the desired point of attachment to the linking moiety may include carboxyl groups. In these instances, the reactive group on either the biologically active entity or the linking moiety may first be converted to a complementary reactive group through the use of a bifunctional adaptor molecule. For example, a suitable bifunctional adaptor molecule for linking a biologically active entity including a carboxyl group to the carboxy terminus of a linking moiety could be a diamino alkyl, such as 1,3 diamino propane. Such adaptor molecules are somewhat analogous to the previously described spacer moieties used to construct dual polarity linking moieties of the invention (illustrated in FIG. 3E). Molecules suitable for use as adaptor molecules will depend upon the identities of the reactive groups, and will be apparent to those of skill in the art.

Preferably, the biologically active entity is linked to the linking moiety via those reactive groups of the biologically active entity on which the biologically active entity can tolerate derivatization without significant loss of biological activity. Because the prodrugs typically liberate a leucyl derivative of the biologically active entity upon specific cleavage of the linking moiety, the liberated leucyl derivative of the biologically active entity should possess optimal activity. To determine the proper site of linkage and/or ratio of linking moieties to biologically active entities, leucyl derivatives of the biologically active entity can be prepared and assayed for functional activity in, for instance, cell-based assays such as those described in the examples below and other assays suitable for measuring the activity of the biologically active entity known to those of skill in the art. In addition, if the biologically active entity is modified to generate a complementary reactive group for

18

CA1-247211.1

condensation with the linking moiety, then the leucyl derivative of the modified biologically active entity is assayed for optimal activity.

Preferably, the prodrug itself is also assayed for optimal activity. The intact prodrug should possess little or no activity in a normal physiological environment while the activated, released biologically active entity should possess optimal activity. Assays for functional activity include those assays known to those of skill in the art for measuring the stability, activation, toxicity and therapeutic activity of the prodrug. The assays can be conducted *in vivo* using, for instance test animals, or *in vitro* using cell based assays known to those of skill in the art. Preferred assays include cell-based assays using tumor cell models known to those of skill in the art. Exemplary assays for the stability, activation, toxicity and therapeutic activity are presented in the examples below. For a given combination of masking moiety, linking moiety and biologically active entity, a number of prodrugs can be prepared by varying the ratio of masking/linking moiety and biologically active entity. When the prodrug is prepared by solid phase or solution phase techniques the site of attachment of the masking/linking moiety to the biologically active entity can also be controlled. The results of activity assays for leucyl derivatives of the biologically active entity, described above, can be used to determine potentially useful stoichiometries and/or sites of attachment prior to screening. Ideal prodrugs are those that display the optimal combination of stability, toxicity, activation and therapeutic activity according to assays suitable for the biologically active entity known to those of skill in the art.

### 5.6.1   Extracellularly active biologically active entities

In one important aspect, the biologically active entity of the prodrug is an extracellularly active biologically active entity. An extracellularly active biologically active entity is an entity that can exert its biological activity without having to enter a cell. Preferred extracellularly active biologically active entities are those molecules that cannot traverse the cell membrane by themselves. Extracellularly active biologically active entities include small molecules such as small molecule agonists and antagonists of extracellular receptors and other small molecules that act extracellularly. Extracellularly active biologically active entities also include peptides and polypeptides such as cytokines, peptidic hormones, antibodies, and other extracellularly active molecules known to those of skill in the art. Specific examples of polypeptides that can be formulated as prodrugs according to the present invention include, but are not limited to, TNFα, IFN-α, IFN-γ, IL-1, IL-2, IL-6, an IGF-1

19

CAI - 247211.1

antagonist, thrombospondin-1 derived peptides, a substance P antagonist, TRAIL (Apo-2 ligand) and Fas ligand.

### 5.6.1.1 Tumor selective prodrug of TNFα

5          In one preferred embodiment of this aspect of the invention, a prodrug selectively delivers active TNFα to target cells. TNFα can be linked to a masking moiety *via* any linking moiety of the present invention.

TNFα is produced by many different cell types as a 26kDa (233 amino acids) integral transmembrane protein from which a 17 kDa (157 amino acids) mature TNFα is
10    released into the extracellular medium by proteolytic cleavage of an Ala-Val bond between residues 76-77. Its potential use as an antitumor entity led to its purification, cloning and expression as a recombinant protein. Biologically active TNFα exists as a trimer in solution and each subunit is a polypeptide of 157 amino acids. Each mature TNFα trimer can interact with three receptor molecules at the interface of the subunits. TNFα mediates its activities by
15    binding to specific receptors on the surface of the majority of mammalian cells. Receptor aggregation upon TNFα binding might be the mechanism for receptor activation in the target cells (Banner *et al.*, 1993, Cell 73:431-445). For an extensive review on TNFα, see Sidhu and Bollon, 1993, Pharmacol. Ther. 57:79-128.

TNFα can be cytotoxic, and cytostatic, on many cell types *in vitro*. However,
20    this antiproliferative effect is not restricted to tumor cells and many normal cells, such as endothelial cells, smooth muscle cells, adipocytes, fibroblasts and keratinocytes are also inhibited by TNFα. Sensitivity of human endothelial cells to TNFα is correlated with their rate of proliferation.

Multiple clinical studies (phase I and II) have been carried out with
25    recombinant TNFα as an anticancer entity without major therapeutic effect. TNFα resistance and mainly TNFα-induced systemic toxicity are two major limitations for the use of TNFα as an antineoplastic entity. TNFα can be used in clinical trials only if injected locally or by isolated limb perfusion owing to the severe toxicity after systemic injection. Data from phase I clinical studies, in which TNFα was administered in a variety of schedules have shown that
30    the common toxic side effects include fever, chills, rigor, fatigue, diarrhea, nausea, headache, and hypotension. Severe hypotension is the dose-limiting toxicity. No significant clinical antitumor effects were observed in phase II trials when TNFα was given as a single entity.

CAI - 247211.1

Although TNFα showed promise in the regression of tumors in mice, the toxicity of TNFα prevents therapeutic effect in humans. Tumor regression in mice requires a dose of approximately 400 µg/kg while humans can tolerate only 8 to 10 µg/kg before life threatening toxicities set in (Kramer, *et al.*, 1988, Cancer Research 48:920-925). In addition,

5  TNFα has a very short half-life of 20 minutes after injection into humans. TNFα is rapidly cleared from blood and taken up by the kidney and the liver. It is moreover sensitive to *N*-terminal endopeptidases that inactivate it rapidly (Nakamura and Komiya, 1996, Biol. Pharm. Bull. 19:677-677). *In vivo*, animal studies have shown that like *in vitro*, other cytokines (IFN-α, IFN-γ, IL-1, IL-2 and IL-6) as well as cytotoxic drugs (cyclophosphamide,

10  doxorubicin) enhance the antitumor action of TNFα. However, the toxic side effects increase to an unacceptable level and this does not solve the problem of inefficiency.

Conjugation of TNFα to biological and non-biological polymers has shown modest improvement in the stability of TNFα. For instance, TNFα can be conjugated to gelatin using carbodiimide. It retains 57% of its cytotoxic activity and is more active against

15  tumors *in vivo* (Tabata *et al.*, 1993, J. Pharm. Pharmacol. 45:303-308). TNFα was also coupled to polyethylene glycol *via* an amide bond between a lysine amino residue of TNFα and a terminal succinate group of PEG (N-succinimidyl succinate monomethoxy polyethylene glycol of a molecular weight of 5000). Although extensive PEG modification resulted in the complete loss of activity *in vitro*, conjugates partially modified retained a portion of the

20  activity of TNFα. TNFα has also been conjugated to a divinyl ether and maleic anhydride copolymer (DIVEMA) of a molecular weight of 30.000.

A recent study has shown that chemical modification of TNFα with PEG increases the stability and antitumor potency of the cytokine (Tsutsumi *et al.*, 1995, J. Pharmacol. and Exp. Therapeutics 278:1006-1011). TNFα was covalently coupled to PEG

25  polymers and separated into fractions of various molecular sizes (Tsutsumi *et al.*, 1995, *supra*). Increasing amounts of PEG relative to TNFα significantly reduced the specific activity of the TNFα (Tsutsumi *et al.*, 1995, *supra*). However, the PEG conjugates displayed improved pharmacokinetic stability when compared to native PEG (Tsutsumi *et al.*, 1995, *supra*). In addition, the PEG-TNFα conjugates showed greater tumor distribution *in vivo* than

30  native TNFα (Tsutsumi *et al.*, 1995, *supra*). Overall, the most effective PEG-TNFα conjugate, which had 56% of its lysine amino residues coupled to PEG, showed a 100-fold improved antitumor potency *in vivo* when compared to native PEG despite a 2-fold reduction in specific activity (Tsutsumi *et al.*, 1995, *supra*). This derivative has also very striking

CA1 - 247211.1

activity against TNFα resistant tumors (Tsutsumi *et al.*, 1995b, British J. of Cancer 71:963-968; Tsutsumi *et al.*, 1996, J. Pharm. Exp. Therap. 278:1006-1011; Tsutsumi, 1996b, Jpn. J. Cancer Res. 87:1078-1085). The PEG-TNFα conjugate with 56% of its lysine residues modified showed the optimal balance of bioactivity, plasma stability and tissue distribution among the conjugates tested but was still too toxic to be used (Tsutsumi *et al.*, 1995, *supra*). Although conjugates with more PEG modification showed improved stability, the overall potencies of the conjugates were reduced due to significant or total loss of specific activity. Later studies showed that with PEG of higher molecular weight (12,000) the TNFα-PEG conjugate lost most of its activity with a degree of lysine modification of only 36%. This greater loss is explained by a greater steric hindrance, preventing more easily TNFα from interacting with its receptor (Tsutsumi *et al.*, 1996c, British J. Cancer 74:1090-1095).

To overcome the deficiencies of TNFα as an antineoplastic entity, TNFα can be formulated as a prodrug according to the present invention. A TNFα prodrug should display comparable plasma stability and tissue distribution to the PEG-TNFα conjugates described above. However, since selective activation of the prodrug at or near tumors or target cells liberates leucyl-TNFα, the prodrug conjugates should display little or no loss of TNFα specific activity *in vivo*. As a result, the prodrug can carry as much PEG as necessary to achieve complete inactivation, ensuring reduced toxicity and allowing the use of higher dose levels. In addition, selective activation of the prodrug at or near target cells should dramatically enhance the selectivity of the prodrug relative to the PEG-TNFα conjugates. The PEG-TNFα conjugates displayed only a modest tissue distribution preference for tumor cells whereas the TNFα prodrug is selectively activated at or near tumor cells.

In one embodiment of this aspect of the invention, TNFα is formulated as a prodrug in which the masking moiety is a biocompatible polymer such as a polyalkylene glycol, preferably polyethylene glycol (PEG). PEG molecules of various average molecular weights can be used such as 1000 Da, 4000 Da, 5000 Da, 8000 Da, 10000 Da, 120000 Da or even higher. The linking moiety can be any linking moiety according to the present invention. Preferred linking moieties include Ala-Leu-Ala-Leu (SEQ ID NO:1), Leu-Ala-Leu-Ala-Leu (SEQ ID NO:2), Leu-Ala-Leu (SEQ ID NO:3), Leu-Ala (SEQ ID NO:4) or Leu-Ala-Phe (SEQ ID NO:5). Because TNFα includes several free amino groups, multiple different masking moieties and linking moieties can be used simultaneously.

The degree to which the free amino groups of the TNFα are saturated with PEG-masked linking moieties will depend upon, among other factors, the average molecular

22

weight (MW) of the PEG (or other masking polymer). Generally, the higher the MW of the polymer or PEG, the lower the degree of saturation that is required to inactivate the activity of the TNFα in the prodrug formulations. Specific levels of saturation for a variety of PEGs of varying MWs are taught in Tsutsumi *et al.*, 1995, *supra*.

Those of skill in the art will recognize that a particular advantage of the TNFα prodrugs of the invention is the ability to use a considerably higher level of saturation than that reported by Tsutsumi *et al.*, 1995, *supra*. Because the PEG or polymer masking moieties are specifically and selectively cleaved at or near a tumor or target cell, when formulated as a prodrug according to the invention, the TNFα can be completely inactivated by the PEG or polymer masked linking moieties. Thus, unlike the TNFα-PEG complexes described by Tsutsumi *et al.*, 1995, *supra*, regardless of the MW of the PEG used, the TNFα molecule may be saturated with PEG-masked linking moieties. Thus, the PEG-TNFα prodrugs of the invention, in addition to being selective, may exhibit even lower toxicities than the PEG-TNFα complexes described in the art.

Specific PEG-TNFα prodrugs of the invention, as well as methods for their synthesis, are provided in the Examples.

### 5.6.1.2 Tumor activated IGF-1 antagonist prodrug

In another embodiment, a prodrug selectively delivers an oligopeptide antagonist of insulin-like growth factor (IGF-1) to tumors or target cells *in vivo*. The masking moiety can be selected from any of the masking moieties discussed above, and the linking moiety can also be selected from any of the linking moieties discussed above. In a preferred embodiment the masking moiety is a polymer such as PEG, more preferably a succinylated derivative of PEG, and the linking moiety is the tetrapeptide Ala-Leu-Ala-Leu. The linking moiety is linked to free amino groups of the antagonist, either at one or more lysine side chains and/or at the amino terminus.

The expression of insulin-like growth factors and their type I receptor is very often up-regulated during the development of many cancer types. Recent data show that, besides stimulating cell transformation and tumor cell cycle progression, signaling through the IGF-1 receptor exerts an important tumor promotion effect by inhibiting tumor cell apoptosis (including drug-induced apoptosis). Consistently, inhibition of the IGF-mediated survival function is likely to increase the antitumor effects of conventional chemotherapy (Gooch J.L. *et al.*, 1999, Breast Cancer Res. Treat. 56:1-10).

23

CA1 - 247211.1

Antagonists of IGF-1 composed wholly of D-amino acids have been designed which resemble IGF-1 receptor ligands and efficiently inhibit IGF-1 receptor function *in vitro* and *in vivo*. One such peptide is D-Cys-D-Ser-D-Lys-D-Ala-D-Pro-D-Lys-D-Leu-D-Pro-D-Ala-D-Ala-D-Tyr-D-Cys which is a retro-enantio sequence derived from the D domain of IGF-1. In order to further increase the overlap between the conformation of the native protein with that of the retro-enantio peptide, it has been cyclized *via* an artificially introduced disulfide bridge (Häyry *et al.*, 1995, Faseb J. 9:1336-1344; Pietrzkowski *et al.*, 1992, Cancer Res. 52:6447-6451).

