**STAMOULIS & WEINBLATT LLC**
*Intellectual Property & Delaware Corporate Law*

October 24, 2024

Stamatios Stamoulis
stamoulis@swdelaw.com

**VIA CM/ECF**
The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King St.
Wilmington, DE 19801-3555

    Re:    Vytacera Bio, LLC v. CytomX Therapeutics, Inc., 1:20-cv-00333-JLH-CJB

Dear Judge Hall:

    Stamoulis & Weinblatt LLC ("S&W") is local counsel for Vytacera Bio, LLC ("Vytacera") in the above captioned matter.

    It is our understanding that Vytacera is attempting to retain new lead counsel for this matter since the withdraw of its lead attorneys. In our role as local counsel for Vytacera, please find attached a letter from Vytacera informing the Court of the difficulty it is having regarding its lead counsel. We have contacted counsel for Defendant regarding an extension of time for Vytacera to file an amended complaint, but Defendant opposes an extension.

    We are available at the convenience of the Court should Your Honor have any questions regarding the foregoing.

                                                                 Respectfully submitted,

                                                                 Stamatios Stamoulis (#4606)

cc: Counsel of Record (via CM/ECF)