Such antagonists could become very useful anticancer entities, but because of the crucial importance of IGF-1 receptor-mediated signaling in many normal cells and tissues, as well as the high similarity between the IGF-1 receptor and the insulin receptor, such antagonists must be administered selectively to cancer cells to avoid toxic side effects.

In one embodiment of the invention PEG is linked to the IGF-1 antagonist *via* the tetrapeptide linker Ala-Leu-Ala-Leu. The antagonist is derivatized only on those reactive groups that can be derivatized with leucine without significant loss of antagonist activity.

### 5.6.1.3 Tumor activated prodrug of a thrombospondin-1 derived peptide

In another preferred embodiment, a prodrug compound is capable of selectively delivering to target cells an antiangiogenic peptide derived from the structure of the angiogenesis inhibitor thrombospondin-1 (TSP-1).

The continuous growth and metastasis of all tumors is strongly dependent on neoangiogenesis. In experimental systems, inhibitors of angiogenesis have been shown to be remarkably active anticancer entities towards which tumors do not seem to develop resistance (Harris, 1997, The Lancet 349:13-15; Dawson *et al.*, 1999, Mol. Pharmacol. 55:332-338; Bœhm *et al.*, 1997, Nature 390:404-407). There remains, however, a need to develop new antiangiogenic drugs with improved potency, stability, and selectivity (Molema *et al.*, 1998, Biochem. Pharmacol. 55:1939-1945). Antiangiogenic peptides have been developed consisting partly or entirely of D-amino acids (Dawson *et al.*, 1999, *supra*).

Thrombospondin-1 (TSP-1) is a naturally occurring inhibitor of angiogenesis and provides one source for the development of new anti-angiogenic molecules. TSP-1 is a 450-kDa homotrimeric protein with multiple structural domains that contribute to its involvement in diverse biological activities including angiogenesis. The therapeutic potential

CA1 - 247211.1

of TSP-1 has been demonstrated in animal models where it has been shown to block the growth and progression of malignant tumors by hindering neovascularization.

In this embodiment of the invention, peptides derived from the primary sequence of TSP-1 are formulated as prodrug compounds for selective delivery to target cells. In particular, peptide sequences that comprise reverse sequences of D-amino acids derived from a type-I repeat of amino acids from the primary structure of TSP-1 have antiproliferative and antiangiogenic properties (Dawson *et al.*, 1999, supra). Such peptides are preferred for formulation as prodrug compounds in this embodiment of the invention. In this embodiment of the invention, preferred masking moieties include biocompatible polymers such as PEG, and preferred linking moieties include Ala-Leu-Ala-Leu (SEQ ID NO:1), Leu-Ala-Leu-Ala-Leu (SEQ ID NO:2), Leu-Ala-Leu (SEQ ID NO:3), Leu-Ala (SEQ ID NO:4) or Leu-Ala-Phe (SEQ ID NO:5).

### 5.6.1.4 Tumor activated prodrug of a substance P antagonist

In another preferred embodiment of the invention, substance P antagonists are formulated as prodrug compounds for selective delivery to target cells.

Growth factors play an important role in the pathogenesis and evolution of cancers. New targets for therapy have been identified from the knowledge of the role such growth factors play in the progression of lung cancer. Peptide antagonists of bombesin, bradykinin and substance P have been developed by substituting D-amino acids in fragments of the corresponding native growth factor. The antagonists block the biological effects of a broad range of neuropeptides and inhibit small-cell lung (SCLC) and non-small-cell lung cancer (NSCLC) cell proliferation *in vitro*, as well as *in vivo* (Bunn *et al.*, 1994, Cancer Res. 54:3602-3610; Seckl *et al.*, 1997, Cancer Res. 57:51-54; Chan and Geraci, 1998, Drug Resistance Updates 1:377-388). In particular, substance P antagonists have been shown to induce apoptosis in SCLC cells through a currently unknown mechanism (Chan and Geraci, 1998, *supra*).

Accordingly, in this embodiment, substance P antagonists are formulated as prodrugs for selective delivery to target cells. A preferred substance P antagonist is a peptide with the amino acid sequence D-Arg-Pro-Lys-Pro-D-Trp-Gln-D-Trp-Phe-D-Trp-Leu-Leu-$NH_2$ ("SPD"). Preferred masking moieties include biocompatible polymers such as PEG, and preferred linking moieties include Ala-Leu-Ala-Leu (SEQ ID NO:1), Leu-Ala-Leu-Ala-Leu

CA1 - 247211.1

(SEQ ID NO:2), Leu-Ala-Leu (SEQ ID NO:3), Leu-Ala (SEQ ID NO:4) or Leu-Ala-Phe
(SEQ ID NO:5).

### 5.6.2   Polypeptides

5            In other embodiments of the invention, the biologically active entity can be a
polypeptide. Any cytotoxic and/or cytostatic polypeptide can be formulated as a prodrug
according to the present invention. When the biologically active entity is a polypeptide,
preferred linking moieties include peptides and the preferred linkage between the polypeptide
biologically active entity and the linking moiety is an amide bond. Suitable polypeptides
10      include the extracellularly active polypeptides described above including TNFα, IFN-α,
IFN-γ, IL-1, IL-2, IL-6, an IGF-1 antagonist, thrombospondin-1 derived peptides, a substance
P antagonist, TRAIL (Apo-2 ligand) and Fas ligand. Polypeptides suitable for these
embodiments of the invention also include polypeptides that are not necessarily
extracellularly active. Polypeptide biologically active entities include intracellularly active
15      polypeptides such as, for example, granzyme B and other polypeptides with diverse functions
such as, for example, lytic peptides.

### 5.6.2.1 Tumor activated prodrug of a lytic peptide

            In another embodiment of the invention, a prodrug selectively delivers to
target cells a peptide that is capable of lysing those cells *in vivo*. In this embodiment, a lytic
20      peptide is linked to any of the masking moieties discussed *supra via* any of the linking
moieties discussed *supra*. The linking moieties can be linked to any reactive group of the
lytic peptide such as free amino groups. Preferred masking moieties include PEG and
preferred linking moieties include the tetrapeptide Ala-Leu-Ala-Leu. A succinylated PEG
derivative can conveniently be linked to the linking moiety.

25          Melittin, a 26-residue peptide found in the venom of the European honey bee
is cytolytic. Its activity is dependent on the amphipathicity of the alpha-helix formed by its
first 20 amino acids (Dempsey, 1990, Biochim. Biophys. Acta 1031:143-161; Werkmeister *et
al.*, 1993, Biochim. Biophys. Acta 1157:50-54, 1993). On the basis of the amphipathic alpha-
helical structure of melittin, simpler sequences have been designed that have similar or
30      greater cytolytic activity (Cornut *et al.*, 1994, FEBS Lett. 349:29-33; Castano *et al.*, 1999,
Biochim. Biophys. Acta 1416:161-175). This is the case of alpha-helices made only of
alternating lysine and leucine residues (5 to 22-mers; $K_iL_j$, j = 2i). A length of 15 residues

26

CA1 - 247211.1

seems to be optimal in the experimental conditions used *in vitro* in the absence of serum (Lys-Leu-Leu-Lys-Leu-Leu-Leu-Lys-Leu-Leu-Leu-Lys-Leu-Leu-Lys). Furthermore, blocking the *N*-terminal alpha-amino group has been shown to improve efficacy of the peptide.

A similar sequence made of D-lysine and D-leucine residues (LK15) forms an amphipathic alpha-helix with similar cytolytic properties. It has the advantage of resistance to the action of most mammalian peptidases found in body fluids, and is therefore much more stable *in vivo*.

The action of the lytic peptide on tumor cell membranes could overcome drug resistance directly (lysis), by enabling a cytotoxic drug to enter cells to a greater extent, or by disrupting metabolic processes involved in the resistance mechanism.

Due to their intrinsic cytolytic activity, naked lytic peptides active on mammalian cells are inherently toxic. They must be targeted specifically to tumor cells in the form of prodrugs.

In a preferred embodiment, the prodrug comprises the lytic peptide LK15 linked to the masking moiety PEG *via* the tetrapeptide linking moiety Ala-Leu-Ala-Leu. The lytic peptide is derivatized only on those reactive groups that can tolerate leucyl-derivatization without significant loss of lytic activity.

### 5.6.3  Intracellularly active prodrugs

In another preferred embodiment, the biologically active entity is a construct comprising an intracellularly active entity linked to a transport peptide. The intracellularly active entity is cytotoxic or cytostatic toward cells and exerts its cytotoxic or cytostatic activity within the cell. Prodrug compounds comprising intracellularly active entities are illustrated by Formula (II):

$$(II) \qquad (M - L^1)_p - TP - (L^2 - A)_m$$

wherein M and $L^1$ are as defined in Formula (I) above, TP is a transport peptide, $L^2$ is an optional intracellularly labile cleavage site, A is an intracellularly active biologically active agent, m is an integer from 1 up to (k - 1) and p is an integer from 1 up to (k - m), where k is an integer equal to the total number of reactive groups of TP.

Suitable intracellularly active entities include intracellularly active small molecules, peptides, proteins, nucleic acids or analogs thereof. These entities may or may not

27

be able to penetrate the cells by themselves. For example, suitable intracellularly active entities include small molecules capable of penetrating cells such as anthracyclines, doxorubicin, daunorubicin, folic acid derivatives, vinca alkaloids, calicheamycin, mitoxantrone, cytosine arabinoside, adenosine arabinoside, fludarabine phosphate, melphalan,

5      bleomycin, mitomycin, L-canavanine, taxoids, camptothecins, proteasome inhibitors, farnesyl-protein transferase inhibitors, epothilones, maytansinoids, discodermolide, platinum derivatives, duocarmycins, combretastatin and epipodophyllotoxins. Intracellularly active entities also include larger molecules that are unable to penetrate cells or inefficiently penetrate cells such as antisense nucleic acids including antisense RNA and DNA, ribozymes,

10     DNA, cDNA, genes, proteins and polypeptides.

The transport peptide portion of the construct enables, facilitates or enhances transport of the intracellularly active entity into the target cell and/or nuclear translocation of the entity. The action of any biologically active entity, including intracellularly active biologically active entities can potentially be improved by formulation as a prodrug with a transport peptide construct. For instance, formulation of an intracellularly active biologically

15     active entity, such as doxorubicin, as a prodrug with a transport peptide construct may not only improve the uptake of the entity, it may also allow delivery of the entity to the nucleus of the cell. Improved nuclear delivery of the entity that is active in the nucleus would increase its efficiency of action and would allow reduced resistance to the entity.

Four distinct types of peptides have been recently characterized that have the

20     unusual property of being transported into the cell and/or into the nucleus, and to carry with them, complexed or conjugated peptides, proteins, nucleic acids, as well as small molecules. Three of these types of peptides, the Antennapedia homeodomain-derived peptide, the HIV Tat transactivation protein-derived peptide, and 9-mers of arginine enter cells by translocating

25     through the plasma membrane without disrupting it. They enter cells at 4°C as well as at physiological temperature, and their uptake is not receptor-dependent. After crossing the cell membrane they reach the cytoplasm and can be conveyed to the nucleus (PCT Application No. WO98/52614; Derossi *et al.*, 1996, J. Biol. Chem. 271:18188-18193; Vives *et al.*, 1997, J. Biol. Chem. 272:16010-16017).

30     The Antennapedia peptide is a 16-amino acid polypeptide (Lys-Lys-Trp-Lys-Met-Arg-Arg-Asn-Gln-Phe-Trp-Val-Lys-Val-Gln-Arg-Gly) corresponding to the third helix of the DNA-binding homeodomain of Antennapedia, a *Drosophila* transcription factor (Derossi *et al.*, 1994, J. Biol. Chem. 269:10444-10450). The translocation process seems to

28

be based on the establishment of direct interactions between the positively charged peptide and the negatively charged membrane phospholipids followed by the induction of inverted micelles. The hydrophilic cavity of the micelles accommodates the peptide that can subsequently be released in the cytoplasmic compartment (Derossi *et al.*, 1996, *supra*). This peptide has been used *in vitro* to carry intracellularly into cancer cells a CDK inhibitor and a p53-derived peptide (Bonfanti *et al.*, 1997, Cancer Res. 57:1442-1446; Kim *et al.*, 1999, J. Biol. Chem. 274:34924-34931).

Tat is a 86-amino acid protein involved in the replication of HIV-1. Exogenous Tat protein translocates through the plasma membrane and reaches the cell nucleus. This translocation activity has been assigned to a cluster of basic amino acids, and short peptides including this cluster can translocate through the plasma membrane as well, and convey proteins to the nucleus. One example of such a short and very effective peptide is Gly-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-Pro-Pro-Gln-Cys. Translocation also occurs at 4°C and does not involve endocytosis or recognition by a membrane receptor. The mode of translocation seems to be similar to that of the Antennapedia peptide and involves the interaction of the basic amino acids with the negatively charged phospholipids of the cell membrane (Vives *et al.*, 1997, *supra*).

Polypeptides consisting of 6 to 25 residues, at least 50% of which contain a guanidino or an amino moiety, are also able to translocate across cell membranes compounds such as small organic molecules, peptides, proteins and nucleic acids at 4°C as well as at physiological temperature. Particularly, peptides consisting of 9 contiguous arginine residues were shown to very efficiently translocate into every cell type tested antisense peptide nucleic acids, ovalbumin, antibodies, diverse peptides, cyclosporin and taxol. The precise mechanism of translocation is still unknown (PCT Application No. WO98/52614).

The fourth class of peptides (from 3 to 30 amino acid residues in length) are derived from the CDR regions of polyreactive anti-DNA antibodies occurring naturally or pathologically in mice and humans. An example of a 30 amino acid transport peptide derived from an anti-DNA antibody is Val-Ala-Tyr-Ile-Ser-Arg-Gly-Gly-Val-Ser-Thr-Tyr-Tyr-Ser-Asp-Thr-Val-Lys-Gly-Arg-Phe-Thr-Arg-Gln-Lys-Tyr-Asn-Lys-Arg-Ala. These peptides do not penetrate cells at 4°C and are likely taken up by endocytosis (Avraméas *et al.*, 1998, Proc. Natl. Acad. Sci. USA 95:5601-5606; PCT Application No. WO99/07414). By a still unidentified mechanism, the peptides are translocated to the cytoplasm and nucleus. They can also convey proteins, enzymes and nucleic acids to the nucleus.

29

Versions of these transport peptides made partly or entirely of D-amino acids can also be used. *In vivo*, they will have the advantage of a much improved stability.

In this embodiment a masking moiety can be any moiety that inhibits the biological activity of the intracellularly active entity by preventing the translocation of the transport peptide-intracellularly active entity construct across cell membranes, and that prevents the non-specific *in vivo* degradation of the optional linking moiety. When the prodrug is in the environment of a healthy cell that displays little or none of the conditions that are capable of cleaving the masking moiety and/or the linking moiety, the masking moiety prevents non-selective entry of the intracellularly active entity into the healthy cell. The toxicity of the prodrug is thereby reduced. In the environment of a tumor or target cell, the masking and/or the linking moiety is cleaved liberating the construct. The transport peptide portion of the construct carries the intracellularly active entity into the cell where the entity can exert its activity on the tumor or target cell.

The construct can optionally comprise a cleavage site between the transport peptide and the intracellularly active entity. The cleavage site must be susceptible to cleavage within a cell and resistant to cleavage in the extracellular milieu or in the serum. The cleavage site can itself be resistant to extracellular cleavage, or the cleavage site can be resistant to extracellular cleavage when the construct is formulated as a prodrug. Because selective cleavage of the linking moiety of the prodrug provides selective activation of the construct at or near target cells, the cleavage site need not be selectively cleavable at or near target cells. However, the cleavage site can be optionally susceptible to selective cleavage within a target cell to impart even better activity and even greater target cell selectivity to the prodrugs of this embodiment. Suitable cleavage sites include peptide sequences that are stable in the extracellular environment and susceptible to protease cleavage within a cell. For instance, suitable protease-sensitive peptide sequences include but are not restricted to Arg-Xaa-(Lys/Arg)-Arg or other furin substrates (Nakayama, 1997, Biochem. J. 327:625-635), Asp-Glu-Val-Asp-Ala-Pro-Lys or other caspase substrates (Enari H. *et al.*, 1996, Nature 380:723-726) and Leu-Leu-Val-Tyr or other proteasome substrates (Rock *et al.*, 1994, Cell 78:761-771).

CA1 - 247211.1

### 5.6.3.1 Masked derivatives of a transport peptide

In an embodiment of the invention, a transport peptide is selectively masked with a masking moiety *via* a linking moiety. The masking moiety, alone or together with the linking moiety, prevents intracellular transport of the transport peptide. When the linking moiety is selectively cleaved, the active transport peptide is liberated. The transport peptide can then carry a biologically active entity with it into a cell and/or into the nucleus of the cell. The linking moiety can be any of the linking moieties discussed *supra*, and the masking moiety can be any of the masking moieties discussed *supra*. The linking moiety can be linked to any reactive group of the transport peptide that can tolerate leucyl derivatization without significant or complete loss of transport activity. Preferred masking moieties include succinylated PEG and preferred linking moieties include the tetrapeptide Ala-Leu-Ala-Leu.

These transport peptides have the unusual property of being transported intracellularly and into the nucleus. They are able to carry with them complexed or conjugated peptides, proteins, nucleic acids, and small molecules. However, the transport peptides are transported into a broad range of cell types, including most if not all normal cells. A transport peptide construct comprising a cytotoxic or cytostatic entities therefore suffers severe toxicity problems.

Selective delivery of a transport peptide construct to target cells that would spare normal cells, thereby minimizing toxicity, is particularly desirable. In order to develop cancer cell-selective vectors, the transport peptide construct is formulated as a prodrug according to the present invention. The transport activity of the peptide is reversibly blocked, for instance, by conjugation to a masking moiety *via* the linking tetrapeptide Ala-Leu-Ala-Leu. The activity is blocked due to conjugation on or close to specific, essential positively charged side chains of the transport peptides. The linking tetrapeptide is cleavable by peptidases released selectively in the extracellular environment of target cells. For example, modification of the transport peptide with PEG masks the transport activity of the peptide and also increases the solubility and half-life of the prodrug.

Since selective cleavage of the prodrug liberates a leucine derivative of the transport peptide, residues of the transport peptide that can be derivatized with minimal loss of transport activity are identified. Reactive groups of the transport peptide are first derivatized with leucine residues to determine appropriate sites for derivatization with a linking moiety and a masking moiety. Appropriate reactive groups of the transport peptide

31

CA1 - 247211.1

include any reactive group that can tolerate derivatization with a leucine residue without significant loss of transport activity.

An exemplary prodrug according to this embodiment of the present invention comprises doxorubicin linked to a derivatized transport peptide. The transport peptide can be derivatized with the masking moiety PEG *via* the linking tetrapeptide Ala-Leu-Ala-Leu at the appropriate reactive groups of the transport peptide determined as described above.

### 5.6.3.2 Pro-apoptotic protein - carrier peptide prodrug

In this embodiment of the present invention, a prodrug selectively transports an intracellularly active, pro-apoptotic protein into target cells *in vivo*. A pro-apoptotic protein is formulated in a prodrug as a construct comprising the pro-apoptotic protein and a transport peptide. The transport peptide facilitates entry of the pro-apoptotic protein into the cell. The transport peptide is chosen from those described above. The transport peptide can be linked to any reactive group of the pro-apoptotic protein, and preferred reactive groups include the free amino group at the amino terminus of the protein and free ε amino groups of lysine side chains of the protein. A preferred apoptotic protein in this embodiment of the invention is Granzyme B.

The masking moiety can be any masking moiety described above that, alone or together with the linking moiety, prevents the transport activity of the peptide and that prevents the non-specific cleavage of the linking moiety. The linking moiety can be any linking moiety described *supra*. Preferred masking moieties include PEG, preferred linking moieties include the tetrapeptide Ala-Leu-Ala-Leu. When the prodrug is in the environment of a target cell, the linking moiety is cleaved liberating an active leucyl derivative of the active transport peptide. The transport peptide carries with it the pro-apoptotic protein into the cell. The transport peptide can be linked to the protein *via* an optional cleavage site susceptible to cleavage within the cell. If so, the cleavage site can be cleaved within the cell liberating the intact, active pro-apoptotic protein within the target cell.

Granzyme B, a single-chain serine protease of about 28.5 kDa, was first demonstrated to play a crucial role in the initiation of apoptosis induced by killer lymphocytes. This killing effect results from the synergistic effect of perforin, a membranolytic protein and the serine protease granzyme B (Blink *et al.*, 1999, Immunol. Cell Biol. 77:206-215; Trapani *et al.*, 1998, J. Biol. Chem. 273:27934-27938). Perforin allows granzyme B to reach the cytoplasm and the nucleus of cells by inducing the formation of

transmembrane pores that constitute a passage for the enzyme. Granzyme B then induces apoptosis by starting pre-existing death pathways through the enzymatic cleavage and activation of pro-caspases, and also by directly cleaving nuclear substrates such as DNA-PK and poly-ADP ribose polymerase (Frœlich *et al.*, 1996, Biochem. Biophys. Res. Commun. 227:658-665; Yang *et al.*, 1998, J. Biol. Chem. 273:34278-34283). In the prodrug, the transport peptide potentially plays the role of perforin by allowing granzyme B to enter the cell and to induce apoptosis.

Preferred prodrugs of this embodiment of the present invention comprise granzyme B linked to the PEG-Ala-Leu-Ala-Leu derivative of the transport peptide, described above, *via* an amide bond from the carboxy terminus of granzyme B to the amino terminus of the derivatized transport peptide. The granzyme B prodrug can be administered alone or in combination with doxorubicin or any doxorubicin prodrug described above.

### 5.7    Dual prodrug compounds

In important embodiments of the invention, the prodrug compounds are dual prodrugs. A dual prodrug compound can deliver two or more entities to target cells. In dual prodrugs, the biologically active entity is a cytostatic or cytotoxic entity as described in detail above. In addition, the masking moiety of the dual prodrug also has biological activity.

The masking moiety can be biologically active intracellularly or extracellularly so long as the masking moiety, alone or together with the linking moiety, prevents the activity of the biologically active entity, is inactive prior to its release from the prodrug, and prevents the *in vivo* degradation of the prodrug. Suitable masking moieties can be selected from the extracellular and intracellular biologically active entities discussed in detail herein. Suitable masking moieties also include small molecule therapeutic entities. For instance, suitable masking moieties can be selected from anthracyclines, doxorubicin, daunorubicin, folic acid derivatives, vinca alkaloids, calicheamycin, mitoxantrone, cytosine arabinoside, adenosine arabinoside, fludarabine phosphate, melphalan, bleomycin, mitomycin, L-canavanine, taxoids, camptothecin, proteasome inhibitor, farnesyl transferase inhibitor, epothilones, maytansinoids, discodermolide, platinum derivatives, duocarmycins, combrestastatin and epipodophyllotoxins.

Dual prodrugs of the present invention include any pair of entities that have a biological activity and a therapeutic effect on a tumor or target cell. For instance, a dual prodrug can comprise two biologically active polypeptides, two biologically active small

33

CA1 - 247211.1

molecules, two extracellularly active biologically active entities, a biologically active
polypeptide and a biologically active small molecule, and other pairs of biologically active
entities apparent to one of skill in the art. Particularly useful prodrugs of the present
invention are those that comprise a pair of entities that act in concert at a target cell. For
instance, one of the entities can be a ligand for a cell surface receptor that facilitates transport
of the other entity when bound to the receptor. In another useful pair, one entity can alter the
permeability of the cell membrane to facilitate transport of the other entity. In a third pair, a
small molecule and a polypeptide can have synergistic effects on the same target cell.

The masking moiety and biologically active entities may be linked to the
linking moiety as previously described (see, e.g., FIG. 3B, FIG. 3C, and FIG. 3D). If neither
the biologically active entity nor the masking moiety retains sufficient activity following
cleavage when linked to the amino terminus of the linking moiety, they must both be linked
to the linking moiety via carboxyl groups. This can be conveniently achieved using a "dual
polarity" linking moiety as illustrated in FIG. 3E.

Referring to FIG. 3E, dual polarity linking moiety 58 is linked to two
biologically active entities 38 to yield dual prodrug 52. Dual polarity linking moiety 58
comprises three segments: a first segment 53, a second segment 55 and a third segment 57.
Segments 53 and 57 are each linking moieties as described herein, and may be the same or
different. Linking moiety segments 53 and 57 are linked together via second segment 55 at
their amino termini. Thus, second segment 53 is typically a spacer or an adaptor moiety
having two reactive groups capable of forming a covalent linkage with an amino group, such
as a dicarboxylic acid (e.g., citraconyl, dimethylmaleyl, glutaryl, succinyl and diglycolyl).
When placed in the vicinity of a target cell, dual prodrug 52 is cleaved to release 2 moles of
released biologically active entity 39 for every mole of dual prodrug 52. Of course, dual
prodrug 52 may optionally include spacing moieties intervening one or both biologically
active moieties, as previously described.

In the dual prodrug 52 illustrated in FIG. 3E, linking segments 53 and 55 are
identical, as are biologically active entities 38. However, those of skill in the art will
recognize that they need not be. Linking segments 53 and 55 and biologically active entities
38 may each be, independently of one another, the same or different.

In certain dual prodrug embodiments of the invention, one of the biologically
active entities is the small molecule active entity doxorubicin. Doxorubicin can be linked to
any of the biologically active agents discussed supra. For instance, in one embodiment a dual

34

CA1 - 247211.1

prodrug delivers the two antineoplastic entities, TNFα and doxorubicin. In two other dual prodrug embodiments, doxorubicin can be linked to the IGF-1 antagonist described *supra* or to the lytic peptide LK15 described *supra*. One doxorubicin molecule can even be linked to another doxorubicin molecule via one of the linking moieties of the present invention to form a selective prodrug.

### 5.7.1   Dual prodrugs comprising TNFα

Preferred dual prodrugs comprise pairs of biologically active agents that act in concert with each other. For instance, the cytotoxic effect of TNFα on many tumor cell lines is enhanced by other cytokines and antitumor drugs. For instance, IFN-γ, IFN-α and IL-1 have been shown to enhance the cytotoxic effects of TNFα or to abrogate the cellular resistance to TNFα. There is convincing evidence that there is a synergy between TNFα and topoisomerase-targeted drugs such as doxorubicin, VM-26, etoposide, teniposide and daunorubicin. This synergy is related to a rapid increase in specific activity of topoisomerase I and II resulting in enhanced DNA strand breaks and cleavage complexes (Kreuser *et al.*, 1995, Recent Results Cancer Res. 139:371-382). Doxorubicin can also suppress the resistance of tumor cells to TNFα, due to endogenous TNFα, provided it is administered before or during the treatment with TNFα (Borsellino *et al.*, 1995, Anticancer Res. 14:2643-2648; Watanabe *et al.*; 1995, Jpn. J. Cancer Res. 86:395-399).

TNFα has been shown to act synergistically with classical anticancer entities, and particularly anthracyclines, a dual prodrug comprising TNF and doxorubicin is prepared. Doxorubicin can be linked to the carboxy terminal end of a peptide linking moiety, and TNFα can be linked to the amino terminal end of the linking moiety via a dicarboxylic acid spacer. Activation of the prodrug in the vicinity of a target cell liberates leucyl-doxorubicin and TNFα modified with a portion of the linking moiety.

In one embodiment of the invention, the biologically active entity doxorubicin is linked to the tetrapeptide linking moiety Ala-Leu-Ala-Leu as described (U.S. Patent No. 5,962,216) to yield Ala-Leu-Ala-Leu-Dox. A TNFα dual prodrug is prepared by linking Ala-Leu-Ala-Leu-Dox to a leucyl-derivative of TNFα *via* a methylmaleyl adaptor moiety.

CA1 - 247211.1

### 5.7.2   Dual thrombospondin-1 derivative prodrug

In other embodiments, doxorubicin can be linked to the thrombospondin-1-derived peptides, discussed *supra*, to generate potent dual prodrugs.

Since synergies have frequently been observed between antiangiogenic compounds and cytotoxic anticancer entities (Teicher *et al.*, 1992, Cancer Res. 52:6702-6704), a combination of such a peptide and an anthracycline in the form of a dual prodrug could enhance the anti-tumor effect of each one of the two entities. It could also obviously help to overcome drug resistance problems.

In one embodiment of the invention, dual prodrugs are prepared by linking Ala-Leu-Ala-Leu-Dox to the carboxy terminus or to amino acid side chains of peptide derivatives of TSP-1. The biologically active entities of this embodiment of the present invention comprise peptides derived from consensus sequences from the primary structure of TSP-1. In particular, the reverse sequences of D-amino acids derived from a type-I repeat of amino acids of TSP-1, which have antiproliferative and antiangiogenic properties (Dawson, *et al.*, 1999, *supra*), are particularly useful biologically active entities in this embodiment of the present invention.

### 5.7.3   Dual substance P antagonist prodrug

In further embodiments of the invention, dual prodrugs can be prepared by linking doxorubicin to a substance P antagonist.

Recent results have indicated that the use of substance P antagonists in combination with chemotherapeutic entities may provide a way to overcome drug resistance in lung cancer (Chan and Geraci, 1998, *supra*). Conjugating anticancer entities to antagonists of substance P growth factors provides an efficient approach for the development of potent drugs against small cell lung carcinoma and non-small cell lung carcinoma.

A dual prodrug according to this embodiment of the present invention comprises the potent substance P antagonist with the sequence D-Arg-Pro-Lys-Pro-D-Trp-Gln-D-Trp-Phe-D-Trp-Leu-Leu-NH$_2$ ("SPD"). Ala-Leu-Ala-Leu-Dox can be linked to the amino terminus of SPD *via* a dicarboxylic methylmaleyl moiety.

36

CAI - 247211.1

### 5.8     Methods of making prodrug compounds

The prodrug compounds can be prepared according to standard synthetic or recombinant techniques known to those of skill in the art. For instance, peptide linking moieties can be synthesized by conventional solid phase or solution phase peptide chemistry. Biologically active entities and masking moieties can be obtained from commercial sources or from other well-known methods such as purification from natural sources, recombinant expression and other techniques. Dual polarity linkers and spacer moieties can be synthesized or obtained from commercial sources or from other well-known methods.

Typically, the prodrugs are prepared synthetically by condensing the masking moiety and biologically active entity with the linking moiety. Well known protecting groups can be used advantageously in the preparation of prodrug compounds. For example, a prodrug compound of the present invention can be prepared according to the scheme presented in FIG. 4A. The free amino group of linking moiety 30 is first protected with a standard protecting group such as Fmoc to yield Fmoc-protected compound 70. A covalent bond is then formed by condensing a reactive group of Fmoc-protected 70 with a complementary reactive group of biologically active entity 38 to form the Fmoc-protected complex 72. Deprotection of the complex 72 yields compound 74. Subsequent condensation with a complementary reactive group of masking moiety 34 forms the prodrug compound 76. One of skill in the art will recognize that this general scheme can be adapted for virtually any prodrug. For instance, the masking moiety can be linked to the linking moiety prior to reaction with the biologically active agent. Moreover, a plurality of Fmoc-protected complexes 72 may be condensed with a single biologically active entity 38 by routine adjustment of their molar ratios.

In FIG. 4B, an exemplary prodrug composition of the invention 40 is constructed by coupling an activated form of masking moiety 34 including a reactive carboxy group to the amino terminus of linking moiety 30 to yield compound 36. Compound 36 is linked to a biologically active entity 38 which includes a reactive amine group to yield prodrug 40. In the vicinity of target cells, prodrug 40 is specifically cleaved to yield Compound 35 and released biologically active entity 39. Released biologically active entity 39 includes the C-terminal leucine residue from linking moiety 30. To control the reaction, the protecting strategy of FIG. 4A may be used.

FIG. 4C illustrates the preparation of a prodrug of the invention which comprises a spacing moiety. Compound 36, which comprises masking moiety 34 linked to

37

CAI-247211.1

linking moiety **30**, is coupled with spacing moiety **42** to yield compound **44**. Compound **44** is then coupled with biologically active entity **38** to yield a prodrug compound wherein the biologically active entity **38** is separated from linking moiety **30** by spacing moiety **42**. Activation of the prodrug in the vicinity of a target cell liberates compound **48** comprising

5     biologically active entity **38**, spacing moiety **42** and a leucine residue. Again, the synthesis may be controlled by employing a protection scheme analogous to that illustrated in FIG. 4A.

      The preparation of a dual prodrug is illustrated in FIG. 4D. Compound **58** comprises two linking moieties **53** and **57** linked in reverse polarity by dual polarity linking moiety **55**. Significantly, compound **58** has two free carboxyl groups for linking to the other

10   moieties of the prodrug. Two molecules of biologically active entity **38** are coupled to the free carboxyl groups of compound **58** to yield dual prodrug **52**. Cleavage of dual prodrug **52** in the vicinity of target cells liberates two molecules of released biologically active entity **39**. Both molecules of released biological entity **39** comprise biologically active agent **38** derivatized with a leucine residue.

15       If the linking moiety is a peptide and the biologically active entity is a polypeptide and a terminus of the linking moiety is linked to a complementary terminus of the biologically active entity *via* an amide bond, the prodrug, or a portion thereof, can conveniently be prepared by recombinant synthesis. A nucleic acid coding for the amino acid sequence of the linking moiety and the biologically active agent can be prepared and used to

20   express the covalent linking moiety - biologically active agent complex by standard techniques (see, *e.g.*, Ausubel *et al.*, 1987, Current Protocols in Molecular Biology, John Wiley & Sons, Inc., New York). The masking moiety can then be linked, for instance, to the amino terminus of the linking moiety by standard solution phase peptide chemistry. If the masking moiety is also a peptide or polypeptide and a terminus of the masking moiety is also

25   linked to a complementary terminus of the linking moiety *via* an amide bond, the entire prodrug can conveniently be prepared by recombinant synthetic techniques. The nucleic acid expressing the prodrug should encode the amino acid sequences of the masking moiety, the linking moiety and the biologically active entity in tandem. Prodrugs produced by recombinant synthesis can be expressed in any eukaryotic or prokaryotic system in which the

30   linking moiety is not cleaved by proteases, peptidases or other factors.

38

CA1 - 247211.1

**5.9    Formulation, administration and dosages**

**5.9.1    Compositions and administration**

The prodrugs of the invention can be used in a wide variety of applications to inhibit or prevent the growth of a tumor or target cell. For example, the prodrugs can be used to treat or prevent diseases related to tumor cell growth in humans and animals.

When used to treat or prevent cancer or diseases related thereto, the prodrugs of the invention can be administered or applied singly, as mixtures of prodrugs, in combination with other antineoplastic entities or in combination with other pharmaceutically active entities. A prodrug can be administered as the prodrug *per se* or may be in admixture with a variety of carriers, diluents or excipients as are well known in the art.

Pharmaceutical compositions comprising the prodrugs of the invention may be manufactured by means of conventional mixing, dissolving, levigating, emulsifying, encapsulating, entrapping or lyophilizing processes. Pharmaceutical compositions may be formulated in conventional manner using one or more physiologically acceptable carriers, diluents, excipients or auxiliaries which facilitate processing of the active peptides into preparations which can be used pharmaceutically. Proper formulation is dependent upon the route of administration chosen.

Systemic formulations include those designed for administration by injection, *e.g.* subcutaneous, intravenous, intramuscular, intrathecal or intraperitoneal injection.

For injection, the prodrugs of the invention may be formulated in aqueous solutions, preferably in physiologically compatible buffers such as Hanks's solution, Ringer's solution, or physiological saline buffer. The solution may contain formulatory entities such as suspending, stabilizing and/or dispersing entities.

Alternatively, the prodrug may be in powder form for constitution with a suitable vehicle, *e.g.*, sterile pyrogen-free water, before use.

In addition to the formulations described previously, the compounds may also be formulated as a depot preparation. Such long acting formulations may be administered by implantation (for example subcutaneously or intramuscularly) or by intramuscular injection. Thus, for example, the compounds may be formulated with suitable polymeric or hydrophobic materials (for example as an emulsion in an acceptable oil) or ion exchange resins, or as sparingly soluble derivatives, for example, as a sparingly soluble salt.

Alternatively, other pharmaceutical delivery systems may be employed. Liposomes and emulsions are well known examples of delivery vehicles that may be used to

39                                                    CA1 - 247211.1

deliver peptides of the invention. Certain organic solvents such as dimethylsulfoxide also may be employed, although usually at the cost of greater toxicity. Additionally, the compounds may be delivered using a sustained-release system, such as semipermeable matrices of solid polymers containing the therapeutic entity. Various of sustained-release materials have been established and are well known by those skilled in the art. Sustained-release capsules may, depending on their chemical nature, release the compounds for a few weeks up to over 100 days. Depending on the chemical nature and the biological stability of the therapeutic reagent, additional strategies for protein stabilization may be employed.

As the prodrugs of the invention may contain charged side chains, they may be included in any of the above-described formulations as the free bases or as pharmaceutically acceptable salts. Pharmaceutically acceptable salts are those salts which substantially retain the activity of the free bases and which are prepared by reaction with inorganic acids. Pharmaceutical salts tend to be more soluble in aqueous and other protic solvents than are the corresponding free base forms.

### 5.9.2  Effective Dosages

The prodrugs of the invention, or compositions thereof, will generally be used in an amount effective to achieve the intended purpose. Of course, it is to be understood that the amount used will depend on the particular application.

For example, for use as a antineoplastic entity, an therapeutically effective amount of a prodrug, or composition thereof, is applied or administered to an animal or human in need thereof. By therapeutically effective amount is meant an amount of peptide or composition that inhibits the growth of, or is lethal to, a target cell. The actual therapeutically effective amount will depend on a particular application. An ordinarily skilled artisan will be able to determine therapeutically effective amounts of particular prodrugs for particular applications without undue experimentation using, for example, the *in vitro* assays provided in the examples.

For use to treat or prevent tumor or target cell growth or diseases related thereto, the prodrugs of the invention, or compositions thereof, are administered or applied in a therapeutically effective amount. By therapeutically effective amount is meant an amount effective to ameliorate the symptoms of, or ameliorate, treat or prevent tumor or target cell growth or diseases related thereto. Determination of a therapeutically effective amount is

40

CA1 - 247211.1

well within the capabilities of those skilled in the art, especially in light of the detailed disclosure provided herein.

For systemic administration, a therapeutically effective dose can be estimated initially from *in vitro* assays. For example, a dose can be formulated in animal models to achieve a circulating prodrug concentration range that includes the $I_{50}$ as determined in cell culture (*i.e.*, the concentration of test compound that is lethal to 50% of a cell culture), the MIC, as determined in cell culture (*i.e.*, the minimal inhibitory concentration for growth) or the $I_{100}$ as determined in cell culture (*i.e.*, the concentration of peptide that is lethal to 100% of a cell culture). Such information can be used to more accurately determine useful doses in humans.

Initial dosages can also be estimated from *in vivo* data, *e.g.*, animal models, using techniques that are well known in the art. One having ordinary skill in the art could readily optimize administration to humans based on animal data.

The amount of prodrug administered will, of course, be dependent on the subject being treated, on the subject's weight, the severity of the affliction, the manner of administration and the judgment of the prescribing physician.

The antitumoral therapy may be repeated intermittently. The therapy may be provided alone or in combination with other drugs, such as for example other antineoplastic entities or other pharmaceutically effective entities.

### 5.9.3  Toxicity

Preferably, a therapeutically effective dose of the prodrugs described herein will provide therapeutic benefit without causing substantial toxicity.

Toxicity of the prodrugs described herein can be determined by standard pharmaceutical procedures in cell cultures or experimental animals, *e.g.*, by determining the $LD_{50}$ (the dose lethal to 50% of the population) or the $LD_{100}$ (the dose lethal to 100% of the population). The dose ratio between toxic and therapeutic effect is the therapeutic index. Compounds which exhibit high therapeutic indices are preferred. The data obtained from these cell culture assays and animal studies can be used in formulating a dosage range that is not toxic for use in human. The dosage of the prodrugs described herein lies preferably within a range of circulating concentrations that include the effective dose with little or no toxicity. The dosage may vary within this range depending upon the dosage form employed and the route of administration utilized. The exact formulation, route of administration and

41

CA1 - 247211.1

dosage can be chosen by the individual physician in view of the patient's condition. (*See, e.g.,* Fingl *et al.*, 1975, In: <u>The Pharmacological Basis of Therapeutics</u>, Ch.1, p.1).

## 6.  EXAMPLE 1:  Tumor Selective Prodrug of TNFα

In this example, we describe a prodrug formulation of TNFα.  To prepare the prodrug, the biologically active entity TNFα is linked to a plurality of polyethylene glycol masking moieties *via* tetrapeptide linking moieties.

The PEG moieties are linked to TNFα *via* the tetrapeptide linking moiety Ala-Leu-Ala-Leu.  The tetrapeptide linker Ala-Leu-Ala-Leu is selected because it is known to allow the generation of protein-drug conjugates that are resistant to blood peptidases (Trouet *et al.*, 1982, Proc. Natl. Acad. Sci. USA 79:626-629).

*Leucyl-derivatives of TNFα*

With a prodrug comprising an alanyl-leucyl-alanyl-leucyl linker, extracellular hydrolysis in the tumor environment liberates a leucyl-derivative of the biologically active entity.  To determine the appropriate stoichiometry for modification of TNFα, leucyl-derivatives are first prepared.  Leucine residues are linked covalently through peptide bonds between their carboxyl group and a terminal amino group or side chain amino group (*e.g.* lysine ε-amine) of TNFα.  The extent of modification is controlled by varying the ratio of reactive leucine molecules to TNFα.

The leucyl-derivatives of TNFα are prepared by acylation of free amino groups using the *N*-hydroxysuccinimide ester of acetol-leucine in an organic-aqueous medium.  Hydroxyalkylated-amino acid-activated esters have excellent reactivity and are particularly well adapted to the acylation of proteins (Hermanson, 1996, Bioconjugate Techniques. Academic Press, San Diego, New York; Geoghegan *et al.*, 1979, Biochemistry 18:5392-5399).  After deprotection of acetol-leucyl residues in mild conditions with NaIO₄, derivatives of TNFα are purified by size exclusion chromatography.  Their purity is assessed by gel electrophoresis.

The activities of TNFα and of the leucyl-derivatives of TNFα are compared in order to select the extent of modification that is used for the preparation of prodrugs.  A ratio leucine to PEG that preserves a significant amount of TNFα activity is selected as a basis for the TNFα prodrugs discussed below.

42

CAI - 247211.1

The activity of TNFα and its derivatives is determined using the classical assay as described (Creasey *et al.*, 1987, Cancer Res. 47:145-149). L929 murine fibroblasts are seeded and grown in 96-well microtiter plates. They are then exposed to actinomycin D (1 μg/ml) in the presence of increasing concentrations of TNFα or Leu$_x$-TNFα. After 24 hours of incubation at 37°C, cell lysis (lactate dehydrogenase [LDH] release assay) and viability (transformation of WST-1 by viable cells in a soluble formazan salt) are determined.

Receptor binding assays are also performed using HEp-2 cells (human epidermoid carcinoma cell line expressing mainly the 55 kDa TNFα receptor) to determine how the modifications influence receptor binding. Cells are exposed to [$^{125}$I]-TNFα and increasing concentrations of TNFα or Leu$_x$-TNFα at 4°C. After several washes cell-associated radioactivity is quantified. HL60 cells (human promyelocytic leukemia cell line expressing mainly the 75 kDa receptor) are used similarly (Kuroda *et al.*, 1995, Int. J. Cancer 63:152-157).

*TNFα prodrugs*

TNFα is conjugated to one or more PEG molecules *via* the selected linker tetrapeptide attached through the *C*-terminal leucine of the tetrapeptide to primary amino groups of TNFα. The PEG-linker moieties are conjugated to a TNFα at an appropriate ratio as determined by the activity assays of the leucyl derivatives of TNFα discussed above. For instance, if leucyl-TNFα conjugates can tolerate modification of up to 56% of its amino groups while retaining significant activity, then the PEG-linker moieties are linked to TNFα at a molar ratio sufficient to modify 56% of the amino groups of TNFα. The optimum molecular weight of the PEG [H(OCH$_2$-CH$_2$)$_n$OH] molecule is the lowest molecular weight that results in inactivation of the drugs with the conjugation level previously determined. PEG of molecular weight 1000, 4000, 8000, 10000 is available under its dialcohol form, while an ether form [H(OCH$_2$-CH$_2$)$_n$OMe] with a molecular weight of 5000 can also be found.

The synthesis of the amino-protected tetrapeptide R$^1$-Ala-Leu-Ala-Leu can be performed using a classical solid phase peptide synthesis approach (Merrifield, 1963, JACS 85:2149-2154). Different amino-protecting groups (R$^1$) can be used depending on the expected utilization of the peptide. If necessary, the protected tetrapeptide can be purified by semi-preparative HPLC.

CA1 - 247211.1

PEG can easily be coupled to a primary amine through a spacer or adaptor such as a succinate moiety. Succinylated PEG can be obtained commercially. Alternatively, well described and documented synthesis procedures are available from the literature (U.S. Patent No. 5,612,460; U.S. Patent No. 5,808,096). The PEGylated compounds can be

5      purified by size exclusion chromatography.

*Stability and activity of TNFα prodrug*

Stability in blood and reactivation by tumor-secreted peptidases can be rapidly assessed *in vitro*. First, receptor-binding assays are carried out with the conjugates of TNFα

10     to check inactivation as described, *supra*. Then, culture media conditioned by MCF-7/6 (breast carcinoma), LS-174-T (colon carcinoma), LNCaP (prostate carcinoma) and NCI-H209 (small-cell lung carcinoma), or other cell lines are used to check the reactivation of the conjugates by tumor-released peptidases. After incubation at 37°C for increasing time lags, the conjugates are analyzed by western immunoblotting or by an activity assay.

15     The prodrugs are then tested *in vivo* (acute toxicity/lethality studies and chemotherapeutic activity), both as single entities and in combination with other cytotoxic and/or cytostatic anticancer entities such as doxorubicin. OF-1 mice are used for lethality studies with the conjugates. Increasing doses of the conjugates or of the parent compound are administered by the *i.v.* route, and the $LD_{50}$ values are determined after 28 days. Single as

20     well as multiple injection protocols are considered.

For the chemotherapeutic evaluation of the conjugates, Balb/c *nu-nu* mice are implanted subcutaneously in both flanks with fragments of human tumors grown from the cell lines previously mentioned. Tumors are allowed to grow until they reach a mean diameter of at least 6 mm. Then, treatments consisting of saline, doxorubicin, the prodrug alone or the

25     prodrug in combination with doxorubicin, are administered as *i.v.* bolus injections. The animals are treated once a week for five consecutive weeks. Clinical signs, body weight and tumor growth are monitored for at least 60 days. Treatment efficacy is assessed based on tumor growth delays and on the ratio of tumor volumes in treated groups *versus* control animals.

30

44

7.    **EXAMPLE 2: Tumor-activated dual TNFα – doxorubicin prodrug**

   In this example, we present a dual prodrug that releases TNFα and the antineoplastic entity doxorubicin at target cells *in vivo*.

   First, -Mal-Leu-OH derivatives of TNFα are prepared. The amino terminus of leucine methyl ester (Leu-OMe) is modified with dimethylmaleic anhydride to yield dimethylmaleyl leucine (Mal-Leu-OMe). Free amino moieties of TNFα are then modified by forming amide bonds between free amino groups of TNFα and free carboxyl groups of -Mal-Leu-OMe. After enzymatic ester hydrolysis (Shin C. G., 1997, Bull. Chem. Soc. Jpn. 70, 1427-1434) of the Leu residues, the resulting -Mal-LeuOH TNFα derivatives are compared to native TNFα in terms of activity. The maximum number of free amino moieties of TNFα that can be modified with -Mal-LeuOH without significantly altering the activity is determined as discussed in Example 1, *supra*.

   Using the determined stoichiometry, TNFα is similarly modified with Mal-Leu-Ala-Leu-Ala-Leu-Dox in order to obtain the dual prodrug. The peptide-Dox conjugate is prepared according to U.S. Patent No. 5,962,216.

   Alternative dual prodrugs are also prepared by coupling leucine directly to the free carboxyl groups available in TNFα. TNFα has 5 aspartic acid and 9 glutamic acid residues.

   The TNFα derivatives are purified by size-exclusion chromatography, and the purity is determined by electrophoretic techniques.

   The activity and/or inactivity, stability and reactivation of the dual prodrugs is assayed as described in Example 1, *supra*. *In vivo* toxicity and activity of the dual prodrugs is also evaluated as described in Example 1, *supra*.

8.    **EXAMPLE 3: Tumor-activated IGF-1 antagonist prodrug**

   In this example, we demonstrate a prodrug comprising an oligopeptide antagonist of insulin-like growth factor-1 (IGF-1) linked to PEG *via* a tetrapeptide linking moiety.

   The selected IGF-1 antagonist is a cyclic dodecapeptide made of D-amino acids. It has the formula cyclo[H-D-Cys-D-Ser-D-Lys-D-Ala-D-Pro-D-Lys-D-Leu-D-Pro-D-Ala-D-Ala-D-Tyr-D-Cys-OH]. The peptide is cyclized *via* a disulfide bridge between the side chains of the two cysteine residues. It is synthesized by standard solid phase peptide synthesis techniques.

CAI - 247211.1

*Leucyl conjugates of the IGF-I antagonist*

Free amino groups of the IGF-1 antagonist are modified with leucine residues as described in Example 1, *supra*. Initially, only the terminal amino group of the IGF-1 antagonist is modified. If modification of the terminal amino group results in a significant loss of activity, then other reactive groups of IGF-1 are modified and assayed for retention of functional activity.

The conjugates are purified by semi-preparative reverse phase HPLC. The purity of the conjugates is determined by reverse phase HPLC-MS. The structural quality of the conjugates is verified by NMR and mass spectrometry.

The activities of the IGF-1 antagonist and its leucyl-derivative are compared in receptor binding and cell proliferation assays. MCF-7/6 human breast cancer cells are seeded and grown in serum-free medium. They are then incubated at 4°C with [$^{125}$I]-IGF-1 in the presence of increasing concentrations of IGF-1, the IGF-1 antagonist or its leucyl-derivative. After washes, cell-associated radioactivity is quantified.

MCF-7/6 cells are also used to compare the inhibitory effects of the IGF-1 antagonist and of its leucyl-derivative on IGF-1-induced proliferation. Cells are seeded in serum-free medium in the presence of 10 ng/ml IGF-1 and increasing concentrations of the IGF-1 antagonist or its leucyl-derivative. Cell proliferation is then estimated by the incorporation of [$^3$H]-thymidine into DNA.

*IGF-1 antagonist prodrug*

The IGF-1 antagonist is conjugated to one or more PEG molecules *via* the selected linker tetrapeptide attached through the C-terminal leucine of the tetrapeptide to primary amino groups the antagonist as described in Example 1.

Radiolabeled ($^{14}$C or $^3$H) amino acids are incorporated in a fraction of the prodrugs. The resulting radioactive conjugates are then used as tracers to allow sensitive detection of metabolites in the *in vitro* studies. All PEGylated compounds are purified by size exclusion chromatography.

The inactivation of the IGF-1 prodrug is tested using the activity assays described above for the leucyl derivatives of IGF-1. Blood stability and reactivation in tumor cells conditioned media is tested as described in Example 1 and additionally by HPLC analysis. Toxicity and chemotherapeutic activity studies are then performed with the prodrug

46

and with the prodrug in combination with doxorubicin. These studies are once again performed as described in Example 1 and additionally by HPLC.

### 8.    EXAMPLE 4: Tumor-activated lytic peptide prodrug

5        In this example, we describe a prodrug comprising a lytic peptide linked to a PEG masking moiety *via* a tetrapeptide linking moiety.

*Synthesis of the lytic peptide LK15 C:*

        The lytic peptide is composed exclusively of leucine and lysine residues, like those described as cytolytic in the literature (Castano *et al.*, 1999, *supra*). However, only D-amino acids are used to yield a relatively low sensitivity to proteolysis *in vivo*. A 15-mer (LK15) containing 10 D-leucine and 5 D-lysine residues with the structure H-D-Lys-D-Leu-D-Leu-D-Lys-D-Leu-D-Leu-D-Leu-D-Lys-D-Leu-D-Leu-D-Leu-D-Lys-D-Leu-D-Leu-D-Lys-OH is prepared according to standard solid phase peptide synthesis techniques using orthogonal protecting groups on the ε-amino groups of lysine side chains as necessary.

*Leucyl conjugates of the lytic peptide*

        Free amino groups of the lytic peptide are modified with leucine residues as described in Example 1, *supra*. Initially, the ε-amino group of each lysine side chain of the lytic peptide is modified. If necessary, the terminal amino group is also modified with leucine. The orthogonal protecting groups of the synthesis step are exploited to selectively modify specific amino groups.

        The conjugates are purified by semi-preparative reverse phase HPLC. The purity of the conjugates is determined by reverse phase HPLC-MS. The structural quality of the conjugates is verified by NMR and mass spectrometry.

        The activity of the lytic peptide and its derivatives are assessed in hemolytic assays as well as by quantifying LDH release from tumor cells. Erythrocytes are isolated from fresh human blood collected on citrate from healthy donors. Peptide dilutions are dispensed in 96-well plates before the addition of an erythrocyte suspension to each well. After a 30-minute incubation at 37°C and a centrifugation, the supernatants are transferred to new plates for $A_{414}$ determination. Blank (no hemolysis) values are obtained from unexposed cells and 100% hemolysis is determined from cells suspended in distilled water. To check if serum alters the lytic activity of the peptide by potential alterations of the monomer-polymer

47

equilibrium, the assay is also performed with various concentrations of human serum (10 to 100%).

The lytic activity is also determined on nucleated cancer cells. We assess lysis based on the extent of LDH release from cells exposed to increasing concentrations of LK15 or its leucyl-derivatives. MCF-7/6 cells are grown in 96-well plates and then exposed to increasing concentrations of the compounds to be tested for 1 hour at 37°C. Supernatants and the cell monolayers are separated and used for the determination of LDH activity. The percentage of total activity released in the culture medium is considered.

*Lytic peptide prodrug*

The lytic peptide is conjugated to one or more PEG molecules *via* the selected linker tetrapeptide attached through the C-terminal leucine of the tetrapeptide to primary amino groups of the lytic peptide as described in Example 1. The choice of primary amino groups and stoichiometry is determined by the activity results from the leucyl derivatives of the lytic peptide as discussed for TNFα in Example 1.

The inactivation of the lytic peptide prodrug is tested using the activity assays described above for the leucyl derivatives of lytic peptide. Blood stability and reactivation in tumor cells conditioned media is tested as described in Example 1 and additionally by HPLC analysis. Toxicity and chemotherapeutic activity studies are then performed with the prodrug and with the prodrug in combination doxorubicin. These studies are once again performed as described in Example 1 and additionally by HPLC.

9.    **EXAMPLE 5: Tumor-activated dual antiangiogenic peptide – doxorubicin prodrugs**

In this example, we describe a dual prodrug that releases doxorubicin and an antiangiogenic peptide at or near tumors *in vivo*.

Reverse sequences made of D-amino acids have been developed, derived from the second type-1 repeat of thrombospondin-1 (TSP-1). These peptides have antiproliferative and antiangiogenic properties (Dawson *et al.*, 1999, *supra*). Mal II, a 19-residue peptide is derived from the properdin-like repeat of TSP-1 and shown to possess potent antiangiogenic properties when any one of three L-amino acids are substituted by their D-enantiomers. *In vitro* and *in vivo* anti-angiogenic activities are achieved by low concentrations. The most interesting such peptide is D-Ile[15]-Mal II (Dawson *et al.*, 1999, *supra*). It is quite amenable to

48

CA1 - 247211.1

alterations since it can be shortened to as little as seven amino acids with no loss of activity, and the addition of an ethylamide end group to the 7-mer further increases its potency.

A heptapeptide derivative of D-Ile$^{15}$-Mal II with the structure Acetyl-Gly-Val-D-Ile-Thr-Arg-Ile-Arg is synthesized by standard solid phase peptide synthesis techniques. Also synthesized *via* standard techniques are an ethylamide-capped derivative of the heptaptide with the structure Acetyl-Gly-Val-D-Ile-Thr-Arg-Ile-Arg-NHEt and the D-heptapeptide D-Arg-D-Ile-D-Arg-D-Thr-D-Ile-D-Val-Gly derived from the heptapeptide.

The heptapeptide and the two derivatives are each first coupled to a leucine residue. For the capped heptapeptide, the leucine residue is coupled to the side chain of an Arg residue *via* a dimethylmaleyl dicarboxylic adaptor according to standard techniques. For both other peptides, the leucine residue is linked through its amino group to the carboxy terminus. The activity of the resulting peptides are compared to the activities of the corresponding native peptides. The activities of the compounds are assessed on endothelial cells such as the EAhy926 cell line (Edgell *et al.*, 1983, Proc. Natl. Acad. Sci. USA 80:3734-3737). After incubation with various concentrations of the compounds in the presence of vascular endothelium growth factor (VEGF), cell viability (WST-1 reagent) is determined as well as the effect on [$^3$H]-thymidine incorporation into DNA.

The three native heptapeptides are then each conjugated *via* standard synthetic techniques to Leu-Ala-Leu-Ala-Leu-Dox to produce the dual prodrugs. For the capped heptapeptide, the Leu-Ala-Leu-Ala-Leu-Dox construct is coupled to the side chain of an Arg residue *via* a dimethylmaleyl dicarboxylic spacer according to standard techniques. The quality of all compounds are determined by reverse phase HPLC(-MS). When necessary, semi-preparative HPLC is used for purification. The structures are confirmed by amino acid, NMR and MS analyses.

For each dual prodrug, its stability in whole human blood as well as its reactivation by tumor cells conditioned media are evaluated. The stability in blood and reactivation by conditioned media are studied as described above using HPLC and radiolabeled molecules (a dual prodrug containing a labeled amino acid in the antiangiogenic peptide portion is used as a tracer) to allow the detection of the angiogenic peptide and its derivatives. Fluorescence detection is used for the anthracycline and its derivatives.

For each dual prodrug, its *in vivo* toxicity is then evaluated as described in Example 1, *supra*. Its chemotherapeutic activity is then compared to that of Dox and of the corresponding native antiangiogenic peptide, alone or in combination.

CAI - 247211 1

10.     **EXAMPLE 6: Tumor-activated dual IGF-1 antagonist - doxorubicin prodrug**

In this example we describe a dual prodrug that releases doxorubicin and an IGF-1 antagonist at or near a tumor *in vivo*.

The IGF-1 antagonist described in Example 3, *supra*, is used to prepare a dual prodrug. For the dual prodrug, conjugation takes place at the carboxy-terminus of the antagonist rather than on its free N-terminal amino group.

Ideally, adding a tumor peptidase-sensitive peptide derivative of Dox to the carboxyl group of the relatively small antagonist prevents it from binding the IGF-1 receptor (through a steric hindrance phenomenon). If so, the dual conjugate is inactive, with no requirement for a further masking of the extracellularly-acting antagonist. If masking is required, the two lysine residues of the antagonist are modified with pH-sensitive, *e.g.* dimethylmaleyl, groups that are removed in the tumor environment.

A leucyl derivative of the IGF-1 antagonist is prepared by standard coupling at the C-terminus of the peptide utilizing suitable orthogonal protecting groups. If necessary, the disulfide bridge is recylized by standard techniques. The resulting C-terminal leucyl derivative of the IGF-1 antagonist is then coupled at its C-terminus with the N-terminus of Ala-Leu-Ala-Leu-Dox by standard techniques. It is believed that the resulting dual prodrug, when in the tumor microenvironment, yields the leucyl-derivatives of both Dox and the IGF-1 antagonist.

The leucyl-derivative and the prodrug are purified by semi-preparative reverse phase HPLC. The purity of the conjugates is determined by reverse phase HPLC-MS. The structural quality of the conjugates is verified by NMR and mass spectrometry.

First, the activity of the leucyl-derivative is assayed as described in Example 3. Second, the inability of the full prodrug to bind IGF-1 receptors is assayed. Its blood stability and reactivation by tumor cells conditioned media are then assayed. Fluorescence detection is used to detect the anthracycline and its derivatives. If the activity of the IGF-1 antagonist is not inhibited in the dual prodrug, the ε-amino groups of the 2 lysine residues are masked, for example with pH sensitive moieties such as dimethylmaleyl groups.

Once again, after the *in vitro* tests, the *in vivo* toxicity of the dual prodrug is evaluated, and its chemotherapeutic activity is compared to that of Dox and of the IGF-1 antagonist, alone or in combination. Nude mice bearing MCF-7/6 human breast tumors are used for the activity assays.

CAI - 247211.1

11.    **EXAMPLE 7: Tumor-activated dual lytic peptide - doxorubicin prodrug**

In this example, we present a dual prodrug that specifically releases a lytic peptide and doxorubicin at or near target cells *in vivo*.

A dual prodrug is also prepared with the lytic peptide described in Example 4, *supra*. The optimal site of conjugation is as determined in Example 4. For instance, the free carboxy terminus is a likely effective site of conjugation. The lytic activity of the lytic peptide is reversibly masked as described in Example 4.

The LK15 peptide is be conjugated to Leu-Ala-Leu-Ala-Leu-Dox by standard synthetic techniques via a dimethylmaleyl dicarboxylic adaptor.

Analytical characterization, activity assays, blood stability assays, reactivation assays, and lethality assays are performed as described in Example 4, *supra*. Chemotherapy studies as described in Example 4, *supra*, and studies with colo-rectal tumors that are relatively resistant to anthracyclines are also performed (*e.g.* LS-174-T). The results are compared to the naked lytic peptide, to doxorubicin and to the combination of the two entities.

12.    **EXAMPLE 8: Tumor activated dual substance P antagonist - doxorubicin prodrug**

In this example, we describe dual prodrugs that selectively release a substance P antagonist and doxorubicin at or near a tumor *in vivo*.

One of the most potent substance P antagonists, exhibiting the broadest spectrum of activity, is the 11-residue amidated peptide D-Arg-Pro-Lys-Pro-D-Trp-Gln-D-Trp-Phe-D-Trp-Leu-Leu-$NH_2$ ("SPD"). This peptide showed activity *in vivo* when injected intratumorally, peritumorally, or *i.p.* (Seckl *et al.*, 1997, *supra*).

SPD has no free carboxyl group to use to couple the linker peptide-Dox conjugate, and the amidated carboxy terminal Leu is very likely important for activity. Therefore, the *N*-terminus of SPD (D-Arg) is modified with a dicarboxylic methylmaleyl moiety according to a previously described synthesis procedure using classical solution peptide chemistry with standard orthogonal side chain protecting groups (Nyeki, 1998, J. Peptide Sc. 4:486-495).

The amino terminus of a leucine residue is then coupled to the free carboxyl group introduced on the amino-terminal D-arginine. The leucine derivative is then coupled to the free terminal amino-group of Ala-Leu-Ala-Leu-Dox.

51

Reactivation by tumor-released peptidases is believed to yield leucyl-Dox and leucyl-dimethylmaleyl-SPD or SPD. Leucyl-dimethylmaleyl-SPD is therefore also synthesized and tested for its activity or further activation.

The purity of the dual prodrug and its derivatives is determined by HPLC analysis. If necessary, semi-preparative HPLC is used for purification. The structures of the dual prodrug and its derivatives are checked by amino acid analysis, NMR and MS analyses.

First the ability of the dual prodrug to inhibit the binding of $[^{125}I]$-Bradykinin to Swiss-3T3 cells is assayed. If the dual prodrug is unexpectedly active as an inhibitor, its activity is masked, for example by reversibly modifying the side chain amino groups as described in Example 3.

Then, blood stability and reactivation by tumor cell conditioned media are assayed. Fluorescence and UV detection allow detection of doxorubicin and the substance P antagonist. The activity of the metabolites generated in conditioned media is assayed on human lung cell lines (COR-L23 or NCI-H69 for example). Cytotoxicity and proliferation assays are performed as described in Example 1 and in Example 3.

Lethality studies are then performed followed by experimental chemotherapy of different human lung tumors implanted in nude mice as described in Example 1.

13. **Example 9: Tumor-selective transport peptide (*e.g.* Tat) for intracellular delivery of doxorubicin**

In this example we describe the design and preparation of an HIV Tat-derived transport peptide (Gly-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-Pro-Pro-Gln-Cys) prodrug for carrying doxorubicin directly to the nucleus of a target cell. Formulation of the construct as a prodrug according to the present invention by coupling with PEG-Ala-Leu-Ala-Leu provides selectivity for target cells to the construct and increases its stability. The HIV- Tat-derived transport peptide of the construct carries doxorubicin to the nucleus of the cell, doxorubicin's site of action.

*Leucyl-derivatives of the transport peptide*

Since selective cleavage of the linking tetrapeptide likely liberates a leucyl-derivative of the HIV- Tat-derived transport peptide construct, leucyl derivatives of the HIV-Tat-derived transport peptide are first synthesized to identify those leucyl derivatives that retain their ability to enter cells.

52

Leucine residues are linked covalently through peptide bonds between their carboxyl group and a side chain amino (*e.g.* lysine residues) or guanidino (*e.g.* arginine residues) group present or added to the HIV- Tat-derived transport peptide. Derivatives are then compared with regard to their capacity to be internalized.

5      Alternatively, transport activity can be reversibly blocked by capping the side-chains of lysine or arginine residues with acid-labile moieties such as dimethylmaleyl or citraconyl groups. These groups are introduced from the corresponding anhydrides and are unstable when the pH falls below 6.5, values often encountered in the vicinity of tumor cells (Lavie *et al.*, 1991, *supra*).

10      The purity of each synthesized compound is determined by reverse phase HPLC. If necessary, compounds are purified by semi-preparative or preparative HPLC, and structural information is obtained from amino acid analysis, MS, NMR and elemental analyses.

The uptake of the biotinylated peptide and its leucyl-derivatives in MCF-7/6 human breast cancer cells is determined after reaction with streptavidin-conjugated horse radish peroxidase. Cells are incubated for 1 to 18 hours with biotinylated peptides at 0.1 to 20 µg/ml, washed, fixed with ethanol, permeabilized with Triton X-100 and incubated with a streptavidin-peroxidase conjugate (5 µg/ml) for 1 hour. After more washes, the peroxidase activity is quantified using $o$-phenylenediamine and $H_2O_2$ as the substrates.

*PEG-Ala-Leu-Ala-Leu derivatives of the transport peptide*

Once the best position for conjugation is determined, PEG-Ala-Leu-Ala-Leu is introduced at that position as described in Example 1, *supra*. If several leucyl-derivatives display adequate transport activity, then several PEG-Ala-Leu-Ala-Leu conjugates are prepared. The ideal PEG molecular weight to prevent cell penetration is determined by the cellular uptake assays described above.

PEG-linker tetrapeptide conjugates of the HIV- Tat-derived transport peptide are tested similarly for cell uptake. In addition, their blood stability and reactivation by cancer cells conditioned media is also be assessed. Conjugates incorporating radiolabeled residues are used as tracers in these studies to allow sensitive detection of the conjugates and of potential metabolites. The peptide conjugates are incubated at 37°C in whole blood from healthy donors collected in citrated tubes. At selected time points, samples are centrifuged to eliminate cells and analyzed by HPLC. The disappearance of the conjugates over time is

53

CA1-247211.1

quantified. Media conditioned by MCF-7/6 (breast carcinoma) and LS-174-T (colon carcinoma) cell lines are used to check tumor peptidase reactivation of the conjugates. After incubation at 37°C for increasing time lags, the conjugates and their metabolites are analyzed by HPLC.

5        *In vivo* tissue distribution studies are then performed to confirm the selective delivery to tumors. Balb/c *nu-nu* mice are implanted subcutaneously in both flanks with fragments of human tumors that will be allowed to grow until they reach a mean diameter of at least 6 mm. Treatments consisting of a biotinylated and/or radiolabeled peptide conjugate, are administered as *i.v.* bolus injections. At selected time points, tumors, heart, liver,

10      kidneys, spleen, brain, lungs, and plasma are collected. After tissue homogenization, the biotinylated and/or radiolabeled peptide is isolated on steptavidin-coated multiwell plates and quantified.

*Doxorubicin prodrugs*

15      Doxorubicin conjugates of the tumor-selective vector peptide are then prepared by coupling to the appropriate PEG-Ala-Leu-Ala-Leu derivatives of the HIV- Tat-derived transport peptide. The carboxy terminus of the transport peptide is coupled to the free hydroxyl group of doxorubicin *via* standard synthesis techniques. In a second prodrug, a glutaric anhydride spacer is linked to the free hydroxyl moiety of doxorubicin *via* an ester

20      linkage and to the amino terminus of the transport peptide.

A third construct is prepared by coupling doxorubicin to the transport peptide *via* the daunosamine moiety of doxorubicin through an amide linkage. In this case, a peptide spacer that is cleaved intracellularly (in the Golgi apparatus or in the nucleus) to liberate free doxorubicin is used between the drug and the carrier peptide. A suitable spacer is identified

25      be screening peptide spacers in the presence of tumor cell conditioned media on one hand or in the presence of tumor cell homogenates (or subcellular fractions). The peptidic spacer is selected on the basis of its resistance to the conditioned media and its sensitivity to the cell homogenates at neutral pH.

The stability of the doxorubicin-carrier peptide conjugate in whole human

30      blood is assayed as described in Example 1, *supra*, prior to evaluation of its *in vivo* toxicity (lethality studies) and chemotherapeutic activity in nude mice bearing subcutaneous resistant tumors such as the human breast cancer MCF-7/Adr.

CAI - 247211.1

**14. Example 10: Pro-apoptopic protein-carrier peptide prodrug**

In this example, we describe a prodrug that selectively delivers a pro-apoptotic protein construct to target cells. The construct includes a transport peptide that carries the pro-apoptotic protein into the nucleus of the target cell and the pro-apoptotic protein granzyme B.

*Granzyme B - transport peptide prodrug*

Granzyme B is purified to homogeneity from the YT natural killer cell line (Harris *et al.*, 1998, J. Biol. Chem. 273:27364-27373). Alternatively, the recombinant enzyme is expressed and purified from the yeast *Pichia pastoris* (Sun *et al.*, 1999, Biochem. Biophys. Res. Commun. 261:251-255).

The construct of granzyme B and the transport peptide is prepared by standard recombinant techniques. The amino terminus of the transport peptide is fused to the carboxy terminus of granzyme B. The conjugate is tested *in vitro* for its apoptosis-inducing properties on different tumor cell types. Pro-caspase 3 activation assays as well as DNA fragmentation are used to check its activity (Sun *et al.*, 1999, *supra*).

If the resulting construct allows the intracellular incorporation and pro-apoptotic action of granzyme B, a tumor-specific prodrug formulation of the construct is prepared as described in Example 9, *supra*. A PEG-Leu-Ala-Leu-Ala-Leu derivative of the transport peptide is first prepared and then conjugated to granzyme B. Alternatively, a Leu-Ala-Leu-Ala-Leu-PEG derivative of the transport peptide is prepared and then conjugated to granzyme B.

The stability in whole human blood and the reactivation by tumor cells conditioned media of the full tumor-specific conjugate is analyzed by HPLC using radiolabeled conjugates as described in Example 1, *supra*. *In vivo* evaluation then includes toxicity studies in normal mice, and experimental chemotherapy of human tumor xenografts in nude mice as described in Example 1, *supra*.

*Doxorubicin - granzyme B prodrugs*

The pro-apoptopic effect of the granzyme B prodrug could be reinforced by the administration of doxorubicin. This could also be a way to overcome resistance to doxorubicin, which often is associated with a defect in the induction of apoptosis (Dive,

1997, J. Int. Med. 242:139-145; Haq and Zanke, 1998, Cancer Metast. Rev. 17, 233-239; Dennis and Kastan M.B., 1998, Drug Resistance Updates 1:301-309, 1998).

As a first approach, the granzyme B prodrug is administered with any of the doxorubicin prodrugs described above. Additionally, a doxorubicin prodrug is prepared

5   comprising the PEG-Ala-Leu-Ala-Leu derivative of the transport peptide. In this prodrug, doxorubicin is conjugated to the transport peptide by a peptide spacer that is capable of being specifically cleaved by the serine protease granzyme B within a cell. The spacer is developed based on the known specificity of granzyme B. For optimal therapeutic effect, the two prodrugs are administered sequentially to allow intratumoral accumulation of granzyme B

10  prior to uptake of the granzyme B-sensitive doxorubicin construct.

As a third approach, a dual prodrug formulation of doxorubicin and the granzyme B - transport peptide construct is prepared. In this dual prodrug, doxorubicin is linked to the transport peptide construct *via* an ester or a peptide spacer that remains stable in tumor conditioned media as well as in the presence of granzyme B, but is sensitive to other

15  intracellular hydrolases.

The present invention is not to be limited in scope by the exemplified embodiments, which are intended as illustrations of single aspects of the invention, and any compositions and methods which are functionally equivalent are within the scope of the invention. Indeed, various modifications of the invention in addition to those described

20  above will become apparent to those skilled in the art from the foregoing description and accompanying drawings. Such modifications are intended to fall within the scope of the appended claims.

25  All patents and publications cited herein are hereby incorporated by reference in their entirety.

CAI - 247211.1

Claims:

1.    A prodrug composition according to formula (I):

5          (I)            $(M - L^1)_n - B$

wherein B is a biologically active entity comprising a polypeptide or an extracellularly active
entity; each $L^1$ is independently a linking moiety; each M is independently a masking moiety
such that $(M - L^1)_n$ hinders the activity of B and is susceptible to cleavage at or near a tumor
10   or a target cell; and n is an integer from 1 up to the total number of reactive groups of B.

2.    The prodrug composition of Claim 1 in which each $L^1$ is the same.

3.    The prodrug of Claim 1 in which each $L^1$ is independently a peptide
comprising an amino acid sequence selected from the group consisting of $(Leu)_y(Ala-Leu)_x Ala-Leu$ and $(Leu)_y(Ala-Leu)_x Ala-Phe$ wherein y = 0 or 1 and x = 1, 2, or 3.

4.    The prodrug of Claim 1 in which each $L^1$ is independently a peptide
comprising the amino acid sequence Ala-Leu-Ala-Leu or the amino acid sequence Leu-Ala-Leu-Ala-Leu.

5.    The prodrug of Claim 1 in which each $(M - L^1)$ is covalently linked to an
amino-terminus of B, to an amino acid side chain of B, to a lysine side chain of B or to an
arginine side chain of B.

25

6.    The prodrug of Claim 5 in which from about 36% up to about 86% of the free
reactive groups of B are blocked with $(M - L^1)$ groups.

7.    The prodrug of Claim 1 in which M or $L^1$ includes an adaptor moiety.

30

8.    The prodrug of Claim 8 in which the adaptor moiety is selected from the group
consisting of citraconyl, dimethylmaleyl, succinyl, glutaryl and diglycolyl.

57                                          CAI - 247211.1

9.      The prodrug of Claim 1 in which M or L¹ includes a spacer moiety.

10.     A prodrug of Claim 1 in which M reduces or prevents the *in vivo* cleavage of
(M - L¹) in normal tissues and body fluids.

11.     The prodrug of Claim 10 in which M is a polymer.

12.     The prodrug of Claim 11 in which M is a polyalkylene glycol.

13.     The prodrug of Claim 12 in which M is a polyethylene glycol having an
average molecular weight of from about 1000 Da up to about 12000 Da.

14.     The prodrug of Claim 10 in which M is selected from the group consisting of a
polypeptide, an immunoglobulin, an antibody and albumin.

15.     The prodrug of Claim 10 in which M is selected from the group consisting of
an N-terminally blocked amino acid and a genetically non-encoded amino acid.

16.     The prodrug of Claim 15 in which M is a D-amino acid.

17.     The prodrug of Claim 15 in which M is N-Me-alanine, D-alanine or β-alanine.

18.     The prodrug of Claim 1 in which M is negatively charged at physiological pH.

19.     The prodrug of Claim 1 in which M is a biologically active entity.

20.     The prodrug of Claim 19 in which M is selected from the group consisting of
anthracyclines, doxorubicin, daunorubicin, folic acid derivatives, vinca alkaloids,
calicheamycin, mitoxantrone, cytosine arabinoside, adenosine arabinoside, fludarabine
phosphate, melphalan, bleomycin, mitomycin, L-canavanine, taxoids, camptothecins,
proteasome inhibitors, farnesyl-protein transferase inhibitors, epothilones, maytansinoids,
discodermolide, platinum derivatives, duocarmycins, combretastatin, epipodophyllotoxins,
TNFα, IFN-α, IFN-γ, IL-1, IL-2, IL-6, an IGF-1 antagonist, a lytic peptide, an anti-

angiogenic peptide, a thrombospondin-derived peptide, a substance P antagonist, TRAIL
(Apo-2 ligand) and Fas ligand.

21.    The prodrug of Claim 1 in which $(M - L^1)_n$ lowers the *in vivo* toxicity of B.

22.    The prodrug of Claim 1 wherein B is selected from the group consisting of
TNFα, IFN-α, IFN-γ, IL-1, IL-2, IL-6, an IGF-1 antagonist, a lytic peptide, an antiangiogenic
peptide, a thrombospondin-derived peptide, a substance P antagonist, TRAIL (Apo-2 ligand)
and Fas ligand.

23.    The prodrug of Claim 1 in which B is a construct comprising a transport
peptide and a biologically active entity.

24.    The prodrug of Claim 1 which is a composition according to formula (II):

(II)        $(M - L^1)_p - TP - (L^2 - A)_m$

wherein M and $L^1$ are as defined in Claim 1; each A is independently an intracellularly active
biologically active entity; each $L^2$ is independently an optional linking moiety susceptible to
cleavage within a cell; TP is a polypeptide capable of carrying $(L^2 - A)_m$ into a cell; m is an
integer from 1 up to (k - 1) and p is an integer from 1 up to (k - m) wherein k is an integer
equal to the total number of reactive groups of TP.

25.    The prodrug of Claim 24 in which m is 1 and p is 1.

26.    The prodrug of Claim 25 in which $(M - L^1)$ is linked to one of the termini of
TP and $(L^2 - A)$ linked to the other terminus of TP.

27.    The prodrug of Claim 24 in which $(M-L^1)_n$ prevents TP from carrying A into a
cell.

28.    The prodrug of Claim 24 in which A is a drug, a polypeptide, a nucleic acid or
an analog thereof, or a marker molecule.

59                              CA1 - 247211.1

29.    The prodrug of Claim 24 wherein A is selected from the group consisting of anthracyclines, doxorubicin, daunorubicin, folic acid derivatives, vinca alkaloids, calicheamycin, mitoxantrone, cytosine arabinoside, adenosine arabinoside, fludarabine phosphate, melphalan, bleomycin, mitomycin, L-canavanine, taxoids, camptothecins, proteasome inhibitors, farnesyl-protein transferase inhibitors, epothilones, maytansinoids, discodermolide, platinum derivatives, duocarmycins, combretastatin, epipodophyllotoxins, BH3 peptides, p53 peptides, caspases, granzyme B, ribozymes, antisense oligonucleotides, c-DNAs, peptide nucleic acids, rhodamine, FITC, biotin and GFP.

30.    The prodrug of Claim 24 in which TP is selected from the group consisting of Antennapedia homeodomain derived peptides, Tat transactivation protein derived peptides, arginine oligomers and peptides derived from the CDR region of polyreactive anti-DNA antibodies.

31.    The prodrug of Claim 30 wherein TP comprises an amino acid sequence selected from the group consisting of

| | |
|---|---|
| KKWKMRRNQFWVKVQRG | (SEQ ID NO:6); |
| GRKKRRQRRRPPQC | (SEQ ID NO:7); |
| RRRRRRRRR | (SEQ ID NO:8); and |
| VAYISRGGVSTYYSDTVKGRFTRQKYNKRA | (SEQ ID NO:9). |

32.    The prodrug of Claim 31 in which TP comprises one or more D-amino acid.

33.    The prodrug of Claim 32 wherein TP comprises an amino acid sequence selected from the group consisting of

| | |
|---|---|
| kkwkmrrnqfwvkvqrg | (SEQ ID NO:10); |
| grkkrrqrrrppqc | (SEQ ID NO:11); |
| rrrrrrrrr | (SEQ ID NO:12); and |
| vayisrggvstyysdtvkgrftrqkynkra | (SEQ ID NO:13). |

34.    The prodrug of Claim 24 in which $L^2$ is a peptide susceptible to cleavage by intracellular proteases.

CA1 - 247211.1

35.    The prodrug of Claim 34 in which $L^2$ is selected from the group consisting of caspase substrates, furin substrates, proteasome substrates and granzyme B substrates.

36.    A dual prodrug composition according to formula (III):

(III)    $(D^1 - L^3)_n - D^2$

wherein $D^1$ and $D^2$ are each independently biologically active entities and $L^3$ is a linking moiety susceptible to cleavage at or near a tumor or a target cell.

37.    The dual prodrug of Claim 36 in which $L^3$ comprises an adaptor moiety, said adaptor moiety comprising two carboxylic acid moieties or two amino moieties.

38.    The dual prodrug of Claim 37 in which the adaptor moiety is selected from the group consisting of citraconyl, dimethylmaleyl, succinyl, glutaryl and diglycolyl.

39.    The dual prodrug of Claim 36 in which n is 1.

40.    The dual prodrug of Claim 36 in which $D^1$ and $D^2$ constitute a pair of biologically active molecules that act in concert.

41.    The dual prodrug of Claim 36 in which $D^1$ or $D^2$ is an intracellularly active biologically active entity.

42.    The dual prodrug of Claim 36 in which $D^1$ and $D^2$ are both intracellularly active biologically active entities.

43.    The dual prodrug of Claim 36 in which $D^1$ or $D^2$ is an extracellularly active biologically active entity.

44.    The dual prodrug of Claim 36 in which one of $D^1$ or $D^2$ is an intracellularly active biologically active entity and the other is an extracellularly active biologically active entity.

61

CA1 - 247211.1

45.    The dual prodrug of claim 36 wherein $D^1$ or $D^2$ is selected from the group consisting of anthracyclines, doxorubicin, daunorubicin, folic acid derivatives, vinca alkaloids, calicheamycin, mitoxantrone, cytosine arabinoside, adenosine arabinoside, fludarabine phosphate, melphalan, bleomycin, mitomycin, L-canavanine, taxoids, camptothecins, proteasome inhibitors, farnesyl-protein transferase inhibitors, epothilones, maytansinoids, discodermolide, platinum derivatives, duocarmycins, combretastatin, epipodophyllotoxins, TNFα, IFN-α, IFN-γ, IL-1, IL-2, IL-6, an IGF-1 antagonist, a lytic peptide, an anti-angiogenic peptide, a thrombospondin-derived peptide, a substance P antagonist, TRAIL (Apo-2 ligand) and Fas ligand.

46.    The dual prodrug of Claim 36 in which one of $D^1$ or $D^2$ is TNFα and the other of $D^1$ or $D^2$ is an antitumor entity.

47.    The dual prodrug of Claim 36 in which one of $D^1$ or $D^2$ is TNFα and the other of $D^1$ or $D^2$ is an interferon, IFN-α or IFN-γ.

48.    The dual prodrug of Claim 36 in which $D^1$ is doxorubicin and $D^2$ is selected from the group consisting of TNFα, IGF-1 antagonist, a lytic peptide, an antiangiogenic peptide, substance P antagonist, a proteasome inhibitor and a farnesyl-protein transferase inhibitor.

49.    The dual prodrug of Claim 36 in which $D^1$ or $D^2$ is a construct comprising an intracellularly active biologically active entity, a polypeptide capable of carrying the intracellularly active biologically active entity into a cell and an optional linking moiety susceptible to cleavage within a cell.

50.    The dual prodrug of Claim 49 in which $D^1$ and $D^2$ are each independently constructs comprising an intracellularly active biologically active entity, a polypeptide capable of carrying the intracellularly active biologically active entity into a cell and an optional linking moiety susceptible to cleavage within a cell.

51.    The dual prodrug of Claim 49 in which the intracellularly active biologically active entity is selected from the group consisting of anthracyclines, doxorubicin,

daunorubicin, folic acid derivatives, vinca alkaloids, calicheamycin, mitoxantrone, cytosine arabinoside, adenosine arabinoside, fludarabine phosphate, melphalan, bleomycin, mitomycin, L-canavanine, taxoids, camptothecins, proteasome inhibitors, farnesyl-protein transferase inhibitors, epothilones, maytansinoids, discodermolide, platinum derivatives, duocarmycins, combretastatin, epipodophyllotoxins, BH3 peptides, p53 peptides, caspases, granzyme B, ribozymes, antisense oligonucleotides, c-DNAs, peptide nucleic acids, rhodamine, FITC, biotin and GFP.

52.    The dual prodrug of Claim 49 in which the polypeptide capable of carrying the intracellularly active biologically active entity into a cell is selected from the group consisting of Antennapedia homeodomain derived peptides, Tat transactivation protein derived peptides, arginine oligomers and peptides derived from the CDR region of polyreactive anti-DNA antibodies.

53.    A method of inhibiting the growth of a tumor *in vivo, ex vivo or in vitro* comprising contacting the tumor with the prodrug according to Claim 1, 24 or 36.

54.    A method of treating neoplastic conditions comprising administering a therapeutically effective amount of a prodrug according the Claim 1, 24 or 36.

55.    The method of Claim 54 further comprising administering a therapeutically effective amount of a second antitumor entity.

56.    A pharmaceutical composition comprising the prodrug of Claim 1, 24 or 36 and a pharmaceutically acceptable carrier, diluent or excipient.

57.    The pharmaceutical composition of Claim 56 further comprising a second antitumor entity.

58.    A method for making a prodrug according to Claim 1 comprising the steps of:
    (1)    reacting a precursor of M with a precursor of $L^1$ under conditions in which a reactive group of M condenses with a complementary reactive group of $L^1$, thereby forming M - $L^1$; and

63                                CA1 - 247211.1

(2)    reacting from 1 to n (M - $L^1$) with a precursor of B under conditions in which a reactive group of $L^1$ condenses with a complementary reactive group of B, thereby forming the prodrug.

5    59.    A method for making a prodrug according to Claim 1 comprising the steps of:

(1)    reacting from 1 to n precursors of $L^1$ with a precursor of B under conditions in which reactive groups of $(L^1)_n$ condense with complementary reactive groups of B thereby forming $(L^1)_n$ - B; and

(2)    reacting $(L^1)_n$ - B with precursors of $(M)_n$ under conditions in which
10    reactive groups of $(L^1)_n$ condense with complementary reactive groups of $(M)_n$ thereby forming the prodrug.

60.    A method for making a prodrug according to Claim 36 comprising the steps of:

(1)    reacting a precursor of $D^1$ with a precursor of $L^3$ under conditions in which a reactive group of $D^1$ condenses with a complementary reactive group of $L^3$, thereby forming $D^1$ - $L^3$; and

(2)    reacting from 1 to n ($D^1$ - $L^3$) with a precursor of $D^2$ under conditions in which a reactive group of $L^3$ condenses with a complementary reactive group of $D^2$, thereby
20    forming the prodrug.

61.    A method for making a prodrug according to Claim 36 comprising the steps of:

(1)    reacting from 1 to n precursors of $L^3$ with a precursor of $D^2$ under
25    conditions in which reactive groups of $(L^3)_n$ condense with complementary reactive groups of $D^2$ thereby forming $(L^3)_n$ - $D^2$; and

(2)    reacting $(L^3)_n$ - $D^2$ with $(D^1)_n$ under conditions in which a reactive groups of $(L^3)_n$ condense with complementary reactive groups of $(D^1)_n$ thereby forming the prodrug.

30

64

CAI - 247211.1

## **ABSTRACT**

The invention is directed to novel prodrug compounds, compositions comprising the prodrug compounds, methods of making the prodrug compounds and methods of using the prodrug compounds.  The prodrug compounds comprise a biologically active entity linked to a masking moiety *via* a linking moiety.  The prodrug compounds are selectively activated at or near target cells and display lower toxicity and possibly a longer *in vivo* or serum half-life than the corresponding naked biologically active entity.

65

CA1 - 247211.1



FIG 1A



FIG 1B



FIG 1C



FIG. 2



FIG. 3.A

502080966 "060T00T



FIG 3B

$M-Leu-N-(Ala-Leu)_x-Ala-Leu-N-B$
                                    40

First cleavage

$M-Leu-N-OH$  +  X  $H_2N-Ala-Leu-OH$  +  $H_2N-Ala-Leu-N-B$
            35

Second cleavage

$M-Leu-N-OH$  +  $(X+1)$  $H_2N-Ala-OH$  +  $H_2N-Leu-OH$  +  $H_2N-Leu-N-B$
            35                                                         39

00T090 96680209

FIG 3C

First cleavage

Second cleavage

FIG. 3



FIG

$H_2N - (L)_y (AL)_x AL - OH$

30

protect →

$Fmoc \diagdown N - (L)_y (AL)_x AL - OH$

70

$B - NH_2$ →

$Fmoc \diagdown N - (L)_y (AL)_x AL - N - B$

72

deprotect →

$H_2N - (L)_y (AL)_x AL - N - B$

74

34 →

$\diagdown N - (L)_y (AL)_x AL - N - B$

76

600208936 · 0601010

## FIG. 4B

$$M \overset{O}{\underset{}{\parallel}}_{OH} + H_2N - Leu - (Ala-Leu)_x - Ala - Leu \overset{O}{\underset{}{\parallel}}_{OH} \longrightarrow M \overset{O}{\underset{H}{\parallel}} N - Leu - (Ala-Leu)_x - Ala - Leu \overset{O}{\underset{}{\parallel}}_{OH}$$

$$\underline{\underline{34}} \qquad\qquad\qquad\qquad\qquad \underline{\underline{36}}$$

$$\xrightarrow{\underset{\underline{\underline{38}}}{H_2N-B}} \quad M \overset{O}{\underset{H}{\parallel}} N - Leu - (Ala-Leu)_x - Ala - Leu \overset{O}{\underset{H}{\parallel}} N - B$$

$$\underline{\underline{40}}$$

Tumor cell
Cleavage

$$M \overset{O}{\underset{H}{\parallel}} N - Leu \overset{O}{\underset{}{\parallel}}_{OH} \; + \; (l+x) H_2N - Ala \overset{O}{\underset{}{\parallel}}_{OH}$$

$$\underline{\underline{35}}$$

$$H_2N - Leu \overset{O}{\underset{H}{\parallel}} N - B \; + \; x \; H_2N - Leu \overset{O}{\underset{}{\parallel}}_{OH}$$

$$\underline{\underline{39}}$$

FIG. 4C

FIG. 4D

# EXHIBIT 7



# Public Patent Application Information Retrieval

**Patent eBusiness**

**Patent Application Information Retrieval**

- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

**Patent Information**

Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

**Patent Searches**

Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

**Other**

Copyrights
Trademarks
Policy & Law
Reports

🛈 Global Dossier      🛈 Order Certified Application As Filed      Order Certified File Wrapper      📋 View Order List

**09/110,822**      **DRUG COMPLEX FOR TREATMENT OF METASTATIC PROSTATE CANCER**      **JCRT96-01A2**

| Select New Case | Application Data | Transaction History | Continuity Data | Fees | Published Documents | Address & Attorney/Agent | Assignments |

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 09/110,822 | Correspondence Address Customer Number: | 21005 |
| Filing or 371 (c) Date: | 07-06-1998 | Status: | Patent Expired Due to NonPayment of Maintenance Fees Under 37 CFR 1.362 |
| Application Type: | Utility | Status Date: | 05-10-2010 |
| Examiner Name: | BANSAL, GEETHA P | Location: 🛈 | FILE REPOSITORY (FRANCONIA) |
| Group Art Unit: | 1642 | Location Date: | 06-23-2018 |
| Confirmation Number: | 5152 | Earliest Publication No: | - |
| Attorney Docket Number: | JCRT96-01A2 | Earliest Publication Date: | - |
| Class / Subclass: | 424/181.100 | Patent Number: | 6,368,598 |
| First Named Inventor: | ANTHONY V. D'AMICO , WESTAV, MA (US) all Inventors | Issue Date of Patent: | 04-09-2002 |
| First Named Applicant: | - | International Registration Number (Hague): | - |
| Entity Status: | Small | International Registration Publication Date: | - |
| AIA (First Inventor to File): | No | | |

Title of Invention:      DRUG COMPLEX FOR TREATMENT OF METASTATIC PROSTATE CANCER

If you need help:
- Contact the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Informa Retrieval (PAIR)

# EXHIBIT 8

30806721.v1



Public Patent Application Information Retrieval

**Patent eBusiness**

Patent Application Information Retrieval

ⓘ Global Dossier     ⓘ Order Certified Application As Filed     Order Certified File Wrapper     📥 View Order List

**09/110,822     DRUG COMPLEX FOR TREATMENT OF METASTATIC PROSTATE CANCER     JCRT96-01A2**

| Select New Case | Application Data | Transaction History | Continuity Data | Fees | Published Documents | Address & Attorney/Agent | Assignments |

**Parent Continuity Data**

| Description | Parent Number | Parent Filing or 371(c) Date | AIA(First Inventor to File) | Parent Status | Patent Number |
|---|---|---|---|---|---|
| This application is a Continuation in part of | 09/003,838 | 01-07-1998 | No | Abandoned | - |
| is a Continuation-in-part of | 08/713,114 | 09-16-1996 | No | Abandoned | - |

**Child Continuity Data**

PCT/US99/15126 filed on 07-06-1999 which is Published claims the benefit of 09/110,822

10/119,417 filed on 04-09-2002 which is Abandoned claims the benefit of 09/110,822

11/102,277 filed on 04-08-2005 which is Abandoned claims the benefit of 09/110,822

*If you need help:*
- Contact the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- If you experience technical difficulties or problems with PAIR outside normal Patent Electronic Business Center hours (M-F, 6AM to 12AM ET), please call 1 800-786-9199.
- Send general questions about USPTO programs to the USPTO Contact Center (UCC) .



UNITED STATES PATENT AND TRADEMARK OFFICE

BROWSE BY TOPIC     ABOUT THIS SITE     USPTO BACKGROUND     FEDERAL GOVERNMENT

# EXHIBIT 9

30806721.v1





| | |
|---|---|
| 10-11-2001 | Sequence Forwarded to Pubs on Tape |
| 03-27-2000 | Case Docketed to Examiner in GAU |
| 08-28-2001 | Mail Notice of Allowance |
| 08-28-2001 | Notice of Allowance Data Verification Completed |
| 06-16-2001 | Date Forwarded to Examiner |
| 06-07-2001 | Response after Non-Final Action |
| 06-07-2001 | Request for Extension of Time - Granted |
| 12-05-2000 | Mail Non-Final Rejection |
| 12-04-2000 | Non-Final Rejection |
| 09-19-2000 | Date Forwarded to Examiner |
| 09-05-2000 | Response to Election / Restriction Filed |
| 09-05-2000 | Request for Extension of Time - Granted |
| 04-10-2000 | CRF Is Good Technically / Entered into Database |
| 03-29-2000 | Mail Restriction Requirement |
| 03-27-2000 | Restriction/Election Requirement |
| 03-23-2000 | Date Forwarded to Examiner |
| 03-06-2000 | Response to a Letter to Comply with the Sequence Rules |
| 03-06-2000 | Information Disclosure Statement (IDS) Filed |
| 03-06-2000 | Information Disclosure Statement (IDS) Filed |
| 02-17-2000 | Applicant Has Filed a Verified Statement of Small Entity Status in Compliance with 37 CFR 1.27 |
| 02-09-2000 | Mail Incomplete Response to Sequence Rule Request |
| 02-08-2000 | CRF Response Incomplete |
| 10-21-1999 | CRF Is Flawed Technically / Not Entered into Database |
| 10-04-1999 | Preliminary Amendment |
| 08-30-1999 | Mail Letter Requiring CRF (Unreadable, Non-Compliant, Not Submitted) |
| 08-30-1999 | CRF Diskette Unreadable / Did Not Comply / Required but Not Submitted |
| 05-05-1999 | Information Disclosure Statement (IDS) Filed |
| 05-05-1999 | Information Disclosure Statement (IDS) Filed |
| 01-28-1999 | Information Disclosure Statement (IDS) Filed |

portal.uspto.gov/pair/PublicPair

| | |
|---|---|
| 03-06-2000 | Response to a Letter to Comply with the Sequence Rules |
| 03-06-2000 | Information Disclosure Statement (IDS) Filed |
| 03-06-2000 | Information Disclosure Statement (IDS) Filed |
| 02-17-2000 | Applicant Has Filed a Verified Statement of Small Entity Status in Compliance with 37 CFR 1.27 |
| 02-09-2000 | Mail Incomplete Response to Sequence Rule Request |
| 02-08-2000 | CRF Response Incomplete |
| 10-21-1999 | CRF Is Flawed Technically / Not Entered into Database |
| 10-04-1999 | Preliminary Amendment |
| 08-30-1999 | Mail Letter Requiring CRF (Unreadable, Non-Compliant, Not Submitted) |
| 08-30-1999 | CRF Diskette Unreadable / Did Not Comply / Required but Not Submitted |
| 05-05-1999 | Information Disclosure Statement (IDS) Filed |
| 05-05-1999 | Information Disclosure Statement (IDS) Filed |
| 01-28-1999 | Information Disclosure Statement (IDS) Filed |
| 01-28-1999 | Information Disclosure Statement (IDS) Filed |
| 02-22-1999 | Supplemental Papers - Oath or Declaration |
| 02-25-1999 | Case Docketed to Examiner in GAU |
| 02-11-1999 | Application Dispatched from OIPE |
| 02-11-1999 | Application Is Now Complete |
| 07-24-1998 | Notice Mailed--Application Incomplete--Filing Date Assigned |
| 07-10-1998 | Initial Exam Team nn |

If you need help:
- Contact the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- If you experience technical difficulties or problems with PAIR outside normal Patent Electronic Business Center hours (M-F, 6AM to 12AM ET), please call 1 800-786-9199.
- Send general questions about USPTO programs to the USPTO Contact Center (UCC) .



